# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 21-1644-MN |
| UNITED STATES SUGAR CORPORATION, UNITED SUGARS CORPORATION, IMPERIAL SUGAR COMPANY, and LOUIS DREYFUS COMPANY LLC, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Darryl Wade Anderson, Vic Domen, and Amanda Wait, each of the law firm Norton Rose Fulbright US LLP, to represent Defendants Imperial Sugar Company and Louis Dreyfus Company LLC in this matter.

                                              */s/ Kelly E. Farnan*
                                              Kelly E. Farnan (#4395)
                                              Richards, Layton & Finger, P.A.
                                              One Rodney Square
                                              Wilmington, DE 19801
                                              (302) 651-7700
                                              farnan@rlf.com

                                              *Attorneys for Defendants Imperial Sugar*
                                              *Company and Louis Dreyfus Company LLC*

Dated: December 2, 2021

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

SO ORDERED this_____day of_____, 2021.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

/s/ *Darryl Wade Anderson*
Darryl Wade Anderson
Norton Rose Fulbright US LLP
1301 McKinney Street
Suite 5100
Houston, Texas 77010-3095
713.651.5562
darryl.anderson@nortonrosefulbright.com

Dated: December 2, 2021

RLF1 26431868v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and the State of Tennessee, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

/s/ *Vic Domen*
Vic Domen
Norton Rose Fulbright US LLP
799 9th Street NW
Suite 1000
Washington, DC 20001
202.662.4642
vic.domen@nortonrosefulbright.com

Dated: December 2, 2021

RLF1 26431859v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

/s/ Amanda Wait
Amanda Wait
Norton Rose Fulbright US LLP
799 9th Street NW
Suite 1000
Washington, DC 20001
202.662.4550
amanda.wait@nortonrosefulbright.com

Dated: December 2, 2021

RLF1 26431859v.1