## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | § § § Civil Action No. 21-cv-01644-MN § |
| *Plaintiff,* | § § |
| v. | § § |
| UNITED STATES SUGAR CORPORATION, UNITED SUGARS CORPORATION, IMPERIAL SUGAR COMPANY, and LOUIS DREYFUS COMPANY LLC, | § § § § § § § § |
| *Defendants.* | § |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Sharon R. Markowitz of Stinson LLP to represent United Sugars Corporation in this matter.

Dated: December 3, 2021

HOGAN♦McDANIEL

By: /s/ Daniel K. Hogan
Daniel K. Hogan (DE Bar# 2814)
Daniel C. Kerrick (DE Bar #5027)
1311 Delaware Avenue, Suite 1
Wilmington, DE 19806
(302) 656-7540
dkhogan@dkhogan.com
dckerrick@dkhogan.com

*Attorney for United Sugars Corporation*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Minnesota and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 will be submitted to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: December 3, 2021

/s/ *Sharon R. Markowitz*
Sharon R. Markowitz
MN State Bar No. 0392043
Stinson LLP
50 South Sixth Street
Suite 2600
Minneapolis, MN  55402
(612) 335-1974
(612) 335-1657(facsimile)
sharon.markowitz@stinson.com