IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1644 (MN) |
| | ) | |
| UNITED STATES SUGAR | ) | |
| CORPORATION, UNITED SUGARS | ) | |
| CORPORATION, IMPERIAL SUGAR | ) | |
| COMPANY, and LOUIS DREYFUS | ) | |
| COMPANY LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO TRANSFER VENUE
## PURSUANT TO 28 U.S.C. § 1404(a) OR TO EXPEDITE TRIAL

Pursuant to 28 U.S.C. § 1404(a), Defendants United States Sugar Corporation, United Sugars Corporation, Imperial Sugar Company, and Louis Dreyfus Company LLC (collectively, "Defendants") respectfully move this Court to transfer this action to the United States District Court for the Southern District of Georgia, or, in the alternative, expedite the trial to occur no later than April of 2022. The grounds for the motion are set forth in Defendants' Opening Brief in Support of Their Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) or to Expedite Trial, filed concurrently herewith.

Pursuant to D. Del. L.R. 7.1.1, Defendants have conferred with counsel for the plaintiff, which intends to oppose the Motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld

_____
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

*Attorneys for Defendant United States Sugar
Corporation*

OF COUNSEL:

Lawrence E. Buterman
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY  10020
(212) 906-1200

Amanda P. Reeves
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004-1304
(202) 637-2200

Elyse M. Greenwald
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA  90067
(213) 485-1234

RICHARDS, LAYTON & FINGER, P.A.

/s/ Kelly E. Farnan

_____
Kelly E. Farnan (#4395)
One Rodney Square
Wilmington, DE  19801
(302) 651-7700
farnan@rlf.com

*Attorneys for Defendants Imperial Sugar
Company and Louis Dreyfus Company LLC*

OF COUNSEL:

Amanda L. Wait
Vic Domen
NORTON ROSE FULBRIGHT US LLP
799 Ninth Street, NW, Suite 1000
Washington, DC  20001
(202) 662-4550

Darryl Wade Anderson
NORTON ROSE FULBRIGHT US LLP
1301 McKinney Street, Suite 5100
Houston, TX  77010-3095
(713) 651-5562

2

HOGAN MCDANIEL

*/s/ Daniel K. Hogan*

OF COUNSEL:
_____

Timothy J. Pabst, Esquire
Sharon R. Markowitz, Esquire
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN  55402
(612) 335-1500

December 3, 2021

Daniel K. Hogan (#2814)
Daniel C. Kerrick (#5027)
1311 Delaware Avenue, Suite 1
Wilmington, DE  19806
(302) 656-7540
dkhogan@dkhogan.com
dckerrick@dkhogan.com

*Attorneys for Defendant United Sugars Corporation*

## **RULE 7.1.1 CERTIFICATE**

Pursuant to D. Del. LR 7.1.1, counsel for Defendants United States Sugar Corporation certifies that counsel for the parties, including Delaware counsel, discussed the subject matter of the foregoing motion and the relief sought, and that the parties have been unable to reach agreement.

*/s/ Jack B. Blumenfeld*

_____
Jack B. Blumenfeld (#1014)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1644 (MN) |
| | ) | |
| UNITED STATES SUGAR | ) | |
| CORPORATION, UNITED SUGARS | ) | |
| CORPORATION, IMPERIAL SUGAR | ) | |
| COMPANY, and LOUIS DREYFUS | ) | |
| COMPANY LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE
PURSUANT TO 28 U.S.C. § 1404(a) OR TO EXPEDITE TRIAL**

This matter is before the Court on Defendants' Motion to Transfer Venue Pursuant To 28 U.S.C. § 1404(a) Or To Expedite Trial ("Motion"). For good cause shown, the Motion is GRANTED, and it is HEREBY ORDERED that:

The Clerk of Court is directed to transfer this action to the U.S. District Court for the Southern District of Georgia, Savannah Division, pursuant to 28 U.S.C. § 1404(a).

IT IS SO ORDERED THIS _____ DAY OF _____, 2021.

_____
HONORABLE MARYELLEN NOREIKA
UNITED STATES DISTRICT JUDGE

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 3, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 3, 2021, upon the following in the manner indicated:

| | |
|---|---|
| Laura D. Hatcher, Esquire<br>Shamoor Anis, Esquire<br>UNITED STATES ATTORNEY'S OFFICE<br>DISTRICT OF DELAWARE<br>1313 North Market Street, Suite 400<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Brian Hanna, Esquire<br>U.S. DEPARTMENT OF JUSTICE<br>ANTITRUST DIVISION<br>450 Fifth Street, NW, Suite 8000<br>Washington, DC  20530<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

_____
Jack B. Blumenfeld (#1014)