# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

**Jack B. Blumenfeld**
(302) 351-9291
(302) 425-3012 FAX
jblumenfeld@morrisnichols.com

December 7, 2021

The Honorable Maryellen Noreika                    *VIA ELECTRONIC FILING*
J. Caleb Boggs Federal Building
844 North King Street
Room 4324, Unit 19
Wilmington, DE 19801-3555

Re:   *United States of America v. United States Sugar Corporation, et al.*
      C.A. No. 21-1644 (MN)

Dear Judge Noreika:

      We write on behalf of Defendants in response to DOJ's letter of yesterday. Although we disagree with the recitation of events in DOJ's letter, most of the inaccuracies are immaterial to the issues currently before the Court. To the extent necessary, Defendants will address any relevant factual disputes in our December 17 reply brief. In the interim, we will continue to meet and confer with DOJ, as we did last Friday concerning the pending requests, to try to narrow any disputes regarding scheduling and discovery. In light of the Court's Order of yesterday, we are optimistic that the parties will be able to reach agreement on most, if not all, interim pre-trial dates and discovery issues.

      Respectfully,

      */s/ Jack B. Blumenfeld*

      Jack B. Blumenfeld (#1014)

JBB/bac

cc:   All Counsel of Record (via electronic mail)