# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              *Plaintiff*,<br><br>   v.<br><br>UNITED STATES SUGAR CORPORATION, UNITED SUGARS CORPORATION, IMPERIAL SUGAR COMPANY, and LOUIS DREYFUS COMPANY LLC.<br><br>              *Defendants*. | Civil Action No.: 1:21-cv-01644-MN |

## NOTICE OF SERVICE

      I hereby certify that, on December 28, 2021, the United States caused a copy of Plaintiff United States' First Request for Production of Documents to United States Sugar Corporation, First Request for Production of Documents to United Sugars Corporation, and First Request for Production of Documents to Imperial Sugar Company to be served on the following counsel for Defendants by electronic mail:

Jack B. Blumenfeld
Brian P. Egan
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
began@morrisnichols.com

Lawrence E. Buterman
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Lawrence.Buterman@lw.com

Amanda P. Reeves
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Amanda.Reeves@lw.com

Elyse M. Greenwald
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Elyse.Greenwald@lw.com

**Counsel for Defendants United States Sugar Corporation**

Daniel K. Hogan
HOGAN MCDANIEL
1311 Delaware Avenue, Suite 1
Wilmington, DE 19806
dan@dkhogan.com

Peter J. Schwingler
Jonathan W. Ripa
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
peter.schwingler@stinson.com
jon.ripa@stinson.com

**Counsel for Defendant United Sugars Corporation**

Kelly E. Farnan
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19801
Farnan@rlf.com

Darryl Wade Anderson
NORTON ROSE FULBRIGHT US LLP
1301 McKinney Street, Suite 5100
Houston, TX 77010-3095
darryl.anderson@nortonrosefulbright.com

Vic Domen
Amanda Wait
NORTON ROSE FULBRIGHT US LLP
799 9th Street NW, Suite 1000

Washington, DC 20001
vic.domen@nortonrosefulbright.com
amanda.wait@nortonrosefulbright.com

Peter T. Barbur
Timothy G. Cameron
David R. Marriott
Christine A. Varney
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
PBarbur@cravath.com
TCameron@cravath.com
dmarriott@cravath.com
cvarney@cravath.com

**Counsel for Defendants Imperial Sugar Company and Louis Dreyfus Company LLC**


Dated: December 28, 2021

    FOR PLAINTIFF
    UNITED STATES OF AMERICA

    s/ Shamoor Anis
    SHAMOOR ANIS
    LAURA D. HATCHER (#5098)
    Chief, Civil Division
    United States Attorney's Office
    District of Delaware
    1313 N. Market Street, Suite 400
    Wilmington, Delaware 19801
    Tel.: (302) 573-6205
    E-mail: shamoor.anis@usdoj.gov
           laura.hatcher@usdoj.gov


    */s/* Brian Hanna
    BRIAN HANNA
    JENIGH J. GARRETT
    JOHN R. THORNBURGH II

    U.S. Department of Justice
    Antitrust Division
    450 5th Street, NW, Suite 8000

                                          Washington, DC 20530
                                          Tel.: (202) 460-4294
                                          E-mail: Brian.Hanna2@usdoj.gov
                                                       Jenigh.garrett@usdoj.gov
                                                     John.Thornburgh@usdoj.gov

Attorneys for the United States