# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

   *Plaintiff*,

v.

UNITED STATES SUGAR CORPORATION, UNITED SUGARS CORPORATION, IMPERIAL SUGAR COMPANY, and LOUIS DREYFUS COMPANY, LLC.

   *Defendants*.

C.A. No. 21-cv-1644-MN

## NOTICE OF SERVICE

  I hereby certify that on December 29, 2021, the United States caused a copy of subpoenas to the entities listed below to be served on counsel for Defendants listed below. I further certify that on December 29, 2021, the United States caused subpoenas to be served on counsel or other authorized representatives of the subpoena recipients listed below via email, per agreement with counsel or the authorized representative.

For Defendant United States Sugar Corporation:

  Amanda P. Reeves
  Latham & Watkins LLP
  555 Eleventh Street, NW
  Suite 1000
  Washington, DC 20004
  amanda.reeves@lw.com

  Lawrence E. Buterman
  Latham & Watkins LLP
  271 Avenue of the Americas
  New York, NY 10020
  lawrence.buterman@lw.com

Elyse M. Greenwald
Latham & Watkins LLP
10250 Constellation Boulevard, Suite 1100
Los Angeles, CA 90067
elyse.greenwald@lw.com

For Defendant United Sugars Corporation:

Peter Schwingler
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
peter.schwingler@stinson.com

For Defendants Louis Dreyfus Company LLC and Imperial Sugar Company:

Christine A. Varney
Peter T. Barbur
David R. Marriott
Timothy G. Cameron
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
cvarney@cravath.com
pbarbur@cravath.com
dmarriott@cravath.com
tcameron@cravath.com

Amanda Wait
Vic Domen
Norton Rose Fulbright LLP
799 9th Street, NW
2001 K Street, NW
Washington, DC 20001
amanda.wait@nortonrosefulbright.com
vic.domen@nortonrosefulbright.com

Darryl Anderson
Norton Rose Fulbright US LLP
1301 McKinney St Suite 5100
Houston, TX 77010
darryl.anderson@nortonrosefulbright.com

Kelly Farnan
Richard, Layton & Finger P.A.

One Rodney Square, 920 North King Street
Wilmington, Delaware 19801
Farnan@rlf.com

**Counsel or Other Representative for Subpoena Recipients**

Atlantic Ingredients, Michael Gentlesk (Mgentlesk@atlanticingredients.com)

Sucden Americas Corporation, Jeff Williams (jwilliams@sucden.us)

      COUNSEL FOR PLAINTIFF
      UNITED STATES OF AMERICA

/s/ Laura D. Hatcher
LAURA D. HATCHER (#5098)
  Chief, Civil Division
SHAMOOR ANIS
United States Attorney's Office
District of Delaware
1313 N. Market Street, Suite 400
Wilmington, Delaware 19801
Tel.: (302) 573-6205
E-mail: laura.hatcher@usdoj.gov
       shamoor.anis@usdoj.gov

*/s/* Jessica J. Taticchi
JESSICA J. TATICCHI
Trial Attorney
United States Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
Tel.: (202) 705-5900
E-mail: Jessica.Taticchi@usdoj.gov

Dated: December 29, 2021