# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>UNITED STATES SUGAR CORPORATION, UNITED SUGARS CORPORATION, IMPERIAL SUGAR COMPANY, and LOUIS DREYFUS COMPANY, LLC.<br><br>    *Defendants*. | C.A. No. 21-cv-1644-MN |

## NOTICE OF SERVICE

I hereby certify that on January 3, 2022, the United States caused a copy of subpoenas to the entities listed below to be served on counsel for Defendants listed below. I further certify that on January 3, 2022, the United States caused subpoenas to be served on counsel or other authorized representatives of the subpoena recipients listed below via email, per agreement with counsel or the authorized representative.

For Defendant United States Sugar Corporation:

 Amanda P. Reeves
 Latham & Watkins LLP
 555 Eleventh Street, NW
 Suite 1000
 Washington, DC 20004
 amanda.reeves@lw.com

 Lawrence E. Buterman
 Latham & Watkins LLP
 271 Avenue of the Americas
 New York, NY 10020
 lawrence.buterman@lw.com

1

Elyse M. Greenwald
Latham & Watkins LLP
10250 Constellation Boulevard, Suite 1100
Los Angeles, CA 90067
elyse.greenwald@lw.com

For Defendant United Sugars Corporation:

Peter Schwingler
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
peter.schwingler@stinson.com

For Defendants Louis Dreyfus Company LLC and Imperial Sugar Company:

Christine A. Varney
Peter T. Barbur
David R. Marriott
Timothy G. Cameron
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
cvarney@cravath.com
pbarbur@cravath.com
dmarriott@cravath.com
tcameron@cravath.com

Amanda Wait
Vic Domen
Norton Rose Fulbright LLP
799 9th Street, NW
2001 K Street, NW
Washington, DC 20001
amanda.wait@nortonrosefulbright.com
vic.domen@nortonrosefulbright.com

Darryl Anderson
Norton Rose Fulbright US LLP
1301 McKinney St Suite 5100
Houston, TX 77010
darryl.anderson@nortonrosefulbright.com

Kelly Farnan
Richard, Layton & Finger P.A.

One Rodney Square, 920 North King Street
Wilmington, Delaware 19801
Farnan@rlf.com

**Counsel or Other Representative for Subpoena Recipients**

Industrial Commodities, Inc., Adam Hovermale & Joe Pryor

    (ahovermale@icifoods.com; jpryor@icifoods.com)

Pullman Sugar, LLC, Brandon Boomsma (blboomsma@pullmanglobal.com)

Evergreen Sweeteners, William Green (wgreen@esweeteners.com)

Sweetener Supply Corporation, Keith H. Berk (kberk@hmblaw.com)

L&S Sweeteners, LLC, Shawn Sensenig (ssensenig@goldenbarrel.com)

Sweeteners Plus, LLC, Kyle Whitford (kwhitford@sweetenersplus.com)

          COUNSEL FOR PLAINTIFF
          UNITED STATES OF AMERICA

          /s/ Shamoor Anis
          SHAMOOR ANIS
          LAURA D. HATCHER (#5098)
            Chief, Civil Division
          United States Attorney's Office
          District of Delaware
          1313 N. Market Street, Suite 400
          Wilmington, Delaware 19801
          Tel.: (302) 573-6205
          E-mail: shamoor.anis@usdoj.gov
                    laura.hatcher@usdoj.gov

/s/ Jessica J. Taticchi
JESSICA J. TATICCHI
Trial Attorney
United States Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
Tel.: (202) 705-5900
E-mail: Jessica.Taticchi@usdoj.gov

Dated: January 3, 2022

4