IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1644 (MN) |
| | ) |
| UNITED STATES SUGAR | ) |
| CORPORATION, UNITED SUGARS | ) |
| CORPORATION, IMPERIAL SUGAR | ) |
| COMPANY, and LOUIS DREYFUS | ) |
| COMPANY LLC, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) *Notice of Third-Party Subpoenas to Mars, Inc. and The Coca-Cola Company* and (2) *Notice of Third-Party Subpoena to Nestle USA, Inc.* were caused to be served by Defendant United States Sugar Corporation on January 4, 2022, upon the following in the manner indicated:

Laura D. Hatcher, Esquire                              *VIA ELECTRONIC MAIL*
Shamoor Anis, Esquire
UNITED STATES ATTORNEY'S OFFICE
DISTRICT OF DELAWARE
1313 North Market Street, Suite 400
Wilmington, DE  19801
*Attorneys for Plaintiff*

| | |
|---|---|
| Brian Hanna, Esquire<br>John R. Thornburgh II, Esquire<br>Jonathan Y. Mincer, Esquire<br>Jessica J. Taticchi, Esquire<br>Jenigh J. Garrett, Esquire<br>Chinita M. Sinkler, Esquire<br>Jill Ptacek, Esquire<br>U.S. DEPARTMENT OF JUSTICE<br>ANTITRUST DIVISION<br>450 Fifth Street, NW, Suite 8000<br>Washington, DC  20530<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Daniel K. Hogan, Esquire<br>Daniel C. Kerrick, Esquire<br>HOGAN MCDANIEL<br>1311 Delaware Avenue, Suite 1<br>Wilmington, DE  19806<br>*Attorneys for Defendant United Sugars Corporation* | *VIA ELECTRONIC MAIL* |
| Peter J. Schwingler, Esquire<br>Jonathan W. Ripa, Esquire<br>STINSON LLP<br>50 South Sixth Street, Suite 2600<br>Minneapolis, MN  55402<br>*Attorneys for Defendant United Sugars Corporation* | *VIA ELECTRONIC MAIL* |
| Kelly E. Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>Wilmington, DE  19801<br>*Attorneys for Defendants Imperial Sugar Company and Louis Dreyfus Company LLC* | *VIA ELECTRONIC MAIL* |
| Darryl Wade Anderson, Esquire<br>NORTON ROSE FULBRIGHT US LLP<br>1301 McKinney Street, Suite 5100<br>Houston, TX  77010-3095<br>*Attorneys for Defendants Imperial Sugar Company and Louis Dreyfus Company LLC* | *VIA ELECTRONIC MAIL* |

Vic Domen, Esquire  VIA ELECTRONIC MAIL
Amanda Wait, Esquire
NORTON ROSE FULBRIGHT US LLP
799 9th Street NW, Suite 1000
Washington, DC  20001
*Attorneys for Defendants Imperial Sugar*
*Company and Louis Dreyfus Company LLC*

Peter T. Barbur, Esquire  VIA ELECTRONIC MAIL
Timothy G. Cameron, Esquire
David R. Marriott, Esquire
Christine A. Varney, Esquire
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019-7475
*Attorneys for Defendants Imperial Sugar*
*Company and Louis Dreyfus Company LLC*

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Brian P. Egan*
    _____

OF COUNSEL:     Jack B. Blumenfeld (#1014)
    Brian P. Egan (#6227)
Lawrence E. Buterman     1201 North Market Street
LATHAM & WATKINS LLP     P.O. Box 1347
1271 Avenue of the Americas     Wilmington, DE  19899
New York, NY  10020     (302) 658-9200
(212) 906-1200     jblumenfeld@morrisnichols.com
    began@morrisnichols.com
Amanda P. Reeves
LATHAM & WATKINS LLP     *Attorneys for Defendant United States Sugar*
555 Eleventh Street, NW, Suite 1000     *Corporation*
Washington, DC  20004-1304
(202) 637-2200

Elyse M. Greenwald
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA  90067
(213) 485-1234

January 4, 2022

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 4, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Laura D. Hatcher, Esquire<br>Shamoor Anis, Esquire<br>UNITED STATES ATTORNEY'S OFFICE<br>DISTRICT OF DELAWARE<br>1313 North Market Street, Suite 400<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Brian Hanna, Esquire<br>John R. Thornburgh II, Esquire<br>Jonathan Y. Mincer, Esquire<br>Jessica J. Taticchi, Esquire<br>Jenigh J. Garrett, Esquire<br>Chinita M. Sinkler, Esquire<br>Jill Ptacek, Esquire<br>U.S. DEPARTMENT OF JUSTICE<br>ANTITRUST DIVISION<br>450 Fifth Street, NW, Suite 8000<br>Washington, DC  20530<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Daniel K. Hogan, Esquire<br>Daniel C. Kerrick, Esquire<br>HOGAN MCDANIEL<br>1311 Delaware Avenue, Suite 1<br>Wilmington, DE  19806<br>*Attorneys for Defendant United Sugars Corporation* | *VIA ELECTRONIC MAIL* |

Peter J. Schwingler, Esquire  **VIA ELECTRONIC MAIL**
Jonathan W. Ripa, Esquire
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN  55402
*Attorneys for Defendant United Sugars*
*Corporation*

Kelly E. Farnan, Esquire  **VIA ELECTRONIC MAIL**
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE  19801
*Attorneys for Defendants Imperial Sugar*
*Company and Louis Dreyfus Company LLC*

Darryl Wade Anderson, Esquire  **VIA ELECTRONIC MAIL**
NORTON ROSE FULBRIGHT US LLP
1301 McKinney Street, Suite 5100
Houston, TX  77010-3095
*Attorneys for Defendants Imperial Sugar*
*Company and Louis Dreyfus Company LLC*

Vic Domen, Esquire  **VIA ELECTRONIC MAIL**
Amanda Wait, Esquire
NORTON ROSE FULBRIGHT US LLP
799 9th Street NW, Suite 1000
Washington, DC  20001
*Attorneys for Defendants Imperial Sugar*
*Company and Louis Dreyfus Company LLC*

Peter T. Barbur, Esquire  **VIA ELECTRONIC MAIL**
Timothy G. Cameron, Esquire
David R. Marriott, Esquire
Christine A. Varney, Esquire
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019-7475
*Attorneys for Defendants Imperial Sugar*
*Company and Louis Dreyfus Company LLC*

/s/ *Brian P. Egan*
_____
Brian P. Egan (#6227)