# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

        *Plaintiff*,

v.

UNITED STATES SUGAR CORPORATION, UNITED SUGARS CORPORATION, IMPERIAL SUGAR COMPANY, and LOUIS DREYFUS COMPANY, LLC.

        *Defendants*.

C.A. No. 21-cv-1644-MN

## NOTICE OF SERVICE

I hereby certify that on January 4, 2022, the United States caused a copy of subpoenas to the entities listed below to be served on counsel for Defendants listed below. I further certify that on January 4, 2022, the United States caused subpoenas to be served on counsel or other authorized representatives of the subpoena recipients listed below via email, per agreement with counsel or the authorized representative.

For Defendant United States Sugar Corporation:

    Amanda P. Reeves
    Latham & Watkins LLP
    555 Eleventh Street, NW
    Suite 1000
    Washington, DC 20004
    amanda.reeves@lw.com

    Lawrence E. Buterman
    Latham & Watkins LLP
    271 Avenue of the Americas
    New York, NY 10020
    lawrence.buterman@lw.com

1

Elyse M. Greenwald
Latham & Watkins LLP
10250 Constellation Boulevard, Suite 1100
Los Angeles, CA 90067
elyse.greenwald@lw.com

For Defendant United Sugars Corporation:

Peter Schwingler
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
peter.schwingler@stinson.com

For Defendants Louis Dreyfus Company LLC and Imperial Sugar Company:

Christine A. Varney
Peter T. Barbur
David R. Marriott
Timothy G. Cameron
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
cvarney@cravath.com
pbarbur@cravath.com
dmarriott@cravath.com
tcameron@cravath.com

Amanda Wait
Vic Domen
Norton Rose Fulbright LLP
799 9th Street, NW
2001 K Street, NW
Washington, DC 20001
amanda.wait@nortonrosefulbright.com
vic.domen@nortonrosefulbright.com

Darryl Anderson
Norton Rose Fulbright US LLP
1301 McKinney St Suite 5100
Houston, TX 77010
darryl.anderson@nortonrosefulbright.com

Kelly Farnan
Richard, Layton & Finger P.A.

One Rodney Square, 920 North King Street
Wilmington, Delaware 19801
Farnan@rlf.com

**Counsel or Other Representative for Subpoena Recipients**

Archer-Daniels-Midland Company, Jessica Staiger (jessica.staiger@adm.com)

Batory Foods, Inc., Mark Brookstein (mbrookstein@gouldratner.com)

International Food Products Corporation, Clayton Brown (cbrown@ifpc.com)

Zucrum Foods, LLC "dba" Zucarmex USA, Daniel Coogan (djc@nogaleslaw.com)

                                                COUNSEL FOR PLAINTIFF
                                                UNITED STATES OF AMERICA

                                                /s/ Shamoor Anis
                                                SHAMOOR ANIS
                                                LAURA D. HATCHER (#5098)
                                                  Chief, Civil Division
                                                United States Attorney's Office
                                                District of Delaware
                                                1313 N. Market Street, Suite 400
                                                Wilmington, Delaware 19801
                                                Tel.: (302) 573-6205
                                                E-mail: shamoor.anis@usdoj.gov
                                                          laura.hatcher@usdoj.gov

/s/ Jessica J. Taticchi
JESSICA J. TATICCHI
Trial Attorney
United States Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
Tel.: (202) 705-5900
E-mail: Jessica.Taticchi@usdoj.gov

Dated: January 4, 2022