# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff*,<br><br>v.<br><br>UNITED STATES SUGAR CORPORATION, UNITED SUGARS CORPORATION, IMPERIAL SUGAR COMPANY, and LOUIS DREYFUS COMPANY, LLC.<br><br>   *Defendants*. | C.A. No. 21-cv-1644-MN |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, plaintiff the United States of America will cause the following subpoenas, attached hereto as Exhibit A, to be served upon the following:

**Subpoenas to Produce Documents:**

1. Wyoming Sugar Company
   300 South First Street
   Worland, Wyoming 82401

2. Minn-Dak Farmers Cooperative
   7525 Red River Road
   Wahpeton, ND 58075

Dated: January 5, 2022

                Respectfully submitted,

                COUNSEL FOR PLAINTIFF
                UNITED STATES OF AMERICA

                /s/ Shamoor Anis
                SHAMOOR ANIS

LAURA D. HATCHER (#5098)
  Chief, Civil Division
United States Attorney's Office
District of Delaware
1313 N. Market Street, Suite 400
Wilmington, Delaware 19801
Tel.: (302) 573-6205
E-mail: laura.hatcher@usdoj.gov
            shamoor.anis@usdoj.gov


/s/ Jill Ptacek
JILL PTACEK
Trial Attorney
United States Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
Tel.: (202) 307-705-5716
E-mail: Jill.Ptacek@usdoj.gov