**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br>v.<br>UNITED STATES SUGAR CORPORATION, UNITED SUGARS CORPORATION, IMPERIAL SUGAR COMPANY, and LOUIS DREYFUS COMPANY, LLC.<br>*Defendants*. | C.A. No. 21-cv-1644-MN |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, plaintiff the United States of America will cause the following subpoenas, attached hereto as Exhibit A, to be served upon the following:

**Subpoenas to Produce Documents:**

Indiana Sugars, Inc.
911 Virginia Street
Gary, IN 46401

Dated: January 5, 2022

Respectfully submitted,

COUNSEL FOR PLAINTIFF
UNITED STATES OF AMERICA

/s/ Shamoor Anis
SHAMOOR ANIS
LAURA D. HATCHER (#5098)
Chief, Civil Division
United States Attorney's Office

District of Delaware
1313 N. Market Street, Suite 400
Wilmington, Delaware 19801
Tel.: (302) 573-6205
E-mail: laura.hatcher@usdoj.gov
shamoor.anis@usdoj.gov

*/s/* Jessica J. Taticchi
JESSICA J. TATICCHI
Trial Attorney
United States Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
Tel.: (202) 705-5900
E-mail: jessica.taticchi@usdoj.gov