UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br><br>v.<br><br>UNITED STATES SUGAR CORPORATION, UNITED SUGARS CORPORATION, IMPERIAL SUGAR COMPANY, and LOUIS DREYFUS COMPANY LLC.<br><br>        *Defendants*. | Civil Action No.: 1:21-cv-01644-MN |

**NOTICE OF SERVICE**

I hereby certify that, on January 24, 2022, the United States caused the attached Notices of Depositions for the individuals listed therein be served on the following counsel for Defendants by electronic mail:

Jack B. Blumenfeld
Brian P. Egan
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
began@morrisnichols.com

Lawrence E. Buterman
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Lawrence.Buterman@lw.com

Amanda P. Reeves
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000

Washington, DC 20004-1304
Amanda.Reeves@lw.com

Elyse M. Greenwald
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Elyse.Greenwald@lw.com

**Counsel for Defendants United States Sugar Corporation**

Daniel K. Hogan
HOGAN MCDANIEL
1311 Delaware Avenue, Suite 1
Wilmington, DE 19806
dan@dkhogan.com

Peter J. Schwingler
Jonathan W. Ripa
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
peter.schwingler@stinson.com
jon.ripa@stinson.com

**Counsel for Defendant United Sugars Corporation**

Kelly E. Farnan
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19801
Farnan@rlf.com

Darryl Wade Anderson
NORTON ROSE FULBRIGHT US LLP
1301 McKinney Street, Suite 5100
Houston, TX 77010-3095
darryl.anderson@nortonrosefulbright.com

Vic Domen
Amanda Wait
NORTON ROSE FULBRIGHT US LLP
799 9th Street NW, Suite 1000
Washington, DC 20001
vic.domen@nortonrosefulbright.com
amanda.wait@nortonrosefulbright.com

Peter T. Barbur
Timothy G. Cameron
David R. Marriott
Christine A. Varney
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
PBarbur@cravath.com
TCameron@cravath.com
dmarriott@cravath.com
cvarney@cravath.com

**Counsel for Defendants Imperial Sugar Company and Louis Dreyfus Company LLC**

Dated: January 19, 2022

                                                  FOR PLAINTIFF
                                                  UNITED STATES OF AMERICA

                                                  /s/ Shamoor Anis
                                                  SHAMOOR ANIS
                                                  LAURA D. HATCHER (#5098)
                                                   Chief, Civil Division
                                                  United States Attorney's Office
                                                  District of Delaware
                                                  1313 N. Market Street, Suite 400
                                                  Wilmington, Delaware 19801
                                                  Tel.: (302) 573-6205
                                                  E-mail: shamoor.anis@usdoj.gov
                                                            laura.hatcher@usdoj.gov


                                                  /s/ Curtis Strong
                                                  CURTIS STRONG

                                                  U.S. Department of Justice
                                                  Antitrust Division
                                                  450 5th Street, NW, Suite 7000
                                                  Washington, DC 20001
                                                  Tel.: (202) 322-6840
                                                  E-mail: curtis.strong@usdoj.gov

                                                  *Counsel for the United States*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             *Plaintiff,*<br><br>v.<br><br>UNITED STATES SUGAR CORPORATION, UNITED SUGARS CORPORATION, IMPERIAL SUGAR COMPANY, and LOUIS DREYFUS COMPANY LLC,<br><br>             *Defendants.* | Civil Action No.: 1:21-cv-01644-MN |

## PLAINTIFF'S NOTICE OF DEPOSITIONS TO UNITED STATES SUGAR CORPORATION

Pursuant to Rule 30 of the Federal Rules of Civil Procedure and the Joint Stipulations Regarding Discovery, Plaintiff hereby provides notice that it will take the following depositions at the place and time listed below or at such other place and time as is agreed upon:

| Deponent | Date/Time | Location |
|---|---|---|
| Bob Buker | February 17, 2022<br>9:00 a.m. | 2110 First Street<br>Suite 3-137<br>Ft. Myers, FL 33901 |
| Elaine Wood | February 22, 2022<br>9:00 a.m. | 2110 First Street<br>Suite 3-137<br>Ft. Myers, FL 33901 |
| Neil Smith | February 14, 2022<br>9:00 a.m. | 2110 First Street<br>Suite 3-137<br>Ft. Myers, FL 33901 |

1

These depositions will be recorded by audio-visual and/or stenographic recording before an officer authorized to administer oaths and will continue from day to day until concluded.

