# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES SUGAR CORPORATION, UNITED SUGARS CORPORATION, IMPERIAL SUGAR COMPANY, and LOUIS DREYFUS COMPANY LLC. <br><br> *Defendants*. | Civil Action No.: 1:21-cv-01644-MN |

## NOTICE OF SERVICE

I hereby certify that, on January 31, 2022, the United States caused the attached Notice of Deposition and Rule 45 Subpoena to Paul Farmer to be served on the following counsel for Defendants by electronic mail:

Jack B. Blumenfeld
Brian P. Egan
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
began@morrisnichols.com

Lawrence E. Buterman
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Lawrence.Buterman@lw.com


Amanda P. Reeves
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000

Washington, DC 20004-1304
Amanda.Reeves@lw.com

Elyse M. Greenwald
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Elyse.Greenwald@lw.com

**Counsel for Defendants United States Sugar Corporation**

Daniel K. Hogan
HOGAN MCDANIEL
1311 Delaware Avenue, Suite 1
Wilmington, DE 19806
dan@dkhogan.com

Peter J. Schwingler
Jonathan W. Ripa
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
peter.schwingler@stinson.com
jon.ripa@stinson.com

**Counsel for Defendant United Sugars Corporation**

Kelly E. Farnan
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19801
Farnan@rlf.com

Darryl Wade Anderson
NORTON ROSE FULBRIGHT US LLP
1301 McKinney Street, Suite 5100
Houston, TX 77010-3095
darryl.anderson@nortonrosefulbright.com

Vic Domen
Amanda Wait
NORTON ROSE FULBRIGHT US LLP
799 9th Street NW, Suite 1000
Washington, DC 20001
vic.domen@nortonrosefulbright.com
amanda.wait@nortonrosefulbright.com

Peter T. Barbur
Timothy G. Cameron
David R. Marriott
Christine A. Varney
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
PBarbur@cravath.com
TCameron@cravath.com
dmarriott@cravath.com
cvarney@cravath.com

**Counsel for Defendants Imperial Sugar Company and Louis Dreyfus Company LLC**

Dated: January 31, 2022

    FOR PLAINTIFF
    UNITED STATES OF AMERICA

    /s/ Shamoor Anis
    SHAMOOR ANIS
    LAURA D. HATCHER (#5098)
      Chief, Civil Division
    United States Attorney's Office
    District of Delaware
    1313 N. Market Street, Suite 400
    Wilmington, Delaware 19801
    Tel.: (302) 573-6205
    E-mail: shamoor.anis@usdoj.gov
           laura.hatcher@usdoj.gov


    /s/ Jill Ptacek
    JILL PTACEK

    U.S. Department of Justice
    Antitrust Division
    450 5th Street, NW, Suite 7000
    Washington, DC 20001
    Tel.: (202) 705-5716
    E-mail: jill.ptacek@usdoj.gov

    *Counsel for the United States*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff*,<br><br>v.<br><br>UNITED STATES SUGAR CORPORATION, UNITED SUGARS CORPORATION, IMPERIAL SUGAR COMPANY, and LOUIS DREYFUS COMPANY LLC.<br><br>   *Defendants*. | Civil Action No.: 1:21-cv-01644-MN |

## PLANTIFF'S NOTICE OF DEPOSITION

Pursuant to Federal Rules of Civil Procedure 30 and 45, Plaintiff United States of America hereby provides notice that it is serving a subpoena to Paul Farmer for oral testimony to be taken at 10:00 am on February 11, 2022, at 1000 Lafayette Blvd 10th Floor, Bridgeport, CT 06604. The deposition will be taken by audio-visual and/or stenographic recording and will continue from day to day until concluded.

Dated: January 31, 2022

                  FOR PLAINTIFF
                  UNITED STATES OF AMERICA

                  <u>/s/ Brian Hanna</u>
                  BRIAN HANNA
                  United States Department of Justice
                  Antitrust Division
                  450 Fifth Street, N.W., Suite 8000
                  Washington, DC 20001
                  Tel.: (202) 460-4294
                  E-mail: Brian.Hanna2@usdoj.gov/s/