IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 21-1644 (MN) |
| ) | |
| UNITED STATES SUGAR ) | |
| CORPORATION, UNITED SUGARS ) | |
| CORPORATION, IMPERIAL SUGAR ) | |
| COMPANY, and LOUIS DREYFUS ) | |
| COMPANY LLC, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Notice of Third-Party Subpoenas to Heath Cagle, Lawrence Faucheaux, Mark Olson, Aaron Riippi, Robert Sproull, and Adam Whittaker* and *Notice of Deposition of Barbara Fecso* were caused to be served by Defendant United States Sugar Corporation on January 31, 2022, upon the following in the manner indicated:

Laura D. Hatcher, Esquire                                          *VIA ELECTRONIC MAIL*
Shamoor Anis, Esquire
UNITED STATES ATTORNEY'S OFFICE
DISTRICT OF DELAWARE
1313 North Market Street, Suite 400
Wilmington, DE 19801
*Attorneys for Plaintiff*

| | |
|---|---|
| Brian Hanna, Esquire<br>John R. Thornburgh II, Esquire<br>Jonathan Y. Mincer, Esquire<br>Jessica J. Taticchi, Esquire<br>Jenigh J. Garrett, Esquire<br>Chinita M. Sinkler, Esquire<br>Jill Ptacek, Esquire<br>U.S. DEPARTMENT OF JUSTICE<br>ANTITRUST DIVISION<br>450 Fifth Street, NW, Suite 8000<br>Washington, DC  20530<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Daniel K. Hogan, Esquire<br>Daniel C. Kerrick, Esquire<br>HOGAN MCDANIEL<br>1311 Delaware Avenue, Suite 1<br>Wilmington, DE  19806<br>*Attorneys for Defendant United Sugars Corporation* | *VIA ELECTRONIC MAIL* |
| Peter J. Schwingler, Esquire<br>Jonathan W. Ripa, Esquire<br>STINSON LLP<br>50 South Sixth Street, Suite 2600<br>Minneapolis, MN  55402<br>*Attorneys for Defendant United Sugars Corporation* | *VIA ELECTRONIC MAIL* |
| Kelly E. Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>Wilmington, DE  19801<br>*Attorneys for Defendants Imperial Sugar Company and Louis Dreyfus Company LLC* | *VIA ELECTRONIC MAIL* |
| Darryl Wade Anderson, Esquire<br>NORTON ROSE FULBRIGHT US LLP<br>1301 McKinney Street, Suite 5100<br>Houston, TX  77010-3095<br>*Attorneys for Defendants Imperial Sugar Company and Louis Dreyfus Company LLC* | *VIA ELECTRONIC MAIL* |

Vic Domen, Esquire  VIA ELECTRONIC MAIL
Amanda Wait, Esquire
NORTON ROSE FULBRIGHT US LLP
799 9th Street NW, Suite 1000
Washington, DC  20001
*Attorneys for Defendants Imperial Sugar*
*Company and Louis Dreyfus Company LLC*

Peter T. Barbur, Esquire  VIA ELECTRONIC MAIL
Timothy G. Cameron, Esquire
David R. Marriott, Esquire
Christine A. Varney, Esquire
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019-7475
*Attorneys for Defendants Imperial Sugar*
*Company and Louis Dreyfus Company LLC*

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Brian P. Egan*

OF COUNSEL:          Jack B. Blumenfeld (#1014)
        Brian P. Egan (#6227)
Lawrence E. Buterman          1201 North Market Street
LATHAM & WATKINS LLP          P.O. Box 1347
1271 Avenue of the Americas          Wilmington, DE  19899
New York, NY  10020          (302) 658-9200
(212) 906-1200          jblumenfeld@morrisnichols.com
        began@morrisnichols.com
Amanda P. Reeves
LATHAM & WATKINS LLP          *Attorneys for Defendant United States Sugar*
555 Eleventh Street, NW, Suite 1000          *Corporation*
Washington, DC  20004-1304
(202) 637-2200

Elyse M. Greenwald
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA  90067
(213) 485-1234

February 1, 2022

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 1, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Laura D. Hatcher, Esquire<br>Shamoor Anis, Esquire<br>UNITED STATES ATTORNEY'S OFFICE<br>DISTRICT OF DELAWARE<br>1313 North Market Street, Suite 400<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Brian Hanna, Esquire<br>John R. Thornburgh II, Esquire<br>Jonathan Y. Mincer, Esquire<br>Jessica J. Taticchi, Esquire<br>Jenigh J. Garrett, Esquire<br>Chinita M. Sinkler, Esquire<br>Jill Ptacek, Esquire<br>U.S. DEPARTMENT OF JUSTICE<br>ANTITRUST DIVISION<br>450 Fifth Street, NW, Suite 8000<br>Washington, DC  20530<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Daniel K. Hogan, Esquire<br>Daniel C. Kerrick, Esquire<br>HOGAN MCDANIEL<br>1311 Delaware Avenue, Suite 1<br>Wilmington, DE  19806<br>*Attorneys for Defendant United Sugars Corporation* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Peter J. Schwingler, Esquire<br>Jonathan W. Ripa, Esquire<br>STINSON LLP<br>50 South Sixth Street, Suite 2600<br>Minneapolis, MN  55402<br>*Attorneys for Defendant United Sugars Corporation* | VIA ELECTRONIC MAIL |
| Kelly E. Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>Wilmington, DE  19801<br>*Attorneys for Defendants Imperial Sugar Company and Louis Dreyfus Company LLC* | VIA ELECTRONIC MAIL |
| Darryl Wade Anderson, Esquire<br>NORTON ROSE FULBRIGHT US LLP<br>1301 McKinney Street, Suite 5100<br>Houston, TX  77010-3095<br>*Attorneys for Defendants Imperial Sugar Company and Louis Dreyfus Company LLC* | VIA ELECTRONIC MAIL |
| Vic Domen, Esquire<br>Amanda Wait, Esquire<br>NORTON ROSE FULBRIGHT US LLP<br>799 9th Street NW, Suite 1000<br>Washington, DC  20001<br>*Attorneys for Defendants Imperial Sugar Company and Louis Dreyfus Company LLC* | VIA ELECTRONIC MAIL |
| Peter T. Barbur, Esquire<br>Timothy G. Cameron, Esquire<br>David R. Marriott, Esquire<br>Christine A. Varney, Esquire<br>CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY  10019-7475<br>*Attorneys for Defendants Imperial Sugar Company and Louis Dreyfus Company LLC* | VIA ELECTRONIC MAIL |

*/s/ Brian P. Egan*

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

Brian P. Egan (#6227)