UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                *Plaintiff*,<br><br>v.<br><br>UNITED STATES SUGAR CORPORATION, UNITED SUGARS CORPORATION, IMPERIAL SUGAR COMPANY, and LOUIS DREYFUS COMPANY, LLC.<br>                *Defendants*. | C.A. No. 21-cv-1644-MN |

**NOTICE OF SERVICE**

I hereby certify that on February 7, 2022, the United States caused a copy of subpoenas to the entities listed below to be served on counsel for Defendants listed below. I further certify that on February 7, 2022, the United States caused subpoenas to be served on counsel or other authorized representatives of the subpoena recipients listed below via email, per agreement with counsel or the authorized representative.

For Defendant United States Sugar Corporation:

    Amanda P. Reeves
    Latham & Watkins LLP
    555 Eleventh Street, NW
    Suite 1000
    Washington, DC 20004
    amanda.reeves@lw.com

    Lawrence E. Buterman
    Latham & Watkins LLP
    271 Avenue of the Americas
    New York, NY 10020
    lawrence.buterman@lw.com

    Elyse M. Greenwald
    Latham & Watkins LLP
    10250 Constellation Boulevard, Suite 1100
    Los Angeles, CA 90067
    elyse.greenwald@lw.com

    Jack B. Blumfeld
    Brian P. Egan
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899
    jblumenfeld@morrisnichols.com
    began@morrisnichols.com

For Defendant United Sugars Corporation:

    Daniel K. Hogan
    Daniel C. Kerrick
    Hogan McDaniel
    1311 Delaware Avenue
    Wilmington, DE 19806
    dan@dkhogan.com
    dckerrick@dkhogan.com

    Peter Schwingler
    Jon Ripa
    Stinson LLP
    50 South Sixth Street, Suite 2600
    Minneapolis, MN 55402
    peter.schwingler@stinson.com
    jon.ripa@stinson.com

For Defendants Louis Dreyfus Company LLC and Imperial Sugar Company:

    Christine A. Varney
    Peter T. Barbur
    David R. Marriott
    Timothy G. Cameron
    Cravath, Swaine & Moore LLP
    Worldwide Plaza
    825 Eighth Avenue
    New York, NY 10019
    cvarney@cravath.com
    pbarbur@cravath.com
    dmarriott@cravath.com
    tcameron@cravath.com

Amanda Wait
Vic Domen
Norton Rose Fulbright LLP
799 9th Street, NW
2001 K Street, NW
Washington, DC 20001
amanda.wait@nortonrosefulbright.com
vic.domen@nortonrosefulbright.com

Darryl Anderson
Norton Rose Fulbright US LLP
1301 McKinney St Suite 5100
Houston, TX 77010
darryl.anderson@nortonrosefulbright.com

Kelly Farnan
Richard, Layton & Finger P.A.
One Rodney Square, 920 North King Street
Wilmington, Delaware 19801
Farnan@rlf.com

**Counsel or Other Representative for Subpoena Recipients**

Southern Minnesota Beet Sugar Cooperative, Jack Huerter (huerter.jack@dorsey.com)

Amalgamated Sugar Company, Jon Jacobs (JBJacobs@perkinscoie.com)

Sweeteners Users Association, Rick Pasco (RPasco@watkinsonmiller.com)

                COUNSEL FOR PLAINTIFF
                UNITED STATES OF AMERICA

                /s/ Shamoor Anis
                SHAMOOR ANIS
                LAURA D. HATCHER (#5098)
                  Chief, Civil Division
                United States Attorney's Office
                District of Delaware
                1313 N. Market Street, Suite 400
                Wilmington, Delaware 19801
                Tel.: (302) 573-6205
                E-mail: shamoor.anis@usdoj.gov
                        laura.hatcher@usdoj.gov

/s/ Jessica J. Taticchi
JESSICA J. TATICCHI
Trial Attorney
United States Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
Tel.: (202) 705-5900
E-mail: Jessica.Taticchi@usdoj.gov

Dated: February 7, 2022

4