# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES SUGAR CORPORATION, UNITED SUGARS CORPORATION, IMPERIAL SUGAR COMPANY, and LOUIS DREYFUS COMPANY LLC. <br><br> *Defendants*. | Civil Action No.: 1:21-cv-01644-MN |

## NOTICE OF SERVICE

I hereby certify that, on February 7, 2022, the United States caused the attached Notices of Depositions for the individuals listed therein be served on the following counsel for Defendants by electronic mail:

Jack B. Blumenfeld
Brian P. Egan
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
began@morrisnichols.com

Lawrence E. Buterman
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Lawrence.Buterman@lw.com


Amanda P. Reeves
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000

Washington, DC 20004-1304
Amanda.Reeves@lw.com

Elyse M. Greenwald
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Elyse.Greenwald@lw.com

**Counsel for Defendants United States Sugar Corporation**

Daniel K. Hogan
HOGAN MCDANIEL
1311 Delaware Avenue, Suite 1
Wilmington, DE 19806
dan@dkhogan.com

Peter J. Schwingler
Jonathan W. Ripa
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
peter.schwingler@stinson.com
jon.ripa@stinson.com

**Counsel for Defendant United Sugars Corporation**

Kelly E. Farnan
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19801
Farnan@rlf.com

Darryl Wade Anderson
NORTON ROSE FULBRIGHT US LLP
1301 McKinney Street, Suite 5100
Houston, TX 77010-3095
darryl.anderson@nortonrosefulbright.com

Vic Domen
Amanda Wait
NORTON ROSE FULBRIGHT US LLP
799 9th Street NW, Suite 1000
Washington, DC 20001
vic.domen@nortonrosefulbright.com
amanda.wait@nortonrosefulbright.com

Peter T. Barbur
Timothy G. Cameron
David R. Marriott
Christine A. Varney
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
PBarbur@cravath.com
TCameron@cravath.com
dmarriott@cravath.com
cvarney@cravath.com

**Counsel for Defendants Imperial Sugar Company and Louis Dreyfus Company LLC**

Dated: February 7, 2022

                                            FOR PLAINTIFF
                                            UNITED STATES OF AMERICA

                                            /s/ Shamoor Anis
                                            SHAMOOR ANIS
                                            LAURA D. HATCHER (#5098)
                                              Chief, Civil Division
                                            United States Attorney's Office
                                            District of Delaware
                                            1313 N. Market Street, Suite 400
                                            Wilmington, Delaware 19801
                                            Tel.: (302) 573-6205
                                            E-mail: shamoor.anis@usdoj.gov
                                                      laura.hatcher@usdoj.gov

                                            */s/* Curtis Strong
                                            CURTIS STRONG

                                            U.S. Department of Justice
                                            Antitrust Division
                                            450 5th Street, NW, Suite 7000
                                            Washington, DC 20001
                                            Tel.: (202) 322-6840
                                            E-mail: curtis.strong@usdoj.gov

                                            *Counsel for the United States*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES SUGAR CORPORATION, UNITED SUGARS CORPORATION, IMPERIAL SUGAR COMPANY, and LOUIS DREYFUS COMPANY LLC,<br><br>*Defendants*. | Civil Action No.: 1:21-cv-01644-MN |

**PLAINTIFF'S NOTICE OF DEPOSITIONS TO IMPERIAL SUGAR COMPANY**

Pursuant to Rule 30 of the Federal Rules of Civil Procedure and the Joint Stipulations Regarding Discovery, Plaintiff hereby provides notice that it will take the following deposition at the place and time listed below or at such other place and time as is agreed upon:

| Deponent | Date/Time | Location |
|---|---|---|
| Steven Hanson | February 23, 2022<br>9:00 a.m. | 50 South Sixth Street Suite 2600<br>Minneapolis, MN 55402 |

These depositions will be recorded by audio-visual and/or stenographic recording before an officer authorized to administer oaths and will continue from day to day until concluded.

Dated: February 7, 2022

                                                   FOR PLAINTIFF
                                                   UNITED STATES OF AMERICA

                                                   /s/ Curtis Strong
                                                 United States Department of Justice
                                                 Antitrust Division
                                                 450 Fifth Street, NW, Suite 7000
                                                 Washington, DC 20001
                                                 Telephone: (202) 322-6840
                                                 E-mail: curtis.strong@usdoj.gov