# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

                 *Plaintiff,*

    v.

UNITED STATES SUGAR
CORPORATION, UNITED SUGARS
CORPORATION, IMPERIAL SUGAR
COMPANY, and LOUIS DREYFUS
COMPANY, LLC.

                 *Defendants.*

C.A. No. 21-cv-1644-MN

## NOTICE OF SERVICE

       I hereby certify that on February 8, 2022, the United States caused a copy of subpoenas to the entities listed below to be served on counsel for Defendants listed below. I further certify that on February 8, 2022, the United States caused subpoenas to be served on counsel or other authorized representatives of the subpoena recipients listed below via email, per agreement with counsel or the authorized representative.

### Counsel for Defendants United States Sugar Corporation

Jack B. Blumenfeld
Brian P. Egan
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
began@morrisnichols.com

Lawrence E. Buterman
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Lawrence.Buterman@lw.com

Amanda P. Reeves
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Amanda.Reeves@lw.com

Elyse M. Greenwald
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Elyse.Greenwald@lw.com

**Counsel for Defendant United Sugars Corporation**

Daniel K. Hogan
Daniel Kerrick
HOGAN MCDANIEL
1311 Delaware Avenue, Suite 1
Wilmington, DE 19806
dan@dkhogan.com
dckerrick@dkhogan.com

Peter J. Schwingler
Jonathan W. Ripa
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
peter.schwingler@stinson.com
jon.ripa@stinson.com

**Counsel for Defendants Imperial Sugar Company and Louis Dreyfus Company LLC**

Kelly E. Farnan
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19801
Farnan@rlf.com

Darryl Wade Anderson
NORTON ROSE FULBRIGHT US LLP
1301 McKinney Street, Suite 5100
Houston, TX 77010-3095
darryl.anderson@nortonrosefulbright.com

Vic Domen
Amanda Wait
NORTON ROSE FULBRIGHT US LLP
799 9th Street NW, Suite 1000
Washington, DC 20001
vic.domen@nortonrosefulbright.com
amanda.wait@nortonrosefulbright.com

Peter T. Barbur
Timothy G. Cameron
David R. Marriott
Christine A. Varney
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
PBarbur@cravath.com
TCameron@cravath.com
dmarriott@cravath.com
cvarney@cravath.com

**<u>Counsel or Other Representative for Subpoena Recipients</u>**

Chattanooga Bakery (eroberts@bakerdonelson.com)

CSM Bakery Solutions (sprice@forwardcounsel.com)

General Mills (RTisch@crowell.com)

Ken's Foods (hsusser@burnslev.com)

King's Hawaiian (JOrzano@seyfarth.com)

Kraft Heinz Foods Co. (kfield@jonesday.com  )

Krispy Kreme (cwheeler@kilpatricktownsend.com)

McKee Foods (croush@akingump.com)

National Confectioners Association (sfried@ofwlaw.com)

Nestle USA (AHudes@mayerbrown.com)

3

PepsiCo. (Cynthia.Sutherland@pepsico.com)

Piedmont Candy (eroche@smithlaw.com)

JM. Smucker Co. (lynn.boris@jmsmucker.com )

Dated: February 8, 2022

COUNSEL FOR PLAINTIFF
UNITED STATES OF AMERICA
/s/ Shamoor Anis
SHAMOOR ANIS
LAURA D. HATCHER (#5098)
  Chief, Civil Division
United States Attorney's Office
District of Delaware
1313 N. Market Street, Suite 400
Wilmington, Delaware 19801
Tel.: (302) 573-6205
E-mail: shamoor.anis@usdoj.gov
          laura.hatcher@usdoj.gov


 /s/ Jill Ptacek
JILL PTACEK
Trial Attorney
United States Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
Tel.: (202) 307-705-5716
E-mail: Jill.Ptacek@usdoj.gov