## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES SUGAR CORPORATION, UNITED SUGARS CORPORATION, IMPERIAL SUGAR COMPANY, and LOUIS DREYFUS COMPANY, LLC.<br><br>*Defendants*. | C.A. No. 21-cv-1644-MN |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, plaintiff the United States of America will cause the following subpoenas, attached hereto as Exhibit A, to be served upon the following:

**Subpoenas to Produce Documents:**

1. Florida Sugar & Molasses Exchange, Inc.
   2655 North Ocean Drive, Suite 201
   Singer Island, FL 33404

2. Sugar Cane Growers Cooperative of Florida
   1500 George Wedgworth Way
   Belle Glade, FL 33430

3. Sugar Services
   15 G E Patterson Ave
   Memphis, TN, 38103

Dated: February 9, 2022

Respectfully submitted,

COUNSEL FOR PLAINTIFF
UNITED STATES OF AMERICA

/s/ Shamoor Anis
SHAMOOR ANIS
LAURA D. HATCHER (#5098)
  Chief, Civil Division
United States Attorney's Office
District of Delaware
1313 N. Market Street, Suite 400
Wilmington, Delaware 19801
Tel.: (302) 573-6205
E-mail: laura.hatcher@usdoj.gov
       shamoor.anis@usdoj.gov

*/s/* Jill Ptacek
JILL PTACEK
Trial Attorney
United States Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
Tel.: (202) 307-705-5716
E-mail: Jill.Ptacek@usdoj.gov