## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES SUGAR CORPORATION, UNITED SUGARS CORPORATION, IMPERIAL SUGAR COMPANY, and LOUIS DREYFUS COMPANY LLC. <br> *Defendants*. | Civil Action No.: 1:21-cv-01644-MN |

## NOTICE OF SERVICE

I hereby certify that, on February 11, 2022, the United States caused the attached (1) Notice of Subpoena of Andrew Carter; (2) Notice of Subpoena of Adam Henderson; and (3) Notice of Subpoena of Meera Ramachandra Hamill, to be served on the following counsel for Defendants by electronic mail:

Jack B. Blumenfeld
Brian P. Egan
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
began@morrisnichols.com

Lawrence E. Buterman
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Lawrence.Buterman@lw.com

Amanda P. Reeves

LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Amanda.Reeves@lw.com

Elyse M. Greenwald
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Elyse.Greenwald@lw.com

**Counsel for Defendants United States Sugar Corporation**

Daniel K. Hogan
Daniel Kerrick
HOGAN MCDANIEL
1311 Delaware Avenue, Suite 1
Wilmington, DE 19806
dan@dkhogan.com
dckerrick@dkhogan.com

Peter J. Schwingler
Jonathan W. Ripa
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
peter.schwingler@stinson.com
jon.ripa@stinson.com

**Counsel for Defendant United Sugars Corporation**

Kelly E. Farnan
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19801
Farnan@rlf.com

Darryl Wade Anderson
NORTON ROSE FULBRIGHT US LLP
1301 McKinney Street, Suite 5100
Houston, TX 77010-3095
darryl.anderson@nortonrosefulbright.com

Vic Domen
Amanda Wait
NORTON ROSE FULBRIGHT US LLP

799 9th Street NW, Suite 1000
Washington, DC 20001
vic.domen@nortonrosefulbright.com
amanda.wait@nortonrosefulbright.com

Peter T. Barbur
Timothy G. Cameron
David R. Marriott
Christine A. Varney
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
PBarbur@cravath.com
TCameron@cravath.com
dmarriott@cravath.com
cvarney@cravath.com

**Counsel for Defendants Imperial Sugar
Company and Louis Dreyfus Company LLC**

Dated: February 11, 2022

FOR PLAINTIFF
UNITED STATES OF AMERICA

/s/ Shamoor Anis
SHAMOOR ANIS
LAURA D. HATCHER (#5098)
 Chief, Civil Division
United States Attorney's Office
District of Delaware
1313 N. Market Street, Suite 400
Wilmington, Delaware 19801
Tel.: (302) 573-6205
E-mail: shamoor.anis@usdoj.gov
          laura.hatcher@usdoj.gov

/s/ Jill Ptacek
Jill Ptacek
U.S. Department of Justice
Antitrust Division
450 5th Street, NW, Suite 7000
Washington, DC 20001
Tel.: (202) 705-5716
E-mail: jill.ptacek@usdoj.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    *Plaintiff*,<br><br>        v.<br><br>UNITED STATES SUGAR CORPORATION, UNITED SUGARS CORPORATION, IMPERIAL SUGAR COMPANY, and LOUIS DREYFUS COMPANY LLC.<br>                    *Defendants*. | Civil Action No.: 1:21-cv-01644-MN |

### PLANTIFF'S NOTICE OF DEPOSITION

Pursuant to Federal Rules of Civil Procedure 30 and 45, Plaintiff United States of America hereby provides notice that it is serving a subpoena to Andrew Carter for oral deposition testimony to be taken at 10:00 am on February 22, 2022. The deposition will be taken by audio-visual and/or stenographic recording and will continue from day to day until concluded.

Dated: February 11, 2022

FOR PLAINTIFF
UNITED STATES OF AMERICA

/s/ Jill Ptacek
JILL PTACEK
United States Department of Justice
Antitrust Division
450 Fifth Street, N.W., Suite 8000
Washington, DC 20001
Tel.: (202) 705-5716
E-mail: jill.ptacek@usdoj.gov/s/

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff*,<br><br> v.<br><br>UNITED STATES SUGAR CORPORATION, UNITED SUGARS CORPORATION, IMPERIAL SUGAR COMPANY, and LOUIS DREYFUS COMPANY LLC.<br>   *Defendants*. | Civil Action No.: 1:21-cv-01644-MN |

## PLANTIFF'S NOTICE OF DEPOSITION

Pursuant to Federal Rules of Civil Procedure 30 and 45, Plaintiff United States of America hereby provides notice that it is serving a subpoena to Alan Henderson for oral deposition testimony to be taken at 9:00 am EST on February 25, 2022, by remote/ video conference. The deposition will be taken by audio-visual and/or stenographic recording and will continue from day to day until concluded.

Dated: February 11, 2022

       FOR PLAINTIFF
       UNITED STATES OF AMERICA

       /s/ Jill Ptacek
       JILL PTACEK
       United States Department of Justice
       Antitrust Division
       450 Fifth Street, N.W., Suite 8000
       Washington, DC 20001
       Tel.: (202) 705-5716
       E-mail: jill.ptacek@usdoj.gov/s/

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff*, | |
| v. | Civil Action No.: 1:21-cv-01644-MN |
| UNITED STATES SUGAR CORPORATION, UNITED SUGARS CORPORATION, IMPERIAL SUGAR COMPANY, and LOUIS DREYFUS COMPANY LLC. | |
| *Defendants*. | |

## PLANTIFF'S NOTICE OF DEPOSITION

Pursuant to Federal Rules of Civil Procedure 30 and 45, Plaintiff United States of America hereby provides notice that it is serving a subpoena to Meera Ramachandra Hamill for oral deposition testimony to be taken at 10:00 am EST on February 17, 2022, by remote/ video conference. The deposition will be taken by audio-visual and/or stenographic recording and will continue from day to day until concluded.

Dated: February 11, 2022

COUNSEL FOR PLAINTIFF
UNITED STATES OF AMERICA

/s/ Chinita M. Sinkler
CHINITA M. SINKLER
United States Department of Justice
Antitrust Division
450 Fifth Street, N.W., Suite 8000
Washington, DC 20001
Tel.: (202) 677-1531
E-mail: chinita.sinkler@usdoj.gov