IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1644 (MN) |
| | ) |
| UNITED STATES SUGAR | ) |
| CORPORATION, UNITED SUGARS | ) |
| CORPORATION, IMPERIAL SUGAR | ) |
| COMPANY, and LOUIS DREYFUS | ) |
| COMPANY LLC, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Notice of Third-Party Subpoena to Chad Bechard* were caused to be served by Defendant United States Sugar Corporation on February 11, 2022, upon the following in the manner indicated:

Laura D. Hatcher, Esquire                                                   *VIA ELECTRONIC MAIL*
Shamoor Anis, Esquire
UNITED STATES ATTORNEY'S OFFICE
DISTRICT OF DELAWARE
1313 North Market Street, Suite 400
Wilmington, DE  19801
*Attorneys for Plaintiff*

Brian Hanna, Esquire                                                         *VIA ELECTRONIC MAIL*
John R. Thornburgh II, Esquire
Jonathan Y. Mincer, Esquire
Jessica J. Taticchi, Esquire
Jenigh J. Garrett, Esquire
Chinita M. Sinkler, Esquire
Jill Ptacek, Esquire
U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
450 Fifth Street, NW, Suite 8000
Washington, DC  20530
*Attorneys for Plaintiff*

| | |
|---|---|
| Daniel K. Hogan, Esquire<br>Daniel C. Kerrick, Esquire<br>HOGAN MCDANIEL<br>1311 Delaware Avenue, Suite 1<br>Wilmington, DE  19806<br>*Attorneys for Defendant United Sugars Corporation* | *VIA ELECTRONIC MAIL* |
| Peter J. Schwingler, Esquire<br>Jonathan W. Ripa, Esquire<br>STINSON LLP<br>50 South Sixth Street, Suite 2600<br>Minneapolis, MN  55402<br>*Attorneys for Defendant United Sugars Corporation* | *VIA ELECTRONIC MAIL* |
| Kelly E. Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>Wilmington, DE  19801<br>*Attorneys for Defendants Imperial Sugar Company and Louis Dreyfus Company LLC* | *VIA ELECTRONIC MAIL* |
| Darryl Wade Anderson, Esquire<br>NORTON ROSE FULBRIGHT US LLP<br>1301 McKinney Street, Suite 5100<br>Houston, TX  77010-3095<br>*Attorneys for Defendants Imperial Sugar Company and Louis Dreyfus Company LLC* | *VIA ELECTRONIC MAIL* |
| Vic Domen, Esquire<br>Amanda Wait, Esquire<br>NORTON ROSE FULBRIGHT US LLP<br>799 9th Street NW, Suite 1000<br>Washington, DC  20001<br>*Attorneys for Defendants Imperial Sugar Company and Louis Dreyfus Company LLC* | *VIA ELECTRONIC MAIL* |

Peter T. Barbur, Esquire  
Timothy G. Cameron, Esquire  
David R. Marriott, Esquire  
Christine A. Varney, Esquire  
CRAVATH, SWAINE & MOORE LLP  
Worldwide Plaza  
825 Eighth Avenue  
New York, NY  10019-7475  
*Attorneys for Defendants Imperial Sugar Company and Louis Dreyfus Company LLC*

                                                  *VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*

OF COUNSEL:

Lawrence E. Buterman  
LATHAM & WATKINS LLP  
1271 Avenue of the Americas  
New York, NY  10020  
(212) 906-1200

Amanda P. Reeves  
LATHAM & WATKINS LLP  
555 Eleventh Street, NW, Suite 1000  
Washington, DC  20004-1304  
(202) 637-2200

Elyse M. Greenwald  
LATHAM & WATKINS LLP  
10250 Constellation Blvd., Suite 1100  
Los Angeles, CA  90067  
(213) 485-1234

February 14, 2022

Jack B. Blumenfeld (#1014)  
Brian P. Egan (#6227)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE  19899  
(302) 658-9200  
jblumenfeld@morrisnichols.com  
began@morrisnichols.com

*Attorneys for Defendant United States Sugar Corporation*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 14, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Laura D. Hatcher, Esquire<br>Shamoor Anis, Esquire<br>UNITED STATES ATTORNEY'S OFFICE<br>DISTRICT OF DELAWARE<br>1313 North Market Street, Suite 400<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Brian Hanna, Esquire<br>John R. Thornburgh II, Esquire<br>Jonathan Y. Mincer, Esquire<br>Jessica J. Taticchi, Esquire<br>Jenigh J. Garrett, Esquire<br>Chinita M. Sinkler, Esquire<br>Jill Ptacek, Esquire<br>U.S. DEPARTMENT OF JUSTICE<br>ANTITRUST DIVISION<br>450 Fifth Street, NW, Suite 8000<br>Washington, DC  20530<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Daniel K. Hogan, Esquire<br>Daniel C. Kerrick, Esquire<br>HOGAN MCDANIEL<br>1311 Delaware Avenue, Suite 1<br>Wilmington, DE  19806<br>*Attorneys for Defendant United Sugars Corporation* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Peter J. Schwingler, Esquire<br>Jonathan W. Ripa, Esquire<br>STINSON LLP<br>50 South Sixth Street, Suite 2600<br>Minneapolis, MN  55402<br>*Attorneys for Defendant United Sugars Corporation* | VIA ELECTRONIC MAIL |
| Kelly E. Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>Wilmington, DE  19801<br>*Attorneys for Defendants Imperial Sugar Company and Louis Dreyfus Company LLC* | VIA ELECTRONIC MAIL |
| Darryl Wade Anderson, Esquire<br>NORTON ROSE FULBRIGHT US LLP<br>1301 McKinney Street, Suite 5100<br>Houston, TX  77010-3095<br>*Attorneys for Defendants Imperial Sugar Company and Louis Dreyfus Company LLC* | VIA ELECTRONIC MAIL |
| Vic Domen, Esquire<br>Amanda Wait, Esquire<br>NORTON ROSE FULBRIGHT US LLP<br>799 9th Street NW, Suite 1000<br>Washington, DC  20001<br>*Attorneys for Defendants Imperial Sugar Company and Louis Dreyfus Company LLC* | VIA ELECTRONIC MAIL |
| Peter T. Barbur, Esquire<br>Timothy G. Cameron, Esquire<br>David R. Marriott, Esquire<br>Christine A. Varney, Esquire<br>CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY  10019-7475<br>*Attorneys for Defendants Imperial Sugar Company and Louis Dreyfus Company LLC* | VIA ELECTRONIC MAIL |

*/s/ Brian P. Egan*

Brian P. Egan (#6227)