IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 21-1644 (MN) |
| ) | |
| UNITED STATES SUGAR ) | |
| CORPORATION, UNITED SUGARS ) | |
| CORPORATION, IMPERIAL SUGAR ) | |
| COMPANY, and LOUIS DREYFUS ) | |
| COMPANY LLC, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Notice of Third-Party Subpoenas to Cargill, Incorporated, Alan Henderson, Clayton Brown, and Scott Elrod* were caused to be served by Defendant United States Sugar Corporation on February 15, 2022, upon the following in the manner indicated:

Laura D. Hatcher, Esquire  *VIA ELECTRONIC MAIL*
Shamoor Anis, Esquire
UNITED STATES ATTORNEY'S OFFICE
DISTRICT OF DELAWARE
1313 North Market Street, Suite 400
Wilmington, DE  19801
*Attorneys for Plaintiff*

Brian Hanna, Esquire                                    VIA ELECTRONIC MAIL
John R. Thornburgh II, Esquire
Jonathan Y. Mincer, Esquire
Jessica J. Taticchi, Esquire
Jenigh J. Garrett, Esquire
Chinita M. Sinkler, Esquire
Jill Ptacek, Esquire
U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
450 Fifth Street, NW, Suite 8000
Washington, DC  20530
*Attorneys for Plaintiff*

Daniel K. Hogan, Esquire                                VIA ELECTRONIC MAIL
Daniel C. Kerrick, Esquire
HOGAN MCDANIEL
1311 Delaware Avenue, Suite 1
Wilmington, DE  19806
*Attorneys for Defendant United Sugars Corporation*

Peter J. Schwingler, Esquire                            VIA ELECTRONIC MAIL
Jonathan W. Ripa, Esquire
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN  55402
*Attorneys for Defendant United Sugars Corporation*

Kelly E. Farnan, Esquire                                VIA ELECTRONIC MAIL
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE  19801
*Attorneys for Defendants Imperial Sugar Company and Louis Dreyfus Company LLC*

Darryl Wade Anderson, Esquire                           VIA ELECTRONIC MAIL
NORTON ROSE FULBRIGHT US LLP
1301 McKinney Street, Suite 5100
Houston, TX  77010-3095
*Attorneys for Defendants Imperial Sugar Company and Louis Dreyfus Company LLC*

2

Vic Domen, Esquire　　　　　　　　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Amanda Wait, Esquire
NORTON ROSE FULBRIGHT US LLP
799 9th Street NW, Suite 1000
Washington, DC  20001
*Attorneys for Defendants Imperial Sugar*
*Company and Louis Dreyfus Company LLC*

Peter T. Barbur, Esquire　　　　　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Timothy G. Cameron, Esquire
David R. Marriott, Esquire
Christine A. Varney, Esquire
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019-7475
*Attorneys for Defendants Imperial Sugar*
*Company and Louis Dreyfus Company LLC*

　　　　　　　　　　　　　　　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　　　　　　　　　　　　　　　　　　　　　*/s/ Brian P. Egan*
　　　　　　　　　　　　　　　　　　　　　_____
OF COUNSEL:　　　　　　　　　　　　　　　Jack B. Blumenfeld (#1014)
　　　　　　　　　　　　　　　　　　　　　Brian P. Egan (#6227)
Lawrence E. Buterman　　　　　　　　　　　1201 North Market Street
LATHAM & WATKINS LLP　　　　　　　　　　P.O. Box 1347
1271 Avenue of the Americas　　　　　　　　Wilmington, DE  19899
New York, NY  10020　　　　　　　　　　　(302) 658-9200
(212) 906-1200　　　　　　　　　　　　　　jblumenfeld@morrisnichols.com
　　　　　　　　　　　　　　　　　　　　　began@morrisnichols.com
Amanda P. Reeves
LATHAM & WATKINS LLP　　　　　　　　　　*Attorneys for Defendant United States Sugar*
555 Eleventh Street, NW, Suite 1000　　　　　　*Corporation*
Washington, DC  20004-1304
(202) 637-2200

Elyse M. Greenwald
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA  90067
(213) 485-1234

February 16, 2022

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 16, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Laura D. Hatcher, Esquire<br>Shamoor Anis, Esquire<br>UNITED STATES ATTORNEY'S OFFICE<br>DISTRICT OF DELAWARE<br>1313 North Market Street, Suite 400<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Brian Hanna, Esquire<br>John R. Thornburgh II, Esquire<br>Jonathan Y. Mincer, Esquire<br>Jessica J. Taticchi, Esquire<br>Jenigh J. Garrett, Esquire<br>Chinita M. Sinkler, Esquire<br>Jill Ptacek, Esquire<br>U.S. DEPARTMENT OF JUSTICE<br>ANTITRUST DIVISION<br>450 Fifth Street, NW, Suite 8000<br>Washington, DC  20530<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Daniel K. Hogan, Esquire<br>Daniel C. Kerrick, Esquire<br>HOGAN MCDANIEL<br>1311 Delaware Avenue, Suite 1<br>Wilmington, DE  19806<br>*Attorneys for Defendant United Sugars Corporation* | VIA ELECTRONIC MAIL |

Peter J. Schwingler, Esquire				VIA ELECTRONIC MAIL
Jonathan W. Ripa, Esquire
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN  55402
*Attorneys for Defendant United Sugars*
*Corporation*

Kelly E. Farnan, Esquire				VIA ELECTRONIC MAIL
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE  19801
*Attorneys for Defendants Imperial Sugar*
*Company and Louis Dreyfus Company LLC*

Darryl Wade Anderson, Esquire				VIA ELECTRONIC MAIL
NORTON ROSE FULBRIGHT US LLP
1301 McKinney Street, Suite 5100
Houston, TX  77010-3095
*Attorneys for Defendants Imperial Sugar*
*Company and Louis Dreyfus Company LLC*

Vic Domen, Esquire				VIA ELECTRONIC MAIL
Amanda Wait, Esquire
NORTON ROSE FULBRIGHT US LLP
799 9th Street NW, Suite 1000
Washington, DC  20001
*Attorneys for Defendants Imperial Sugar*
*Company and Louis Dreyfus Company LLC*

Peter T. Barbur, Esquire				VIA ELECTRONIC MAIL
Timothy G. Cameron, Esquire
David R. Marriott, Esquire
Christine A. Varney, Esquire
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019-7475
*Attorneys for Defendants Imperial Sugar*
*Company and Louis Dreyfus Company LLC*

						/s/ *Brian P. Egan*
						_____
						Brian P. Egan (#6227)

2