# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　*Plaintiff*,<br><br>　　v.<br><br>UNITED STATES SUGAR CORPORATION, UNITED SUGARS CORPORATION, IMPERIAL SUGAR COMPANY, and LOUIS DREYFUS COMPANY LLC.<br><br>　　　　　　*Defendants*. | Civil Action No.: 1:21-cv-01644-MN |

## NOTICE OF SERVICE

　　I hereby certify that, on February 28, 2022, the United States caused the attached Notice of Subpoena to National Sugar Marketing Cooperative, Inc. to be served on the following counsel for Defendants by electronic mail:

Jack B. Blumenfeld
Brian P. Egan
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
began@morrisnichols.com

Lawrence E. Buterman
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Lawrence.Buterman@lw.com


Amanda P. Reeves
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000

Washington, DC 20004-1304
Amanda.Reeves@lw.com

Elyse M. Greenwald
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Elyse.Greenwald@lw.com

**Counsel for Defendants United States Sugar Corporation**

Daniel K. Hogan
Daniel Kerrick
HOGAN MCDANIEL
1311 Delaware Avenue, Suite 1
Wilmington, DE 19806
dan@dkhogan.com
dckerrick@dkhogan.com

Peter J. Schwingler
Jonathan W. Ripa
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
peter.schwingler@stinson.com
jon.ripa@stinson.com

**Counsel for Defendant United Sugars Corporation**

Kelly E. Farnan
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19801
Farnan@rlf.com

Darryl Wade Anderson
NORTON ROSE FULBRIGHT US LLP
1301 McKinney Street, Suite 5100
Houston, TX 77010-3095
darryl.anderson@nortonrosefulbright.com

Vic Domen
Amanda Wait
NORTON ROSE FULBRIGHT US LLP
799 9th Street NW, Suite 1000
Washington, DC 20001

vic.domen@nortonrosefulbright.com
amanda.wait@nortonrosefulbright.com

Peter T. Barbur
Timothy G. Cameron
David R. Marriott
Christine A. Varney
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
PBarbur@cravath.com
TCameron@cravath.com
dmarriott@cravath.com
cvarney@cravath.com

**Counsel for Defendants Imperial Sugar Company and Louis Dreyfus Company LLC**


Dated: February 28, 2022

        FOR PLAINTIFF
        UNITED STATES OF AMERICA

        /s/ Shamoor Anis
        SHAMOOR ANIS
        LAURA D. HATCHER (#5098)
         Chief, Civil Division
        United States Attorney's Office
        District of Delaware
        1313 N. Market Street, Suite 400
        Wilmington, Delaware 19801
        Tel.: (302) 573-6205
        E-mail: shamoor.anis@usdoj.gov
               laura.hatcher@usdoj.gov

        */s/ Jill Ptacek*
        Jill Ptacek
        U.S. Department of Justice
        Antitrust Division
        450 5th Street, NW, Suite 7000
        Washington, DC 20001
        Tel.: (202) 705-5716
        E-mail: jill.ptacek@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES SUGAR CORPORATION, UNITED SUGARS CORPORATION, IMPERIAL SUGAR COMPANY, and LOUIS DREYFUS COMPANY LLC.<br><br>*Defendants*. | Civil Action No.: 1:21-cv-01644-MN |

## PLANTIFF'S NOTICE OF DEPOSITION

Pursuant to Federal Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff United States of America hereby provides notice that it is serving a subpoena to National Sugar Marketing Cooperative, Inc. for oral deposition testimony to be taken at 9:00 am on March 16, 2022, by remote/video conference. The deposition will be taken by audio-visual and/or stenographic recording and will continue from day to day until concluded.

Dated: February 28, 2022

                                             COUNSEL FOR PLAINTIFF
                                             UNITED STATES OF AMERICA

                                             /s/ Curtis Strong
                                             CURTIS STRONG
                                             United States Department of Justice
                                             Antitrust Division
                                             450 Fifth Street, N.W., Suite 7000
                                             Washington, DC 20001
                                             Tel.: (202) 598-2735
                                             E-mail: Curtis.strong@usdoj.gov