# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>UNITED STATES SUGAR CORPORATION,<br>UNITED SUGARS CORPORATION,<br>IMPERIAL SUGAR COMPANY, and<br>LOUIS DREYFUS COMPANY LLC,<br><br>    *Defendants*. | Civil Action No. 1:21-cv-01644-MN |

## STIPULATION REGARDING DISCOVERY DEADLINES

Pursuant to Rule 29 of the Federal Rules of Civil Procedure, the Parties, United States of America, United States Sugar Corporation, United Sugars Corporation, Imperial Sugar Company, and Louis Dreyfus Company LLC, by and through their undersigned counsel, hereby stipulate that pursuant to the Court's Scheduling Order, D.I. 70, each side will exchange its final trial witness list on February 28, 2022, according to the terms of the Scheduling Order. Because the parties have timely noticed fact depositions that are currently scheduled to occur following the close of fact discovery on February 25, 2022, the sides may exchange revised witness lists no later than Saturday, March 12, to account for those additional depositions. The revised witness list shall include no more than 22 fact witnesses to appear at trial. The only persons who can be added to a side's March 12 list are individuals whose timely noticed depositions occurred on or between February 28 and March 11, unless otherwise agreed to by the parties. The parties further agree that in the event any of the aforementioned timely noticed fact depositions takes place after March 11, either side may add such witness(es) to its respective final witness list no later than 24 hours after the conclusion of any said deposition, provided that the total number of fact witnesses not exceed 22 at that time. All other provisions of the

Scheduling Order apply. This stipulation does not affect or change any deadlines set forth in the Scheduling Order, except that the parties agree to confer about the timing for the exchange of deposition designations and/or exhibits related to any additional witnesses properly included on any side's revised March 12 witness list, whose deposition occurred between February 28 and March 11, or any additional witness(es) properly added to a party's final witness list after March 12.

Dated: February 28, 2022

MORRIS NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Lawrence E. Buterman
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

Amanda P. Reeves
Jennifer L. Giordano
Lindsey S. Champlin
Molly M. Barron
David L. Johnson
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200

Christopher S. Yates
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

Elyse M. Greenwald
LATHAM & WATKINS LLP
10250 Constellation Boulevard, Suite 1100
Los Angeles, CA 90067
(213) 485-1234

/s/ *Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

*Attorneys for Defendant United States Sugar Corporation*

3

<table>
<tr><td></td><td>HOGAN MCDANIEL</td></tr>
<tr><td></td><td><br>*/s/ Daniel K. Hogan*</td></tr>
<tr><td>OF COUNSEL:<br><br>Peter J. Schwingler<br>STINSON LLP<br>50 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>(612) 335-1564</td><td>Daniel K. Hogan (# 2814)<br>Daniel C. Kerrick (#5027)<br>1311 Delaware Avenue, Suite 1<br>Wilmington, DE 19806<br>(302) 656-7540<br>dan@dkhogan.com<br>dckerrick@dkhogan.com<br><br>*Attorneys for Defendant United Sugars Corporation*</td></tr>
<tr><td></td><td>RICHARDS, LAYTON & FINGER, P.A.</td></tr>
<tr><td></td><td>*/s/ Kelly E. Farnan*</td></tr>
<tr><td>OF COUNSEL:<br><br>Christine A. Varney<br>David R. Marriott<br>Peter T. Barbur<br>Timothy G. Cameron<br>Daniel K. Zach<br>CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>(212) 474-1000<br><br>Amanda L. Wait<br>Vic Domen<br>NORTON ROSE FULBRIGHT US LLP<br>799 Ninth Street, NW, Suite 1000<br>Washington, DC 20001<br>(202) 662-4550<br><br>Darryl Wade Anderson<br>NORTON ROSE FULBRIGHT US LLP<br>1301 McKinney St. Suite 5100<br>Houston, TX 77010<br>(713) 651-5562</td><td>Kelly E. Farnan (#4395)<br>920 N. King St.<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br><br>*Attorneys for Defendants Imperial Sugar Company and Louis Dreyfus Company LLC*</td></tr>
</table>

|  |  |
|---|---|
| OF COUNSEL<br><br>Brian Hanna<br>Curtis Strong<br>U.S. Department of Justice<br>Antitrust Division<br>450 5th Street, NW, Suite 8000<br>Washington, DC 20530<br>Curtis.Strong@usdoj.gov<br>(202) 322-6840 | */s/ Shamoor Anis*<br>Shamoor Anis<br>Laura Hatcher (#5098)<br>    Chief, Civil Division<br>United States Attorney's Office<br>District of Delaware<br>1313 N. Market Street, Suite 400<br>Wilmington, DE 19801<br>shamoor.anis@uddoj.gov<br>laura.hatcher@usdoj.gov<br>(302) 573-6205<br><br>*Counsel for Plaintiff*<br>*United States of America* |