# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     *Plaintiff*,<br><br>  v.<br><br>UNITED STATES SUGAR CORPORATION, UNITED SUGARS CORPORATION, IMPERIAL SUGAR COMPANY, and LOUIS DREYFUS COMPANY LLC.<br><br>     *Defendants*. | Civil Action No.: 1:21-cv-01644-MN |

## NOTICE OF SERVICE

  I hereby certify that, on March 16, 2022, the United States caused the attached Notices of Subpoena to Testify at Trial to Alan Henderson and Adam Whittaker to be served on the following counsel for Defendants by electronic mail:

Jack B. Blumenfeld
Brian P. Egan
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
began@morrisnichols.com

Lawrence E. Buterman
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Lawrence.Buterman@lw.com


Amanda P. Reeves
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000

Washington, DC 20004-1304
Amanda.Reeves@lw.com

Elyse M. Greenwald
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Elyse.Greenwald@lw.com

**Counsel for Defendants United States Sugar Corporation**

Daniel K. Hogan
Daniel Kerrick
HOGAN MCDANIEL
1311 Delaware Avenue, Suite 1
Wilmington, DE 19806
dan@dkhogan.com
dckerrick@dkhogan.com

Peter J. Schwingler
Jonathan W. Ripa
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
peter.schwingler@stinson.com
jon.ripa@stinson.com

**Counsel for Defendant United Sugars Corporation**

Kelly E. Farnan
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19801
Farnan@rlf.com

Darryl Wade Anderson
NORTON ROSE FULBRIGHT US LLP
1301 McKinney Street, Suite 5100
Houston, TX 77010-3095
darryl.anderson@nortonrosefulbright.com

Vic Domen
Amanda Wait
NORTON ROSE FULBRIGHT US LLP
799 9th Street NW, Suite 1000
Washington, DC 20001

vic.domen@nortonrosefulbright.com
amanda.wait@nortonrosefulbright.com

Peter T. Barbur
Timothy G. Cameron
David R. Marriott
Christine A. Varney
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
PBarbur@cravath.com
TCameron@cravath.com
dmarriott@cravath.com
cvarney@cravath.com

**Counsel for Defendants Imperial Sugar Company and Louis Dreyfus Company LLC**

Dated: March 16, 2022

                                                                    FOR PLAINTIFF
                                                                    UNITED STATES OF AMERICA

/s/ Shamoor Anis
SHAMOOR ANIS
LAURA D. HATCHER (#5098)
  Chief, Civil Division
United States Attorney's Office
District of Delaware
1313 N. Market Street, Suite 400
Wilmington, Delaware 19801
Tel.: (302) 573-6205
E-mail: shamoor.anis@usdoj.gov
          laura.hatcher@usdoj.gov

/s/ David Geiger
David Geiger
U.S. Department of Justice
Antitrust Division
450 5th Street, NW, Suite 7100
Washington, DC 20001
Tel.: (202) 262-0697
E-mail: david.geiger@usdoj.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     *Plaintiff*,<br>v.<br><br>UNITED STATES SUGAR CORPORATION, UNITED SUGARS CORPORATION, IMPERIAL SUGAR COMPANY, and LOUIS DREYFUS COMPANY LLC,<br><br>     *Defendants*. | Civil Action No.: 1:21-cv-01644-MN |

### PLAINTIFF'S NOTICE OF SUBPOENA TO TESTIFY AT TRIAL

NOTICE IS HEREBY GIVEN that Alan Henderson is required to appear before the above-referenced Court, located at 844 N. King St, Wilmington, DE 19801, on April 18, 2022 at 9:00 am in Courtroom 4A to testify as a witness in this action.

Dated: March 16, 2022

              COUNSEL FOR PLAINTIFF
              UNITED STATES OF AMERICA:
              /s/ David Geiger
              David Geiger
              United States Department of Justice
              Antitrust Division
              450 5th Street, N.W.
              Washington, DC 20001
              Tel.: (202) 262-0697
              E-mail: david.geiger@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     *Plaintiff*,<br> v.<br><br>UNITED STATES SUGAR CORPORATION, UNITED SUGARS CORPORATION, IMPERIAL SUGAR COMPANY, and LOUIS DREYFUS COMPANY LLC,<br><br>     *Defendants*. | Civil Action No.: 1:21-cv-01644-MN |

## PLAINTIFF'S NOTICE OF SUBPOENA TO TESTIFY AT TRIAL

NOTICE IS HEREBY GIVEN that Adam Whittaker is required to appear before the above-referenced Court, located at 844 N. King St, Wilmington, DE 19801, on April 18, 2022 at 9:00 am in Courtroom 4A to testify as a witness in this action.

Dated: March 16, 2022

              COUNSEL FOR PLAINTIFF
              UNITED STATES OF AMERICA:
              /s/ David Geiger
              David Geiger
              United States Department of Justice
              Antitrust Division
              450 5th Street, N.W.
              Washington, DC 20001
              Tel.: (202) 262-0697
              E-mail: david.geiger@usdoj.gov