# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>UNITED STATES SUGAR CORPORATION, UNITED SUGARS CORPORATION, IMPERIAL SUGAR COMPANY, and LOUIS DREYFUS COMPANY LLC.<br><br>    *Defendants*. | Civil Action No.: 21-cv-1644-MN |

## NOTICE OF SERVICE

  I hereby certify that, on March 22, 2022, the United States caused the attached Notice of Deposition for the individual listed therein be served on the following counsel for Defendants by electronic mail:

Jack B. Blumenfeld
Brian P. Egan
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
began@morrisnichols.com

Lawrence E. Buterman
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Lawrence.Buterman@lw.com

Amanda P. Reeves
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000

Washington, DC 20004-1304
Amanda.Reeves@lw.com

Elyse M. Greenwald
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Elyse.Greenwald@lw.com

**Counsel for Defendants United States Sugar Corporation**

Daniel K. Hogan
HOGAN MCDANIEL
1311 Delaware Avenue, Suite 1
Wilmington, DE 19806
dan@dkhogan.com

Peter J. Schwingler
Jonathan W. Ripa
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
peter.schwingler@stinson.com
jon.ripa@stinson.com

**Counsel for Defendant Unite d Sugars Corporation**

Kelly E. Farnan
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19801
Farnan@rlf.com

Darryl Wade Anderson
NORTON ROSE FULBRIGHT US LLP
1301 McKinney Street, Suite 5100
Houston, TX 77010-3095
darryl.anderson@nortonrosefulbright.com

Vic Domen
Amanda Wait
NORTON ROSE FULBRIGHT US LLP
799 9th Street NW, Suite 1000
Washington, DC 20001
vic.domen@nortonrosefulbright.com
amanda.wait@nortonrosefulbright.com

Peter T. Barbur
Timothy G. Cameron
David R. Marriott
Christine A. Varney
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
PBarbur@cravath.com
TCameron@cravath.com
dmarriott@cravath.com
cvarney@cravath.com

**Counsel for Defendants Imperial Sugar Company and Louis Dreyfus Company LLC**


Dated: March 22, 2022

                FOR PLAINTIFF
                UNITED STATES OF AMERICA

                */s/ Laura D. Hatcher*
                LAURA D. HATCHER (#5098)
                 Chief, Civil Division
                United States Attorney's Office
                District of Delaware
                1313 N. Market Street, Suite 400
                Wilmington, Delaware 19801
                Tel.: (302) 573-6205
                E-mail: laura.hatcher@usdoj.gov


                */s/ Jonathan Mincer*
                JONATHAN MINCER
                U.S. Department of Justice
                Antitrust Division
                450 5th Street, NW, Suite 8000
                Washington, DC 20001
                Tel.: (202) 710-2449
                E-mail: jonathan.mincer@usdoj.gov

                *Counsel for the United States*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>UNITED STATES SUGAR CORPORATION, UNITED SUGARS CORPORATION, IMPERIAL SUGAR COMPANY, and LOUIS DREYFUS COMPANY LLC,<br>    *Defendants*. | Civil Action No.: 21-cv-1644-MN |

## **PLANTIFF'S NOTICE OF DEPOSITION**

Pursuant to Federal Rules of Civil Procedure 30, the Scheduling Order (D.I. 70), and the Stipulation Regarding Expert Discovery (D.I. 103), Plaintiff United States of America hereby provides notice that it will take the deposition of Dr. Nicholas Hill on Thursday, March 31, 2022, at 9:00 a.m. EST, by remote means/videoconference, or at such other time and place as is agreed upon. The deposition will be recorded by audio-visual and/or stenographic recording before an officer authorized to administer oaths and will continue from day to day until concluded.

Dated: March 22, 2022                         COUNSEL FOR PLAINTIFF
                                              UNITED STATES OF AMERICA

                                              */s/ Jonathan Mincer*

                                              Jonathan Mincer
                                              U.S. Department of Justice
                                              Antitrust Division
                                              450 5th Street, NW, Suite 8000
                                              Washington, DC 20001
                                              Telephone: (202) 710-2449
                                              E-mail: jonathan.mincer@usdoj.gov