IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1644 (MN) |
| | ) |
| UNITED STATES SUGAR | ) |
| CORPORATION, UNITED SUGARS | ) |
| CORPORATION, IMPERIAL SUGAR | ) |
| COMPANY, and LOUIS DREYFUS | ) |
| COMPANY LLC, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Defendants' Notice of Deposition* were caused to be served by Defendant United States Sugar Corporation on March 22, 2022, upon the following in the manner indicated:

Laura D. Hatcher, Esquire                                                              *VIA ELECTRONIC MAIL*
Shamoor Anis, Esquire
UNITED STATES ATTORNEY'S OFFICE
DISTRICT OF DELAWARE
1313 North Market Street, Suite 400
Wilmington, DE  19801
*Attorneys for Plaintiff*

Brian Hanna, Esquire                                                                                    *VIA ELECTRONIC MAIL*
John R. Thornburgh II, Esquire
Jonathan Y. Mincer, Esquire
Jessica J. Taticchi, Esquire
Jenigh J. Garrett, Esquire
Chinita M. Sinkler, Esquire
Jill Ptacek, Esquire
Curtis Wayne Strong, Esquire
Michael E. Wolin, Esquire
George C. Nierlich, Esquire
Stephanie E. Pearl, Esquire
Brian R. Young, Esquire
David A. Geiger, Esquire
U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
450 Fifth Street, NW, Suite 8000
Washington, DC  20530
*Attorneys for Plaintiff*

Thomas P. DeMatteo, Esquire                                *VIA ELECTRONIC MAIL*
UNITED STATES DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
950 Pennsylvania Avenue NW
Washington, DC  20530
*Attorneys for Plaintiff*

Ryan M. Sandrock, Esquire                                     *VIA ELECTRONIC MAIL*
UNITED STATES DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
450 Golden Gate Avenue
San Francisco, CA  94102
*Attorneys for Plaintiff*

Daniel K. Hogan, Esquire                                         *VIA ELECTRONIC MAIL*
Daniel C. Kerrick, Esquire
HOGAN MCDANIEL
1311 Delaware Avenue, Suite 1
Wilmington, DE  19806
*Attorneys for Defendant United Sugars Corporation*

Peter J. Schwingler, Esquire
Jonathan W. Ripa, Esquire
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN  55402
*Attorneys for Defendant United Sugars Corporation*

*VIA ELECTRONIC MAIL*

Kelly E. Farnan, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE  19801
*Attorneys for Defendants Imperial Sugar Company and Louis Dreyfus Company LLC*

*VIA ELECTRONIC MAIL*

Darryl Wade Anderson, Esquire
NORTON ROSE FULBRIGHT US LLP
1301 McKinney Street, Suite 5100
Houston, TX  77010-3095
*Attorneys for Defendants Imperial Sugar Company and Louis Dreyfus Company LLC*

*VIA ELECTRONIC MAIL*

Vic Domen, Esquire
Amanda Wait, Esquire
NORTON ROSE FULBRIGHT US LLP
799 9th Street NW, Suite 1000
Washington, DC  20001
*Attorneys for Defendants Imperial Sugar Company and Louis Dreyfus Company LLC*

*VIA ELECTRONIC MAIL*

Peter T. Barbur, Esquire
Timothy G. Cameron, Esquire
David R. Marriott, Esquire
Christine A. Varney, Esquire
Daniel K. Zach, Esquire
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019-7475
*Attorneys for Defendants Imperial Sugar Company and Louis Dreyfus Company LLC*

*VIA ELECTRONIC MAIL*

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Brian P. Egan* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
| | Brian P. Egan (#6227) |
| Lawrence E. Buterman | 1201 North Market Street |
| LATHAM & WATKINS LLP | P.O. Box 1347 |
| 1271 Avenue of the Americas | Wilmington, DE  19899 |
| New York, NY  10020 | (302) 658-9200 |
| (212) 906-1200 | jblumenfeld@morrisnichols.com |
| | began@morrisnichols.com |
| Amanda P. Reeves | |
| Jennifer L. Giordano | *Attorneys for Defendant United States Sugar Corporation* |
| Lindsey S. Champlin | |
| Molly M. Barron | |
| David L. Johnson | |
| LATHAM & WATKINS LLP | |
| 555 Eleventh Street, NW, Suite 1000 | |
| Washington, DC  20004-1304 | |
| (202) 637-2200 | |

