# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>UNITED STATES SUGAR CORPORATION, UNITED SUGARS CORPORATION, IMPERIAL SUGAR COMPANY, and LOUIS DREYFUS COMPANY LLC.<br><br>    *Defendants*. | Civil Action No.: 1:21-cv-01644-MN |

## NOTICE OF SERVICE

I hereby certify that, on March 16, 2022, the United States caused the attached Notices of Subpoena to Testify at Trial to Heath Cagle and Aaron Riippa to be served on the following counsel for Defendants by electronic mail:

Jack B. Blumenfeld
Brian P. Egan
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
began@morrisnichols.com

Lawrence E. Buterman
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Lawrence.Buterman@lw.com

Amanda P. Reeves
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000

Washington, DC 20004-1304
Amanda.Reeves@lw.com

Elyse M. Greenwald
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Elyse.Greenwald@lw.com

**Counsel for Defendants United States Sugar Corporation**

Daniel K. Hogan
Daniel Kerrick
HOGAN MCDANIEL
1311 Delaware Avenue, Suite 1
Wilmington, DE 19806
dan@dkhogan.com
dckerrick@dkhogan.com

Peter J. Schwingler
Jonathan W. Ripa
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
peter.schwingler@stinson.com
jon.ripa@stinson.com

**Counsel for Defendant United Sugars Corporation**

Kelly E. Farnan
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19801
Farnan@rlf.com

Darryl Wade Anderson
NORTON ROSE FULBRIGHT US LLP
1301 McKinney Street, Suite 5100
Houston, TX 77010-3095
darryl.anderson@nortonrosefulbright.com

Vic Domen
Amanda Wait
NORTON ROSE FULBRIGHT US LLP
799 9th Street NW, Suite 1000
Washington, DC 20001

2

vic.domen@nortonrosefulbright.com
amanda.wait@nortonrosefulbright.com

Peter T. Barbur
Timothy G. Cameron
David R. Marriott
Christine A. Varney
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
PBarbur@cravath.com
TCameron@cravath.com
dmarriott@cravath.com
cvarney@cravath.com

**Counsel for Defendants Imperial Sugar Company and Louis Dreyfus Company LLC**

Dated: March 23, 2022

        FOR PLAINTIFF
        UNITED STATES OF AMERICA

        /s/ Shamoor Anis
        SHAMOOR ANIS
        LAURA D. HATCHER (#5098)
         Chief, Civil Division
        United States Attorney's Office
        District of Delaware
        1313 N. Market Street, Suite 400
        Wilmington, Delaware 19801
        Tel.: (302) 573-6205
        E-mail: shamoor.anis@usdoj.gov
                laura.hatcher@usdoj.gov

        /s/ Chinita M. Sinkler
        Chinita M. Sinkler
        U.S. Department of Justice
        Antitrust Division
        450 5th Street, NW, Suite 7100
        Washington, DC 20001
        Tel.: (202) 677-1531
        E-mail: Chinita.sinkler@usdoj.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     *Plaintiff,*<br>v.<br><br>UNITED STATES SUGAR CORPORATION, UNITED SUGARS CORPORATION, IMPERIAL SUGAR COMPANY, and LOUIS DREYFUS COMPANY LLC,<br><br>     *Defendants.* | Civil Action No.: 1:21-cv-01644-MN |

### PLAINTIFF'S NOTICE OF SUBPOENA TO TESTIFY AT TRIAL

NOTICE IS HEREBY GIVEN that Aaron Riippa is required to appear before the above-referenced Court, located at 844 N. King St, Wilmington, DE 19801, on April 18, 2022 at 9:00 am in Courtroom 4A to testify as a witness in this action.

Dated: March 23, 2022

            COUNSEL FOR PLAINTIFF
            UNITED STATES OF AMERICA:

            /s/ Chinita M. Sinkler
            Chinita M. Sinkler
            United States Department of Justice
            Antitrust Division
            450 5th Street, N.W.
            Washington, DC 20001
            Tel.: (202) 677-1531
            E-mail: Chinita.sinkler@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                *Plaintiff*,<br>v.<br><br>UNITED STATES SUGAR CORPORATION, UNITED SUGARS CORPORATION, IMPERIAL SUGAR COMPANY, and LOUIS DREYFUS COMPANY LLC,<br><br>                *Defendants*. | Civil Action No.: 1:21-cv-01644-MN |

## PLAINTIFF'S NOTICE OF SUBPOENA TO TESTIFY AT TRIAL

NOTICE IS HEREBY GIVEN that Heath Cagle is required to appear before the above-referenced Court, located at 844 N. King St, Wilmington, DE 19801, on April 19, 2022 at 9:00 am in Courtroom 4A to testify as a witness in this action.

Dated: March 23, 2022

                                                  COUNSEL FOR PLAINTIFF
                                                  UNITED STATES OF AMERICA:

                                                  /s/ Chinita M. Sinkler
                                                  Chinita M. Sinkler
                                                  United States Department of Justice
                                                  Antitrust Division
                                                  450 5th Street, N.W.
                                                  Washington, DC 20001
                                                  Tel.: (202) 677-1531
                                                  E-mail: Chinita.sinkler@usdoj.gov