# PRETRIAL ORDER

# VOLUME 2