IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES SUGAR ) <br> CORPORATION, UNITED SUGARS ) <br> CORPORATION, IMPERIAL SUGAR ) <br> COMPANY and LOUIS DREYFUS ) <br> COMPANY LLC, ) <br> ) <br> Defendants. ) | C.A. No. 21-1644 (MN) |

## ORDER AFTER PRETRIAL CONFERENCE

AND NOW, this 5th day of April 2022, after a Pretrial Conference and upon consideration of the Proposed Pretrial Order (D.I. 168 & 169) and the discussion at the April 4, 2022 Pretrial Conference, IT IS HEREBY ORDERED that:

1. The Proposed Pretrial Order is ADOPTED as modified by any discussion at the Pretrial Conference. (*See* D.I. 175).

2. A bench trial will begin on April 18, 2022, at 8:30 a.m. Trial days will begin at 8:30 a.m. and generally will end at 6:00 p.m., although the end of the trial day may, at the discretion of the Court, be earlier than 6:00 p.m.

3. The trial will be timed. Each side is allowed up to fourteen (14) hours for its opening statement, its direct and cross-examination of witnesses, closing arguments and argument of evidentiary issues. Time during the trial day that does not neatly fit into one of those categories will be attributed to one side or the other as the Court deems appropriate.

4. Issues that need to be addressed will be taken up at 8:00 a.m. and at the end of the trial day or at such other time that the Court determines. Issues – including objections to

anticipated exhibits or demonstratives – must be brought to the attention of the Court's judicial administrator by 7:00 a.m. on the day on which the evidence objected to will be adduced. There will be thirty to forty-five minutes for lunch and a fifteen-minute break in the morning and in the afternoon.

5. Notwithstanding the Court accommodating the request to broadcast trial proceedings so as to limit the number of people in the courtroom, the Court is not at this time limiting the number of people that each side is permitted to have seated at counsel table. In its discretion, however, the Court may impose limitations at any time to ensure the safety of all persons attending trial.

6. For the reasons stated at the Pretrial Conference, Plaintiff's Motion *in Limine* (D.I. 169, Exhibit 6A) and Defendants' *Motion in Limine* (D.I. 169, Exhibit 6B) are DENIED.

7. As explained at the Pretrial Conference, the parties may not provide witness binders or physical copies of documents (demonstratives, deposition transcripts, etc.) to the Court, but the parties must provide witness binders to the witnesses. The parties shall provide electronic copies of ALL trial exhibits to the Courtroom Deputy by NOON on April 14, 2022. The trial exhibits must be labeled with JTX, DTX or PTX prefixes with exhibit numbers, and the trial exhibits must be organized in a single folder. Additionally, at the beginning of each trial day, the parties shall provide to the Courtroom Deputy electronic copies of witness folders containing the exhibits and demonstratives (if any) to be used on direct examination and cross-examination of any witnesses expected to be called that day.

8. Any trial logistics should be coordinated through the Courtroom Deputy.

_____
The Honorable Maryellen Noreika
United States District Judge