# Exhibit 1

| Documents and Deposition Excerpts | Confidential Contents |
|---|---|
| Exhibit 2 at 47:16–48:16; 57:20–57:25; 72:17–73:6; 80:13–80:17; 155:6–155:11; 181:2–181:22; 182:18–22; 183:4–183:20; 190:19–193:17; 198:3–16; 222:14–18; 222:25–223:1; 223:3–7; 223:9; 224:17–225:12; 227:7–20; 228:19–229:5; 229:7–9; 233:10–235:5; 236:9–21; 236:23; 236:25–237:6; 237:21–238:2; 238:4–7; 238:9–10' 238:22–239:6; 239:8–17; 239:22–240:22; 240:24–241:21; 251:19–252:11; 254:25–255:22; 256:15–21; 257:14–258:2; 258:15–259:6; 260:1–24; 261:3–14.<br><br>Exhibit 4<br>Exhibit 5<br>Exhibit 7<br>Exhibit 8<br>Exhibit 10<br>Exhibit 13<br>Exhibit 16<br>Exhibit 17<br>Exhibit 21<br>Exhibit 24<br>Exhibit 26<br>Exhibit 30<br><br>Exhibit 38 at 30:13–31:16; 77:3–79:21; 81:6–83:19; 97:6–98:8; 99:9–100:21.<br><br>Exhibit 39 at 188:20–191:9; 200:19–204:22; 206:8–208:21. | Internal discussions concerning ASR's business strategies, including pricing and marketing strategies, customer negotiation strategies, sugar distribution strategies, and merger and acquisition considerations. |
| Exhibit 2 at 200:13–202:4; 202:6–17. | Customer-specific information, including identity, negotiations, and contractual terms. |

| | |
|---|---|
| Exhibit 3<br>Exhibit 6<br>Exhibit 12<br>Exhibit 13<br>Exhibit 15<br>Exhibit 16<br>Exhibit 18<br>Exhibit 19<br>Exhibit 21<br>Exhibit 23<br>Exhibit 24<br>Exhibit 25<br>Exhibit 26<br>Exhibit 29<br>Exhibit 30<br>Exhibit 34<br><br>Exhibit 38 at 29:5–30:5; 93:15–93:23; 115:12–116:11.<br><br>Exhibit 39 at 159:11–160:17; 192:15–198:3. | |
| Exhibit 2 at 27:2–28:2; 157:23–158:7; 161:3–162:12; 163:6–163:11; 164:10–164:15; 196:15–197:16; 200:13–202:4; 202:6–17; 220:18–22; 220:24–221:2; 221:4–11; 221:13–16.<br><br>Exhibit 14<br>Exhibit 20<br>Exhibit 25<br>Exhibit 31 | Information relating to current or recent supply agreements with other sugar suppliers. |
| Exhibit 2 at 51:24–52:8; 190:19–193:17; 227:7–20.<br><br>Exhibit 5<br>Exhibit 13<br>Exhibit 14<br>Exhibit 15<br>Exhibit 21<br>Exhibit 22 | Pricing information. |

| | |
|---|---|
| Exhibit 27<br>Exhibit 28<br>Exhibit 29<br>Exhibit 32<br>Exhibit 33<br>Exhibit 35<br>Exhibit 36<br>Exhibit 37<br><br>Exhibit 38 at 14:22–15:21; 16:9–16:17; 18:1–18:1; 22:17–24:11; 25:9–25:18; 33:4–40:13; 58:12–60:9; 63:8–64:4; 69:3–71:12; 75:23–76:5; 111:21–112:4.<br><br>Exhibit 39 at 156:10–157:23; 162:3–163:15; 167:14–168:5; 210:17–216:15. | |
| Exhibit 5<br>Exhibit 6<br>Exhibit 10<br>Exhibit 14<br>Exhibit 15 | Operating cost information including cost of raw sugar, sugar production and distribution cost, sugar transportation cost, profits, and margins. |
| Exhibit 2 at 111:15–112:1; 152:20–153:7; 153:15–153:17; 155:17–156:7; 173:7–173:23; 177:21–177:24; 196:15–197:16; 200:13–202:4; 202:6–17; 220:18–22; 220:24–221:2; 221:4–11; 221:13–16.<br><br>Exhibit 9<br>Exhibit 11<br>Exhibit 28<br>Exhibit 33<br>Exhibit 37 | Sugar production volume and capacity information. |