# Exhibit 2

**In the Matter Of:**

*UNITED STATES vs*

*UNITED STATES SUGAR CORP*

---

*MARK OLSON*

*February 10, 2022*

---



1

```
 1                UNITED STATES DISTRICT COURT
 2                FOR THE DISTRICT OF DELAWARE
 3
 4    UNITED STATES OF AMERICA,      )
                                     )
 5          Plaintiff,               )
                                     )
 6          -vs-                     ) Civil Action No.
                                     ) 21-cv-1644 (MN)
 7    UNITED STATES SUGAR            )
      CORPORATION, et al.,           )
 8                                   )
            Defendants.              )
 9                                   )
10

11
                      CONFIDENTIAL
12
             PURSUANT TO PROTECTIVE ORDER
13
             _____
14

15             VIDEO RECORDED EXAMINATION OF

16                      MARK OLSON

17             _____

18                      TAKEN ON

19             THURSDAY, FEBRUARY 10, 2022

20

21

22
      CERTIFIED STENOGRAPHER:
23      JESSIE WAACK, RDR, CRR, CCRR, NYRCR, NYACR,
        CCR-NJ (No. 30XI008238700), CSR-TX (No. 11958)
24      CCR-WA (No. 21007264), CSR-CA (No. 14420),
        REALTIME SYSTEMS ADMINISTRATOR
25      JOB NO.:  830470
```

27

A.    Yeah.



28

1    ██████████████████████████████

2    ██████

3         Q.    In your role as a trader, a buyer

4    of raw sugar, sir, is it important for you

5    to have a general understanding which

6    companies in the U.S. are refining raw

7    sugar into refined sugar?

8         A.    Yes.

9         Q.    And to what extent does your job

10   at ASR involve monitoring the raw sugar

11   purchases and usage by other sugar refiners

12   in the United States?

13        A.    I do my best to monitor what

14   everybody's doing, and they do their best

15   to monitor what I'm doing.

16        Q.    Are you familiar with the sugar

17   refiner Imperial Sugar?

18        A.    I am.

19        Q.    What's your understanding of

20   where Imperial operates a refinery?

21        A.    I visited it.  It's in Georgia.

22   Savannah, Georgia.

23        Q.    Do you sell raw sugar to Imperial

24   from time to time?

25        A.    Yep.

Case 1:21-cv-01644-MN    Document 207-2    Filed 04/18/22    Page 6 of 68 PageID #:
3590
UNITED STATES vs
UNITED STATES SUGAR CORP                    Confidential                    Mark Olson
February 10, 2022

47

1    let's break that down a little bit.

2              First of all, what's the

3    executive committee at ASR?

4         A.   It's a group of senior executives

5    that manage our business.

6         Q.   And do you participate in the

7    executive committee meetings?

8         A.   I do.

9         Q.   And so this executive committee

10   comprised of the most senior executives who

11   run ASR's business?

12        A.   Yes, sir.

13   ████████████████████████████████

14   ██████████████████

15   ████████████

16   ████████████████████████████████

17   ██████████████████████████████

18   ██████████████████████████████

19   ██████████████████████████████

20   █████████████████████

21   ██████████████████████████████

22   ████████████████████████

23   █████████████████████████

24   ████████████████████████████████

25   ████████████████████████████████

Case 1:21-cv-01644-MN     Document 207-2     Filed 04/18/22     Page 7 of 68 PageID #: 3591

UNITED STATES vs
UNITED STATES SUGAR CORP

Confidential

Mark Olson
February 10, 2022

48



Q.   Fair enough.

This document is dated July 20,

2021.  I think I know the document that

you're talking about, because you

referenced, I think you thought it had

something to do with why we're here today.

There's another document that

refers to U.S. Sugar's acquisition of

Imperial, and we'll get to that in a bit.

1    second bullet point under

2    "Commercial/Competitive" says, quote,

3    "Imperial facing tight supply since

4    January: we believe that they'll pay tier 2

5    for their September supply and have assumed

6    approximately 100,000 short tons raw

7    value."

8         Do you see that?

9      A.   Yes, sir.

10     Q.   What does that mean, sir?

11     A.   That means that based on my

12   competitive or our competitive data

13   gathering and using basically

14   publicly-sourced data, we believed that our

15   competition in Savannah, Georgia, was

16   buying short sugar in the center south of

17   Brazil, south, down south, and was

18   intending to pay the full 15.36 duty on

19   that supply.

20     Q.   So they were going to be paying

21   the tier 2 prices that you referred to

22   earlier?

23     A.   Yes, sir.

24   ████████████████████████████████

25   ████████████████████████████████

Case 1:21-cv-01644-MN   Document 207-2   Filed 04/18/22   Page 9 of 68 PageID #: 3593

UNITED STATES vs
UNITED STATES SUGAR CORP

Confidential

Mark Olson
February 10, 2022

52



```
 9       Q.   Does ASR like to pay tier 2
10   tariffs when it imports sugar?
11            MR. NIERLICH:  Objection to form.
12            THE WITNESS:  Sir, nobody -- sir,
13       nobody likes to pay tier 2.
14   BY MR. YATES:
15       Q.   Why is that, sir?
16       A.   It's $300 a ton.
17       Q.   That inflates ASR's costs,
18   correct?
19       A.   That's correct.
20       Q.   What does it mean for Imperial to
21   be facing tight supply?
22            MR. NIERLICH:  Objection to form.
23            THE WITNESS:  The same as we --
24   BY MR. YATES:
25       Q.   Well, what does that mean to --
```

UNITED STATES vs.                                        Mark Olson
UNITED STATES SUGAR CORP          Confidential          February 10, 2022

57

1      Q.   Just so if there was any

2  confusion on that.  Which -- and I

3  understand there are a lot of lawyers on

4  the screen.

