# Exhibit 3

Message

**From**: Luis Fernandez [lf@fcsugar.com]
**Sent**: 11/13/2019 4:35:12 PM
**To**: Rob Sproull [Rob.Sproull@asr-group.com]
**Subject**: Re: Market Intel

Savannah not taking on more business?

Sent from my iPhone

On Nov 13, 2019, at 3:04 PM, Rob Sproull <Rob.Sproull@asr-group.com> wrote:

Maria:
- <!--[if !supportLists]--><![endif]-->Learned from ▓ that United has committed to honor forecasted volume all the way through FY. HOWEVER, they normally reserve 10% overage and specified that they can't commit to that. ▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
- <!--[if !supportLists]--><![endif]-->▓ hasn't heard anything from United. Sourced from Clewiston – so likely United not haircutting anyone supplied from USS Clew (will keep ears open for more confirmation)
- <!--[if !supportLists]--><![endif]-->▓ also a United customer, also hasn't heard anything. ▓ NOT likely sourced exclusively from Clewiston, so perhaps United is doing what we thought they might – protecting the Grocery business
- <!--[if !supportLists]--><![endif]-->Already shared with you, but here for completeness – ▓ has communicated need to cut contracts with Grocery customers

Steve:
[redacted]