# Exhibit 4

Message

| | |
|---|---|
| From: | Mark Olson [Mark.Olson@asr-group.com] |
| Sent: | 11/8/2019 8:00:30 PM |
| To: | Luis Fernandez [lf@fcsugar.com]; Tony Contreras [alcontreras@scgc.org] |
| CC: | Alan Henderson [Alan.Henderson@asr-group.com]; Toby Cohen [Toby.Cohen@asr-group.com]; Alan Wood [Alan.Wood@asr-group.com]; Cyril Ryan [Cyril.Ryan@asr-group.com]; Jeffrey Rich [Jeffrey.Rich@asr-group.com]; Rob Sproull [Rob.Sproull@asr-group.com] |
| Subject: | RE: Beets covering |

[redacted]

**From:** Luis Fernandez <lf@fcsugar.com>
**Sent:** Friday, November 8, 2019 5:54 PM
**To:** Tony Contreras <alcontreras@scgc.org>
**Cc:** Alan Henderson <Alan.Henderson@asr-group.com>; Mark Olson <Mark.Olson@asr-group.com>; Toby Cohen <Toby.Cohen@asr-group.com>; Alan Wood <Alan.Wood@asr-group.com>; Cyril Ryan <Cyril.Ryan@asr-group.com>; Jeffrey Rich <Jeffrey.Rich@asr-group.com>; Rob Sproull <Rob.Sproull@asr-group.com>
**Subject:** Re: Beets covering

[redacted]

Sent from my iPad

On Nov 8, 2019, at 5:26 PM, Tony Contreras <alcontreras@scgc.org> wrote:

[redacted]

Sent from my iPhone

On Nov 8, 2019, at 5:17 PM, Alan Henderson <Alan.Henderson@asr-group.com> wrote:

[redacted]

Sent from my iPhone

Alan Henderson
Vice President of Sales

Domino Foods, Inc.
t  +1 732-590-1190
m +1 914-643-0556
f  732-906-5603

Alan.Henderson@asr-group.com

Making Life A Little Sweeter • Visit Our Family of Brands at ASR-Group.com

Price quotes are good for the day offered and subject to change thereafter without notice.  All orders are subject to confirmation and our ability to ship such orders within requested dates.  All sales are subject to Domino Foods, Inc. standard Terms and Conditions located at www.asr-group.com (click on "Document Downloads").

This e-mail and any attachments to it may be privileged, confidential or contain trade secret information.  If this e-mail was sent to you in error, please notify me immediately by reply e-mail and please do not use, disseminate, retain, print or copy the e-mail or its attachments.

On Nov 8, 2019, at 5:12 PM, Mark Olson <Mark.Olson@asr-group.com> wrote:



**From:** Frank Jenkins <Frank@jsgcom.com>
**Sent:** Friday, November 8, 2019 5:09 PM
**To:** Mark Olson <Mark.Olson@asr-group.com>
**Subject:** Beets covering

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi,

I heard from a Miami trade house that Western approached them for cover both out west and in Chicago.

This is the tip of the spear I'd guess.

FJ