# Exhibit 5

Redacted

Redacted