# Exhibit 6

Message

| | |
|---|---|
| **From:** | Rob Sproull [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9703BD2BD68D4EA7B221D07492159D5D-ROB SPROULL] |
| **Sent:** | 2/12/2019 12:57:02 PM |
| **To:** | Alan Henderson [Alan.Henderson@asr-group.com] |
| **CC:** | Brian O'Malley [bfo@asr-group.com] |
| **Subject:** | RE: Industrial Distributors - March 2019 |

Ok, let's book March and see how we fair against the Imperial price. Any idea what has them in the market with the low prices? That can't be their read of the competition given what we've observed over the past 5-6 months.

**From:** Alan Henderson <Alan.Henderson@asr-group.com>
**Sent:** Tuesday, February 12, 2019 11:19 AM
**To:** Rob Sproull <Rob.Sproull@asr-group.com>
**Cc:** Brian O'Malley <bfo@asr-group.com>
**Subject:** RE: Industrial Distributors - March 2019

Rob —

Contractual distribution business is currently at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ The majority of this business is booked thru February. My recommendation is to maintain the same pricing level to our east coast distributor trade for the March 2019 period. I spoke to raw sugar and they have approved ▮▮▮▮ for this contractual coverage (~200,000cwt).

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

March will be a month of price discovery. With Imperial lowering their 50lb. EFG price to $19.75 FOB/22.00 del. NY/NJ/Pa. our number will be tested with the trade.

Please let me know if you approve.