# Exhibit 8

Redacted

Redacted