# Exhibit 10

Redacted

FCC-00014865