# Exhibit 11

Message

**From:** Rob Sproull [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9703BD2BD68D4EA7B221D07492159D5D-ROB SPROULL]
**Sent:** 8/18/2020 4:57:39 PM
**To:** Luis Fernandez [lf@fcsugar.com]
**Subject:** FW: BP-1 FY21

**From:** Alan M Henderson <Alan.Henderson@asr-group.com>
**Sent:** Tuesday, August 18, 2020 4:25 PM
**To:** Rob Sproull <Rob.Sproull@asr-group.com>
**Subject:** RE: BP-1 FY21

Ok, hearing reports that Cargill is moving close to 80% sold for FY21. We are trying to find out if this correlates to an increase in their pricing.