# Exhibit 13

# Redacted

FCC-00016907

Redacted

FCC-00016908