# Exhibit 14

Redacted

FCC-00017401