# Exhibit 16

Redacted

Redacted