# Exhibit 18

Message

| | |
|---|---|
| **From:** | Mark Olson [Mark.Olson@asr-group.com] |
| **Sent:** | 6/29/2018 7:06:33 AM |
| **To:** | Brian O'Malley [bfo@asr-group.com] |
| **CC:** | Luis Fernandez [lf@fcsugar.com]; Rob Sproull [Rob.Sproull@asr-group.com]; Toby Cohen [Toby.Cohen@asr-group.com] |
| **Subject:** | Re: CSC Facility - Mt Crawford, VA |

We'll try to model it - where there supply came from this year, previous years - likely the answer is CAFTA - he did a bunch of South Brazil this year - adding Toby

Sent from my iPhone

On Jun 29, 2018, at 6:18 AM, Brian O'Malley <bfo@asr-group.com> wrote:

Explains why customers aren't biting at our ▮▮▮▮▮▮ offers for calendar 2019. ▮▮▮ was desperately trying to buy LA sugar from Mark. To no avail.
Mark,
How much raw or cafta whites can he buy from offshore/Mexico of the right quality to make his grades of liquid sugar?

Sent from my iPhone

On Jun 29, 2018, at 5:43 AM, Luis Fernandez <lf@fcsugar.com> wrote:

How will we play this?

Sent from my iPhone

On Jun 29, 2018, at 10:25 AM, Brian O'Malley <bfo@asr-group.com> wrote:

We are hearing this from multiple sources. Farmer building another station in Virginia. This will be near several very large customers.



Sent from my iPhone

Begin forwarded message:

**From:** Brian Deering <Brian.Deering@asr-group.com>
**Date:** June 28, 2018 at 5:06:33 PM EDT
**To:** DFI Industrial <DFIIndustrial@asr-group.com>, Brian O'Malley <bfo@asr-group.com>
**Cc:** Susan Norrell <Susan.Norrell@asr-group.com>
**Subject: CSC Facility - Mt Crawford, VA**

▮▮▮▮▮▮▮▮▮▮ has also confirmed the CSC facility in or near Mt Crawford, VA.
He was told by CSC they would operational no later than October 1st (original plan was September 1st).

He does not believe they will have rail capabilities, only melting.
Nick said he thought they were focusing on accounts that will accept slightly high color sugar.

My accounts they will impact:



Brian