# Exhibit 19

Redacted

Redacted

Redacted

Redacted