# Exhibit 20

# Redacted

Redacted

FCC-00040609

Redacted

Redacted