# Exhibit 21

Redacted

FCC-00048194

Redacted

FCC-00048195

Redacted

FCC-00048196

Redacted

FCC-00048197

Redacted

FCC-00048198

Redacted

FCC-00048199