# Exhibit 23

Message

| | |
|---|---|
| **From:** | Adam Whittaker [Adam.Whittaker@asr-group.com] |
| **Sent:** | 8/4/2021 9:11:00 AM |
| **To:** | Alan M Henderson [Alan.Henderson@asr-group.com]; Brian Dahlman [Brian.Dahlman@asr-group.com] |
| **CC:** | Adam Whittaker [Adam.Whittaker@asr-group.com] |
| **Subject:** | RE: Market chatter |

ADM Lakeville is expanding, this along with New York Sweeteners and Sucrocan has put the pressure on Sweeteners Plus.

Is it possible that Swt Plus is looking at L&S???

LSR has had many discussions with Swt Plus over the years about acquisitions and it didn't work out (Swt Plus to VC group), but that might not stop SP and LSR from doing something together in PA as an outlet for Cargill expansion?  Hearing that LSR sells ~300k tons of raws annually into the market above their own use.  This would jive with them producing close to 1.0 mm tons annually in LA and expanding to 1.250 mm tons without having to grow more cane?

Cargill/LSR expansion will include powders, totes, 50's.

-----Original Message-----
From: Adam Whittaker <Adam.Whittaker@asr-group.com>
Sent: Wednesday, August 4, 2021 8:15 AM
To: Alan M Henderson <Alan.Henderson@asr-group.com>; Brian Dahlman <Brian.Dahlman@asr-group.com>
Cc: Adam Whittaker <Adam.Whittaker@asr-group.com>
Subject: RE: Market chatter

Not necessarily, Barksdale is constrained, especially by water quality.  They have always had a hard time there and they tried to package it together with Worcester but nobody wanted it.

[REDACTED]

Adam

-----Original Message-----
From: Alan M Henderson <Alan.Henderson@asr-group.com>
Sent: Wednesday, August 4, 2021 8:13 AM
To: Adam Whittaker <Adam.Whittaker@asr-group.com>; Brian Dahlman <Brian.Dahlman@asr-group.com>
Subject: RE: Market chatter

My thoughts also but wouldn't Cargill be protective of their Barksdale, MD. facility?
I know Lonnie and others from Cargill have been up to Lakeville over the past few years to discuss growing the business. They sell Sweeteners Plus both sugar and corn.
Having a station in eastern Pa. will eliminate the need for Sweeteners Plus to go to Yonkers and paying additional freight and tolls.

-----Original Message-----
From: Adam Whittaker <Adam.Whittaker@asr-group.com>
Sent: Tuesday, August 3, 2021 10:00 PM
To: Alan M Henderson <Alan.Henderson@asr-group.com>; Brian Dahlman <Brian.Dahlman@asr-group.com>
Cc: Adam Whittaker <Adam.Whittaker@asr-group.com>
Subject: Re: Market chatter

Can't help but wonder if this is tied to the cargill expansion.

Sent from my iPhone

> On Aug 3, 2021, at 9:46 PM, Adam Whittaker <Adam.Whittaker@asr-group.com> wrote:
>
> Have now heard 2x in the last few days that Sweeteners Plus is looking to expand in PA.
>
> First from [REDACTED] the RR asked him if he knew they were looking to build a transfer station in Landisville, PA.
>
> Second from [REDACTED] today. Said he heard they were looking to go into bulk transfer in my area (Landisville).
>
> Adam
>
> Sent from my iPhone

FLORIDA CRYSTALS CORPORATION                              CONFIDENTIAL TREATMENT REQUESTED
Case 1:21-cv-01644-MN    Document 207-23    Filed 04/18/22    Page 3 of 3 PageID #: 3753

FCC-00061139