# Exhibit 24

Message

**From:** Adam Whittaker [Adam.Whittaker@asr-group.com]
**Sent:** 3/25/2021 10:02:50 AM
**To:** Mark Olson [Mark.Olson@asr-group.com]; Toby Cohen [Toby.Cohen@asr-group.com]; Alan M Henderson [Alan.Henderson@asr-group.com]; Brian Dahlman [Brian.Dahlman@asr-group.com]
**CC:** Jeff Rich [Jeffrey.Rich@asr-group.com]; Adam Whittaker [Adam.Whittaker@asr-group.com]
**Subject:** RE: This week's Sosland Sweetener Report

I just got off the phone with ███  He volunteered to me that Pat is retiring, the Sales team is staying on due to retirements at United and Mike G. is planning to stay on and be a part of the US Sugar team.

███ is going to make it known they are not happy about this. They view this as 1 less competitor and now 3 companies account for 75% of the market.

---

**From:** Mark Olson <Mark.Olson@asr-group.com>
**Sent:** Thursday, March 25, 2021 9:04 AM
**To:** Adam Whittaker <Adam.Whittaker@asr-group.com>; Toby Cohen <Toby.Cohen@asr-group.com>; Alan M Henderson <Alan.Henderson@asr-group.com>; Brian Dahlman <Brian.Dahlman@asr-group.com>
**Cc:** Jeff Rich <Jeffrey.Rich@asr-group.com>
**Subject:** RE: This week's Sosland Sweetener Report

Confidentially, Mike inferred yesterday that Pat will retire when the deal closes but that he was hopeful that "99% of them" would stay. ███

---

**From:** Adam Whittaker <Adam.Whittaker@asr-group.com>
**Sent:** Thursday, March 25, 2021 8:17 AM
**To:** Toby Cohen <Toby.Cohen@asr-group.com>; Alan M Henderson <Alan.Henderson@asr-group.com>; Brian Dahlman <Brian.Dahlman@asr-group.com>
**Cc:** Mark Olson <Mark.Olson@asr-group.com>; Jeff Rich <Jeffrey.Rich@asr-group.com>; Adam Whittaker <Adam.Whittaker@asr-group.com>
**Subject:** RE: This week's Sosland Sweetener Report

███

---

**From:** Adam Whittaker <Adam.Whittaker@asr-group.com>
**Sent:** Thursday, March 25, 2021 8:03 AM
**To:** Toby Cohen <Toby.Cohen@asr-group.com>; Alan M Henderson <Alan.Henderson@asr-group.com>; Brian Dahlman <Brian.Dahlman@asr-group.com>
**Cc:** Mark Olson <Mark.Olson@asr-group.com>; Jeff Rich <Jeffrey.Rich@asr-group.com>; Adam Whittaker <Adam.Whittaker@asr-group.com>
**Subject:** RE: This week's Sosland Sweetener Report

Also, Imperial had a small but effective sales team. ███ I have to think this is something that US Sugar is very interested in, especially after back filling beet force majeure volumes at discounted prices for the last year.

---

**From:** Toby Cohen <Toby.Cohen@asr-group.com>
**Sent:** Thursday, March 25, 2021 7:58 AM

**To:** Adam Whittaker <Adam.Whittaker@asr-group.com>; Alan M Henderson <Alan.Henderson@asr-group.com>; Brian Dahlman <Brian.Dahlman@asr-group.com>
**Cc:** Mark Olson <Mark.Olson@asr-group.com>; Jeff Rich <Jeffrey.Rich@asr-group.com>
**Subject:** RE: This week's Sosland Sweetener Report

Thanks for the insights

---

**From:** Adam Whittaker <Adam.Whittaker@asr-group.com>
**Sent:** 25 March 2021 11:52
**To:** Toby Cohen <Toby.Cohen@asr-group.com>; Alan M Henderson <Alan.Henderson@asr-group.com>; Brian Dahlman <Brian.Dahlman@asr-group.com>
**Cc:** Mark Olson <Mark.Olson@asr-group.com>; Jeff Rich <Jeffrey.Rich@asr-group.com>; Adam Whittaker <Adam.Whittaker@asr-group.com>
**Subject:** RE: This week's Sosland Sweetener Report

[REDACTED] So far, the only thing that has changed is there's one less competitor in the market.

[REDACTED]

Adam

---

**From:** Toby Cohen <Toby.Cohen@asr-group.com>
**Sent:** Thursday, March 25, 2021 7:48 AM
**To:** Adam Whittaker <Adam.Whittaker@asr-group.com>; Alan M Henderson <Alan.Henderson@asr-group.com>; Brian Dahlman <Brian.Dahlman@asr-group.com>
**Cc:** Mark Olson <Mark.Olson@asr-group.com>; Jeff Rich <Jeffrey.Rich@asr-group.com>
**Subject:** RE: This week's Sosland Sweetener Report

Thanks Adam -- how do you think this will affect you / the market? Did Imperial have a strong sales team? Will it impact pricing / price structure for different products (I'm thinking will United view their larger Cane footprint to mean they have two different segment offerings in terms of Northern beet/ Southern cane) ?

---

**From:** Adam Whittaker <Adam.Whittaker@asr-group.com>
**Sent:** 25 March 2021 11:43
**To:** DFI Industrial <DFIIndustrial@asr-group.com>; Mark Olson <Mark.Olson@asr-group.com>; Toby Cohen <Toby.Cohen@asr-group.com>; Jeff Rich <Jeffrey.Rich@asr-group.com>
**Subject:** This week's Sosland Sweetener Report

FYI.

Ron is confirming that Imperial's sugar will be marketed by United.

Also, for the first time in a long time he calls out 2021/22 Gulf pricing as (gross) @ $38.00 fob Gramercy.

Adam