# Exhibit 30

Redacted

Redacted