# Exhibit 33

Message

---

| | |
|---|---|
| **From:** | Alan M Henderson [Alan.Henderson@asr-group.com] |
| **Sent:** | 3/18/2021 11:25:27 AM |
| **To:** | Commodity Information Inc. [rich@commodinfo.com] |
| **Subject:** | Re: FY22: Western $35.50 to $36.00, 35% booked, most aggressive of the bunch. NSM $36 Midwest, $38 Pacific |

Hi Rich - actually on the road today ( good sign) so I'll be brief. We are approximately  covered for FY22 (Mostly Oct/Dec). Pricing is holding firm in FY21 at  Current deliveries are strong.

Sent from my iPhone

Alan M Henderson
VP, Industrial

Domino Foods, Inc.
t  +1 732-590-1190
m +1 914-643-0556
f   732-906-5603

Alan.Henderson@asr-group.com

ASR GROUP | Domino C&H

Making Life A Little Sweeter • Visit Our Family of Brands at ASR-Group.com

Price quotes are good for the day offered and subject to change thereafter without notice.  All orders are subject to confirmation and our ability to ship such orders within requested dates.  All sales are subject to Domino Foods, Inc. standard Terms and Conditions located at www.asr-group.com (click on "Document Downloads").

This e-mail and any attachments to it may be privileged, confidential or contain trade secret information.  If this e-mail was sent to you in error, please notify me immediately by reply e-mail and please do not use, disseminate, retain, print or copy the e-mail or its attachments.

> On Mar 18, 2021, at 10:30 AM, Commodity Information Inc. <rich@commodinfo.com> wrote:
>
> * CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>