# Exhibit 34

Redacted

FCC-00094177

Redacted

FCC-00094178

Redacted

FCC-00094179

FLORIDA CRYSTALS CORPORATION

CONFIDENTIAL TREATMENT REQUESTED

Redacted

FCC-00094180