# Exhibit 37

Message

| | |
|---|---|
| **From:** | Alan M Henderson [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=41EF73BBB33E4C2E822BE5C8A6A1509D-ALAN HENDER] |
| **Sent:** | 8/18/2020 5:16:19 PM |
| **To:** | Commodity Information Inc. [rich@commodinfo.com] |
| **Subject:** | RE: Cargill |

Yes, Imperial bought up the 16's when they were booking 2021 business. Also less Mexican sugar for FY21.

**From:** Commodity Information Inc. <rich@commodinfo.com>
**Sent:** Tuesday, August 18, 2020 4:53 PM
**To:** Alan M Henderson <Alan.Henderson@asr-group.com>
**Subject:** Re: Cargill

My goodness, what a difference a month makes.  Michigan 85+% booked, Western 75-%
Hearing that imperial and customers the likely cause of higher No 16.  Would you concur?

On Aug 18, 2020, at 1:17 PM, Alan M Henderson <Alan.Henderson@asr-group.com> wrote:

Thanks Rich. We are about 60% covered so plenty of capacity left for us to sell. Not surprising about Cargill as their M.O. is to sell the crop. I'm a little surprised about Imperial but they are after market share. We are, in most years, the last to sell out capacity. Someone has to have some discipline!

Alan M Henderson
VP, Industrial

Domino Foods, Inc.
t  +1 732-590-1190
m +1 914-643-0556
f   732-906-5603

Alan.Henderson@asr-group.com

Making Life A Little Sweeter • Visit Our Family of Brands at ASR-Group.com

Price quotes are good for the day offered and subject to change thereafter without notice.  All orders are subject to confirmation and our ability to ship such orders within requested dates.  All sales are subject to Domino Foods, Inc. standard Terms and Conditions located at www.asr-group.com (click on "Document Downloads").

This e-mail and any attachments to it may be privileged, confidential or contain trade secret information.  If this e-mail was sent to you in error, please notify me immediately by reply e-mail and please do not use, disseminate, retain, print or copy the e-mail or its attachments.

**From:** Commodity Information Inc. <rich@commodinfo.com>
**Sent:** Tuesday, August 18, 2020 3:12 PM
**To:** Alan M Henderson <Alan.Henderson@asr-group.com>
**Subject:** Cargill

United claiming Cargill is now out of market!
Cargill knew it had to come out swinging to hold market share taken from beets this season, but I bet they booked out much earlier than even they expected.

Supposedly Imperial is also very well sold.  I'll try and get more info.

On Aug 18, 2020, at 10:37 AM, Alan M Henderson <Alan.Henderson@asr-group.com> wrote:

Hi Rich -

It's been great weather out east here except for Tropical Storm Isaias which caused some minor damage. Beaches escaped any major damage which is good because that's where all the NY/NJ folks are hanging out these days with Covid travel restrictions.

Quick update:
Pricing :

I agree with your assessment below - beets looking for support at higher prices (up $1.00 cwt?) now that they are 70 to 75% priced in.
Cane gulf still fighting for share - but some talk of Cargill moving prices up to $37.50 gross fob.

Coverage:
Beets - 70 to 75%
Cane - 50 to 55%
Some major deals on the table. If they get completed look for refined prices to move up $1.00 to $1.50 cwt.
Also #16 strength will push refined values up.

Question - If beets pull 600 to 700K ST from FY21 crop into FY20 wouldn't that cause some tight supply later in 2021?

Regards,

Alan M Henderson
VP, Industrial

Domino Foods, Inc.
t  +1 732-590-1190
m +1 914-643-0556
f  732-906-5603

Alan.Henderson@asr-group.com

Making Life A Little Sweeter • Visit Our Family of Brands at ASR-Group.com

Price quotes are good for the day offered and subject to change thereafter without notice. All orders are subject to confirmation and our ability to ship such orders within requested dates. All sales are subject to Domino Foods, Inc. standard Terms and Conditions located at www.asr-group.com (click on "Document Downloads").

This e-mail and any attachments to it may be privileged, confidential or contain trade secret information. If this e-mail was sent to you in error, please notify me immediately by reply e-mail and please do not use, disseminate, retain, print or copy the e-mail or its attachments.

-----Original Message-----
From: Commodity Information Inc. <rich@commodinfo.com>
Sent: Monday, August 17, 2020 12:56 PM
To: Alan M Henderson <Alan.Henderson@asr-group.com>
Subject: crop development, harvest, pricing

* CAUTION: This email originated from outside of the organization. Do not click links or open attachments

FCC-00099467

unless you recognize the sender and know the content is safe.


Alan,

Hope the summer is treating you well.

Just getting started on crop updates.
Michigan: bumped from 29 tpa to 29-30 tpa, some big rains lately, some areas 6+ inches, but they don't seem worried as beets need the moisture. Pre-pile started very early, August 11th.
So-Minn: increased by 0.6 to 29.6 tpa, dodged worst of latest severe weather and didn't interrupt early harvest start, August 10th.
Western, Northern region: increased forecast by 1.1 tpa to 31.6 tpa, favorable growing conditions continue, no irrigation concerns; pre-pile starts early September.
Sidney: increased yield forecast slightly, now at 31.8 tpa, hot! Harvest starts September 15th.
Worland: hot as well, irrigation reserves dwindling rapidly, crop forecast flat to up slightly. Like all other processors, they're taking an aggressive approach to early harvest this year, September 16th.
Waiting to hear from all others.
My bet is yield forecasts will go up across the board.
The exception might be Minn-Dak which looks to have taken the brunt of the latest rounds of severe weather: multiple tornadoes, hail, heavy rain.
And possibly Colorado, it has remained hot, they might come up short on irrigation.
RRV harvest underway on all fronts/processors, working around overly wet areas. It's going to be a record U.S. early harvest, by a long shot, my forecast has increased to 725K (last season: 544K)

Cane crops looking good to very good: Texas peeved about USDA forecast, they were contacted before Hurricane Hanna impact had been assessed (I don't expect much impact, winds were moderate and they needed the rain), Louisiana and Florida have had wet summers.
My bet is the weather damage falls on the cane side this year, scary active hurricane season.

Also just getting rolling on pricing updates.
Early indications suggest that with a number of big deals now locked up, and favorable coverage levels, beet prices are finding a little support. Hearing mixed messages on Michigan: out of market assessed possible price increase and that they've started to chase market (increased discounting). Hopefully I'll hear from them today. Where would you put beet prices and coverage?
Sounds similar on cane side: after period of weakness, starting to show a little support, perhaps; Gulf/Cargill still the soft spot.
Does that jive with what you're hearing? Where would you put cane prices and coverage?

I'll keep you informed as updates come in.

Thanks,
Rich