# Exhibit 38

**In the Matter Of:**

*UNITED STATES OF AMERICA vs*

*UNITED STATES SUGAR CORPORATION*

---

*ALAN HENDERSON*

*March 04, 2022*

---



1

```
1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF DELAWARE
2
   UNITED STATES OF AMERICA, )
3                            )
         Plaintiff,          )
4                            )
   vs.                       )CASE NO. 1:21-cv-01644-UNA
5                            )
   UNITED STATES SUGAR       )
6  CORPORATION, UNITED SUGARS)
   CORPORATION, IMPERIAL     )
7  SUGAR COMPANY, and LOUIS  )
   DREYFUS COMPANY LLC,      )
8                            )
         Defendants.         )
9
10              ORAL VIDEOTAPED DEPOSITION

11                   ALAN HENDERSON

12                   MARCH 4, 2022

13                   "CONFIDENTIAL"

14

15      ORAL VIDEOTAPED DEPOSITION OF ALAN HENDERSON, via

16 Zoom, produced as a witness at the instance of the

17 Plaintiff and duly sworn, was taken in the above-styled

18 and numbered cause on the 4th day of March, 2022, from

19 10:37 a.m. to 3:45 p.m. EST, before Melinda Barre,

20 Certified Shorthand Reporter in and for the State of

21 Texas, reported by computerized stenotype machine, all

22 parties appearing remotely via web videoconference,

23 pursuant to the rules of procedure and the provisions

24 stated on the record or attached hereto.

25
```

Confidential                Alan Henderson - March 04, 2022

14

1    A.    Yes.

2    Q.    As vice-president of industrial sales, what are

3 your responsibilities?

4    A.    I manage ten account managers throughout the

5 country.    ████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████

████████████████████████████████████████████████████

████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

13    Q.    And how many refineries does ASR have?

14    A.    We have Yonkers, Baltimore; Chalmette, which is

15 New Orleans; and Crockett outside of San Francisco.    And

16 then there's a refinery in Florida, Florida Crystals.

17    Q.    Okay.    In your position as vice-president, do

18 you have any responsibility with respect to refined

19 sugar prices?

20    A.    Yes.

21    Q.    Please explain your responsibilities.

22    ██████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████

Confidential                Alan Henderson - March 04, 2022

15

1

4

11

22    Q.   And do you have responsibility for approving

23 certain refined sugar prices?

24    A.   Yes.

25

16



18    Q.   (By Mr. Geiger)  And are you familiar with the

19  term "spot price"?

20    A.   Yes.

21    Q.   What is a spot price?

22    A.   A spot price is equal to what our price

23  guidance is really.

24    Q.   And can you explain more -- according to spot

25  price, what does that mean for a customer?

18



```
21      Q.    Mr. Henderson, at your work, do you refer to

22  prices that you work on as ASR prices sometimes?

23      A.    We always go into really Domino Foods.  That's

24  really how the customers know us.  That's how we refer

25  to ourselves.  Some people say "ASR."
```

22

1    Q.   Do those decisions include ones on prices for

2  refined sugar?

3    A.   On occasion, yes; on occasions, no.

4    Q.   How long have you been in your current

5  position, Mr. Henderson?

6    A.   Just over five years.

7    Q.   And before that were you at Domino Foods?

8    A.   Yes.

9    Q.   What was your position before vice-president of

10 industrial sales?

11   A.   I was a national account manager.

12   Q.   For how long?

13   A.   Oh, I would say that was about ten years.

14   Q.   Can you explain the process by which Domino

15 decides what price to charge for refined sugar?

16        MR. YATES:   Objection, form.

17   A.   ████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

██████████████████████████████████████

███████████

██████████████████████████████████

████████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

Confidential    Alan Henderson - March 04, 2022

23

Confidential          Alan Henderson - March 04, 2022

24



```
12        Q.    Have you heard the term "coverage" or
13  "covered" --
14        A.    Yes.
15        Q.    -- with respect to refined sugar?
16        A.    Right.
17        Q.    And can you -- I'm sorry for interrupting.
18              Can you explain what you mean by
19  "coverage" or "covered"?
20        A.    "Covered" or "coverage" is people that
21  contract, right?  So it's just a -- it's positions that
22  are taken against the 16 trading position.
23        Q.    Have you ever heard that term referred to with
24  inventory that Domino Foods has sold of its refined
25  sugar?
```

25

1     A.    As far as inventory?

2     Q.    Yes.

3     A.    No, I wouldn't say it really goes against

4  inventory.

