# Exhibit 39

**In the Matter Of:**

*UNITED STATES vs*

*UNITED STATES SUGAR CORPORATION*

---

*ROBERT SPROULL*

*February 24, 2022*

---



1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Civil Action No. 21-cv-1644 (MN)

-----------------------------

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

UNITED STATES SUGAR

CORPORATION, et al.,

        Defendants.

-----------------------------


          ** CONFIDENTIAL **


    REMOTE VIDEOTAPED DEPOSITION OF

        ROBERT SPROULL


      Thursday, February 24, 2022

        10:30 a.m. (EST)




Reported by:

Joan Ferrara, RMR, FCRR

Job No. 2022-830473

156

1        R. SPROULL - CONFIDENTIAL



7        Q.    So when you're responding to an

8    RFP, how do you decide what initial price

9    to bid for the contract?

10       A.

UNITED STATES vs                                                    Robert Sproull
UNITED STATES SUGAR CORPORATION Confidential            February 24, 2022

157

R. SPROULL - CONFIDENTIAL



24        Q.      How does ASR determine the

25    transportation costs that factor into the

159

R. SPROULL - CONFIDENTIAL

1

2 ███████████████████████

3 ████████████████████████████

4 ██████████████████████████████████

5 ████████████████████████████

6 █████████████████████████████████

7 ██████████████

8    Q.    Do you consider the

9 transportation costs when deciding whether

10 to submit a bid in response to an RFP?

11 ████████████████████

12    █████████████████████████

13 ██████████████████████████████████

14 ███████████████████████████

15 ████████████████

16 ███████████████████████████

17    A.    ███████████████████

18 ███████████████████████████

19 ███████████████████████████████

20 ███████████████████████████████

21 ███████████████████████████

22 ███████████████████████████████

23 ████████████

24 ███████████████████████████████

25 ████████████████████████

Case 1:21-cv-01644-MN    Document 207-39    Filed 04/18/22    Page 7 of 37 PageID #:
3871

UNITED STATES vs
UNITED STATES SUGAR CORPORATION Confidential

Robert Sproull
February 24, 2022

160

1          R. SPROULL - CONFIDENTIAL



18          Q.    When you're determining a bid,

19    how significant is the transportation cost

20    as opposed to the FOB type of cost?

162

R. SPROULL - CONFIDENTIAL



UNITED STATES vs
UNITED STATES SUGAR CORPORATION Confidential

Robert Sproull
February 24, 2022

163

R. SPROULL - CONFIDENTIAL



        Q.    How do you obtain information

about what competitors might be bidding?

        A.    Sorry, can you restate the

question?

        Q.    Yeah.

              How do you obtain information

about what your competitors might be

bidding?

        A.    Well, the number one, by far, is

we talk to our customers.  When we talk to

167

```
 1        R. SPROULL - CONFIDENTIAL

 2    changed, meaning that the customer

 3    indicates a different volume or a different

 4    product set or a different timing, then we

 5    always reserve the right to adjust our

 6    offer.  And at times customers indicate

 7    that our price is too high.  And so we have

 8    an opportunity if we choose to, to make a

 9    lower offer.

10        Q.    If a customer indicates that your

11    price is too high, what information do you

12    use to submit a revised bid?

13        MR. YATES:  Object to form.

14    ████████████████████████████████████████

15    ███████████████████████████████████

16    ██████████████████████████████

17    █████████████████████████████████████

18    ██████████████████████████████████

19    ████████████████████████████████████

20    ███████████████████████████████

21    ██████████████████████████████████

22    ████████████████████████████

23    ██████████████████████████

24    █████████████████████████████████████

25    █████████████████████████████
```

UNITED STATES vs                                                    Robert Sproull
UNITED STATES SUGAR CORPORATION Confidential                       February 24, 2022

168

1          R. SPROULL - CONFIDENTIAL

2                    ████████████████████████████

3    ████████████████████████████████████

4    ████████████████████████████████████████

5    ██████████

6          Q.    When you say the customer's

7    comments, does that refer to customers

8    telling you what other bids they may have

9    received?

10         A.    It could.  Not necessarily

11   specifically that, but it could.

