# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES SUGAR CORPORATION, UNITED SUGARS CORPORATION, IMPERIAL SUGAR COMPANY, and LOUIS DREYFUS COMPANY LLC.<br><br>*Defendants.* | Civil Action No. 1:21-cv-01644-MN |

## STIPULATION AND ORDER REGARDING POST-TRIAL BRIEFING

Plaintiff United States of America and Defendants U.S. Sugar Corporation, United Sugars Corporation, Imperial Sugar Company, and Louis Dreyfus Company LLC (collectively, the "Parties") have conferred on their respective needs for briefs, findings of fact, and other post-trial logistics, and agree as follows:

**I.   BRIEFING SCHEDULE AND PAGE LIMITS**

A.   By May 6, 2022, the United States shall submit: (1) an initial post-trial brief, which shall be no longer than 45 pages; and (2) Proposed Findings of Fact, which shall be no longer than 75 pages.

B.   By May 20, 2022, the Defendants shall submit: (1) their responsive post-trial brief, which shall be no longer than 45 pages; and (2) Proposed Findings of Fact, which shall be no longer than 75 pages.

1

C.  By May 27, 2022, the United States shall submit its reply post-trial brief, which shall be no longer than 20 pages.

D.  The United States and the Defendants shall submit all hyperlinked briefs and Proposed Findings of Fact by May 27, 2022, except that the United States may submit a hyperlinked version of its reply brief by May 31, 2022.

## II. EXHIBITS AND ERRATA

A.  By May 2, 2022, the Parties must:

1.  Jointly submit to the Court an updated, final AO 187 form. The AO 187 form will also include descriptions of all exhibits admitted into evidence, to the extent not already provided, as well as cross references to deposition exhibit number(s) for each deposition exhibit referenced in designated deposition testimony submitted to the Court. The AO 187 form submitted must designate all confidential exhibits as "Partially Redacted" or "Entirely Redacted";

2.  Submit electronically to the Court redacted versions of exhibits that are confidential in part or in their entirety; and

3.  Jointly submit to the Court and the Court Reporter all errata to the trial transcripts. With the errata, the parties must identify any portions of the trial transcript that should remain confidential and under seal.

AGREED TO BY:

*/s/ Shamoor Anis*
Laura Hatcher (#5098)
   Chief, Civil Division
Shamoor Anis
United States Attorney's Office
District of Delaware
1313 N. Market Street, Suite 400
Wilmington, DE 19801
laura.hatcher@usdoj.gov
shamoor.anis@uddoj.gov
(302) 573-6277

*/s/ Brian Hanna*
Brian Hanna
Curtis Strong
U.S. Department of Justice
Antitrust Division
450 5th Street, NW, Suite 8000
Washington, DC 20530
Brian.Hanna2@usdoj.gov
(202) 460-4294

*Counsel for Plaintiff*
*United States of America*

OF COUNSEL:

Lawrence E. Buterman
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

Amanda P. Reeves
Jennifer L. Giordano
Lindsey S. Champlin
Molly M. Barron
David L. Johnson
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200

MORRIS NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

*Attorneys for Defendant United States Sugar Corporation*

3

Christopher S. Yates
Kelly S. Fayne
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

Elyse M. Greenwald
LATHAM & WATKINS LLP
10250 Constellation Boulevard, Suite 1100
Los Angeles, CA 90067
(213) 485-1234


OF COUNSEL:

Peter J. Schwingler
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1564

HOGAN MCDANIEL

*/s/ Daniel K. Hogan*
_____

Daniel K. Hogan (# 2814)
Daniel C. Kerrick (#5027)
1311 Delaware Avenue, Suite 1
Wilmington, DE 19806
(302) 656-7540
dan@dkhogan.com
dckerrick@dkhogan.com

*Attorneys for Defendant United Sugars Corporation*

4

RICHARDS, LAYTON & FINGER, P.A.

/s/ Kelly E. Farnan
_____

OF COUNSEL:

Christine A. Varney
David R. Marriott
Peter T. Barbur
Timothy G. Cameron
Daniel K. Zach
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

Amanda L. Wait
Vic Domen
NORTON ROSE FULBRIGHT US LLP
799 Ninth Street, NW, Suite 1000
Washington, DC 20001
(202) 662-4550

Darryl Wade Anderson
NORTON ROSE FULBRIGHT US LLP
1301 McKinney St. Suite 5100
Houston, TX 77010
(713) 651-5562

Kelly E. Farnan (#4395)
920 N. King St.
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

*Attorneys for Defendants Imperial Sugar Company and Louis Dreyfus Company LLC*

SO ORDERED this ____ day of April 2022.

_____
The Honorable Maryellen Noreika
United States District Court Judge