## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

        *Plaintiff*,

v.

UNITED STATES SUGAR CORPORATION, UNITED SUGARS CORPORATION, IMPERIAL SUGAR COMPANY, and LOUIS DREYFUS COMPANY LLC.

        *Defendants.*

Civil Action No. 1:21-cv-01644-MN

## STIPULATION AND ORDER REGARDING CORRECTED POST-TRIAL BRIEFING

Plaintiff United States of America and Defendants U.S. Sugar Corporation, United Sugars Corporation, Imperial Sugar Company, and Louis Dreyfus Company LLC (collectively, the "Parties") received an updated trial transcript from the court reporter yesterday, May 12, 2022, which resulted in some minor line changes due to errata corrections. The Parties do not expect to have further errata and view the May 12, 2022 trial transcript as final.

Accordingly, the United States will file Corrected Post-Trial Brief and Corrected Proposed Findings of Fact by Monday, May 16, 2022, updating citations to correspond with the May 12, 2022 transcript. The Parties have conferred and agree that the United States will file public, redacted versions of the Corrected Post-Trial Brief and Proposed Findings of Fact the same day in lieu of filing redacted versions of its original Post-Trial Brief and Proposed Findings of Fact.

AGREED TO BY:

/s/ Laura Hatcher
Laura Hatcher (#5098)
    Chief, Civil Division
Shamoor Anis
United States Attorney's Office
District of Delaware
1313 N. Market Street, Suite 400
Wilmington, DE 19801
laura.hatcher@usdoj.gov
shamoor.anis@uddoj.gov
(302) 573-6277

/s/ Brian Hanna
Brian Hanna
Curtis Strong
U.S. Department of Justice
Antitrust Division
450 5th Street, NW, Suite 8000
Washington, DC 20530
Brian.Hanna2@usdoj.gov
(202) 460-4294

*Counsel for Plaintiff*
*United States of America*

MORRIS NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumendfeld

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

OF COUNSEL:

Lawrence E. Buterman
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

Amanda P. Reeves
Jennifer L. Giordano
Lindsey S. Champlin
Molly M. Barron
David L. Johnson
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200

*Attorneys for Defendant United States Sugar*
*Corporation*

Christopher S. Yates
Kelly S. Fayne
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

Elyse M. Greenwald
LATHAM & WATKINS LLP
10250 Constellation Boulevard, Suite 1100
Los Angeles, CA 90067
(213) 485-1234

HOGAN MCDANIEL

/s/ Daniel Hogan
———————————————

OF COUNSEL:

Peter J. Schwingler
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1564

Daniel K. Hogan (# 2814)
Daniel C. Kerrick (#5027)
1311 Delaware Avenue, Suite 1
Wilmington, DE 19806
(302) 656-7540
dan@dkhogan.com
dckerrick@dkhogan.com

*Attorneys for Defendant United Sugars
Corporation*

RICHARDS, LAYTON & FINGER, P.A.

/s/ Kelly E. Farnan
_____

OF COUNSEL:

Christine A. Varney
David R. Marriott
Peter T. Barbur
Timothy G. Cameron
Daniel K. Zach
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

Amanda L. Wait
Vic Domen
NORTON ROSE FULBRIGHT US LLP
799 Ninth Street, NW, Suite 1000
Washington, DC 20001
(202) 662-4550

Darryl Wade Anderson
NORTON ROSE FULBRIGHT US LLP
1301 McKinney St. Suite 5100
Houston, TX 77010
(713) 651-5562

Kelly E. Farnan (#4395)
920 N. King St.
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

*Attorneys for Defendants Imperial Sugar
Company and Louis Dreyfus Company LLC*

SO ORDERED this ____ day of May 2022.

_____
The Honorable Maryellen Noreika
United States District Court Judge