Dated: January 24, 2022

                                                FOR PLAINTIFF
                                                UNITED STATES OF AMERICA

                                                /s/ Curtis Strong
                                                United States Department of Justice
                                                Antitrust Division
                                                450 Fifth Street, NW, Suite 7000
                                                Washington, DC 20001
                                                Telephone: (202) 322-6840
                                                E-mail: curtis.strong@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES SUGAR CORPORATION, UNITED SUGARS CORPORATION, IMPERIAL SUGAR COMPANY, and LOUIS DREYFUS COMPANY LLC,<br><br>*Defendants.* | Civil Action No.: 1:21-cv-01644-MN |

**PLAINTIFF'S NOTICE OF DEPOSITIONS TO IMPERIAL SUGAR COMPANY**

Pursuant to Rule 30 of the Federal Rules of Civil Procedure and the Joint Stipulations Regarding Discovery, Plaintiff hereby provides notice that it will take the following depositions at the place and time listed below or at such other place and time as is agreed upon:

| Deponent | Date/Time | Location |
|---|---|---|
| Michael Gorrell | February 22, 2022<br>9:00 a.m. | 22 Barnard Street, Suite 300<br>Savannah, Georgia 31401 |
| Jeana Hines | February 10, 2022<br>9:00 a.m. | 1000 Louisiana, Suite 2300<br>Houston, TX 77002 |
| Patrick Henneberry | February 25, 2022<br>9:00 a.m. | 1000 Louisiana, Suite 2300<br>Houston, TX 77002 |
| Beth Smith | February 16, 2022<br>9:00 a.m. | 22 Barnard Street, Suite 300<br>Savannah, Georgia 31401 |
| Robert Waxlax | February 18, 2022<br>9:00 a.m. | 1000 Lafayette Blvd, 10th Floor<br>Bridgeport, CT 06604 |

1

These depositions will be recorded by audio-visual and/or stenographic recording before an officer authorized to administer oaths and will continue from day to day until concluded.

Dated: January 24, 2022

                                              FOR PLAINTIFF
                                              UNITED STATES OF AMERICA

                                              /s/ Curtis Strong
                                              United States Department of Justice
                                              Antitrust Division
                                              450 Fifth Street, NW, Suite 7000
                                              Washington, DC 20001
                                              Telephone: (202) 322-6840
                                              E-mail: curtis.strong@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| UNITED STATES OF AMERICA, Plaintiff, v. UNITED STATES SUGAR CORPORATION, UNITED SUGARS CORPORATION, IMPERIAL SUGAR COMPANY, and LOUIS DREYFUS COMPANY LLC, Defendants. | Civil Action No.: 1:21-cv-01644-MN |
|---|---|

**PLAINTIFF'S NOTICE OF DEPOSITIONS TO UNITED SUGAR CORPORATION**

Pursuant to Rule 30 of the Federal Rules of Civil Procedure and the Joint Stipulations Regarding Discovery, Plaintiff hereby provides notice that it will take the following depositions at the place and time listed below or at such other place and time as is agreed upon:

| Deponent | Date/Time | Location |
|---|---|---|
| Matthew Wineinger | February 25, 2022 9:00 a.m. | United States Attorney's Office Northern District of Illinois, Eastern Division 219 S. Dearborn St., 5th Floor Chicago, IL 60604 |
| Dirk Swart | February 15, 2022 9:00 a.m. | 300 S 4th Street Suite 600 Minneapolis, MN 55415 |
| Eric Speece | February 18, 2022 9:00 a.m. | 300 S 4th Street Suite 600 Minneapolis, MN 55415 |
| Julie Campbell | February 11, 2022 9:00 a.m. | Richard B. Russell Federal Building 75 Ted Turner Dr. SW Suite 600 Atlanta, GA 30303-3309 |

1

These depositions will be recorded by audio-visual and/or stenographic recording before an officer authorized to administer oaths and will continue from day to day until concluded.

Dated: January 24, 2022

                                                  FOR PLAINTIFF
                                                  UNITED STATES OF AMERICA

                                                 /s/ Curtis Strong
                                                United States Department of Justice
                                                Antitrust Division
                                                450 Fifth Street, NW, Suite 7000
                                                Washington, DC 20001
                                                Telephone: (202) 322-6840
                                                E-mail: curtis.strong@usdoj.gov