Christopher S. Yates
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

Elyse M. Greenwald
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA  90067
(213) 485-1234

March 22, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 22, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Laura D. Hatcher, Esquire<br>Shamoor Anis, Esquire<br>UNITED STATES ATTORNEY'S OFFICE<br>DISTRICT OF DELAWARE<br>1313 North Market Street, Suite 400<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Brian Hanna, Esquire<br>John R. Thornburgh II, Esquire<br>Jonathan Y. Mincer, Esquire<br>Jessica J. Taticchi, Esquire<br>Jenigh J. Garrett, Esquire<br>Chinita M. Sinkler, Esquire<br>Jill Ptacek, Esquire<br>Curtis Wayne Strong, Esquire<br>Michael E. Wolin, Esquire<br>George C. Nierlich, Esquire<br>Stephanie E. Pearl, Esquire<br>Brian R. Young, Esquire<br>David A. Geiger, Esquire<br>U.S. DEPARTMENT OF JUSTICE<br>ANTITRUST DIVISION<br>450 Fifth Street, NW, Suite 8000<br>Washington, DC  20530<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Thomas P. DeMatteo, Esquire<br>UNITED STATES DEPARTMENT OF JUSTICE<br>ANTITRUST DIVISION<br>950 Pennsylvania Avenue NW<br>Washington, DC  20530<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |

| | |
|---|---|
| Ryan M. Sandrock, Esquire<br>UNITED STATES DEPARTMENT OF JUSTICE<br>ANTITRUST DIVISION<br>450 Golden Gate Avenue<br>San Francisco, CA  94102<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Daniel K. Hogan, Esquire<br>Daniel C. Kerrick, Esquire<br>HOGAN MCDANIEL<br>1311 Delaware Avenue, Suite 1<br>Wilmington, DE  19806<br>*Attorneys for Defendant United Sugars Corporation* | *VIA ELECTRONIC MAIL* |
| Peter J. Schwingler, Esquire<br>Jonathan W. Ripa, Esquire<br>STINSON LLP<br>50 South Sixth Street, Suite 2600<br>Minneapolis, MN  55402<br>*Attorneys for Defendant United Sugars Corporation* | *VIA ELECTRONIC MAIL* |
| Kelly E. Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>Wilmington, DE  19801<br>*Attorneys for Defendants Imperial Sugar Company and Louis Dreyfus Company LLC* | *VIA ELECTRONIC MAIL* |
| Darryl Wade Anderson, Esquire<br>NORTON ROSE FULBRIGHT US LLP<br>1301 McKinney Street, Suite 5100<br>Houston, TX  77010-3095<br>*Attorneys for Defendants Imperial Sugar Company and Louis Dreyfus Company LLC* | *VIA ELECTRONIC MAIL* |
| Vic Domen, Esquire<br>Amanda Wait, Esquire<br>NORTON ROSE FULBRIGHT US LLP<br>799 9th Street NW, Suite 1000<br>Washington, DC  20001<br>*Attorneys for Defendants Imperial Sugar Company and Louis Dreyfus Company LLC* | *VIA ELECTRONIC MAIL* |

Peter T. Barbur, Esquire *VIA ELECTRONIC MAIL*
Timothy G. Cameron, Esquire
David R. Marriott, Esquire
Christine A. Varney, Esquire
Daniel K. Zach, Esquire
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY10019-7475
*Attorneys for Defendants Imperial Sugar*
*Company and Louis Dreyfus Company LLC*

/s/ *Brian P. Egan*
_____
Brian P. Egan (#6227)

3