5      A.   There are a lot of lawyers here.

6      Q.   But if you would go to Slide 32,

7  sir.

8      A.   Okay.  I'm at Slide 32.

9      Q.   Okay.  Do you see -- this is --

10  this is a slide which says, "U.S. Cane

11  Refiner Analysis."

12           Do you see that?

13      A.   Yes, sir.

14  ████████████████████████████████████

15  ████████████████████████████████

16  ██████████████████████████████████████

17  ███████████████████████████████████

18  ███████████████████████

19  ██████████████████████████

20  ██████████████████████████

21  ███████████████

22  ███████████████████████████████████

23  ████████

24  ███████████████████████████████████

25  █████████████████████████████████

72



```
12        Q.    And stated in hundredweights,

13   that would be nearly 30 million

14   hundredweights; is that correct?

15        A.    Yes.    I'm not good at

16   hundredweights, but, yes.
```

UNITED STATES vs
UNITED STATES SUGAR CORP

Confidential

Mark Olson
February 10, 2022

73

1

2

3

4

5

6

7       Q.   Do you have an understanding,

8  sir, from your work at ASR and from efforts

9  like those reflected in Exhibit 2, a sort

10  of whiteboard what competitors are doing,

11  do you have an understanding of where CSC

12  has refinery operations?

13         MR. NIERLICH:  Objection to form.

14         THE WITNESS:  Generally.  That

15     would be more on my sales side -- guys'

16     side.  But I know they expanded

17     recently into Virginia, for example.

18  BY MR. YATES:

19       Q.   Are you aware of a recent CSC

20  expansion into a facility in the state of

21  Virginia, sir?

22       A.   Yes, sir.

23       Q.   And are you aware that they have

24  a facility in Tennessee?

25       A.   I'm aware of that.

```
1    BY MR. YATES:

2         Q.   Just for the record, Exhibit 5 is

3    a document produced by ASR, a PowerPoint

4    presentation with a title, "Strategic

5    Brainstorming.  How to Strengthen Our

6    Competitiveness in the U.S. Market.

7    May 2001."

8              Do you see that, Mr. Olson?

9         A.   I do.

10        Q.   Okay.  Have you seen this

11   document before, sir?

12        A.   Yes, sir.

13   ████████████████████████████

14   ███████████████████████████████████████

15   ███████████████████████████████████████

16   ████████████████████████████████████

17   ██████████████████████████

18        Q.   So Exhibit 5 was prepared for

19   ASR's executive committee to evaluate the

20   competitive pressures that ASR was facing

21   in or about May of 2021; is that fair?

22        A.   Yeah.  That was probably just a

23   more general executive committee --

24   committee presentation.  This one is more

25   directed at -- this particular one is more
```

Case 1:21-cv-01644-MN   Document 207-2   Filed 04/18/22   Page 14 of 68 PageID #:
3598
UNITED STATES vs
UNITED STATES SUGAR CORP                    Confidential

Mark Olson
February 10, 2022

111

1     A.    Correct.

2     Q.    Okay.  The next slide, U.S. --

3     A.    A lot of times they come in --

4  it's just a curio, but they come in rail

5  barges where they roll a railcar onto the

6  barge and they ship it across and then they

7  roll it off in, say, in Mobile, Alabama.

8     Q.    Got it.  Thank you for that

9  clarification.

10          The next slide, I think it's the

11  slide with a No. 4.  It says, "U.S. Mexican

12  imports by entry point."

13          Do you see that?

14     A.    Yes.

15  ████████████████████████████████████████

16  █████████████████████████████████████

17  ██████████████████████████████████

18  ██████████████████████████████████

19  ██████████████████████████████████

20  ████████████████████████████████████████

21  ███████████████████████████████████████

22  ███████████████████████████████████████

23  ███████

24  ███████████████████████████████████████

25  ██████████████████████████████████████

UNITED STATES vs                                              Mark Olson
UNITED STATES SUGAR CORP          Confidential          February 10, 2022

112

```
 1   ████████████████████████████████
 2       Q.   And a small bubble in Norfolk,
 3   Virginia?
 4       A.   Yeah.
 5       Q.   And bubbles it looks like up in
 6   the Great Lakes as well?
 7       A.   Yep.
 8       Q.   So in the eastern half of the
 9   country, it looks like there are direct
10   consumption imports from Mexico into
11   Alabama, Louisiana, Florida, Maryland,
12   Virginia; is that right?
13       A.   Yep.
14       Q.   And there are also direct
15   consumption imports into Texas; is that
16   right?
17       A.   That's where it crosses the
18   border.  It can go anywhere in the United
19   States.
20       Q.   And they're direct --
21       A.   Those are rail -- those are rails
22   and trucks.
23       Q.   That could go anywhere in the
24   United States?
25       A.   Anywhere.
```

152

1    ████████████████████████████████████████

2    ████████████████

3    ████████████████████████████████████████

4    ██████████████████████████████████████

5    ██████████████████████████

6    ████████████████████████████████

7    ██████████████████████████████████

8    ██████████████

9    ██████████████████████████████████████

10   ████████████████████

11   ██████████████████████████████████████

12   ████████████████████████████████████████

13       Q.    Do you speak with Mr. Jenkins in

14   any way related to your work for ASR?