5     Q.    In setting Domino Foods prices, do you consider

6  how competitors might respond?

7     A.



Confidential          Alan Henderson - March 04, 2022



30

1

9

23

Confidential      Alan Henderson - March 04, 2022

31

1

33

```
1    A.    Thank you.

2    Q.    Are you looking at Exhibit 1?

3    A.    Yes.  I just opened it up.

4    Q.    ████████████████████████████

     ██████████████████████████████████

     ████████████████████████

     ███████████████████████████████

     ██████████████████████████████████

     ████████████████████████████████████

     ██████████████████

     ███████████████████████████

     █████████████████████████████████

     ████████████

     ███████████████████████████

     █████████████████████████████

16   █████████████████████████████████

     █████████████████████████████████

     ██████████████████████

     ██████████████████

     ████████████████████████████████████

     ██████████████████████████████

     ███████████████████████

     ██████████████

     ███████████████████████████████

     █████████████████
```

Confidential    Alan Henderson - March 04, 2022

34

Confidential          Alan Henderson - March 04, 2022

35

36

37

38

Confidential

Alan Henderson - March 04, 2022



40



14    Q.   You can set that document aside, Mr. Henderson.

15         Do you know a Richard Wistisen?

16    A.   Yes.

17    Q.   Who is he?

18    A.   He's, I believe, an economist or commodity

19 specialist.

20    Q.   How do you know him?

21    A.   He writes a monthly report, puts it out to the

22 trade.

23    Q.   When did you first come to know Mr. Wistisen?

24    A.   When I assumed the role of vice-president, he

25 sent me e-mail about his market report.

Confidential                    Alan Henderson - March 04, 2022

58

1    A.    Yeah.    But, you know, I don't give that much

2    credence because to me that 60 percent doesn't mean a

3    lot because it's all based on size of the crop.    Some

4    years you have a 4.5 beet crop; some years you have a

5    5.3 beet crop.    So it changes daily based on crop sizes.

6    Like I said, it's a very fluid market.

7    Q.    Does the size of your crop change daily

8    throughout the year?

9    A.    I believe they send out weekly crop updating

10   reports during the growing season, and weather changes

11   all the time.

12   ████████████████████████████████

████████████████████████████████████

████████████████████████████████

15   ████████████████

████████████████████

██   Q.    ████████████████████

████████████████████████████████████

19   Q.    ████████████████

████████████████

████████████████████

████████████████████████████████████

██████████████████

24   ████████████████████████████████

████████████████

59

Confidential                 Alan Henderson - March 04, 2022



60

10    Q.   Why did you share this information with

11 Mr. Wistisen?

12    A.   Because I was always under the understanding

13 that he puts together general pricing for his report

14 that goes out to the trade.

15    Q.   Is there any benefit to Domino Foods from

16 having that information being in Mr. Wistisen's report?

17          MR. YATES:   Object to form.

18    A.   I don't call it a benefit.   I call it accurate

19 reporting.

20    Q.   (By Mr. Geiger)  So there's no benefit to

21 Domino Foods from you sharing this information?

22          MR. PETKOSKI:   Objection, form.

23          MR. YATES:   Join.

24    A.   Not that I know of.

25    Q.   (By Mr. Geiger)  Why do you share it if it's no

63

1    A.   I have no idea what my competitors do.

2    Q.   If you turn to the -- I think it's the fourth

3 page ending in 240.

4    A.   Okay.

5    Q.   You wrote an e-mail on June 21st, 2021 at

6 9:29 a.m., is that right, to Mr. Wistisen?

7    A.   That's correct.



64



5    Q.    If you turn back to the fourth page ending 240.

6    A.    240, yes.

7    Q.    Mr. Wistisen wrote you an e-mail on July 12th,

8  2021 at 2:25 p.m.  Do you see that?

9    A.    I do.

10    Q.    And he wrote in part, "Michigan and Western

11  80-plus percent, and rumors suggest United is also now

12  around 80 percent booked and recently increased prices

13  (I hope to have confirmation soon)."

14            Do you see that?

15    A.    I do.

16    Q.    What do you understand "Michigan and Western

17  80-plus percent" to mean?

18    A.    I really didn't decipher it or think what he

19  was saying with Michigan and Western at plus 80.

20    Q.    You have no understanding as to what that

21  means?

22    A.    I wouldn't say I don't have an understanding.

23  It could be one of many things, right?  It could be, you

24  know, 80 percent, you know, certain areas or, you know,

25  what their targets are.  But I always take it as that

69

1 | 2:18 p.m.?