12         Q.    So we talked earlier about the

13   competitors that you see for ASR and you

14   listed some of them.

15               I think you mentioned that you

16   had in the past lost sales to Cargill.

17               Do you recall that?

18         A.    Yes.

19         Q.    What sales did ASR lose to

20   Cargill?

21            ████████████████████████████

22   ████████████████████████████████████████

23   ████████████████████████████

24   ████████████████████████████████████

25   ████████████████████████████████████

188

1           R. SPROULL - CONFIDENTIAL

2    ███████████████████████████████████████

3    ███████████████████████████████████████

4    ████████████████████████████████████.

5        Q.    Have there been any instances

6    where you've lost business to a distributor

7    where that distributor was reselling sugar

8    that it had purchased from ASR?

9            MR. YATES:   Object to form.

10       A.    I can't -- I can't recall.  I'm

11   not sure if it has or hasn't happened.

12   That's not something that -- that's sort of

13   strange.  Yeah, I don't know.

14       Q.    Looking back at the document,

15   Exhibit 12, the bottom level e-mail is from

16   Mr. Henderson to you and Mr. O'Malley,

17   correct?

18       A.    Correct.

19       Q.    And the second-to-last paragraph

20   of the e-mail, Mr. Henderson says, ███████

21   ███████████████████████████████████████

22   ███████████████████████████████████████

23   ███████████████████████████████████████

24   ███████████████████████████████████

25   ███████████████████

Case 1:21-cv-01644-MN    Document 207-39    Filed 04/18/22    Page 13 of 37 PageID #:
3877
UNITED STATES vs
UNITED STATES SUGAR CORPORATION Confidential
Robert Sproull
February 24, 2022

189



R. SPROULL - CONFIDENTIAL

190

R. SPROULL - CONFIDENTIAL



191

1                 R. SPROULL - CONFIDENTIAL

2

3

4          Q.

5

6                ?

7

8

9

10              Sorry, was there a question?

11     What's the question?

12          Q.    Currently not a question pending.

13     You answered it.   Thank you.

14          A.    Oh, I'm sorry.   Okay.   All right.

15          Q.    So put that one aside, please.

16              I'm going to ask William to send

17     you a document that we had as Document E,

18     which I'd like to mark as Exhibit 13 to the

19     deposition.   This is a document that was

20     produced in discovery with Bates No.

21     FCC-00016907 through Bates number ending in

22     908.

23              (Sproull Exhibit 13, 1/8/20

24         e-mail, Bates FCC-00016907 to

25         FCC-00016908, remotely introduced and

Case 1:21-cv-01644-MN    Document 207-39    Filed 04/18/22    Page 16 of 37 PageID #:
                                            3880
UNITED STATES vs                                                    Robert Sproull
UNITED STATES SUGAR CORPORATION Confidential              February 24, 2022

                                                                         192

1           R. SPROULL - CONFIDENTIAL

2       provided electronically to the

3       reporter.)

4       Q.    If you could please download that

5    one and then take a look at it and let me

6    know when you've had a chance to review it.

7       A.    Okay.

8       Q.    Is this an e-mail that you sent

9    to Alan Henderson on January 8, 2020?

10      A.    Yes.

11      Q.    Did you send this e-mail in the

12   ordinary course of your work at ASR?

13      A.    Yes.

14   ████████████████████████████████████

15   ██████████████████████████████████

16   ██████████████████████████████████

17   ██████████████████████████████████

18   █████████████████████████████

19   ██████████████████████████████

20   █████████████████████████████████

21   ██████████████████████

22   ██████████████████████████

23   ███████████████████████████████████

24   ██████████████████

25   ████████████████████████████

193

R. SPROULL - CONFIDENTIAL



194

R. SPROULL - CONFIDENTIAL



195



R. SPROULL - CONFIDENTIAL

Case 1:21-cv-01644-MN    Document 207-39    Filed 04/18/22    Page 20 of 37 PageID #:
3884
UNITED STATES vs
UNITED STATES SUGAR CORPORATION Confidential
Robert Sproull
February 24, 2022