15       A.    Yes.

16       Q.    And what is that?

17       A.    We brokered -- he brokers raw

18   sugar -- buys and sells raw sugar, and he

19   manages futures.

20       ████████████████████████████████████

21   ████████████████████████████████████████

22   ████████████████████████████████████

23   ████████████████████████████████████████

24   ████████████████████████████████████████

25   ██████████████████████████████████████

153

1 ████████████████████████████████

2 ███████████████████████████████████

3 █████████████████

4 ████████████████████████████████████

5 ██████████

6 █████████████████████████████

7 ████████████████████

8        Q.    And 2,500 --

9        A.    It's been as high as three --

10  short tons of sugar a day.  It's been as

11  high as 3,250.  But in April of 2021, we

12  had a fire at -- in Baltimore, and we can

13  only melt what we can warehouse, and our

14  warehouse is only 2,500 tons.

15        ████████████████████████████

16  ███████████████████████████████

17  ████████████

18        Q.    What's the capacity at Yonkers?

19        A.    2,100 tons.

20        Q.    Is Yonkers also running at

21  100 percent utilization?

22        A.    Not quite, not quite.  At

23  present, it's close to, but it hasn't

24  been -- it did not last month, for example.

25  It ran at a five and two base.  That's five

Confidential

1    Q.   And what about the South Bay

2  facility?  Do you have any information

3  about the capacity or utilization at that

4  facility?

5    A.   I don't.  I don't.

6  ████████████████████████████████

7  ████████████████████████████████

8  ██████████████

9  ████████████████████████████████

10 ████████████████████████████████

11 ████████████████████████████

12   Q.   What do you mean by that?

13   A.   They've been operating

14 inefficiently for a couple of years because

15 of various challenges we've had.  Fires,

16 we've had a couple of fires.

17 ████████████████████████████

18 ████████████████████████████████

19 ██████████████████████

20 ████████████████████████████████

21 ██████████████████████████████

22 ████████████████████████████████

23 ████████████████████

24 ████████████████████████████████

25 ████████████████████████

156

1　██████████████████████

2　████████████

3　████████████████

4　█████████████

5　████████████████████████

6　███

7　██████████

8　　　　Q.　Which of -- if any, of ASR's

9　refineries use domestic raw sugar?

10　　　　A.　Chalmette, the refinery in the

11　Gulf is 100 percent domestic.  Usually if

12　there were a shortfall, a large shortfall

13　in Louisiana crop, they might get Mexican

14　sugar or Florida sugars.  But primarily

15　they take domestic supply there.

16　　　　　And then Yonkers is not -- not

17　all, but a very high percentage of domestic

18　supply.

19　　　　Q.　What about Baltimore?

20　　　　A.　It's mostly -- it's the other way

21　around.  It's mostly foreign supply.  My

22　math is going to be wrong, but maybe 80/20

23　domestic Yonkers, 20/80 Baltimore.

24　　　　Q.　Where does the domestic raw sugar

25　used in Yonkers come from?

Case 1:21-cv-01644-MN   Document 207-2   Filed 04/18/22   Page 20 of 68 PageID #:
UNITED STATES vs                                                    3604                      Mark Olson
UNITED STATES SUGAR CORP                          Confidential
                                                                          February 10, 2022

157

1        A.    Florida.

2        Q.    Why is it that domestic raw sugar

3    from Florida would be sent by ASR to

4    Yonkers instead of Baltimore?

5        A.    There are unique characteristics

6    in Yonkers on how they treat and produce

7    some of their products that is advantageous

8    for them to have the higher quality Florida

9    raw sugar.

10       Q.    In what way is the raw sugar from

11   Florida higher quality than the imported

12   raw sugar that ASR obtains?

13       A.    It comes in at a higher -- it's

14   produced at a higher purity, and it -- and

15   it's a -- it's a large amount, and it's

16   consistent.

17       Q.    Consistent with higher impurity

18   or some other --

19       A.    They have -- yes.  So, yeah,

20   it's -- it's, you know, there's an

21   advantage to having a large amount of

22   supply that's homogenous.

23   ███████████████████████████████████████

24   █████████████████████

25   ████████████████████████████████████████

158

8      Q.   Does ASR buy raw sugar from LSR?

9      A.   Not from LSR.  I'll buy refined

10  sugar from LSR.  LSR is the refinery, and

11  LSCPI are the group of mills.

12      Q.   Do you know, was there a

13  circumstance in which ASR obtained the

14  commitment by LSR to provide all of the

15  their residual sugar to ASR in 2021?

16      A.   The answer is that it was a

17  request, and I think it actually played out

18  that eventually it was.  But -- no, that's

19  not true.

20      We tried to buy all of what they

21  had, but they still sold sugar to our

22  competition, CSC, I think.

23      MR. NIERLICH:  I think we'll mark

24     the next document as Exhibit 12.  I

25     want to make sure we stay in order.