2 |     A.    Yes, sir.

3 | ███████████████████████████████

████████████████████████████████████

████████████████████████

██████████████

████████████████████████████████████

██████

████████████████████████████████████████

████████████████

████████████████████████████████████████

████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████████████

██████████████

████████████████████████████

████████████████████████████████

██████████

██████████████████████████████

████████████████████

██████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████

70

Confidential            Alan Henderson - March 04, 2022

71



13    Q.    (By Mr. Geiger)  Turn to the first page ending

14 in 237.

15    A.    237, yes, sir.

16    Q.    At the bottom of the page is an e-mail from

17 Mr. Wistisen to you on July 16th, 2021.  Do you see

18 that?

19    A.    Yes, I do.

20    Q.    The subject is "United"?

21    A.    Yes.

22    Q.    Turning to the next page, Mr. Wistisen writes,

23 "I don't understand it, but this is the word from

24 United:  80 to 85 percent sold, will be over 90 very

25 soon.  Beet holding at $36.50 firm, and cane increased

75

1    A.    Yeah.  I take everything that Rich provides in

2 the report as just general information, you know.  It's

3 just one of many things.  I never question it too much.

4    Q.    (By Mr. Geiger)  You wrote an e-mail at the

5 top.  Do you see that?

6    A.    One second.  Yes.

7    Q.    You wrote, "Cargill also makes no sense.  They

8 sell basis crop and refinery capacity model versus

9 pricing off No. 16 market."

10            Do you see that?

11    A.    I do.

12    Q.    What did you mean by "basis crop and refinery

13 capacity model"?

14    A.    Well, Cargill is, I would say, vertically

15 integrated with the LSR company.  So they take their

16 crop and they sell it.  ████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████

23        ████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

76

1 ████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████

6    Q.    You received the information in this e-mail

7 before you received his report.  Is that correct?

8    A.    You know, it depends.  Most times yes; but if

9 I'm traveling or something, you know, sometimes I'll

10 open it up after the report comes out.  But in most

11 cases, if I remember, I probably get it right before his

12 report.

13    Q.    And did you do anything with the information in

14 this e-mail chain before you received the related

15 report?

16    A.    Not that I recall.  You know, a couple times

17 I'll get e-mails from Mr. Wistisen and just forward them

18 on to my boss, Rob Sproull, to set his general market

19 information.

20    Q.    Has Mr. Sproull asked you to forward on the

21 information from Mr. Wistisen?

22    A.    Well, Mr. Sproull asks what's going on in the

23 marketplace once in a while and, you know, they --

24 they're aware that, you know, we talk to Mr. Wistisen.

25 Everyone who puts out a report we talk to so we can

77

1 provide them our general numbers, and then they put it

2 into a report.

3 

78

79



22      Q.   (By Mr. Geiger)  Do you consider anything that

23 you wrote in this e-mail to Mr. Wistisen to be

24 unethical?

25              MR. PETKOSKI:  Objection to form.

81

1      A.    Got it.

2      Q.    Is this an e-mail chain you sent or received

3 between June 11, 2021 and July 12, 2021 in the ordinary

4 course of your work at ASR?

5      A.    Yes.  It looks like it is, yes.

6      ██████████████████████████████████████████

██████████████████████████████████████████████████

███████████████████████████

███████████████████████████████

█████████████████████████████████████████████

████████████████████████████

█████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████

██████████████████████████████████████

██████████████████████

█████████████████████████████████████████████████

██████████████

████████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████

█████████████████████████████████████████████████

Confidential                Alan Henderson - March 04, 2022

82

1



83

20    Q.    You can set that document aside, Mr. Henderson.

21    A.    Okay.

22            MR. GEIGER:   William, if you will upload

23  document E.

24    Q.    (By Mr. Geiger)   Mr. Henderson, we are

25  uploading a document starting with the Bates

Confidential                Alan Henderson - March 04, 2022

93

1    A.    I think they are noted in some market reports,

2 Milling & Baking, the Sosland reports will sometimes

3 note that, that, you know, they're hearing from, you

4 know, the processors that, you know, they may raise

5 prices.  So Ron Sterk with Milling & Baking will note

6 that.  I can't recall if Rich Wistisen puts it in his

7 reports.

8    Q.    Can you recall any instance in the Ron Sterk

9 report or otherwise where they reference a possible

10 price increase for a specific company?

11           MR. YATES:  Objection to form.

12    A.    Not offhand.  You know, he would reference a

13 large Red River Valley processor, and everybody in the

14 industry would assume that's United Sugars.