196

R. SPROULL - CONFIDENTIAL



197



R. SPROULL - CONFIDENTIAL

198

```
 1              R. SPROULL - CONFIDENTIAL

 2    ████████████████████████████████████████████

 3    ████████████████████████

 4        Q.    All right.  You can put that one

 5    aside then.

 6              And I'd like to ask William then

 7    to send you our document, Tab F, which I'd

 8    like to mark as Exhibit 14 to the

 9    deposition.

10              (Sproull Exhibit 14, 3/4/20

11         e-mail with attachments, Bates

12         FCC-00016752 to FCC-00016804, remotely

13         introduced and provided electronically

14         to the reporter.)

15        Q.    And that's a document produced --

16              THE WITNESS:  Can we take a brief

17         break?  My computer is about to

18         restart automatically.

19              MR. PETKOSKI:  Let's go off the

20         record.

21              THE VIDEOGRAPHER:  The time is

22         3:08 p.m.  We are now going off the

23         record.

24              (Recess taken from 3:08 to 3:15

25         p.m.)
```

200

```
 1              R. SPROULL - CONFIDENTIAL
 2      you choose to.
 3           A.    Okay.  Okay.
 4           Q.    Is this an e-mail and attachments
 5      you sent to Luis Fernandez on March 4,
 6      2020?
 7           A.    Yes.
 8           Q.    Did you send this e-mail and its
 9      attachments in the ordinary course of your
10      work at ASR?
11           A.    Yes.
12           Q.    And you're forwarding to
13      Mr. Fernandez an e-mail from Mr. Henderson;
14      is that correct?
15           A.    Yes.
16           Q.    Mr. Fernandez was your boss at
17      this time and still is, correct?
18           A.    That's correct.
19           Q.    ███████████████████████████
20      █████████████████████████████
21      ██████████████
22      ████████████████████████
23      ██████████████████████████████
24      ████████████████████████████
25      ██████████████████████████
```

Case 1:21-cv-01644-MN    Document 207-39    Filed 04/18/22    Page 24 of 37 PageID #:
3888
UNITED STATES vs
Robert Sproull
UNITED STATES SUGAR CORPORATION Confidential
February 24, 2022

201

R. SPROULL - CONFIDENTIAL



Case 1:21-cv-01644-MN    Document 207-39    Filed 04/18/22    Page 25 of 37 PageID #:
UNITED STATES vs
UNITED STATES SUGAR CORPORATION    3889
Confidential
Robert Sproull
February 24, 2022

202

R. SPROULL - CONFIDENTIAL



203

R. SPROULL - CONFIDENTIAL



204

R. SPROULL - CONFIDENTIAL



23        Q.    Okay.  You can put that one aside
24   for now.
25              I'm going to ask William to send

206

R. SPROULL - CONFIDENTIAL

Mr. O'Malley, is that correct?

    A.   Yes.

    Q.   And if you turn to the next page

with Bates number ending in 821, the e-mail

continues on to that page, right?

    A.   Yes, I see it.

    Q.



207

R. SPROULL - CONFIDENTIAL



208

R. SPROULL - CONFIDENTIAL



**210**

R. SPROULL - CONFIDENTIAL



Case 1:21-cv-01644-MN   Document 207-39   Filed 04/18/22   Page 32 of 37 PageID #:
3896
UNITED STATES vs
UNITED STATES SUGAR CORPORATION Confidential
Robert Sproull
February 24, 2022

**211**

R. SPROULL - CONFIDENTIAL



Case 1:21-cv-01644-MN    Document 207-39    Filed 04/18/22    Page 33 of 37 PageID #: 3897
UNITED STATES vs
UNITED STATES SUGAR CORPORATION Confidential
Robert Sproull
February 24, 2022

212

R. SPROULL - CONFIDENTIAL



213

R. SPROULL - CONFIDENTIAL



**214**

R. SPROULL - CONFIDENTIAL



215



R. SPROULL - CONFIDENTIAL

216

1          R. SPROULL - CONFIDENTIAL

16      Q.    You said a few minutes ago that

17   you send typically 12 people to the

18   Sweetener Colloquium that's discussed in

19   this e-mail chain.

20      A.    Right.

21      Q.    Is that right?

22      A.    The number is not exact, but

23   yeah.

24      Q.    When those ASR employees are at

25   the Sweetener Colloquium, would they speak