Case 1:21-cv-01644-MN   Document 207-2   Filed 04/18/22   Page 22 of 68 PageID #: 3606

UNITED STATES vs
UNITED STATES SUGAR CORP

Confidential

Mark Olson
February 10, 2022

161



1    Q.   Yes.

2    A.   Is that correct?

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 1:21-cv-01644-MN    Document 207-2    Filed 04/18/22    Page 23 of 68 PageID #:
3607
UNITED STATES vs
UNITED STATES SUGAR CORP                Confidential

Mark Olson
February 10, 2022

162



```
13        Q.    In the third paragraph, you'll

14   see it says, "Imperial bid us $29.50 plus

15   1/3 of the freight cost to Georgia."

16        Do you see that?

17        A.    Yes, sir.

18        Q.    In what way was Imperial bidding?

19   What does that refer to?

20        A.    That refers to -- that's just a

21   bid for that sugar, and they offered to pay

22   us $29.50, and I don't know what the market

23   was at that time, but I assume it was

24   $29.50.

25        And then they offered to pay 1/3
```

Confidential

163

```
1    of the freight costs to Georgia and they

2    were asking us to absorb a third of the

3    freight cost to Georgia and LSR to discount

4    their sugar by that -- a third of the

5    freight cost.

6         ████████████████████████████████

7    ██████████████████████████████████

8    ████████████████████████████████████

9    ██████████████████████████████████

10   ████████████████████████████

11   ██████████████████████

12        Q.   Do you know what happened with

13   this?

14        A.   I think the market eventually

15   went up to $30.50 or $30.75 or $0.31.  And

16   the sugar got put in a barge and shipped to

17   Imperial -- Imperial, Savannah, Georgia.

18   They got the sugar eventually.

19        Q.   At the top of the next page --

20        A.   And I don't know exactly how many

21   of those we did, but we did at least two,

22   and maybe we did three or four.  I just

23   can't remember.

24        Q.   I'm sorry.  Is that you did at

25   least three or four where you purchased raw
```

Confidential

1    sugar from LSR and in turn sold it to

2    Imperial, or do you mean something else?

3         A.    Yes, that's what I mean.

4         Q.    And you say that three or four.

5    Was that all within this early 2021 time

6    frame, or at a different point in time?

7         A.    Yeah.    I want to say they were

8    basically one every two months or one every

9    month and a half, something like that.

10   ████████████████████████████████

11   ████████████████████████████████████

12   ██████████████████████████████

13   ████████████████████████████████

14   ████████████████████████████████████

15   ████████████████████

16         Do you see that?

17        A.    Yes, sir.

18        Q.    IMP refers to Imperial, right?

19        A.    That's correct.

20        Q.    What does it mean to swap sugar

21   with CSC as described in this email?

22        A.    Instead of selling that

23   particular batch of sugar to Imperial, I,

24   in turn, sold it to CSC, and CSC gave me

25   sugar on the West Coast of the United

UNITED STATES vs
UNITED STATES SUGAR CORP

Confidential

Mark Olson
February 10, 2022

173

1    excess cane currently is refined at the

2    South Bay refinery?

3         A.    Yeah, I believe some is.   I

4    wouldn't be able to characterize how much.

5         Q.    Do you have any estimation?

6         A.    No.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24         Q.    When you purchase domestic raw

25    sugar on behalf of ASR, how is the freight

1    destination.  It's a delivered contract.

2    So if I buy one contract of the futures

3    market, it's called the No. 16 market.  And

4    I use that term loosely so you can

5    interrupt me from time to time when I use

6    that.

7           But when I buy one mod of 16

8    futures, I'm taking the right to take

9    delivery of 50 tons of sugar either in New

10   Orleans or Savannah, Georgia or Baltimore,

11   Maryland or Yonkers, New York.

12       Q.   And that is entirely your

13   election as to which location the boat with

14   the raw sugar that you purchased goes?

15       A.   It's at the buyer's election,

16   yeah.  So if I sold to -- if I sold to

17   No. 16, whoever I sold to could tell me

18   where to deliver that contract.  And I do

19   about half of each.  I -- half -- I buy as

20   much as I sell.

21   ████████████████████████████████████████

22   ██████████

23   ███████████████████████████████████████████

24   ████████████████████████████

25       Q.   How much storage capacity does

181



1        A.    Yes, sir.

23        Q.    Is there a threshold below which

24   you do not require approval from

25   Mr. Contreras and Mr. Fernandez before

182

```
1   executing a raw sugar purchase or sale?

2       A.   We don't have limits.  We don't

3   have limits.  So if I see a good deal, I

4   could be trusted to buy it if it's time

5   sensitive.

6           But there are no limits in -- and

7   honestly -- honestly speaking -- this is

8   all honest -- everything can get turned

9   around really quickly with emails.

10      Q.   Is it normal practice --

11           (Simultaneous unreportable

12           crosstalk occurs among parties.)

13           (Stenographer asks for

14           clarification.)

15           THE WITNESS:  I said, they know

16      what I'm doing.

17  BY MR. NIERLICH:

18

19

20

21

22

23           MR. NIERLICH:  William, please

24      upload Exhibit 14.

25  ///
```

183



```
 1              (Whereupon, Exhibit 14 is marked

 2              for identification.)

 3    BY MR. NIERLICH:

 4         ████████████████████████████████

 5    ████████████████████████████████████████

 6    ██████████████████████████████████

 7    ███████████

 8    ██████████████████████████████████████████

 9    ███████

10    █████████████

11    ██████████████████████████████████████

12    █████████████████████████████████████

13    ████████████████████████████████████████

14    █████████████

15    ██████████████████████████████████████████

16    ██████████████████████████████████

17    ████████████████████████████████████

18    ██████████████████████████████████████████

19    ██████████████████████████████

20    █████████████

21         Q.    Is there a reason that you

22    remember this trade?

23         A.    I bought refined sugar and I put

24    it in a raw sugar silo and I used it for

25    raw sugar.  And I entered it against the
```

190

1      MR. NIERLICH:  I'll ask William

2   to upload another document.