15    ███████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

█████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████

██████████████

24           MR. GEIGER:  William, please upload

25 document F in the Chat.

97

1      A.    Yes, it is.

2      Q.    On the first page is an e-mail from you to

3   Mr. Wistisen on August 18th at 1:17 p.m.  Do you see

4   that?

5      A.    I do.

6   ███████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████

███████████████████████████████████████

███████████████████

███████████████████████████████████████████████████

████████████████

████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████████████████████

█████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████

██████████████████████████████████████████████████

████████████████████████████████████

█████████████████████████████████████████████

██████████████████████████████████

████████████████████████████████████

██████████████████████████████████████████

████████████████████

Confidential                Alan Henderson - March 04, 2022

98



9      Q.    (By Mr. Geiger)   You can set aside that

10   document, Mr. Henderson.

11     A.    Okay.

12            MR. GEIGER:   William, if you can upload

13   document M.

14     Q.    (By Mr. Geiger)   Mr. Henderson, we're uploading

15   a document starting with Bates No. FCC-00081048 and

16   ending with 049.   The court reporter will mark this as

17   Henderson Exhibit 10.

18            (Exhibit 10 marked)

19     Q.    (By Mr. Geiger)   Please let me know when you've

20   opened and reviewed this document.

21     A.    This is document M?

22     Q.    Correct.

23            MR. YATES:   I'm not seeing it yet.

24     A.    Yes.   Thank you.   There it is.

25            Okay.   Opened.

99

1    Q.    (By Mr. Geiger)  Mr. Henderson, is this an

2 e-mail chain you sent or received on or about June 18th,

3 2020 in the ordinary course of your work at Domino

4 Foods?

5    A.    Yes.

6    Q.    The second e-mail in this chain is an e-mail

7 from you to Mr. Whittaker.  Do you see that?

8    A.    I do.

9    ██████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████

████████████████████████████████████████████████████

████████████

██████████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████████████████

███████████████

████████████████████████████████████████████████████

█████

██████████████████████████████████████████████

██████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████

Confidential                Alan Henderson - March 04, 2022

100

8

        Q.    (By Mr. Geiger)   You can set that document

23  aside, Mr. Henderson.

24                MR. GEIGER:   William, if you can upload

25  document N.

111

1 were using spot prices, was that for bulk refined sugar?

2      A.    That is for bulk refined sugar.

3    ███████████████████████████████████████

███████████████████████████████████████████

███████████████████████

6            MR. GEIGER:    Objection, form.

7      Q.    (By Mr. Yates)  Have you heard of something --

8 strike that.

9          ███████████████████████████████████

███████████████

████████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████

█████████████████████████

15     Q.    Have you heard of something called tier 2

16 prices, sir?

17     A.    Yes.

18     Q.    What are they?

19     A.    Tier 2 is -- it's a duty paid by an importer of

20 sugar, and it's a set duty by the USDA.

21   ████████████████████████████████████████████

██████████████████

████████████████████████████████████████████

███████████████████████████████████

███████████████████████████

Confidential    Alan Henderson - March 04, 2022

112



13    Q.    And what sorts of companies are importing

14  tier 2 refined sugar into the United States?

15    A.    We mainly see tier 2 refined sugar coming in by

16  distributors and what we refer to as, like, third-party

17  melt houses.

18    Q.    So to use distributors as an example, a

19  distributor would import tier 2 refined sugar from

20  overseas, and then what is your understanding of what

21  happens next?

22            MR. GEIGER:  Objection, foundation.

23    A.    It could be from various sources of

24  Central/South America, overseas, as you put it.  It

25  comes into port.  It could be port of Florida,

115

1    A.   They have plenty of options.   They have plenty

2 of other offers, suppliers.

3    Q.   Now, I think you've been the VP of industrial

4 sales since 2017.   Is that right?

5    A.   That's correct.

6    Q.   And before that I think you've worked for

7 Domino for approximately 30 years.   Is that right?

8    A.   Yes.   Started in 1990.

9    Q.   Have you been in a sales role for most of that

10 time?

11    A.   Since day one.

12   ████████████████████████████████████████████

█████████████████████████████████████████████████

██████████████████████

██████████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████

█████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████

██████████████████████

████████████████████████████████████████████████

█████████████████████████████████████████████████████

███████████████████████████████████████████████

Confidential                    Alan Henderson - March 04, 2022

116

1

24          MR. YATES:  David, let's have a look at

25 tab 26, which we'll have marked as next in order.