3      Mr. Olson, I'll ask the court

4   reporter to mark as Exhibit 15, a

5   document that starts with document

6   control No. FCC-00038581.

7      And please let me know when

8   you've received that.

9      (Whereupon, Exhibit 15 is marked

10      for identification.)

11 BY MR. NIERLICH:

12   Q.  Mr. Olson, do you have

13 Exhibit 15?

14   A.  Yeah, I'm reading it, sir.

15 Sorry.

16   Q.  No worries.

17      (Pause for reading/reviewing.)

18   A.  Okay.  I'm ready.

19

20

21

22

23

24

25

UNITED STATES vs
UNITED STATES SUGAR CORP

Confidential

Mark Olson
February 10, 2022

191

Case 1:21-cv-01644-MN   Document 207-2   Filed 04/18/22   Page 33 of 68 PageID #: 3617

UNITED STATES vs
UNITED STATES SUGAR CORP

Confidential

Mark Olson
February 10, 2022

192

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

193



18    Q.   All right.  Mr. Olson, I would

19   like you to refer back to Exhibit 2 marked

20   earlier today.  And that will be in the

21   online window that you used earlier today.

22    A.   Okay.

23    Q.   0002 Tab 5 is how it appears

24   there.

25    A.   I'm not as wonderful on this Zoom

UNITED STATES vs
UNITED STATES SUGAR CORP

Confidential

Mark Olson
February 10, 2022

196



1

2

3    Q.   All right.  If you can refer

4  further down to the email that you sent --

5    A.   You know --

6    Q.   Sorry.

7    A.   I could speculate.  Do you want

8  me to speculate?

9    Q.   I do not want you to speculate.

10  If you have a reasonable estimate, we'd

11  like to here that, but I don't want you to

12  speculate.

13    A.   Thanks.  I'm not going to

14  speculate.

15

16

17

18

19

20

21

22

23

24

25

197



17      Q.   And why would that be something
18   that would be a message to USDA?
19      A.   Because there were stories in the
20   market that there were -- there were
21   trapped sugars in Louisiana, which
22   Louisiana producers did not like.
23           They didn't like the idea that
24   the sugar that they produced is somehow
25   trapped.  It was available, but just at a

198

1    price.  So we offered it to Imperial at the

2    market price plus freight.

3    ████████████████████████████████

4    ████████████████████████

5    ████████████████████████

6    ████████████████████████

7    ████████████████████████

8    ██████████

9    ██████████████████

10   ██████████████

11   ██████████████████████████

12   ██████████████████████████

13   ██████████████████████████

14   ██████████████████████████

15   ████████████████████████████

16   ██████████

17         Q.   What does that mean, "arrival

18   math"?

19         A.   Well, I don't know what capacity

20   Imperial has.  I can just guess at it.  And

21   the way I guess at it is I watch what raw

22   sugar goes to Savannah, Georgia, and I

23   watch that every month.

24              And then I add it up at the end

25   of the year.  And then I take a guess about

200

1    ability.  They take sugar in big boats and

2    barges now.

3        Q.   Do you know what portion of

4    Imperial's raw sugar for Savannah is

5    sourced through ASR now?

6            MR. YATES:  Objection.

7            THE WITNESS:  No.

8    BY MR. NIERLICH:

9        Q.   Do you know what portion of

10   Imperial's raw sugar for Savannah was

11   sourced through ASR over the last year?

12       A.   No.  No.

13   ████████████████████████████████

14   ██████████████████████

15   █████████████████████████████████

16   ████████████████████████████

17   ██████████████████████████

18   ████████████████████████████

19   █████████████████████████

20   █████████████████████████████

21   ████████████

22   ██████████████████████████

23   ██████████████████

24   █████████████████████

25   █████████

201

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



202

5      MR. YATES:  Objection to form.

17   BY MR. NIERLICH:

18       Q.    Does ASR purchase refined sugar

19   from outside the United States?

20       A.    You showed me one example where I

21   did, and I put it into my silo in Crockett.

22   So the answer is yes.  During the beet

23   sugar force majeure, I imported Canadian

24   refined from my Red Path refinery.

25            And I imported European -- not

220

1        Including an improper hypothetical.

2              Sorry.  Go ahead.

3              MR. PETKOSKI:  You can answer the

4        question.

5              THE WITNESS:  Could you repeat

6        the question, Chip?

7    BY MR. NIERLICH:

8        Q.   Yeah, could you read the question

9    back, please.

10             THE STENOGRAPHER:  One moment.

11             (The following question was read

12             back:

13             "QUESTION:  If U.S. Sugar uses

14             its raw sugar in Savannah, will

15             ASR be selling raw sugar to

16             someone else?")

17             MR. YATES:  Objection to form.

18        ████████████████████████████

19    ████████████████████████████████

20    █████████████████████████████

21    ████████████████████████████████

22    ███████████

23    BY MR. NIERLICH:

24        ██████████████████████████

25    ████████████████████████████████

221

1    

2

3            MR. YATES:  Objection to form.

4

5

6

7

8

9

10

11

12            MR. YATES:  Object to form.

13

14

15

16

17            MR. NIERLICH:  William, can you

18    put Exhibit 1 back in the chat for

19    reference.

20            THE WITNESS:  I don't see it

21    guys.  Sorry.  Hold on.

22    BY MR. NIERLICH:

23        Q.    Okay.  Have you received it now?

24        A.    001 Tab 1 FCC.

25        Q.    Yes.  Mr. Olson --

222

1        A.    Yes.   Yes.

2        Q.    -- you were asked a few questions

3    about Exhibit 1 earlier, I wanted to ask

4    you a few additional questions.

5              If you could turn to the third

6    page, please.

7        A.    I'm on the third page, sir.

8        Q.    At the bottom of the page next to

9    "Regulatory/Corporate," it says, "We

10   continue to respond to DOJ inquiries

11   related to the Imperial deal."

12             Do you see that?

13       A.    Yes, sir.

14   ████████████████████████████████

15   ████████

16   █████████████████████████████████

17   ██████████████████████████████████████

18   ███████████████

19       Q.    What do you mean by that?

20             MR. YATES:   Object to form.

21             THE WITNESS:   I just -- it's a --

22        speculation on my part.   I don't know.

23   BY MR. NIERLICH:

24   ███████████████████████████████████████

25   ████████████████████████████████████████

UNITED STATES vs
UNITED STATES SUGAR CORP

Confidential

Mark Olson
February 10, 2022

223

1    ▉▉▉▉▉▉▉▉▉▉▉▉▉▉

2             MR. YATES:  Objection to form.

3        ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

4    ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

5    ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

6    ▉▉▉▉▉▉▉▉▉▉

7    ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

8             MR. YATES:  Objection to form.

9        ▉▉▉▉▉▉▉▉▉▉▉▉▉▉

10   BY MR. NIERLICH:

11       Q.   If you could turn to page 12,

12   please, of this Exhibit 1.

13            You see on the right side under

14   "Highlights," third bullet says,

15   "Implementing price increases where

16   possible to neutralize rising raw costs."

17            Do you see that?

18       A.   Yes, sir.

19            MR. PETKOSKI:  Chip, can you tell

20       me where you are again?

21            THE WITNESS:  12.

22            MR. NIERLICH:  Slide 12, right

23       side, third bullet.

24            MR. PETKOSKI:  Thanks.

25            THE WITNESS:  Yes, I see that.

224

1    BY MR. NIERLICH:

2         Q.   Are you familiar with whether ASR

3    considers pricing by competitors in

4    determining whether to implement a price

5    increase as described here?

6              MR. YATES:  Object to form.

7              THE WITNESS:  I think all

8         businesses try to understand what their

9         competitors are doing.  But as it

10        relates to that bullet, it's -- looks

11        like it's -- I didn't write that

12        bullet.  It looks like it's meant --

13        it's intended to offset supply chain

14        costs where you can.  It's happening

15        everywhere.

16   BY MR. NIERLICH:

17

18

19

20

21

22

23

24

25

225



1

2

3

4

5

6

7

8

9

10

11

12

13    Q.    So referring back to Slide 17, do

14    you have any understanding of what the

15    traditional sugar product family is?

16    A.    No.

17    Q.    Have you ever seen that in your

18    work at ASR other than in this document?

19    A.    No.

20    Q.    If you refer to slide 20, please.

21    Middle section, "Competition & Pricing."

22    A.    Okay.

23    Q.    First bullet "50s."  Is that

24    50-pound bags?

25    A.    I think so.

227



```
21          Q.    If you can turn to Slide 57,

22    please.  And we'll refer to the fourth

23    bullet, "Freight costs continue to be a

24    major challenge."

25                Do you see that?
```

228

```
1        A.    I do.
2        Q.    Do freight costs give ASR a
3   competitive advantage in some way?
4            MR. YATES:  Objection to form.
5            THE WITNESS:  Not my specialty.
6        I buy raw boats for factories.  I don't
7        move railcars or trucks.
8   BY MR. NIERLICH:
9        Q.    In the fourth bullet, the last
10  sentence describes the freight costs shown.
11  It says, "This should improve our
12  competitive position here in the
13  Northeast."
14           Do you see that?
15       A.    I see that.
16       Q.    Do you have any understanding of
17  what that means?
18       A.    I do not.
19   ████████████████████████
20   ██████████████████████████
21   ██████████████████████████████
22   ████████████████████████████
23   ████████████████████████████████
24   ██████████████████
25   ████████████████████████
```

229



```
 6              MR. YATES:  Object to form.
```

```
10   BY MR. NIERLICH:
11        Q.   Okay.
12        A.   But I tried to make my stuff
13   accurate.
14        Q.   And by your stuff, you're
15   referring to the "U.S. Market Overview and
16   GSG Activity" section of Exhibit 1, right?
17        A.   That's correct, sir.
18             MR. NIERLICH:  William, can you
19        put Exhibit 4 in the chat for
20        reference.
21   BY MR. NIERLICH:
22        Q.   Mr. Olson, do you have Exhibit 4
23   in front of you again?
24        A.   I do.
25        Q.   Exhibit 4 discusses a liquid
```

233

```
1    the overhead.

2         Q.   Okay.  What does it mean to say,

3    "We've set pricing to maintain or increase

4    contribution to overhead"?

5         A.   That in certain areas, we've

6    tried to raise prices.

7         Q.   And does that mean that ASR is

8    looking to increase its margin?

9         A.   In certain products.

10   ████████████████████████████████

11   ████████████████████████████████████

12   █████████████████████████████

13   ██████████████████████████████████

14   ████████████████████████████████████

15   ████████████████

16   ███████████████████████████

17   ████████████████████████████

18   █████████████████████████████

19   ██████████████████████████████

20   ████████

21   ███████████████████████████

22   ██████████████████████████████████

23   ████████████

24   ██████████

25   █████████████████████████████
```

Case 1:21-cv-01644-MN    Document 207-2    Filed 04/18/22    Page 51 of 68 PageID #:
3635

UNITED STATES vs
UNITED STATES SUGAR CORP

Confidential

Mark Olson
February 10, 2022

234

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 1:21-cv-01644-MN    Document 207-2    Filed 04/18/22    Page 52 of 68 PageID #: 3636

UNITED STATES vs
UNITED STATES SUGAR CORP

Confidential

Mark Olson
February 10, 2022

235

1

2

3

4

5

6      Q.    Where did the information in

7   Slide 9 come from?

8      A.    I've already described the

9   Imperial data, which is raw sugar arrival

10  data.  LSR is -- was a -- you know, they

11  had a -- one, you can back into the math

12  for LSR based on what was produced in the

13  states and what was sold and melted by me

14  and that possibly got shipped to CSC and

15  then what was left.

16          So that's one way to look at LSR.

17  But the more -- the easier way is to take

18  their public announcements and -- and CSC

19  sugar, that's probably on a website.

20          And L&S Sweeteners, we look at

21  L&S Sweeteners and import data on Sucro

22  Sourcing, U.S. Customs data, Canadian

23  Customs data.  American Crystals, that's an

24  announcement.  Zucarmex is an announcement,

25  so on.  The sugar loads we know.

Case 1:21-cv-01644-MN    Document 207-2    Filed 04/18/22    Page 53 of 68 PageID #: 3637

UNITED STATES vs
UNITED STATES SUGAR CORP

Confidential

Mark Olson
February 10, 2022

236

```
 1        Q.    What did you mean "we look at
 2   L&S"?
 3        A.    We looked at buying them.
 4        Q.    What was involved in that
 5   process?
 6        A.    You know, due diligence, normal
 7   due diligence by our -- by our business
 8   development teams.
 9        ███████████████████████████████
10   ██████████████████████████████████
11   █████████████████████████████
12   ████████████
13   ██████████████████████████████
14   █████████████████████████████
15   ████████
16   ██████████████████████████████████
17   █████████████████████
18   ████████████████████████████████████
19   █████████████████████████
20   ██████████████████████████
21   ████████████████████
22             MR. YATES:  Object to form.
23        ██████████████████████████████
24   BY MR. NIERLICH:
25        ████████████████████████████████
```

237

1    ████████████████████████████████

2    ████████████████████████████████

3    ███████

4    ████████████████████████████████

5    ████████████████████████████████████

6    ████████████████████

7        Q.    So Slide 10 is based on what CSC

8    told you about CSC as opposed to some other

9    analysis?

10            MR. YATES:   Object to form.

11            THE WITNESS:   Yes, sir.

12   BY MR. NIERLICH:

13       Q.    And what is the hockey stick that

14   you just referenced?

15       A.    Massive growth.

16       Q.    I'm sorry.   What do you mean?

17   Whose massive growth?

18       A.    Their own estimates for growth.

19       Q.    Internal CSC estimates?

20       A.    Yes.

21       █████████████████████████████████

22   ████████████████████████████████████

23   ████████████████████

24   ██████████████████████

25   ████████████████████████████████

238

1    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

2    ▬▬▬▬▬

3             MR. YATES:  Object to form.

4      ▬▬▬▬▬▬▬▬▬▬▬▬

5    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

6    ▬▬▬▬▬▬▬▬▬▬▬▬

7    ▬▬▬▬▬▬▬▬▬▬▬▬

8    BY MR. NIERLICH:

9        ▬▬▬▬▬▬▬▬▬▬▬

10   ▬▬▬▬▬▬▬

11       A.    I'm sorry.  Which number?

12       Q.    I'm sorry.  Slide 29, please.

13       A.    Yes.

14       Q.    How do you -- or how does ASR

15   know which of these customers are now

16   purchasing from CSC?

17       A.    Sosland feedback.

18       Q.    So this is based on information

19   that ASR sales personnel obtained in the

20   field?

21       A.    Yes.

22     ▬▬▬▬▬▬▬▬▬▬▬▬

23   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬

24   ▬▬▬▬▬▬▬

25   ▬▬▬▬▬▬▬▬▬▬▬▬

239



```
1
2
3
4
5
6
7              (Pause for reading/reviewing.)
8
9
10
11
12
13
14
15
16
17
18      Q.    Okay.
19           MR. NIERLICH:  William, can you
20      put Exhibit 6 in the chat, please.
21 BY MR. NIERLICH:
22
23
24
25
```

240

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23            MR. YATES:   Object to form.

24

25

241



```
22        MR. NIERLICH:  William, can you
23     put Exhibit 7 in the chat, please.
24        THE WITNESS:  I'm sorry.
25   ///
```

UNITED STATES vs
UNITED STATES SUGAR CORP        Confidential

Mark Olson
February 10, 2022

251

```
1    Sugar?
2        A.   He's the president of -- he's the
3    president of Michigan -- of Michigan Sugar.
4        Q.   Did you ever gossip with him?
5        A.   Yeah, two or three times a year.
6        Q.   And what do you discuss?
7        A.   The trade agreements, quotas.  If
8    I let him, he wants to talk about foreign
9    trade zones for him.  Golf.  Likes.
10           MR. NIERLICH:  William, can you
11       upload Exhibit 18, please.
12           (Whereupon, Exhibit 18 is marked
13            for identification.)
14   BY MR. NIERLICH:
15       Q.   Mr. Olson, have you received
16   Exhibit 18?
17       A.   I'm downloading it.  Sorry.
18            Yes, I see this.
19
20
21
22
23
24
25
```

Confidential

252

1       ▮▮▮▮

2       ▮▮▮▮▮▮

3       ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4       ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

5       ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

6       ▮▮▮

7       ▮▮▮▮▮▮▮▮▮▮▮

8       ▮▮▮▮▮▮▮▮▮▮

9       ▮▮▮▮▮▮▮▮▮▮▮▮▮

10      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

11      ▮▮▮▮▮▮▮

12      Q.   And then two emails up, the top

13 of the chain, is an email that you send the

14 same day February 7, 2030, at 10:46 a.m.;

15 is that right?

16      A.   Yes.

17      Q.   And it starts with, "Here's what

18 I learned."  Is that right?

19      A.   Yes.  Yep.

20      Q.   Does this email indicate that you

21 talked to Mr. Flegenheimer of Michigan

22 Sugar during the morning of Friday,

23 February 7, 2020?

24      A.   Yes.

25      Q.   Does the top email accurately

254

1      A.    I've had conversations with Paul

2   Farmer from CSC in my lifetime, my career.

3      Q.    What's the most recent time that

4   you talked with Paul Farmer of CSC?

5      A.    Christmas pre-COVID.

6      Q.    And what was the general subject

7   matter of that conversation?

8      A.    He wanted to sell his company to

9   me.

10     Q.    When you say Christmas pre-COVID,

11  you're referring to late 2019?

12     A.    Yeah.  I think.  It gets all so

13  muddled the last two years.

14          MR. NIERLICH:  William, can you

15      upload Exhibit 19, please.

16          (Whereupon, Exhibit 19 is marked

17          for identification.)

18  BY MR. NIERLICH:

19     Q.    We're uploading --

20          MR. NIERLICH:  I'll ask the court

21      reporter to mark as Exhibit 19 a

22      document starting with document control

23      No. FCC-000030725.

24  BY MR. NIERLICH:

25      ████████████████████████████████

255



23        Q.   Do you know whether any of the

24   information reflected in Exhibit 19 from

25   your lunch with Paul Farmer is not public

1    information?

2                MR. YATES:  Object to form.

3                THE WITNESS:  I don't know the

4        answer to that, sir.

5    BY MR. NIERLICH:

6        Q.    Did ASR and CSC execute any sort

7    of nondisclosure agreement or other

8    agreement in advance of this lunch?

9        A.    After the fact.  After this

10   lunch.

11       Q.    And that was an NDA or something

12   else?

13       A.    Yeah, it was -- I think it was an

14   NDA.

15   ████████████████████████████

16   ███████████████████████████████████

17   ██████████████████████████████████████

18   ███████████████

19   ██████████████████████████████████████

20   ██████████████████████████████████

21   ██████████████████

22       Q.    What, if anything, came out of

23   your discussions with CSC?

24       A.    I believe that we looked at his

25   company.  I was not involved in that from

257

1    this point on because of my other knowledge

2    of the business.

3         Q.    Do you know whether this was a

4    serious interest by ASR or just an

5    opportunity to try to get some information

6    from CSC?

7              MR. PETKOSKI:  Objection to form.

8              THE WITNESS:  I believe that the

9         interest was legitimate.

10             MR. NIERLICH:  William, can you

11        upload Exhibit 20, please.

12             (Whereupon, Exhibit 20 is marked

13             for identification.)

14        ████████████████████████████████

15    ███████████████████████████████████████

16    ██████████████████████████████████████

17    ██████████████████

18    ████████████████

19    ██████████████████████

20    ██████████

21    ███████████████

22    ████████████████████████████

23    ██████████████████████████

24    ██████████████████████████

25    ███████████████████████

258

1   ███████████████████████████████████

2   ██████████

3       Q.   And if you scroll down, the

4   bottom of the page, the first page, there's

5   an email that you sent on January 2, 2019,

6   at 12:30 p.m.

7           Do you see that?

8       A.   Starting with "The LSR

9   potential"?

10      Q.   Yes.

11          And this is discussing companies

12  that may be interested in acquiring CSC; is

13  that right?

14      A.   Yes, sir.

15   ████████████████████████

16  ██████████████████████████

17  ████████████████████████████

18  ███████████████████████████

19  ███████████

20  █████████████████

21  ██████████████

22  ███████████████████████

23  ███

24  ██████████

25  ████████████████████████

259

1

2

3

4

5

6

7         Q.    Is that, like, including Larry

8    Faucheux who you referred to earlier?

9         A.    No.  It would be their actual

10   board of directors.

11        Q.    That sentence continues the

12   reference to Jim Simone.  Is he one of

13   their board of directors?

14        A.    He's their lobbyist.

15        Q.    Do you remember the names of any

16   of the LSR board members you were trying to

17   meet with?

18        A.    Yes.  Give me a sec.  I'm tired.

19              I got to get back to you on that

20   one I'm sorry.

21        Q.    As you sit here today, you don't

22   recall?

23        A.    I don't recall --

24        Q.    Okay.

25        A.    -- names.

260

```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25              MR. PETKOSKI:  Objection to form.
```

261

1        MR. YATES:  Objection.

2        MR. PETKOSKI:  You can answer.

3

4

5

6

7

8

9

10

11

12

13

14

15   BY MR. NIERLICH:

16

17

18

19

20

21

22

23

24        Q.    Who is Willie Smith?

25        A.    Works for Amalgamated, and