```
08:17:05  1              IN THE UNITED STATES DISTRICT COURT
                          FOR THE DISTRICT OF DELAWARE
          2

          3     UNITED STATES OF AMERICA,      )
                                               ) VOLUME 3
          4               Plaintiff,           )
                                               ) C.A. No. 21-1644(MN)
          5     v.                             )
                                               )
          6     UNITED STATES SUGAR            )
                CORPORATION, et al.,           )
          7                                    )
                          Defendants.          )
          8

          9
                              Wednesday, April 20, 2022
         10                   8:30 a.m.
                              Bench Trial
         11
                              844 King Street
         12                   Wilmington, Delaware

         13

         14     BEFORE:  THE HONORABLE MARYELLEN NOREIKA
                         United States District Court Judge
         15

         16
                APPEARANCES:
         17

         18                   UNITED STATES ATTORNEY'S OFFICE
                              BY:  SHAMOOR ANIS, ESQ.
         19
                              -and
         20
                              U.S. DEPARTMENT OF JUSTICE
         21                   BY:  BRIAN E. HANNA, ESQ.
                              BY:  CHINITA M. SINKLER, ESQ.
         22                   BY:  ROBERT LEPORE, ESQ.
                              BY:  CURTIS STRONG, ESQ.
         23                   BY:  GEORGE NIERLICH, ESQ.
                              BY:  JENIGH GARRET, ESQ.
         24                   BY:  STEPHANIE PEARL, ESQ.

         25                        Counsel for the Plaintiff
```

```
 1    APPEARANCES CONTINUED:

 2                 MORRIS NICHOLS ARSHT & TUNNELL LLP
                   BY:  JACK BLUMENFELD, ESQ.
 3                 BY:  BRIAN P. EGAN, ESQ.

 4                 -and-

 5                 LATHAM & WATKINS LLP
                   BY:  JENNIFER GIORDANO, ESQ.
 6                 BY:  LAWRENCE E. BUTERMAN, ESQ.
                   BY:  CHRISTOPHER YATES, ESQ.
 7                 BY:  AMANDA REEVES, ESQ.
                   BY:  MOLLY M. BARRON, ESQ.
 8
                            Counsel for the Defendant
 9                          United States Sugar Corporation

10

11                 RICHARDS LAYTON & FINGER
                   BY:  KELLY FARNAN, ESQ.
12
                   -and-
13
                   CRAVATH SWAINE & MOORE LLP
14                 BY:  TIMOTHY G. CAMERON, ESQ.
                   BY:  DAVID R. MARRIOTT, ESQ.
15                 BY:  DANIEL K. ZACH, ESQ.
                   BY:  LINDSAY J. TIMLIN, ESQ.
16                 BY:  HANNAH DWYER, ESQ.

17                          Counsel for Defendants
                            Imperial Sugar Company and
18                          Louis Dreyfus Holding

19

20                 HOGAN McDANIEL
                   BY:  DANIEL KERRICK, ESQ.
21
                   -and-
22
                   STINSON, LLP
23                 BY:  PETER J. SCHWINGLER, ESQ.

24                          Counsel for the Defendant
                            United Sugars Corporation
25
08:18:54                    _ _ _ _ _ _ _ _ _ _ _
```

08:18:54  1                    THE COURT:  Good morning.  Please be seated.

08:31:22  2    Okay.  We're going to start with some depositions?

08:31:25  3                    MR. HANNA:  Yes, Your Honor, the government is

08:31:27  4    going to play four depositions.  I think it's a little over

08:31:31  5    an hour.  The first one we can do in open court and then

08:31:37  6    there will be three in closed court.  And then the

08:31:40  7    government plans to rest its case in chief at that point.

08:31:43  8                    THE COURT:  Okay.

08:31:44  9                    MR. HANNA:  At this time the United States calls

08:31:47 10    Pedro Figueroa, the vice-president of sales and marketing of

08:31:50 11    Michigan Sugar.

08:31:56 12                    THE COURT:  Okay.  Thank you.

08:31:58 13                    (Videotape deposition of Pedro Figuero:)

08:32:00 14    Q.      So you joined Michigan Sugar in January 2018, is that

08:32:04 15    right?

08:32:04 16    A.      Yes.

08:32:04 17    Q.      And has your job description has been the same since

08:32:08 18    you joined Michigan, since you started at Michigan Sugar?

08:32:11 19    A.      Yes, I have been vice-president of sales and

08:32:12 20    marketing since day one, yes.

08:32:15 21    Q.      Can you give us a couple sentences on what your job

08:32:18 22    responsibility are and what you do on a daily basis?

08:32:21 23    A.      So I'm responsible for the commercial direction and

08:32:23 24    strategy of our co-op.  Michigan Sugar is a cooperative

08:32:28 25    owned by grower owners.  So responsible for setting the

08:32:31 1   commercial direction, sales, marketing, and supply chain

08:32:36 2   responsibilities, covering around 1.3 billion pounds of

08:32:40 3   sugar that our co-op produces every year.

08:32:43 4   Q.      Thank you.  And you described Michigan Sugar as a

08:32:46 5   cooperative.  Is that right?

08:32:47 6   A.      Yes.

08:32:48 7   Q.      Do you deliver to customers from that facility all

08:32:52 8   over the United States or customers in specific locations?

08:32:55 9   A.      We are a regional sugar supplier.  We're not coast to

08:33:00 10  coast.  We're not national.  So within a certain geography.

08:33:05 11  Q.      So the only production location is in Toledo?

08:33:08 12  A.      We have four factor -- four sugar beet factories in

08:33:12 13  Michigan.  They take the beets and turn them into sugar.

08:33:15 14          We have the one location in Toledo that takes

08:33:18 15  our beet sugar and converts it into liquid sucrose.  And

08:33:22 16  then we have three -- one location that takes our sugar and

08:33:26 17  converts it into powdered sugar which is in Carrolton,

08:33:30 18  Michigan.

08:33:30 19          And then we have two satellite bulk storage

08:33:34 20  facilities in Ohio; Findley, Ohio and Fremont, Ohio.

08:33:41 21  Q.      And does your company have any facilities that are

08:33:45 22  outside of Ohio and Michigan?

08:33:47 23  A.      No.

08:33:48 24  Q.      Your production facilities, are they currently

08:33:52 25  operating at full capacity or something less than full

08:33:55  1    capacity?

08:33:55  2    A.      In terms of the factories themselves?

08:33:58  3    Q.      That's right.  The processing --

08:34:01  4    A.      Yeah.  I guess it depends on how you define "full

08:34:06  5    capacity."  But they are running as close to full capacity

08:34:09  6    as possible.

08:34:10  7    Q.      Does Michigan Sugar have a regional focus?

08:34:14  8    A.      Yes.

08:34:14  9    Q.      Can you tell us what you mean by that?

08:34:16  10   A.      Our geographical footprint extends to the western

08:34:21  11   most point, Chicago, the Chicago market.  We cover all of

08:34:25  12   the Indiana market.  Ohio, Michigan, parts of western New

08:34:30  13   York, parts of western Pennsylvania, and the fringes of

08:34:34  14   northern Kentucky.

08:34:37  15   Q.      Why does the company have that regional focus?

08:34:43  16   A.      It's a limitation on freight transportation costs to

08:34:49  17   get to our customers.  So the farther we get away, the more

08:34:54  18   freight cost that we are encountering.  So it has an effect

08:35:00  19   on our competitiveness overall.

08:35:02  20   Q.      And what's the radius, can you give us a sense for

08:35:02  21   the radius that is in place at which it no longer makes

08:35:02  22   sense to try to compete?

08:35:11  23   A.      We're probably looking at 450 miles, 500 miles.

08:35:12  24   Q.      And beyond that radius, the freight costs add up to

08:35:12  25   make your company not competitive?  Would that be fair to

08:35:23 1    say?

08:35:23 2    A.      Correct.

08:35:24 3    Q.      To what extent is the company selling sugar in the

08:35:27 4    southeast United States?

08:35:29 5    A.      Okay.  So based on today's numbers, around 3.8,

08:35:35 6    3.9 percent of our sales are actually -- will be considered

08:35:40 7    going to that particular area of the country.

08:35:43 8    Q.      And when you say "particular area of the country," to

08:35:48 9    what are you referring?  Can you list it by states, if you

08:35:53 10   can?

08:35:53 11   A.      Yup.  The only state -- well, two states:  North

08:35:57 12   Carolina, and Kentucky.

08:36:00 13   Q.      Okay.  So 3.8 percent of your sales going to North

08:36:05 14   Carolina and Kentucky.  Is that correct?

08:36:07 15   A.      Yes.  Today.

08:36:08 16   Q.      As we sit here today?

08:36:10 17   A.      Yes.

08:36:11 18   Q.      So states like Alabama, Florida, Georgia, Tennessee,

08:36:15 19   Delaware, would it be fair to say that you have no sales in

08:36:18 20   those states?

08:36:20 21   A.      That's correct.

08:36:21 22   Q.      Why do you all sell in North Carolina?  Why is this

08:36:25 23   situation different in North Carolina than, say, Georgia?

08:36:30 24   A.      It's the geographical difference, compared to

08:36:34 25   Michigan to those states versus the other states that you've

08:36:39 1    mentioned.   They're much farther south or much further to

08:36:43 2    the east.

08:36:43 3    Q.      What are the outer bounds -- can you name the state

08:36:47 4    which represents the outer bounds at which your company

08:36:50 5    would be competitive selling sugar?

08:36:52 6    A.      We're selling in North Carolina.   There could be an

08:36:55 7    issue of other supply chain issues around the country.   We

08:36:59 8    serve as a good alternative.   But historically the outer

08:37:05 9    fringe of what we will service will be the northern Kentucky

08:37:10 10   market.

08:37:11 11   Q.      Are you aware of any plans that the company has to

08:37:14 12   increase sales outside of the Midwest?

08:37:18 13   A.      We have plans to grow in terms of the amount of sugar

08:37:27 14   that we produce.   But that doesn't necessarily translate

08:37:30 15   into an expansion of our geographical coverage.

08:37:35 16   Q.      Do you ever sell to distributors?

08:37:38 17   A.      Yes.

08:37:39 18   Q.      Under what circumstances does Michigan Sugar sell to

08:37:43 19   a distributor?

08:37:44 20   A.      We have historical commercial relationships with some

08:37:47 21   of these distributors.   And so just on the basis of

08:37:51 22   assigning a particular percentage of our overall production,

08:37:52 23   we will entertain doing business with some of these

08:37:52 24   historical distributors.

08:38:04 25   Q.      Has Michigan Sugar ever lost a sale to a distributor,

08:38:09 1   that you're aware of?

08:38:10 2   A.      I would say we compete with distributors, too.  So we

08:38:14 3   sell to distributors, and there are times we actually

08:38:17 4   compete with them, against them.

08:38:19 5   Q.      You compete with them.  All right.  And how often

08:38:22 6   does that happen?

08:38:23 7   A.      Pretty often.

08:38:24 8   Q.      It happens frequently?

08:38:26 9   A.      Yes.

08:38:27 10  Q.      I see.  And so would it -- have you observed

08:38:30 11  situations in which for whatever reason it costs more money

08:38:34 12  to buy sugar in one geographic place than another in the

08:38:38 13  United States?

08:38:38 14  A.      Yup.  That certainly happens.

08:38:41 15  Q.      I'm sorry.  What was the answer?

08:38:44 16  A.      That certainly happens.

08:38:46 17  Q.      Okay.

08:38:47 18  A.      Part of it has to do with the freight.  The other

08:38:49 19  part has to do with whether that particular part of the

08:38:52 20  country wants to pay a premium for cane sugar, for example,

08:38:56 21  because it prefers cane to the next best alternative.

08:39:02 22  Q.      When you see those price differentials, how long do

08:39:02 23  they last?

08:39:02 24  A.      It's very hard to answer because the freight --

08:39:12 25  especially in today's world, the freight market is just

08:39:15 1    changing every day.

08:39:16 2              So those spreads and those differentials

08:39:19 3    contract and expand every single day.  More so today than

08:39:24 4    they probably have contracted in years past when

08:39:27 5    transportation was a lot more consistent in terms of value.

08:39:31 6    Q.      And do you consider United to be a competitor in --

08:39:35 7    nationally or in particular geographic locations?

08:39:38 8    A.      In our particular geographical location because we're

08:39:43 9    not a national marketer.  Michigan Sugar is not a national

08:39:47 10   marketer.

08:39:48 11   Q.      What geographic locations does Michigan Sugar compete

08:39:53 12   with United in?

08:39:55 13   A.      In our key geographic area, the same one I defined

08:40:00 14   earlier today:  Chicago market, Indiana, some Michigan

08:40:05 15   accounts, Ohio, western PA, western New York.

08:40:09 16   Q.      How often does Michigan Sugar compete head to head

08:40:13 17   with United?

08:40:15 18   A.      All the time.

08:40:17 19   Q.      It's frequent?

08:40:20 20   A.      Yes.

08:40:21 21   Q.      Does United have any competitive advantages over

08:40:25 22   Michigan Sugar?

08:40:27 23   A.      United is a -- I guess their advantages come by way

08:40:31 24   of rail, rail transportation.

08:40:35 25   Q.      I see.  And to what extent does Michigan Sugar

08:40:40 1  compete with United in let's say North Carolina?

08:40:44 2  A.      Very limited.  Extremely limited.

08:40:48 3  Q.      We talked a little bit about -- I think your answer

08:40:52 4  before was that your company doesn't sell sugar in Georgia.

08:40:56 5  Is that right?

08:40:57 6  A.      Correct.

08:40:58 7  Q.      Are you aware of any situations in which Michigan

08:41:01 8  Sugar has competed with United head to head in Georgia, for

08:41:08 9  example?

08:41:08 10  A.      No.

08:41:08 11  Q.      And is that because it's just a freight thing?  You

08:41:12 12  guys aren't going to compete with anybody in Georgia?

08:41:15 13  A.      It's not just a freight component.  There's also

08:41:20 14  sugar availability.  We don't have as much sugar to market

08:41:23 15  as United does.

08:41:24 16  Q.      Why is that?

08:41:25 17  A.      United Sugars is, as of today, 27 percent of the

08:41:31 18  market, we recon.  So they are in essence four times larger

08:41:39 19  than Michigan Sugar is, so they have more sugar to sell.

08:41:42 20  Q.      I want to show you one last document that, for our

08:41:46 21  benefit, was under Tab 1.

08:41:46 22          And I'm going to mark this as Exhibit 3.  So

08:41:50 23  Ms. Parker, if you could put that in the chat.

08:42:00 24          Mr. Figueroa, I'm referencing, I'm drawing your

08:42:02 25  attention to Exhibit 3.  You're able to access that right?

08:42:09 1    A.      Yes.

08:42:09 2    Q.      And do you recognize this as a questionnaire that was

08:42:13 3    propounded as part of the civil investigative demand?

08:42:16 4    A.      Under the CID, yes.

08:42:18 5    Q.      And did you help to prepare this?

08:42:20 6    A.      Yes.

08:42:20 7    Q.      And when you prepared it, was everything in there

08:42:23 8    accurate as far as you were able to tell?

08:42:25 9    A.      Yes.

08:42:25 10   Q.      If -- first of all, sugar beets are an agricultural

08:42:29 11   crop, right?

08:42:30 12   A.      Yes.

08:42:30 13   Q.      So the amount of sugar beets grown each year on a

08:42:33 14   particular acre is in large part controlled by Mother

08:42:37 15   Nature.  Right?

08:42:37 16   A.      Correct.

08:42:38 17   Q.      Okay.  So if the farmer owners of Michigan Sugar have

08:42:43 18   a large crop of sugar beets in a particular year, what

08:42:47 19   obligation does Michigan Sugar have to sell all the sugar

08:42:51 20   that is produced from those sugar beets?

08:42:54 21   A.      We have a 100 percent obligation to produce as much

08:42:58 22   sugar as we can from those beets to bring to market, yes.

08:43:02 23   Q.      Are all of your sugar beet processing facilities

08:43:02 24   located in Michigan?

08:43:07 25   A.      Yes.

08:43:08 1    Q.      And you talked earlier, you have the one facility in

08:43:12 2    Ohio where you create liquid sucrose from your sugar beets,

08:43:17 3    correct?

08:43:17 4    A.      Correct.

08:43:18 5    Q.      So all of Michigan Sugar's sales of sugar beet

08:43:27 6    products either originate in Michigan or Ohio; correct?

08:43:32 7    A.      Yes.

08:43:33 8    Q.      In your view, does Michigan Sugar have any production

08:43:36 9    limitations at your processing facilities?

08:43:39 10   A.      No.

08:43:39 11   Q.      And looking at the column entitled "events limiting

08:43:44 12   production utilization," does Michigan Sugar believe there

08:43:49 13   are external factors that limit your ability to produce more

08:43:53 14   sugar?

08:43:53 15   A.      Yes.

08:43:54 16   Q.      And can you explain what those are?

08:43:55 17   A.      Yes.  So it's the marketing allotment, the marketing

08:44:00 18   allocation that we are provided by USDA under the Farm Bill.

08:44:04 19   Q.      And what is a marketing allotment?

08:44:08 20   A.      Marketing allotment is basically a production

08:44:11 21   allocation that is assigned to Michigan Sugar under which we

08:44:15 22   are to produce and to market.

08:44:15 23          Anything above the allotment will be considered

08:44:24 24   an excess or over allotment and that sugar cannot be brought

08:44:30 25   to market.  It will be blocked.

08:44:32  1    Q.      So even if you produced that sugar and you had it

08:44:35  2    available to sell, you can't sell it?  Is that right.

08:44:38  3    A.      Correct.

08:44:39  4    Q.      And who sets your marketing allotment?

08:44:42  5    A.      The marketing allotment is set by the USDA as

08:44:46  6    determined by the Farm Bill and the sugar program.

08:44:49  7    Q.      And who controls whether Michigan Sugar can increase

08:44:54  8    its marketing allotment over the course of a crop year?

08:44:59  9    A.      The USDA.

08:45:00 10    Q.      And is that something the USDA could do, if it wanted

08:45:05 11    to?  Could it increase Michigan Sugar's marketing allotment

08:45:10 12    over a crop year?

08:45:11 13    A.      It can.  And it does.

08:45:13 14    Q.      Okay.  If the United States Department of Agriculture

08:45:16 15    were able to guarantee Michigan Sugar today that it was

08:45:21 16    going to have a permanently larger marketing allotment,

08:45:25 17    would Michigan Sugar produce more sugar to sell?

08:45:31 18    A.      Yes.

08:45:31 19    Q.      And where might Michigan Sugar sell that sugar?

08:45:35 20    A.      Initially it would be within our geographical regions

08:45:39 21    with a potential to expand on the geographical area

08:45:44 22    coverage.

08:45:44 23    Q.      We talked about the fact that Michigan Sugar

08:45:48 24    currently today sells into West Virginia and Kentucky.

08:45:52 25    Right?  You looked at that on the document?

08:45:55 1   A.       Uh-huh.

08:45:55 2   Q.       With a bigger marketing allotment from USDA, would

08:46:00 3   Michigan Sugar sell perhaps further east into states like

08:46:03 4   Virginia and more into North Carolina?

08:46:07 5   A.       Potentially, yes.

08:46:08 6   Q.       With a bigger marketing allotment, would Michigan

08:46:12 7   Sugar sell more into the states like Tennessee?

08:46:15 8   A.       Potentially, yes.

08:46:16 9   Q.       With a bigger marketing allotment, would Michigan

08:46:20 10  Sugar sell further south into states like Alabama?

08:46:23 11  A.       Again, potentially, yes.

08:46:25 12  Q.       What do you consider to be the single largest reason

08:46:28 13  that Michigan Sugar is not selling more sugar into these

08:46:33 14  states today?

08:46:33 15  A.       Our size.  Marketing allocation limitations.

08:46:38 16  Q.       You discussed earlier the announcement in August of

08:46:42 17  last year that Michigan Sugar would be building a new

08:46:46 18  desugarization facility.  Do you recall that?

08:46:50 19  A.       Correct.  Yes.

08:46:51 20  Q.       And what exactly is that new facility going to enable

08:46:55 21  Michigan Sugar to do?

08:46:57 22  A.       So it's basically an expansion of our current

08:47:01 23  desugarization facility.

08:47:04 24           Today we are only able to extract sugar from

08:47:08 25  molasses on 40 percent of our total-sorry, 60 percent of our

08:47:13 1 total production.  This is going -- this investment will

08:47:16 2 allow us to desugarize 100 percent of our molasses.  And we

08:47:23 3 estimate that will allow us to generate an additional 80

08:47:26 4 million pounds of sugar production, by extracting the sugar

08:47:30 5 off the molasses, without having to increase our acreage one

08:47:36 6 acre.

08:47:36 7 Q.     What you mean by that, increase your acreage, is you

08:47:42 8 get 80 more million pounds without needing to plant one more

08:47:45 9 acre of sugar beets by any of your farmers, right?

08:47:49 10 A.     That is correct, yes.

08:47:50 11 Q.     Essentially you're just getting more sugar out of the

08:47:52 12 beets you currently grow?

08:47:54 13 A.     Correct.

08:47:55 14 Q.     Has Michigan Sugar begun construction on this

08:47:58 15 facility?

08:47:58 16 A.     As of yet, no.  We're going through the engineering

08:48:02 17 stages now.  But the project has been approved by our board.

08:48:06 18 Q.     And when is the facility expected to be completed?

08:48:09 19 A.     Summer -- I believe summer of 2024.  Spring of 2024.

08:48:15 20 Sorry.

08:48:15 21 Q.     Where do you expect to sell the additional sugar

08:48:18 22 you're going to get from that facility?

08:48:21 23 A.     We will try to keep as much of it as we can in our

08:48:26 24 geographical area.  But if we have to expand the

08:48:31 25 geographical area to get to more customers with the sugar,

08:48:35 1    we will.

08:48:36 2    Q.      And does that include expanding into customers, for

08:48:40 3    example, that are in Tennessee?

08:48:43 4    A.      Could be.

08:48:44 5    Q.      Could be.  How about customers in, for example, North

08:48:50 6    Carolina?

08:48:50 7    A.      Could be as well.

08:48:52 8    Q.      Virginia?

08:48:54 9    A.      Could be as well.

08:48:55 10   Q.      Even Georgia?

08:48:57 11   A.      Could be as well.

08:48:58 12   Q.      What types of sugar products does CSC sell?

08:49:03 13   A.      To my knowledge, they are predominantly liquid

08:49:08 14   sucrose, liquid sugars.

08:49:10 15   Q.      When you sell your sugar to distributors like Indiana

08:49:14 16   Sugars and Batory, do you know where they're taking Michigan

08:49:19 17   Sugar's sugar to resell it?

08:49:20 18   A.      No.

08:49:21 19   Q.      Because Michigan Sugar itself doesn't sell as much as

08:49:25 20   it would like directly to customers in places like

08:49:29 21   Tennessee, Alabama, South Carolina, what's your view about

08:49:33 22   distributors who use Michigan Sugar's sugar to compete for

08:49:37 23   sales in those areas?

08:49:39 24   A.      I mean, listen, if our distributors help us to

08:49:42 25   broaden the coverage area for whatever reason, we certain

08:49:47  1    certainly don't object to it.

08:49:48  2    Q.    Is there a benefit to Michigan Sugar from these

08:49:52  3    distributors using your sugar to win customers in states

08:49:55  4    where Michigan Sugar itself is not directly selling today?

08:49:59  5    A.    Yeah.  Just from a brand recognition standpoint, yes,

08:50:04  6    there is a value.

08:50:05  7    Q.    Let's look at page 10 of Exhibit 3, if we can.  Let

08:50:10  8    me ask you this, Mr. Figueroa.  Does Michigan Sugar witness

08:50:13  9    plenty of liquidity and competitiveness in the marketplace

08:50:17 10    in terms of the number of players, distributors, sales mix

08:50:21 11    capabilities per each major marketer and imported sugar as a

08:50:25 12    complement to domestic production flows to prevent harm to

08:50:25 13    consumers and users overall?

08:50:25 14    A.    Yes.

08:50:32 15    Q.    I think that would be Exhibit 4 we are going to mark.

08:50:35 16    Mr. Figueroa, are you familiar at all with a request that

08:50:38 17    was made to Michigan Sugar for certain sales data within a

08:50:42 18    certain geography that the government has called "the

08:50:45 19    southeast region."  Are you familiar with that request?

08:50:48 20    A.    Under the subpoena?

08:50:50 21    Q.    Yes.

08:50:50 22    A.    Yes.

08:50:51 23    Q.    Okay.  And are you aware that Michigan Sugar in fact

08:50:54 24    produced certain data about its sales in certain states in

08:50:57 25    the United States?

08:50:58 1     A.      **Yes.**

08:50:58 2     Q.      **Do you have any reason to believe that that data is**

08:51:02 3     **not accurate that you produced?**

08:51:04 4     A.      **No.**

08:51:04 5     Q.      **And if that data showed, for example, that Michigan**

08:51:09 6     **Sugar sold sugar to companies in states and locations like**

08:51:13 7     **Georgia and Kentucky and North Carolina, that would be in**

08:51:17 8     **your view accurate?**

08:51:18 9     A.      **Yes.**

08:51:18 10    Q.      **The data is the best source of information for very**

08:51:23 11    **precisely where Michigan Sugar is selling its sugar.**

08:51:27 12    **Correct?**

08:51:28 13    A.      **Yes.**

08:51:29 14                **(End of deposition video.)**

08:51:34 15                **MR. HANNA:  May we call the next witness?**

08:51:36 16                **THE COURT:  Yes.**

08:51:40 17                **MS. BARRON:   Molly Barron on behalf of US Sugar.**

08:51:42 18    **Defendant would like to move into evidence DTX 34 which is**

08:51:46 19    **Figuero Exhibit 3, and DTX 244 which is Figuero Exhibit 4.**

08:51:50 20                **MR. HANNA:  No objection, Your Honor.**

08:51:51 21                **THE COURT:  Thank you.  Those are admitted.**

08:51:51 22                **(DTX Exhibit Nos. 34 and 244 were admitted into**

08:51:53 23    **the record.)**

08:51:52 24                **MR. HANNA:  Your Honor, the United States would**

08:51:55 25    **like to call Clayton Brown, CEO of International Food**

08:51:59 1   Products.  Another video by deposition.  I believe we are

08:52:02 2   going to ask the courtroom to be closed.

08:52:04 3              THE COURT:  So as established in submissions we

08:52:08 4   received from third parties, good cause to close the

08:52:11 5   courtroom, the depositions contain highly confidential and

08:52:15 6   competitive information for those parties, the disclosure

08:52:19 7   which would present an injury to these parties so I'm going

08:52:23 8   to close the courtroom as it's not practical to separate out

08:52:26 9   the confidential portions and the nonconfidential.  The

08:52:29 10  parties shall as we talked about provided a line-by-line

08:52:33 11  confidentiality designation so that transcript that will be

08:52:36 12  publicly available includes all of the nonconfidential

08:52:38 13  portions.  At this point we will close the courtroom and ask

08:52:41 14  anyone not under the protective orders to leave.

08:52:45 15             MR. HANNA:  Thank you, Your Honor.

08:53:03 16             THE COURT:  And by that way, that ruling will

08:53:05 17  apply -- I know defendants asked earlier, that ruling

08:53:08 18  applies to the depositions that you intend to play as well.

08:53:11 19             MR. BUTERMAN:  Thank you, Your Honor.

08:53:17 20             (Videotape deposition of Clayton Brown:)

08:53:25 21  Q.     Can you just state your name for the record?

08:53:26 22  A.     My name is Clayton Christopher Brown.

08:53:30 23  Q.     And who is your employer?

08:53:40 24  A.     The International Companies.

08:53:45 25  Q.     And is International Food Products Company one of

08:53:47 1    those companies?

08:53:49 2    A.      Yes.  Yes, it is.

08:53:53 3    Q.      And so if I use IFPC today, you understand that to

08:53:58 4    mean International Food Products Company?

08:54:00 5    A.      Yes.

08:54:00 6    Q.      And what is your title?

08:54:02 7    A.      CEO and president.

08:54:04 8    Q.      And does IFPC refine sugar?

08:54:07 9    A.      No.

08:54:08 10   Q.      Do you have any plans to begin refining raw sugar?

08:54:12 11   A.      No.

08:54:14 12   Q.      Does IFPC package sugar?

08:54:18 13   A.      No.

08:54:18 14   Q.      Does IFPC purchase any raw sugar?

08:54:22 15   A.      No.

08:54:23 16   Q.      Does IFPC buy imported raw sugar?

08:54:28 17   A.      No.

08:54:29 18   Q.      Does it buy imported refined sugar?

08:54:32 19   A.      Yes.

08:54:32 20   Q.      About what percentage of your refined sugar are from

08:54:37 21   an importer?

08:54:38 22   A.      I'm going to say about five percent.

08:54:42 23   Q.      Do you use the same sugar suppliers for all of your

08:54:50 24   distribution centers?

08:54:52 25   A.      No.



08:54:53  1

08:54:57  2

08:55:03  3

08:55:04  4

08:55:09  5

08:55:13  6

08:55:18  7

08:55:23  8

08:55:27  9

08:55:32 10

08:55:35 11   Q.      Do you buy refined sugar from other distributors?

08:55:38 12   A.      Yes.   I'm going to say yes in emergency if for some

08:55:45 13   reason we need -- you know, we can't get something.

08:55:48 14

08:55:51 15

08:55:51 16

08:55:54 17

08:55:55 18

08:55:59 19

08:55:59 20

08:56:03 21

08:56:06 22

08:56:10 23

08:56:12 24

08:56:15 25



```
08:56:19  1
08:56:24  2
08:56:28  3
08:56:31  4
08:56:35  5
08:56:39  6
08:56:43  7
08:56:47  8
08:56:49  9
08:56:51 10
08:56:55 11
08:57:02 12
08:57:04 13
08:57:07 14
08:57:11 15
08:57:13 16
08:57:16 17
08:57:20 18
08:57:23 19
08:57:28 20
```

08:57:29  21   Q.      I'm going to ask Elena to upload into the chat a

08:57:32  22   document.  We have it as Tab 6, and this will be Brown

08:57:37  23   Exhibit 2.  The document has a Bates number LDC-SRQ

08:57:48  24   21-ESI-00915623.

08:57:51  25              Mr. Brown, just let me know when you have been

722

08:57:55 1   able to open that and have had a chance to look at it?

08:57:58 2   A.     Okay.  I have it up.  Let me take a look at it.  I am

08:58:02 3   looking at it now.

08:58:04 4   Q.     Now, the top line -- on the first page of this e-mail

08:58:08 5   -- this is an e-mail from you to Jim Evans dated August 29,

08:58:18 6   2019; is that right?

08:58:19 7   A.     Yeah, the top of this page -- well, it's from Jim to

08:58:23 8   me -- or no, sorry, to -- it's from Jim Evans to me.

08:58:29 9   Q.     Yeah.

08:58:29 10  A.     Yes.

08:58:29 11  Q.     Thank you for the clarification.

08:58:31 12          So from Jim Evans to you, the top most e-mail is

08:58:35 13  August 29th, 2019, right?

08:58:37 14  A.     Correct.

08:58:37 15  Q.     And the subject is, RE: ISP price quote from Milkco.

08:58:46 16  Do you see that?

08:58:46 17  A.     Correct.

08:58:47 18  Q.     Is Milkco an IFP customer?

08:58:50 19  A.     Yes, it is.

08:58:50 20  Q.     So is it your understanding that Milkco needed liquid

08:58:55 21  sugar delivered to Asheville, North Carolina?

08:58:58 22  A.     Correct.

08:58:58 23  Q.     Why here are you reaching out to Imperial about your

08:59:02 24  customer's liquid volume needs in North Carolina?

08:59:02 25  A.     Because -- well one, we've done it in the past, but

08:59:08 1    their facility in Savannah, Georgia, would be convenient to

08:59:14 2    deliver to Asheville, North Carolina.

08:59:16 3    Q.      Why didn't IFPC serve Milkco from one of its liquid

08:59:22 4    sugar facilities?

08:59:23 5    A.      Because the -- because it's -- as I said at the

08:59:26 6    beginning, the 350-mile radius, this would be outside of

08:59:30 7    that 350-mile radius.  So the freight would be very

08:59:35 8    exorbitant, so we wouldn't be competitive.

08:59:38 9    Q.      Did Imperial ultimately provide this liquid sugar

08:59:42 10   you're asking about to Milkco?

08:59:44 11   A.      Yes.

08:59:45 12   Q.      Were you concerned that Imperial would take this

08:59:49 13   Milkco business from IFPC?

08:59:51 14   A.      No, I was not concerned.

08:59:53 15   Q.      Why not?

08:59:53 16   A.      I -- I guess I'd just say kind of a gentleman's

08:59:59 17   agreement that, you know, we provide -- we provided the

09:00:02 18   customer name and who it is, and they're getting the benefit

09:00:05 19   of selling the sugar and we're the ones -- you know, and

09:00:08 20   selling it as well to Milkco.  So they're selling to us, and

09:00:12 21   we're selling to Milkco.  So they're still getting --

09:00:16 22   they're getting the sale of the sugar.

09:00:18 23   Q.      Did the prices that IFPC charges for refined sugar to

09:00:22 24   its customers change over time?

09:00:24 25   A.      Yes.

09:00:25 1  Q.    What factors caused IFPC's prices to change for

09:00:29 2  refined sugar?

09:00:31 3  A.    The pricing that I receive from the refineries can

09:00:34 4  change, whether it -- I'm buying it quarterly, monthly, or,

09:00:39 5  you know, daily.

09:00:40 6  Q.    Can you explain a little bit more?  How does kind of

09:00:44 7  that time period affect pricing?

09:00:47 8  A.    Well, I should say, you know, it all depends upon how

09:00:51 9  the refineries want to price their sugar.  So that can have

09:00:55 10 an impact on what my price is going to be.

09:01:00 11        If it's based off the -- the number 16, like

09:01:06 12 Imperial's are, they can change -- you know, it can change

09:01:09 13 daily, or, you know, weekly depending upon what the market

09:01:14 14 does.  And then, you know, again the refineries have the

09:01:18 15 discretion to change pricing whenever they want.

09:01:21 16 ███      ██████████████████████████████████████████████████

09:01:24 17 ████████████████████████████████████████████████████████████

09:01:30 18 ███████████████

09:01:31 19 ███      ████████████████████████████████████████

09:01:34 20 Q.    In your experience, does IFPC pay more for Imperial

09:01:38 21 Sugar than you do for sugar from Imperial's competitors?

09:01:42 22 A.    It kind of -- it kind of depends upon the market.  I

09:01:46 23 mean, lately it's -- you know, Domino always -- has always

09:01:51 24 been a -- has always been a higher priced supplier than --

09:01:56 25 than Imperial.

09:01:57 1     But I don't know how they do their pricing --

09:02:00 2 you know, I don't know how they do their -- their -- when

09:02:03 3 they sell -- I don't know how they go about doing their --

09:02:06 4 what am I trying to -- when they come up with a price for --

09:02:10 5 to me, I'm not sure how they work up their numbers.

09:02:13 6 Q.  Where in the U.S. does IFPC sell refined sugar?

09:02:17 7 A.  I would say throughout the -- you know -- basically

09:02:21 8 throughout the whole -- the country.  I mean, everything

09:02:25 9 from the -- the south -- the southeast -- the south, midwest

09:02:30 10 -- the midwest, and the Pacific northwest.

09:02:32 11 Q.  I'm going to go ahead and introduce as Brown

09:02:38 12 Exhibit 10 a document bearing the Bates IFP-US Sugars 00048.

09:02:46 13 And I'm also going to introduce as Exhibit 11 a PDF of that

09:02:51 14 same Excel spreadsheet, just because I personally find the

09:02:58 15 PDF easier to look at.  But both the -- Exhibit 10 and

09:03:04 16 Exhibit 11 are a document with Bates IFP-US Sugars 00048.

09:03:11 17     Have you seen Exhibit 10 before?

09:03:18 18 A.  Yes, I perform -- I put that together.

09:03:20 19 Q.  And did you create Exhibit 10 for the -- for the

09:03:22 20 purposes of this litigation?

09:03:27 21 A.  I -- it was just a question that was asked, and so I

09:03:33 22 created this based on the -- to figure out the customers in

09:03:33 23 these different states.

09:03:38 24 Q.  And does Exhibit 10 reflect data that IFPC maintains

09:03:42 25 in the ordinary course of its business?



```
09:03:47  1    A.      Yes.
09:03:47  2
09:03:52  3
09:03:57  4
09:04:04  5
09:04:05  6
09:04:06  7
09:04:10  8
09:04:17  9
09:04:18 10
09:04:19 11
09:04:23 12
09:04:23 13
09:04:29 14
09:04:35 15
09:04:40 16
09:04:43 17
09:04:51 18
09:04:55 19
09:05:01 20
09:05:02 21
09:05:04 22
09:05:07 23
09:05:10 24
09:05:10 25
```

09:05:14 1 

09:05:19 2

09:05:19 3 Q.      And is it correct that last year, in 2021, IFPC's

09:05:25 4 sales to -- to customers in -- in the states reflected in

09:05:30 5 this document amounted to 5.9 percent of its sugar sales?

09:05:35 6 A.      Yes.

09:05:35 7 Q.      We talked earlier about how IFPC purchases sugar from

09:05:41 8 companies like United, Domino, Western, Cargill, NSM, and

09:05:48 9 Imperial.

09:05:49 10          Is IFPC a customer of those companies?

09:05:53 11 A.      Yes, we are.

09:05:54 12

09:06:00 13

09:06:04 14

09:06:05 15

09:06:11 16

09:06:12 17

09:06:17 18

09:06:21 19

09:06:21 20

09:06:21 21

09:06:26 22

09:06:27 23 Q.      In your opinion, does Imperial's reliance on foreign

09:06:31 24 imports make it a high-cost refiner?

09:06:34 25 A.      Yes.

09:06:34  1    Q.      In your opinion, does Imperial's reliance on foreign

09:06:38  2    imports make it less competitive as a supplier?

09:06:42  3    A.      I wouldn't say less competitive.  But you know, their

09:06:48  4    pricing is different, so it does have an impact on -- you

09:06:52  5    know, maybe some business we could do with them.

09:06:54  6    Q.      If US Sugar's acquisition of Imperial goes through,

09:06:59  7    do you think that it will reduce the supply of refined sugar

09:07:02  8    in the U.S.?

09:07:03  9    A.      I do not -- I don't -- I do not believe so.

09:07:06 10    Q.      Why not?

09:07:07 11    A.      Because what I understand is, you know, maybe US

09:07:11 12    Sugar may increase the amount of raw sugars that they're

09:07:14 13    currently producing down in -- in Clewiston and be able to

09:07:18 14    ship more up to Port Wentworth, and -- and increase that

09:07:23 15    supply that's available.

09:07:24 16    Q.      If US Sugar's acquisition of Imperial goes through,

09:07:29 17    do you think it will lead to higher prices for refined

09:07:32 18    sugar?

09:07:33 19    A.      You know, I -- that's, you know -- it's a poss --

09:07:39 20    it's a possibility, but I'm -- you know, the market's going

09:07:42 21    to -- the market's going to determine what they can price it

09:07:48 22    at.

09:07:48 23    Q.      Do you think that US Sugar's proposed acquisition of

09:07:52 24    Imperial is good for the sugar industry?

09:07:52 25    A.      Yes.

09:07:54 1    Q.      **Why?**

09:07:54 2    A.      **Again, it -- I think it will -- it will increase the**

09:07:58 3    **amount of -- amount of sugar available.  And I would assume**

09:08:02 4    **that based on, you know, a little more raws going through**

09:08:09 5    **Imperial, it will help the efficiency of that facility to**

09:08:13 6    **run -- you know, maybe run smoother instead of waiting on**

09:08:17 7    **raw -- on world raws all the time.**

09:08:20 8          **MR. HANNA:  Your Honor, at this time the United**

09:08:21 9    **States moves to admit the following exhibits into evidence.**

09:08:24 10    **DTX 113, PTX 202.**

09:08:30 11          **THE COURT:  Any objection?**

09:08:31 12          **MS. BARRON:  No objection.**

09:08:32 13          **THE COURT:  Thank you.  They're admitted.**

09:08:32 14          **(DTX Exhibit No. 113 and PTX Exhibit No. 202**

09:08:35 15    **were admitted into evidence.)**

09:08:35 16          **MR. HANNA:  Next, Your Honor, the United States**

09:08:37 17    **calls Meera Ramachandra Hamill, the associate director of**

09:08:43 18    **commodities.**

09:08:43 19          **THE COURT:  Thank you.**

09:08:46 20          **(Videotape deposition of Meera Ramachandra**

09:08:49 21    **Hamill:)**

09:08:51 22    A.      **My name is Meera Ramachandra Hamill.**

09:08:55 23    Q.      **And where do you work?**

09:08:57 24    A.      **I work at Kraft Heinz Company.**

09:09:01 25    Q.      **And what's your current job at Kraft?**

730

09:09:04 1    A.        I am the associate director of commodity ingredients.

09:09:09 2    Q.        Do you have responsibilities for buying sweeteners

09:09:13 3    for Kraft?

09:09:19 4    A.        Yes.

09:09:21 5    Q.        Of the Kraft facilities that use refined sugar, are

09:09:25 6    there some facilities that use a majority of the refined

09:09:29 7    sugar that Kraft buys?

09:09:31 8    A.        Yes.

09:09:32 9    Q.        Which facilities?

09:09:34 10   A.        Our largest sugar-using facility would be Dover,

09:09:40 11   Delaware.   And then -- I'm thinking.   So we have our

09:09:46 12   facilities, you know, in the Midwest that are large use

09:09:51 13   locations, Kendalville, Champaign, Illinois.   Then I would

09:10:02 14   say, moving into my liquids, which would be my Capri Sun

09:10:15 15   plants.

09:10:16 16   ████   ██████████████████████████████████████████████

09:10:20 17   ████████████████████████████████████

09:10:26 18   ██   ███████████████████████████████████████████████████

09:10:34 19   ████████████████████████████████████████████████

09:10:41 20   █████████████████████████████████████████████

09:10:47 21   ████████████████████████████████████

09:10:55 22   Q.        What's a core supplier?

09:10:59 23   A.        Like a large supplier, I would say, it's one of the

09:11:06 24   big, you know, three sugar suppliers in the -- in the U.S.;

09:11:12 25   three or four.

09:11:14 1    Q.      Could you name them?

09:11:23 2    A.      I would say Domino, United, LSR, you know, Cargill,

09:11:32 3    and then Imperial Sugar.   And then, of course, there's

09:11:39 4    always, you know, NSM, National Sugar Marketing.   And then

09:11:47 5    you start going into more regional players.

09:11:51 6    Q.      And when you say "regional players," Ms. Hamill, what

09:11:57 7    do you mean?

09:11:58 8    A.      There are smaller players such as Michigan Sugar.

09:12:03 9    There is also the local, you know, sugar melters that are in

09:12:10 10   various areas of the country.

09:12:15 11   Q.      Let me ask you first about Michigan Sugar.   Why would

09:12:23 12   they be considered a regional player?

09:12:25 13   A.      Michigan Sugar tends to be only competitive in a

09:12:30 14   certain region of the country.

09:12:31 15   Q.      What region would that be?

09:12:35 16   A.      It's more or less in Michigan.   Ohio.   Just in that

09:12:41 17   general vicinity.

09:12:49 18   Q.      Are there other regional players?

09:12:52 19   A.      There's smaller, you know, players.   There's the

09:12:57 20   company that's based out in Denver, Colorado.   I can't -- my

09:13:02 21   mind is not clicking right now, because I don't use them.

09:13:12 22   They're a beet sugar supplier.   It will come later.   But

09:13:18 23   they are included on my bids.

09:13:22 24   Q.      Is it Western Sugar?

09:13:23 25   A.      Western, yes.   Thank you.



09:13:25 1

09:13:30 2

09:13:35 3

09:13:36 4

09:13:44 5

09:13:45 6

09:13:46 7

09:13:57 8   Q.      When you say the RFP includes specifications, what do

09:14:01 9   you mean by that?

09:14:03 10  A.      What is sent with the RFP is the Kraft Heinz

09:14:09 11  specifications which, basically, describe the parameters of

09:14:14 12  the sugar that would be used at our facility, whether it be

09:14:20 13  -- you know, granulation size tends to be critical.  You

09:14:25 14  know, the color, making sure it's free flowing.  It's

09:14:30 15  parameters like that.

09:14:34 16  Q.      Why is that included?

09:14:36 17  A.      We need to ensure that the products that we get from

09:14:43 18  our suppliers are materials that we can, in fact, process

09:14:49 19  and use within our products with no impact.

09:14:52 20

09:15:00 21

09:15:04 22

09:15:08 23

09:15:10 24

09:15:15 25

09:15:27 1 ██ ████████████████████████████████████

09:15:33 2 ████████████████████████████████████

09:15:39 3 ██ ████████████████

09:15:41 4   Q.     Well, now, when we think about awarding the RFP, are

09:15:48 5   there any factors that are important to Kraft in deciding

09:15:52 6   who to award its RFP for refined sugar?

09:15:57 7   A.     Yes.

09:15:57 8   Q.     What are they?

09:16:01 9   A.     Quality, service, price.  I would say those are the,

09:16:08 10  you know, three biggies.

09:16:20 11  Q.     Why is quality important?

09:16:23 12  A.     I need to ensure that the supplier is providing

09:16:27 13  quality product into my facility.

09:16:32 14  Q.     Why is service important?

09:16:34 15  A.     I need to make sure that product is available on

09:16:42 16  time, as needed by the factory.

09:16:51 17  Q.     And why is price important?

09:16:54 18  A.     I need to ensure that I'm able to get the lowest

09:17:00 19  landed price into that facility.

09:17:04 20  Q.     Does the supplier's distance from Kraft's facility

09:17:10 21  play a role in the price?

09:17:14 22  A.     It generally will.

09:17:17 23  Q.     How?

09:17:26 24  A.     It's based on the freight rate that the supplier is

09:17:31 25  able to provide to that Kraft Heinz location.

09:17:38 1    Q.      Does the supplier's distance from the Kraft facility

09:17:42 2    matter?

09:17:43 3    A.      For me, as long as it's delivered on time as needed

09:17:49 4    at a competitive cost, that is the most important, and, of

09:17:56 5    course, quality and service.

09:17:59 6    Q.      Okay.  Let's talk now about Dover, Delaware.  How

09:18:05 7    much refined sugar does the Dover, Delaware facility buy

09:18:10 8    yearly?

09:18:12 9    A.      Approximately 150 million pounds.

09:18:20 10   Q.      What products are made in Dover, Delaware?

09:18:27 11   A.      Dover Delaware is a facility that produces our dry

09:18:33 12   powdered beverages.  They also produce our Jello puddings,

09:18:51 13   and they also produce Stove Top Stuffing.

09:18:56 14   Q.      What kind of refined sugar does the Dover, Delaware

09:19:01 15   facility use?

09:19:02 16   A.      They use bulk EFG sugar.

09:19:05 17

09:19:12 18

09:19:16 19

09:19:27 20

09:19:30 21

09:19:33 22

09:19:34 23

09:19:38 24

09:19:40 25



09:19:44 1

09:19:55 2

09:20:01 3

09:20:13 4

09:20:17 5

09:20:19 6

09:20:19 7

09:20:24 8

09:20:24 9

09:20:36 10

09:20:38 11    Q.      What do you mean by segregation?

09:20:43 12    A.      So, if you think about dry powdered beverage is made,

09:20:52 13    it's basically sugar, citric acid, some starch, some flavor

09:21:02 14    components.  So what you want to do is when you make, you

09:21:05 15    know, powdered materials, you want to make sure that

09:21:10 16    everything stays mixed, so you don't have, like, layering

09:21:17 17    occur within a product canister or package where you have,

09:21:22 18    you know, things floating to the bottom.  That it stays

09:21:26 19    uniformly mixed.

09:21:27 20    Q.      Could Kraft switch to liquid sugar to make Country

09:21:34 21    Time Lemonade and the other powdered products that are made

09:21:37 22    in Dover, Delaware?

09:21:38 23    A.      No.

09:21:40 24    Q.      Why not?

09:21:42 25    A.      The Dover plant is a dry powdered facility, and

09:21:49 1  liquid sugar is wet.

09:21:57 2  Q.     Could Kraft switch to high fructose corn syrup to

09:22:04 3  make Country Time Lemonade and the other powdered products

09:22:08 4  that are made in Dover, Delaware?

09:22:09 5  A.     No.





09:23:41 1

09:23:42 2

09:23:46 3

09:23:53 4

09:23:59 5

09:24:05 6

09:24:09 7

09:24:11 8

09:24:16 9

09:24:28 10

09:24:33 11

09:24:39 12

09:24:41 13    Q.      So that document is Kraft-0000034.  Let me ask you

09:24:52 14    first, Exhibit 1, do you recognize Exhibit 1, Ms. Hamill?

09:24:57 15    A.      I do.

09:24:59 16

09:25:00 17

09:25:07 18

09:25:09 19    Q.      Who prepared Exhibit 1?

09:25:11 20    A.      It would have been prepared by -- probably jointly by

09:25:12 21    myself and -- in this case, Alex Frantz, who was the sugar

09:25:24 22    buyer at that point in time.

09:25:29 23    Q.      And was Exhibit 1 made in the ordinary course of your

09:25:33 24    duties at Kraft?

09:25:34 25    A.      Yes, it was.

09:25:36  1    Q.     And does Kraft have a large procurement team?

09:25:41  2    A.     It does.

09:25:43  3    Q.     I think you testified this morning that you believe

09:25:48  4    that there are about 37 manufacturing facilities that use

09:25:55  5    refined sugar; is that right?

09:25:57  6    A.     Exactly.

09:25:57  7    Q.     Okay.  And those 37 Kraft facilities that use refined

09:26:02  8    sugar are located all across the United States, right?

09:26:08  9    A.     That is correct.

09:26:08 10    Q.     As someone who works in procurement, is it important

09:26:13 11    for you to try to stay up-to-date on developments in the

09:26:20 12    sugar industry?

09:26:21 13    A.     Yes.

09:26:22 14    Q.     And how do you do so?

09:26:25 15    A.     I talk to my suppliers.  I read things.

09:26:32 16    Q.     Okay.  And then you say you read things.  What do you

09:26:36 17    read?

09:26:37 18    A.     I read market reports.

09:26:39 19    Q.     Anything else?

09:26:40 20    A.     I talk to industry experts.

09:26:44 21    Q.     What sort of market reports do you look at to try to

09:26:48 22    keep abreast of the sugar industry?

09:26:51 23    A.     We get information from, you know, third-parties, you

09:27:03 24    know, subscriptions that we pay for.

09:27:11 25    Q.     Which third-party subscription services does Kraft

09:27:19 1    subscribe to with respect to sugar?

09:27:21 2    A.        There are several.  A couple come to mind off the

09:27:26 3    top.  We work with JSG.  We work with McKeany-Flavell.  We

09:27:37 4    get reports from -- I'm going to not pronounce this

09:27:44 5    correctly.

09:27:45 6    Q.        That's fine.  I'd probably mess it up, too.

09:27:51 7    A.        Okay.  Czarnikow.  You know, the typical cast of

09:27:59 8    characters in the sugar world.  So...

09:28:02 9    Q.        The first one you mentioned is JSG.  What is that?

09:28:06 10   A.        That is Jenkins.

09:28:08 11   Q.        And what is Jenkins Sugar Group?

09:28:11 12   A.        They, basically, you know, follow the markets, you

09:28:18 13   know, give prospective on, you know, what's going on, how

09:28:25 14   the crops are doing.  You know, things like that.

09:28:29 15   Q.        What sort of form do those -- does that information

09:28:35 16   come to you in?  Is it a -- is it a newsletter, or is it a

09:28:39 17   daily e-mail blast, how do you get it?

09:28:42 18   A.        It's you know, daily e-mail blasts.  You know, pick

09:28:46 19   up the phone, have conversations.

09:28:48 20   ████        ████████████████████████████████████████████████

09:28:52 21   ████████████████████████████████

09:28:54 22   ███     ████

09:28:54 23   Q.        And the number 16 price, that's a raw sugar price

09:28:58 24   index; correct?

09:29:00 25   A.        That is correct.



09:29:01 1

09:29:06 2

09:29:07 3

09:29:11 4

09:29:16 5

09:29:19 6

09:29:25 7

09:29:30 8

09:29:39 9

09:29:41 10    Q.      Do you know who Barb Fecso is?

09:29:46 11    A.      She is the -- yes, I do.

09:29:48 12    Q.      And who is she?

09:29:52 13    A.      She is with the USDA.

09:29:56 14    Q.      And do you understand that she runs the USDA sugar

09:30:00 15    program?

09:30:01 16    A.      Yes, I do.

09:30:02 17    Q.      Do you attend the International Sweetener Colloquium?

09:30:08 18    A.      I do.

09:30:09 19    Q.      And who do you typically meet with at the

09:30:12 20    International Sweetener Colloquium?

09:30:15 21    A.      I meet with all of the sugar, US Sugar suppliers.

09:30:22 22    And I also see Barb.

09:30:27 23    Q.      Do you meet with analysts and brokers?

09:30:31 24    A.      Yes, I do.

09:30:32 25    Q.      Who do you -- who would you meet with?

09:30:35 1    A.      I would meet with folks at Jenkins, folks at

09:30:40 2    McKeany-Flavell.  I've met with a couple of others, I just

09:30:49 3    don't recall, you know, the names off the top.

09:30:52 4    ████  ████████████████████████████████████████████████

09:30:57 5    ███████████████████████████████████████████████████

09:31:02 6    ███████████████████████████████████████████████████

09:31:23 7    ███████████████████████████████████

09:31:26 8    ████  ███████████████████████████████████████

09:31:27 9    Q.      And based upon the information that you presented in

09:31:30 10   the 2020 US Sugars strategy recommendation, Imperial has the

09:31:35 11   highest delivered cost of any of the four suppliers that

09:31:40 12   Kraft was going to use in 2020 to supply the Dover, Delaware

09:31:44 13   plant, correct?

09:31:45 14   A.      That is correct.

09:31:46 15   Q.      The majority of Kraft's purchases are by contract,

09:31:51 16   correct?

09:32:07 17   A.      That is correct.

09:32:07 18   Q.      Would you say it's more than 95 percent?

09:32:15 19   A.      I would say hopefully more than 90 percent.  Perhaps

09:32:19 20   95 percent, but, you know, the majority, yes.

09:32:21 21   ████  ████████████████████████████████████████████

09:32:24 22   █████████████████████████████████████████████████████

09:32:30 23   ████████████████████████████████████████████████████

09:32:34 24   ████  ██████████████████████

09:32:36 25   ████  ██████████████████████████████████



09:32:41  1

09:32:42  2

09:32:47  3

09:32:47  4

09:32:48  5

09:32:52  6

09:32:55  7

09:32:55  8    Q.      Okay.   I think that you testified this morning and

09:32:59  9    gave an example of ASR as a supplier with multiple refinery

09:33:09 10    locations.   Do you recall that?

09:33:10 11    A.      Yes, I do.

09:33:12 12

09:33:16 13

09:33:25 14

09:33:28 15

09:33:32 16

09:33:35 17    Q.      Because you -- if ASR has a production issue in

09:33:42 18    Baltimore, for example, you can -- you can obtain supply

09:33:45 19    from Yonkers, is that right?

09:33:51 20    A.      Yes, that is correct.

09:33:52 21    Q.      Why is that important to Kraft Heinz?

09:33:54 22    A.      Because I need to ensure continuity of supply into my

09:34:00 23    facility.

09:34:01 24

09:34:08 25

09:34:11 1 █████        ████████████████

09:34:12 2 Q.        And that means that sugar is arriving on a regular

09:34:16 3 basis to the Dover, Delaware facility, correct?

09:34:20 4 A.        That's correct.

09:34:24 5 Q.        And probably two-thirds of those railcars are coming

09:34:28 6 from Florida, Georgia, or Louisiana; is that right?

09:34:33 7 A.        Probably -- probably more -- probably more than that.

09:34:41 8 Probably 90 percent of the rail is coming from those areas.

09:34:45 9 Q.        And is that because ASR is primarily shipping from

09:34:51 10 its Chalmette, Louisiana refinery?

09:34:56 11 A.        That is correct.

09:34:59 12 Q.        Even though the Baltimore, Maryland refinery is

09:35:10 13 considerably closer to Dover, Delaware?

09:35:12 14 A.        That is correct.

09:35:13 15 Q.        Why is that?

09:35:14 16 A.        Because it takes the same amount of time to get from

09:35:17 17 Baltimore to Dover, Delaware via rail as it takes from

09:35:22 18 Chalmette to go to Dover, Delaware.

09:35:27 19 Q.        And what's your understanding of why that's the case?

09:35:33 20 A.        Because it's a very messy rail challenge in that

09:35:37 21 area.

09:35:37 22 Q.        The area between Baltimore and Dover?

09:35:42 23 A.        Yes.

09:35:42 24 █████        ████████████████████████████████████████████████

09:35:42 25 ████████████████████████████████████████████

09:35:53  1

09:35:54  2

09:35:58  3

09:35:59  4

09:36:05  5

09:36:08  6

09:36:09  7

09:36:13  8

09:36:18  9

09:36:23  10

09:36:28  11

09:36:32  12

09:36:32  13

09:36:36  14

09:36:43  15

09:36:45  16

09:36:47  17  Q.      And this document is dated July 30th of 2021,

09:36:52  18  correct?

09:36:52  19  A.      That's what it shows, yes.

09:36:55  20  Q.      Okay.  And this is a document that you and your team

09:37:00  21  prepared --

09:37:01  22  A.      Yes.

09:37:01  23  Q.      -- in the ordinary course of your job duties at Kraft

09:37:05  24  Heinz?

09:37:06  25  A.      Yes.

09:37:07 1   Q.      Submitted to your -- to your management team, right?

09:37:11 2   A.      That is correct.

09:37:12 3   Q.      Okay.   If I can get you to turn to slide 11 of

09:37:15 4   Exhibit 4.





09:39:56  1  ████████████████

09:39:58  2  █  ███████████████████████

09:40:02  3  ██████████████████████████

09:40:09  4  █  ██████████

09:40:10  5  █  █████████████████████████

09:40:14  6  ████████████████████████

09:40:20  7  ████████████████

09:40:24  8  █  ██████████

09:40:25  9  █  ████████████████████████

09:40:29  10  ████████████████████████

09:40:33  11  █  ██████████████████████████████

09:40:42  12  █  ███████████████████████

09:40:48  13  █  ███████████████████████

09:40:51  14  █  ████████████████

09:40:56  15  ██████████████████████████

09:40:59  16  █  ████

09:41:00  17  █  █████████████████████████

09:41:04  18  ████████████████████████

09:41:10  19  █████

09:41:10  20  █  ██████████

09:41:15  21  Q.       **Ms. Hamill, while we were off the record, I had**

09:41:15  22  **marked Exhibit 5.**  ████████████████████

09:41:23  23  ██████████████████████████

09:41:27  24  ██████████████

09:41:30  25  █  ████████████████



09:41:35 1
09:41:39 2
09:41:44 3
09:41:52 4
09:41:58 5
09:41:59 6
09:42:02 7
09:42:05 8
09:42:06 9
09:42:09 10
09:42:10 11
09:42:14 12
09:42:15 13
09:42:19 14
09:42:20 15
09:42:24 16
09:42:25 17
09:42:25 18
09:42:30 19
09:42:37 20
09:42:39 21

09:42:42 22          **(End of videotape deposition.)**

09:42:45 23             **MS. BARRON:   Your Honor, defendants would like**

09:42:47 24  **to move into evidence JTX 013, which is Hamill Exhibit 1;**

09:42:52 25  **JTX 014, which Hamill Exhibit 4; and JTX 048, which is**

09:43:00 1  Hamill Exhibit 5A.

09:43:00 2          MR. HANNA:  No objection, Your Honor.

09:43:01 3          THE COURT:  Thank you.  Those are admitted.

09:43:01 4          (JTX Exhibit Nos. 013, 014 and 048 were admitted

09:43:03 5  into evidence.)

09:43:03 6          MR. HANNA:  And finally, Your Honor, the United

09:43:06 7  States calls Mark Olson, vice-president of trade for

09:43:09 8  American Sugar Refinery Company.

09:43:16 9          (Videotape deposition of Mark Olson:)

09:43:47 10 Q.     Mr. Olson, who do you currently work for?

09:43:50 11 A.     I work for American Sugar Refining ASR.

09:43:54 12 Q.     What line of business is ASR in?

09:43:59 13 A.     We are a cane refiner business, we buy and process

09:44:08 14 raw sugar into refined sugar, a variety of forms.

09:44:12 15 Q.     What is your current job title at ASR?

09:44:17 16 A.     I believe I am vice-president of trading, simple as

09:44:22 17 that.

09:44:22 18 Q.     And what are your jobs duties as vice-president of

09:44:28 19 trading?

09:44:29 20 A.     I procure all of the raw sugar for four of the five

09:44:36 21 refineries we have in the United States.

09:44:39 22 Q.     Does your job at ASR involve selling refined sugar to

09:44:44 23 customers in the United States?

09:44:46 24 A.     It does not.

09:44:48 25 Q.     ASR does not use sugar beets to make refined sugar,

09:44:54 1  does it?

09:44:55 2  A.      That is correct, we do not.

09:44:58 3  Q.      ASR is a cane only company?

09:45:01 4  A.      We're a cane only company.

09:45:03 5  ████    ████████████████████████████████████

09:45:07 6  ██████████████████████████████

09:45:11 7  ████    ████████████████████

09:45:14 8  ████    ████████████████████████████████

09:45:19 9  ████████████████████████████████████████████████

09:45:22 10 ████████████████

09:45:24 11 ████    ██████████████████████

09:45:27 12 Q.      At a high level, what effect, if any, does the United

09:45:31 13 States government have on the quantity of raw sugar that is

09:45:34 14 available to ASR for purchase for its refineries in the

09:45:39 15 United States?

09:45:40 16 A.      The USDA has a large impact on our raw sugar supply

09:45:49 17 and the available raws that we as importers can access.

09:45:56 18 Q.      What is your understanding of the basis for your

09:46:01 19 prior answer that the USDA has a significant impact on the

09:46:07 20 amount of raws that are available for ASR's purchase?

09:46:12 21 A.      It's as simple as that.  That the USDA manages the

09:46:20 22 system and determines access for raw sugar and potentially

09:46:25 23 refined sugar into the United States.

09:46:28 24 Q.      When you say the USDA manages the system, what do you

09:46:32 25 mean, sir?

09:46:33 1    A.      I mean that they make the call.  They determine who

09:46:40 2    gets quotas, they determine if they're going to be

09:46:44 3    additional quotas to the trade negotiated quotas.  They

09:46:53 4    manage basically supply and demand in the whole system.

09:46:59 5    Q.      And it sound like you're familiar with the actions of

09:47:03 6    the USDA, is that true?

09:47:06 7    A.      I lobby USDA for more raw sugar every day.

09:47:11 8    Q.      And why are you lobbying the USDA for more sugar

09:47:15 9    every day on behalf of ASR?

09:47:19 10   A.      I would like to buy raw sugar at the cheapest price.

09:47:24 11   Q.      And the USDA can impact the ability of ASR to

09:47:30 12   purchase raw sugar at the cheapest price, is that true?

09:47:34 13   A.      Yes.

09:47:34 14   Q.      So you mentioned the quotas being a million point --

09:47:40 15   1.2 million tons, correct?

09:47:41 16   A.      Yes, sir.

09:47:42 17   Q.      And those are the quotas set by the United States

09:47:45 18   Department of Agriculture?

09:47:46 19   A.      Yes, sir.

09:47:47 20   Q.      And if you set the quotas aside, how much raw sugar

09:47:52 21   can be purchased for import into the United States?

09:47:52 22   A.      Infinity, if I pay a high-tier duty.

09:47:52 23   ███  ████████████████████████████████████████████████

09:48:02 24   ████████████████████████████████████████████████████

09:48:02 25   ████████████████████████████████████████████████████





```
09:49:44   1
09:49:50   2
09:49:55   3
09:49:57   4
09:50:04   5
09:50:04   6
09:50:16   7
09:50:16   8
09:50:16   9
09:50:20  10
09:50:23  11
09:50:24  12
09:50:27  13
09:50:31  14
09:50:32  15
09:50:37  16
09:50:40  17
```

09:50:42  18    Q.      Has ASR had any occasion to buy refined sugar in the

09:50:46  19    last three years?

09:50:47  20    A.      Yes.

09:50:49  21    Q.      And when was that?

09:50:52  22    A.      I think at least two out of the three years, and

09:50:57  23    possibly three out of the last three years we have purchased

09:51:01  24    refined sugar from LSR.

09:51:08  25



```
09:51:13  1
09:51:19  2
09:51:26  3
09:51:28  4
09:51:32  5
09:51:35  6
09:51:38  7
09:51:43  8
```

09:51:43  9  Q.      Why does ASR import raw sugar for itself?

09:51:49  10  A.      Because our melt requirements are in excess of the

09:51:54  11  domestic supply.

09:51:55  12  Q.      The USDA does not set any prices for raw sugar, does

09:52:00  13  it?

09:52:02  14  A.      They follow the law, the Farm Bill only has one

09:52:10  15  metric, which is zero forfeitures, zero costs, I guess, you

09:52:19  16  call those two metrics.  And then there are -- other metrics

09:52:22  17  are adequate supplies and reasonable price, there is no

09:52:26  18  price.  Just words.

09:52:29  19  Q.      So just to make sure we're clear on this, USDA

09:52:33  20  doesn't set prices for raw sugar, right?

09:52:35  21  A.      They do not set prices for raw sugar, supply and

09:52:37  22  demand does.

09:52:37  23  Q.      USDA doesn't control domestic production of sugar,

09:52:45  24  does it?

09:52:45  25  A.      No.  But since the suspension agreement was put in

09:52:49 1   place, domestic production will impact the amount of supply

09:52:53 2   in the market as it relates to Mexico.

09:52:57 3   Q.      USDA doesn't direct domestic production of sugar, is

09:53:02 4   that right?

09:53:02 5   A.      That is correct.

09:53:03 6   Q.      Does USDA direct the demand for sugar in some way?

09:53:10 7   A.      No, you do.  You either eat it or you don't.  And we

09:53:20 8   report that every month, you know, what we've sold to the

09:53:24 9   U.S. government so that helps inform their guesses on

09:53:30 10  demand.  They have a -- you know, they are adjusting,

09:53:35 11  tweaking U.S. consumption every month based on reporting by

09:53:39 12  sugar beets and cane sugar guys and imports of refined.

09:53:43 13  Q.      Does the USDA control the port of entry for imported

09:53:48 14  raw sugar?

09:53:49 15  A.      No, but I wish they did.  They do not.

09:53:53 16  Q.      Does ASR generally wish that the USDA would allow for

09:53:58 17  additional imports every year?

09:54:00 18  A.      I think generally yes.

09:54:04 19  Q.      Why is that?

09:54:07 20  A.      Because it gives us an opportunity to potentially buy

09:54:11 21  raw sugar at a lower price if the supply were adequate.

09:54:15 22  Q.      Do you consider Imperial to be a competitor of ASR?

09:54:21 23  A.      Yes, I consider them to be a competitor of ASR.

09:54:27 24  Q.      Mr. Olson, how long have you known Mike Gorrell?

09:54:32 25  A.      Not since he was a baby but since he first entered

09:54:37 1    the sugar business as an employ of Cargill.

09:54:42 2    Q.      About when --

09:54:44 3    A.      I don't know, over twenty years.

09:54:47 4    Q.      Would you describe Mr. Gorrell as a friend of yours?

09:54:52 5    A.      I would describe him as a trusted friend of mine.

09:54:56 6    Q.      How often do you talk with Mr. Gorrell?

09:55:02 7    A.      Depending on weather, once or twice a year.  If there

09:55:07 8    is bad weather, I might speak to him more frequently.

09:55:12 9    Q.      Did you and Mr. Gorrell have any discussion about

09:55:16 10   what impact, if any, such a transaction between US Sugar and

09:55:20 11   Imperial might have on refined sugar prices?

09:55:23 12   A.      No.  We have never talked about price.

09:55:28 13   Q.      Did you have any discussions with others at ASR about

09:55:31 14   what impact, if any, a potential combination of US Sugar and

09:55:37 15   Imperial might have on refined sugar prices?

09:55:40 16   A.      No.

09:55:42 17   Q.      Mr. Olson, is the second e-mail down in the chain on

09:55:46 18   Exhibit 11 an e-mail you sent on March 25th, 2021 in the

09:55:52 19   ordinary course of your work at ASR?

09:55:55 20   A.      Yes.

09:55:56 21   Q.      Is the Mike referenced there, Mike Gorrell or someone

09:56:00 22   else?

09:56:01 23   A.      Yes, it's Mike Gorrell.

09:56:03 24   Q.      The next sentence says, "We can help us to stay

09:56:06 25   close."  Do you see that?

09:56:08 1    A.        Yes, sir.

09:56:09 2    Q.        How is it that you want to be close to United?

09:56:14 3    A.        Adam Whitaker, "It's going to be more important than

09:56:19 4    ever to stay close to United.  We might want to start

09:56:24 5    thinking of ways to work with them, i.e., asking them for

09:56:28 6    quotes ████████████████████"  I meant, buying refined

09:56:34 7    sugar from them similar to what we do with LSR.

09:56:37 8    Q.        The next sentence you wrote Mike and IMP have no

09:56:42 9    choice but to maintain the cane price approach, do you see

09:56:45 10   that?

09:56:45 11   A.        Yes, sir.

09:56:46 12   Q.        And IMP there refers to Imperial, right?

09:56:49 13   A.        That's right.

09:56:51 14   Q.        What is the cane price approach you're referring to

09:56:54 15   in this e-mail?

09:56:55 16   A.        Mr. Yates called it input cost, but the cane refiners

09:57:07 17   buy raw sugar and then they put costs on top and Imperial

09:57:14 18   likely will never not be able to not use that model because

09:57:22 19   raw cost is the raw cost.  It all starts with what you pay

09:57:31 20   for raw sugar.

09:57:33 21   Q.        What do you mean by indeed it's likely that this

09:57:36 22   approach will leak back into United/US Sugar's business?

09:57:42 23   A.        Yeah.  That was simply a reference to sugar beets and

09:57:52 24   one cane guy, US Sugar don't buy raw sugar, and therefore

09:58:02 25   don't give it any consideration when they price their

09:58:09  1    product.

09:58:10  2    Q.    But with the addition of Imperial to US Sugar, that

09:58:15  3    means there would be more cane sugar being sold by United,

09:58:19  4    is that right?

09:58:23  5    A.    That is right.

09:58:24  6    Q.    What you're expressing in this e-mail is that that

09:58:26  7    means that United is more likely to use a price based on the

09:58:31  8    cane sugar price; is that correct?

09:58:33  9    A.    I am speculating that they would have to consider

09:58:36 10    that as it relates net tons.

09:58:41 11    Q.    And you're expressing in this e-mail that that would

09:58:44 12    be a likely a good thing for ASR; is that right?

09:58:49 13    A.    Yeah, that is simply stating that they're going to

09:59:00 14    have to consider their input costs when competing with us.

09:59:05 15    Q.    So that sentence in whole, is it fair to say, saying

09:59:11 16    that the transaction between US Sugar and Imperial would

09:59:18 17    increase the portion of United's sales of cane sugar as

09:59:23 18    compared to beet sugar potentially affecting United's

09:59:28 19    pricing which would be a good thing for ASR, is that fair?

09:59:31 20    A.    I'm saying that they'll likely have to at least treat

09:59:40 21    that supply similar to how we treat our supply and that

09:59:44 22    doesn't mean that prices are going to go up or down, it's

09:59:48 23    just a consideration of where raw sugar prices are, so if

09:59:52 24    raw sugar prices are going to go down, the prices will go

09:59:55 25    down, if the raw sugar prices go up, the price will go up.

10:00:00 1    Q.      You're saying it's good for ASR that United's
10:00:00 2    approach will be more aligned with the cane price approach
10:00:09 3    that ASR uses; isn't that right?
10:00:09 4    A.      I can't speculate how it would change, how they treat
10:00:13 5    it, that beet sugar that they would market or even frankly
10:00:17 6    the US Sugar that they market, just raw sugar that they make
10:00:25 7    into refined.
10:00:27 8    Q.      How will ASR obtain raw sugar for its facilities in
10:00:32 9    Baltimore, Yonkers if raw sugar from US Sugar cane that's
10:00:38 10   milled at ASR Florida mills starts to be redirected to
10:00:42 11   Savannah?
10:00:43 12   A.      I'll be more dependent on offshore quotas and he'll
10:00:47 13   be less dependent on offshore quotas, so it's a one-for-one.
10:00:53 14   Q.      Did ASR ever consider buying Imperial?
10:00:59 15   A.      I don't believe that we'd be allowed to based on our
10:01:02 16   geography, but if we could, we would.
10:01:06 17   Q.      Mr. Olson, I'm just trying to understand what you
10:01:09 18   meant by geography being a factor?
10:01:12 19   A.      I mean, they're right next to Baltimore -- I'm right
10:01:16 20   between Baltimore and Florida.
10:01:17 21   Q.      So it's an antitrust concern?
10:01:19 22   A.      Yes.
10:01:21 23   Q.      Mr. Olson, do you have Exhibit 5 in front of you
10:01:25 24   again?
10:01:25 25   A.      Not yet.  Yes.



```
10:01:32  1
10:01:36  2
10:01:41  3
10:01:45  4
10:01:46  5
10:01:48  6
10:01:54  7
10:01:59  8
10:02:08  9
10:02:08 10
10:02:12 11
10:02:15 12
10:02:18 13
10:02:21 14
10:02:22 15
10:02:25 16
10:02:28 17
10:02:32 18
```

10:02:33  19    Q.      Did you draft any of the slides in Exhibit 5?

10:02:37  20    A.      No.  You mean the appendix?  Let me look.  No.

10:03:02  21    Q.      Did you review or approve any of the slides in

10:03:02  22    Exhibit 5 before it was circulated at ASR?

10:03:11  23    A.      No, sir.

10:03:12  24    Q.      And what steps, if any, did you take to confirm the

10:03:17  25    accuracy of any information contained in Exhibit 5?

10:03:20 1    A.      I took no steps to confirm the accuracy of the data

10:03:24 2    in five.

10:03:26 3    

10:03:29 4

10:03:31 5              (End of videotape deposition.)

10:03:35 6              MR. HANNA:  Your Honor, at this time the United

10:03:37 7    States moves to admit PTX 046 into evidence.

10:03:40 8              MS. BARRON:  No objection.  And the defendants

10:03:42 9    would like to move into evidence DTX 041, which is Olson

10:03:46 10   Exhibit 5.

10:03:47 11             THE COURT:  All right.  No objection?

10:03:48 12             MR. HANNA:  No objection, sorry.

10:03:49 13             THE COURT:  Those are both admitted.

10:03:51 14             I will say that when I was reading through this

10:03:54 15   testimony that you gave me and listening, you didn't put in

10:03:58 16   page 201, lines 14 through 24-four.

10:04:03 17             MR. HANNA:  Your Honor, we will correct that.  I

10:04:05 18   apologize, Your Honor.

10:04:08 19             THE COURT:  Do you want to just -- did you mean

10:04:09 20   to put it in, you can just read it into the record.  On

10:04:21 21   page 7.  It's 201:14 to 201:24, does ASR typically transfer

10:04:28 22   raw sugar among its facilities by both rail and other means?

10:04:42 23             MR. HANNA:  Yes, Your Honor, I'll read it into

10:04:44 24   the record.

10:04:46 25             "QUESTION:  Does ASR typically transfer raw

10:04:49 1   sugar among its facilities by boat, rail or other means?

10:04:54 2            "ANSWER:  The Florida sugar travels on the Jones

10:04:59 3   Act Barges that we have been talking about, Texas Sugar and

10:05:02 4   Louisiana comes in a combination of the 1,500 ton barges and

10:05:07 5   the 30-ton trucks United was the supplier trucks.  Bulk

10:05:11 6   markets primarily oceangoing, big oceangoing vessel and

10:05:16 7   Crockett, et cetera, a big oceangoing vessels."

10:05:20 8            Thank you.

10:05:20 9            THE COURT:  At this point can we unseal the

10:05:23 10  courtroom?

10:05:23 11           MR. HANNA:  Yes, Your Honor.

10:05:25 12           THE COURT:  All right.  Let's do that.

10:05:26 13           (Courtroom unsealed.)

10:05:29 14           THE COURT:  And now the government closes its

10:05:31 15  case?

10:05:32 16           MR. HANNA:  The government closes its case in

10:05:34 17  chief.  As I mention earlier, we may reserve some time for

10:05:37 18  rebuttal.

10:05:38 19           THE COURT:  Okay.  Defendant.

10:05:40 20           MR. BUTERMAN:  Your Honor, the defendant will

10:05:41 21  call our first witness, Mr. Robert Buker.  He's the CEO of

10:06:02 22  US Sugar.

10:06:25 23           COURT CLERK:  Can you please raise your right

10:06:29 24  hand.  Please state and spell your full name for the record.

10:06:35 25           THE WITNESS:  Robert H. Buker, Jr., R-O-B-E-R-T.

Buker - direct

| | |
|---|---|
| 10:06:40 | 1 | H.  B-U-K-E-R, J-R. |
| 10:06:44 | 2 |                    ROBERT H. BUKER, JR., having been duly sworn was |
| 10:06:50 | 3 | examined and testified as follows: |
| 10:07:13 | 4 |                    MR. BUTERMAN:  May I proceed, Your Honor? |
| 10:07:14 | 5 |                    THE COURT:  Please. |
| 10:07:14 | 6 |                    MR. BUTERMAN:  Thank you. |
| 10:07:15 | 7 |                         DIRECT EXAMINATION |
| 10:07:15 | 8 | BY MR. BUTERMAN: |
| 10:07:16 | 9 | Q.      Good morning, Mr. Buker. |
| 10:07:17 | 10 | A.      Good morning. |
| 10:07:18 | 11 | Q.      You just make sure that you're speaking up to into |
| 10:07:21 | 12 | the microphone. |
| 10:07:24 | 13 | A.      Good morning. |
| 10:07:24 | 14 | Q.      Mr. Buker, what's your position at US Sugar? |
| 10:07:27 | 15 | A.      I am president and chief executive officer. |
| 10:07:30 | 16 | Q.      And how long have you been the president and chief |
| 10:07:34 | 17 | executive officer at US Sugar? |
| 10:07:36 | 18 | A.      Since 2005. |
| 10:07:38 | 19 | Q.      When did you first join US Sugar? |
| 10:07:41 | 20 | A.      1986. |
| 10:07:42 | 21 | Q.      And what are your responsibilities as the president |
| 10:07:46 | 22 | and CEO of US Sugar? |
| 10:07:48 | 23 | A.      I am responsible for reporting to the board of |
| 10:07:52 | 24 | directors, for hiring the management team, for leading the |
| 10:07:56 | 25 | strategic planning activities.  And because we're an |

Buker - direct

10:08:06 1    operating company, for insuring that we have operational

10:08:09 2    excellence and shareholder relations, and I also safeguard

10:08:13 3    the valleys.

10:08:14 4    Q.    Mr. Buker, where did you go to college?

10:08:17 5    A.    Wheaton College in Wheaton, Illinois.

10:08:21 6    Q.    I know you're modest about this, but what did you do

10:08:24 7    after college?

10:08:25 8    A.    I was -- I served in the Army for seven years.

10:08:29 9    Q.    What did you do in the Army?

10:08:31 10   A.    I was a helicopter pilot.

10:08:33 11   Q.    This was during Vietnam?

10:08:35 12   A.    That era, yes.

10:08:37 13   Q.    Do you have any post-college education?

10:08:40 14   A.    Yes.  I went to law school at the University of

10:08:43 15   Florida.

10:08:44 16   Q.    That was on the GI Bill?

10:08:46 17   A.    Yes.

10:08:46 18   Q.    And what did you do after law school?

10:08:48 19   A.    I went to work for a commercial law firm in Miami

10:08:50 20   whose clients included US Sugar.

10:08:52 21   Q.    And how did you end up becoming the CEO of US Sugar?

10:09:01 22   A.    Well, they hired me as their first in-house counsel

10:09:05 23   and then I started doing when I was inside all the crummy

10:09:10 24   management jobs that nobody else wanted and then they found

10:09:13 25   out I sort of had some kind of talent for building and

Buker - direct

| | | |
|---|---|---|
| 10:09:17 | 1 | improving factories. |
| 10:09:20 | 2 | Q.    Who owns US Sugar? |
| 10:09:23 | 3 | A.    The largest shareholder is the employees through an |
| 10:09:28 | 4 | employee stock ownership plan.  The second largest is |
| 10:09:31 | 5 | Children's Health Center in Michigan.  And then the third |
| 10:09:35 | 6 | largest is a charity like the Ford Foundation but based on |
| 10:09:41 | 7 | old General Motors money.  Then there is a series of smaller |
| 10:09:45 | 8 | charities and a series of smaller shareholders by decedents |
| 10:09:51 | 9 | of the founder. |
| 10:09:52 | 10 | Q.    You said a moment ago that US Sugar's employees own a |
| 10:09:55 | 11 | large share of US Sugar.  How many people work for the |
| 10:09:58 | 12 | company? |
| 10:09:58 | 13 | A.    It varies during the year, but 2,000 is a good |
| 10:09:58 | 14 | average. |
| 10:10:04 | 15 | Q.    What's US Sugar's business? |
| 10:10:06 | 16 | A.    We farm and then we process agricultural products. |
| 10:10:12 | 17 | Q.    Which agricultural products? |
| 10:10:14 | 18 | A.    Sugarcane, oranges, sweet corn. |
| 10:10:21 | 19 | Q.    How long has US Sugar been in the farming business? |
| 10:10:25 | 20 | A.    Since 1931. |
| 10:10:26 | 21 | Q.    And has US Sugar been growing sugarcane that entire |
| 10:10:31 | 22 | time? |
| 10:10:31 | 23 | A.    Yes. |
| 10:10:32 | 24 | Q.    Where is the company based? |
| 10:10:34 | 25 | A.    In Clewiston, Florida, which is on lake Okeechobee, |

Buker - direct

10:10:40 1    halfway between West Palm on the east coast and Fort Myers

10:10:43 2    on the west coast.

10:10:44 3    Q.      And why is it based in Clewiston, Florida?

10:10:48 4    A.      That's somewhat central to our landholdings.

10:10:52 5    Q.      Now, can you explain to me how the sugarcane -- how

10:10:59 6    sugar -- explain to me how sugarcane goes from a plant in

10:11:03 7    the ground to those white granules that I poured into my

10:11:07 8    coffee this morning?

10:11:08 9    A.      Certainly.  I thank you for that.  But we grow

10:11:14 10   sugarcane which is a grass botanical and it forms a stalk

10:11:18 11   about ten feet high after growing about fourteen to

10:11:22 12   fifteen months.  We cut that with a combine and it's chopped

10:11:26 13   into about eighteen inches sections, transport that to the

10:11:31 14   raw sugar mill by rail where it's unloaded and crushed in

10:11:38 15   giant rollers and then we wash that crushed stalk six times

10:11:42 16   which extraction the juice that has the sugar in it.  Then

10:11:46 17   that juice is boiled and concentrated and boiled and

10:11:52 18   concentrated, when it's really gelatinous and think, we

10:11:56 19   crystalize it.  We take those crystals and put them a

10:11:59 20   centrifugal which will spin two tons, it's like a giant

10:12:04 21   clothes dryer, it will spin out the molasses.  And then that

10:12:08 22   product is shipped over to the refinery where the crystal is

10:12:12 23   remelted and filtered, more molasses is spun out then it's

10:12:20 24   recrystalized.  Then we put the crystals into a giant tower

10:12:24 25   and sift them out to different grain sizes because some

Buker - direct

10:12:28 1   customers have grain size specifications, and then from

10:12:32 2   there it either goes out in bulk or it's package in various

10:12:36 3   package sizes.

10:12:38 4   Q.    Who sells the refined sugar that you just described

10:12:42 5   being made?

10:12:43 6   A.    United Sugars agricultural cooperative.

10:12:47 7   Q.    Why doesn't US Sugar sell its own sugar?

10:12:51 8   A.    We're an operating company.  Sales is not in our

10:12:55 9   corporate DNA at all.  But secondly, it is far more

10:13:01 10  efficient to sell through a cooperative.

10:13:03 11  Q.    Does US Sugar decide to whom United sells the refined

10:13:08 12  sugar that US Sugar produces?

10:13:10 13  A.    Not at all.

10:13:10 14  Q.    Does US Sugar set the price that United must sell its

10:13:15 15  sugar for?

10:13:16 16  A.    Not at all.

10:13:16 17  Q.    Who decides how much sugarcane US Sugar grows each

10:13:21 18  year?

10:13:22 19  A.    The management team led by me.

10:13:25 20  Q.    Is there -- how does the allocation fit into that

10:13:30 21  step?

10:13:30 22  A.    The USDA sets a domestic allocation for each domestic

10:13:37 23  producer and we cannot sell into the U.S. food market any

10:13:42 24  more sugar than is in our allocation.

10:13:45 25  Q.    How is US Sugar compensated for the refined sugar

Buker - direct

10:13:49  1    that United sells on its behalf?

10:13:51  2    A.      All the sugar from the various members of United is

10:13:56  3    pooled, so there is a -- and the revenue is pooled.  So

10:14:01  4    there is a revenue number.  And from that is subtracted the

10:14:06  5    pooled costs which includes overhead, sales, bad debts,

10:14:11  6    break, everything, and then that comes to a net number which

10:14:14  7    we call the net selling price.  And then my -- at US Sugar

10:14:19  8    our portion of that is the amount of sugar that we produced

10:14:22  9    that year over the denominator which is all the sugar that

10:14:29 10    United had that year, we get that percentage.

10:14:32 11    Q.      So if I understand what you're saying, each of the

10:14:35 12    members gets the same net selling price, but if US Sugar

10:14:40 13    produces more sugar, it's going to get more of that net

10:14:44 14    selling price, is that fair?

10:14:46 15    A.      That is correct.

10:14:48 16            THE COURT:  Can I ask one question?  When you

10:14:50 17    say the allocation is producers, is that growers?

10:14:56 18            THE WITNESS:  No, a producer of raw sugar mill,

10:15:04 19    so it may be a grower, it may not.  And for the beets, it's

10:15:08 20    their beet refineries, so it goes to the factories that

10:15:12 21    process the agricultural product.

10:15:12 22    Q.      Let me see if I can clarify.  Could you give us

10:15:16 23    examples of the companies that you understand receive

10:15:22 24    allocation from the USDA?

10:15:22 25    A.      In our case we have one, and it supports our cane and

Buker - direct

10:15:30 1    our independent grower's cane and then in Florida there is a

10:15:34 2    company called two if Sugarcane Growers Cooperative of

10:15:39 3    Florida it has an allocation but it's owned by the farmers.

10:15:43 4         Another one you heard, I understand testimony

10:15:44 5    from Michigan Sugar it's the same thing, it's a beet

10:15:48 6    cooperative owned by their farmers and it has an allocation.

10:15:52 7         THE COURT:   Okay.   That helps, thank you.

10:15:54 8  Q.      Now in this case the government has stated that

10:15:57 9    United operates a refinery in Clewiston, Florida.   Is that

10:16:02 10   correct?

10:16:02 11 A.      No.

10:16:03 12 Q.      Who operates the refinery in Clewiston, Florida?

10:16:06 13 A.      US Sugar, we do.

10:16:08 14 Q.      And in this case, the government has repeatedly

10:16:11 15   contended that United is the entity that for all intensive

10:16:17 16   purposes is acquiring Imperial.   What's your response to

10:16:20 17   that?

10:16:20 18 A.      I would like justice to call my bankers and tell them

10:16:24 19   that.   But the answer is no, it is US Sugar.

10:16:28 20 Q.      Now, does US Sugar currently grow more sugarcane than

10:16:34 21   it's able to process?

10:16:35 22 A.      Yes.

10:16:35 23 Q.      And what happens to the sugarcane that US Sugar can't

10:16:40 24   process?

10:16:40 25 A.      We sell it to the other raw sugar mills in Florida.

Buker - direct

Q.      And do those mills turn the sugarcane into raw sugar and sell that?

A.      They do.

Q.      Approximately how much sugarcane does US Sugar sell to third-party mills each year?

A.      It depends on the size of the crop, but it's between 750,000 to 1,500,000 tons of sugarcane a year goes to the other raw sugar mills.

Q.      Could US Sugar's facility at Clewiston refine the additional raw sugar milled by those third-party mills?

A.      No.

Q.      Why not?

A.      We are already operating at above nameplate capacity and we have to run it full out.

Q.      Does US Sugar seek to maximize its refined sugar output?

A.      Absolutely.

Q.      And why does US Sugar seek to maximize its refined sugar output?

A.      We are a highly fixed costs business, and by that what I mean is it cost me almost the same whether I make a hundred pounds or a million pounds of sugar, because so many of those costs you just have to spend like when you farm an acre, you spend, the tractor goes through it whether you get one stock of cane or a million.  So to lower the unit costs,

Buker - direct

10:18:00 1    I need as many units being made as possible.  And then that

10:18:04 2    increases profitability.

10:18:06 3    Q.    So what would happen if US Sugar reduced its output

10:18:10 4    of refined sugar?

10:18:12 5    A.    It would be devastating economically because our unit

10:18:15 6    costs of what we did produce would just skyrocket.

10:18:21 7    Q.    And why do you believe they would skyrocket?

10:18:26 8    A.    We see that happen when like this year we've had a

10:18:29 9    freeze, and we didn't make quite as much sugar as we should

10:18:33 10   have and our costs just go through the roof.

10:18:36 11   Q.    Now, since you have become the CEO of US Sugar,

10:18:40 12   what's happened to US Sugar's refined sugar output?

10:18:44 13   A.    Approximately doubled our output.

10:18:46 14   Q.    And what has US Sugar done to increase its refined

10:18:51 15   sugar output during your tenure?

10:18:53 16   A.    Well, the first thing I did was put the right people

10:18:55 17   in, like Neil Smith runs our manufacturing operations, but

10:18:59 18   then we put in operational excellence and maintenance

10:19:05 19   excellence where we seek to increase the daily average of

10:19:02 20   what's going on, we measure everything, so it's  worked.

10:19:11 21   Q.    Why is US Sugar acquiring Imperial?

10:19:17 22   A.    There is a number of reasons.  And not in order of

10:19:21 23   significance, just in the order in which I remember them.

10:19:24 24   But one is as you've mentioned we produce more sugarcane

10:19:31 25   than we can process.  And right now, I'm only getting the

Buker - direct

10:19:35 1   agricultural profits.  But if I own another refinery, then I

10:19:41 2   can acquire that raw sugar and refine it myself and I pick

10:19:44 3   up two of the three buckets of profits, the AG profits and

10:19:49 4   the refining, I won't have the raw sugar.

10:19:51 5   Q.     Let me just stop there to make sure I understand.  So

10:19:54 6   what you're saying, is you have the -- you grow the sugar,

10:19:58 7   you grow the sugarcane so that's one part of it?

10:20:01 8   A.     Yes.

10:20:01 9   Q.     And then you have to sell it to the mill because you

10:20:08 10  don't have any more milling capacity, is that correct?

10:20:10 11  A.     That's correct.

10:20:11 12  Q.     Okay.  But then if you own Imperial, now you can buy

10:20:16 13  it back from the mills and refine it in Port Wentworth?

10:20:21 14  A.     That is correct.

10:20:21 15  Q.     I'm sorry I interrupted you.

10:20:24 16  A.     Other reasons, Imperial makes products that we do not

10:20:29 17  including brown and powdered sugar.  I think that's very

10:20:32 18  good.  I also since we're highly fixed costs, I can spread

10:20:37 19  my overhead.  Right now Louis Dreyfus charges Imperial 5

10:20:42 20  million a year for overhead, and we can do it a lot cheaper,

10:20:47 21  because we won't need to add very many people, we can fold

10:20:51 22  it right in, that will lower the costs at Wentworth, but

10:20:56 23  also lower the cost at Clewiston, so those are some of the

10:21:00 24  reasons we want to do it.

10:21:01 25         It's also a hedge against weather.  We're a farm

Buker - direct

10:21:05 1    in hurricane alley and like this year we sometimes have

10:21:09 2    winter freezes and we've already sold a lot of that sugar

10:21:12 3    with customer commitments and then if your crop gets hurt,

10:21:16 4    we can't cover it.

10:21:17 5            If I had Wentworth, which goes on imported sugar

10:21:21 6    a lot of it, we could cover our problems once we had a

10:21:26 7    weather phenomenon, so that's another good reason.  And also

10:21:32 8    in the Farm Bill, twice in modern history the Congress has

10:21:36 9    not renewed the Farm Bill.  When that happens, a port

10:21:40 10   refinery which imports raw sugar is a much better economic

10:21:46 11   situation than growing it here in the United States.

10:21:50 12   Q.    Could you please turn to JTX 34 in your binder, sir.

10:21:58 13   A.    All right.

10:21:59 14   Q.    And JTX 34, this is -- could you tell us what this

10:22:04 15   is?

10:22:05 16   A.    This looks like it is pages from a report that I made

10:22:10 17   to the board of directors on the Imperial acquisition.

10:22:15 18           MR. BUTERMAN:  Your Honor, I don't believe there

10:22:17 19   are any objections, and we would ask to move JTX 34 into

10:22:22 20   evidence.

10:22:22 21           MR. NIERLICH:  No objection, Your Honor.

10:22:24 22           THE COURT:  Thank you.  It's admitted.

10:22:28 23           (JTX Exhibit No. 34 was admitted into evidence.)

10:22:29 24   BY MR. BUTERMAN:

10:22:29 25   Q.    Now, Mr. Buker, does US Sugar have an agreement with

774

Buker - direct

10:22:34 1    any of those third-party mills that you mentioned a few

10:22:38 2    moments ago to acquire the raw sugar produced from

10:22:41 3    sugarcane?

10:22:42 4    A.      We do.

10:22:43 5    Q.      Which -- how many -- with which entities do you have

10:22:52 6    an agreement?

10:22:53 7    A.      We have an agreement with the Sugarcane Growers

10:22:58 8    Cooperative of Florida.

10:22:58 9    Q.      And what will that agreement entail?

10:23:01 10   A.      Well, it entails that I can shift all of my excess

10:23:08 11   cane there, and it entails the method that they will pay us

10:23:13 12   for that cane which is their standard method, but then it

10:23:16 13   gives me the right to buy all of the raw sugar produced from

10:23:19 14   that cane at a standing price.

10:23:23 15   Q.      At a more general level, does this transaction

10:23:27 16   provide US Sugar with the opportunity to be able to refine

10:23:31 17   all of the sugarcane that it grows?

10:23:33 18   A.      Yes.

10:23:34 19   Q.      And that's not currently happening, correct?

10:23:36 20   A.      No, it is not.

10:23:37 21   Q.      And about how much raw sugar produced from US Sugar's

10:23:42 22   sugarcane does US Sugar anticipate being able to send to

10:23:42 23   Port Wentworth?

10:23:42 24   A.      Again, it depends on the crop and the weather

10:23:51 25   conditions, but somewhere between one-and-a-half and three

Buker - direct

10:23:54 1    million hundredweight.

10:23:56 2    Q.       To your knowledge, does Imperial currently grow any

10:24:01 3    sugarcane itself?

10:24:02 4    A.       No, it does not.

10:24:03 5    Q.       And do you know where Imperial sources the raw sugar

10:24:06 6    that it uses to produce refined sugar?

10:24:09 7    A.       Yes.  They buy some from domestic raw sugar

10:24:15 8    producers.  They buy others from producers who have import

10:24:20 9    rights under NAFTA, those would be Mexican sugar producers.

10:24:24 10   And then they buy sugar from producers on the forty

10:24:28 11   countries on the world market that have rights under the

10:24:30 12   Farm Bill to import raw sugar.

10:24:34 13   Q.       Will US Sugar's ability to use raw sugars milled from

10:24:40 14   its own sugarcane at Port Wentworth, allow Port Wentworth to

10:24:45 15   operate better in your view?

10:24:46 16   A.       In my opinion, yes.

10:24:47 17   Q.       And how so?

10:24:48 18   A.       It will give us a known secured base of raw materials

10:24:55 19   but then you can be a little more opportunistic on buying

10:25:00 20   the rest which means hopefully you can get it at an

10:25:02 21   advantageous price.

10:25:02 22   Q.       Now assuming the transaction is allowed to close,

10:25:02 23   will the Port Wentworth facility be less dependent on

10:25:12 24   foreign raw sugar imports than it is today?

10:25:12 25   A.       Somewhat.

Buker - direct

10:25:16  1    Q.       And does US Sugar increase capacity utilization

10:25:22  2    though Imperial?

10:25:22  3    A.       Yes.

10:25:23  4    Q.       How so?

10:25:24  5    A.       Well, we did it at Clewiston, we had a 1931 old

10:25:31  6    facility and we renovated it and got through putting it up,

10:25:37  7    we would apply the same people and the same processes there.

10:25:41  8    Q.       Now, how much refined sugar does US Sugar plan to

10:25:45  9    produce at the Port Wentworth facility?

10:25:48 10    A.       17-and-a-half million hundredweight.

10:25:52 11    Q.       And does US Sugar currently produce enough sugarcane

10:25:56 12    so that it could provide all the raw sugar needed to supply

10:26:01 13    the Port Wentworth facility?

10:26:03 14    A.       No.

10:26:04 15    Q.       Where will US Sugar cane get the additional raw sugar

10:26:08 16    it will require to run the Port Wentworth facility at the

10:26:11 17    expected production level?

10:26:13 18    A.       The same places that Imperial does now, from other

10:26:19 19    raw producers in the U.S., from those that import under

10:26:24 20    NAFTA which again will be primarily Mexican sugar factors

10:26:29 21    and then from other foreign sugar factors in those foreign

10:26:34 22    countries that have the USDA rights to import.

10:26:37 23             THE COURT:  You said that you plan to produce

10:26:39 24    seven-and-a-half million hundredweight there, right?

10:26:45 25             THE WITNESS:  17-and-a-half.

Buker - direct

10:26:45  1        THE COURT:  17-and-a-half hundredweight.  Do you

10:26:48  2    know how much they currently produce?

10:26:50  3        THE WITNESS:  At a peak, but I'm talking

10:26:52  4    something very different.  I'm talking steady state, I think

10:26:55  5    if they had a great year, they would do fifteen.  But we're

10:26:59  6    all so highly fixed cost, that's a huge increase,

10:27:03  7    economically.

10:27:06  8        THE COURT:  And you're saying you want to do it

10:27:08  9    steadily year after year whereas they're up and down?

10:27:12  10       THE WITNESS:  That is correct.

10:27:14  11   Q.    Now, is the USDA involved in determining the amount

10:27:17  12   of raw sugar that may be imported into the United States?

10:27:21  13   A.    Yes.

10:27:21  14   Q.    And does US Sugar advocate for whether the USDA

10:27:29  15   should take actions regarding sugar imports?

10:27:32  16   A.    Yes.

10:27:33  17   Q.    Why does you mean US Sugar advocate before the USDA

10:27:38  18   regarding imports?

10:27:39  19   A.    Because the amount of imports vary directly changes

10:27:42  20   the price of sugar.

10:27:47  21   Q.    If US Sugar acquires the Port Wentworth facility,

10:27:52  22   will US Sugar continue to advocate for additional imports of

10:27:57  23   raw sugar?

10:27:57  24   A.    Yes.

10:27:57  25   Q.    Why?

Buker - direct

10:27:58 1    A.      Because we need to supply the Port Wentworth

10:28:03 2    facility.   And it needs to run at full capacity.

10:28:06 3    Q.      If the USDA increases the amount of raw sugar that

10:28:10 4    may be imported, will that increase the supply of raw sugar

10:28:15 5    that's available to the full market?

10:28:17 6    A.      Yes.

10:28:18 7    Q.      Now, do you know what United's other members think

10:28:23 8    about US Sugar's advocacy in favor of more foreign imports?

10:28:29 9    A.      They don't like it.

10:28:30 10   Q.      And why is that?

10:28:31 11   A.      Because it lowers the price.

10:28:38 12   Q.      Would you say that this is an example of how your

10:28:41 13   incentives may not match up with the incentives of the other

10:28:46 14   United members?

10:28:47 15   A.      That is correct.

10:28:49 16   Q.      Now, Mr. Buker, the government contends that US

10:28:53 17   Sugar's acquisition of Imperial is going to lead to higher

10:28:56 18   prices for customers in an area that they've defined as the

10:29:00 19   southeast.   What's your response to that?

10:29:01 20   A.      Respectfully, I don't think they understand the sugar

10:29:02 21   market.

10:29:02 22   Q.      Why do you say that?

10:29:02 23   A.      Well, when we increase the throughput and it will

10:29:11 24   lower prices.   I mean, just more supply always lowers

10:29:11 25   prices.   And since that, you know, our factory and

Buker - cross

10:29:26  1    Imperial's factory are south of the Mason Dixon Line it

10:29:30  2    first lowers it in that area but then it will be everywhere.

10:29:33  3    Q.      And why do you say it will be everywhere?

10:29:36  4    A.      We sell everywhere.

10:29:38  5    Q.      And by we, you mean United sells everywhere?

10:29:41  6    A.      Yes, I mean United and it's more supply in the market

10:29:44  7    and the market looks at this nationally, the buyers and

10:29:47  8    everyone else.

10:29:49  9              MR. BUTERMAN:  Thank you.  I have no further

10:29:51 10    questions.

10:29:51 11              THE COURT:  Thank you.  Cross-exam.

10:29:57 12              MR. NIERLICH:  Your Honor, good morning.  George

10:29:59 13    Nierlich for the United States.  May I proceed?

10:30:01 14              THE COURT:  Please.

10:30:01 15                  CROSS-EXAMINATION

10:30:01 16    BY MR. NIERLICH:

10:30:02 17    Q.      Mr. Buker, good to see you again.  Good morning.

10:30:06 18    A.      Good morning.

10:30:06 19    Q.      Before we begin, thank you for your service.  I also

10:30:09 20    wanted to check, did you receive a binder from us?

10:30:12 21    A.      I don't think so.

10:30:14 22              MR. NIERLICH:  Your Honor, may I approach to

10:30:17 23    provide the binder?

10:30:32 24    Q.      Mr. Buker, you have been a member of the United

10:30:36 25    Sugars board of directors since 2005, right?

Buker - cross

10:30:39 1    A.      Yes.

10:30:39 2    Q.      You're also a member of the executive committee of

10:30:43 3    United Sugars, right?

10:30:44 4    A.      Yes.

10:30:45 5    Q.      United, not US Sugar, makes the arrangements to

10:30:49 6    transport US Sugar's granulated sugar to customers, right?

10:30:54 7    A.      Correct.

10:30:54 8    Q.      Customers provide the specifications for granulated

10:30:59 9    sugars to United, not to US Sugar, correct?

10:31:01 10   A.      Correct.

10:31:03 11   Q.      I want to turn briefly to your role in negotiations

10:31:06 12   to acquire Imperial.  Mr. Buker, United negotiated

10:31:11 13   unsuccessfully to buy Imperial before US Sugar began

10:31:15 14   negotiating with Imperial; is that right?

10:31:16 15   A.      That is correct.

10:31:18 16   Q.      You participated in United's negotiations with

10:31:22 17   Imperial, right?

10:31:23 18   A.      That is correct.

10:31:24 19   Q.      As one of the four CEOs of the United member firm,

10:31:28 20   you were responsible for oversight of the negotiations on

10:31:33 21   behalf of United, right?

10:31:33 22   A.      Right.

10:31:34 23   Q.      Ultimately United didn't go forward with an

10:31:37 24   acquisition of Imperial because the gap between what United

10:31:40 25   offered and Imperial demanded was just too big, right?

Buker - cross

10:31:44 1    A.      Yes.

10:31:44 2    Q.      After United discontinued negotiations, you led

10:31:48 3    negotiations with Imperial on behalf of US Sugar, right?

10:31:51 4    A.      Yes.

10:31:52 5    Q.      But you also provided updates concerning US Sugar's

10:31:57 6    negotiations with Imperial to the United executive

10:32:00 7    committee, right?

10:32:01 8    A.      Yes.

10:32:02 9    Q.      Mr. Buker, if you could turn in your binder to the

10:32:04 10   tab marked PTX 494.  Mr. Buker, these are the minutes of the

10:32:25 11   executive committee's meeting?

10:32:25 12   A.      Yes.

10:32:25 13   Q.      And you attended this meeting?

10:32:28 14   A.      Yes.

10:32:30 15           MR. NIERLICH:  Plaintiff requests to admit PTX

10:32:33 16   494 into evidence.

10:32:34 17           MR. BUTERMAN:  No objection, Your Honor.

10:32:35 18           THE COURT:  It's admitted.

10:32:35 19           (PTX Exhibit No. 494 was admitted into

10:32:35 20   evidence.)

10:32:35 21   BY MR. NIERLICH:

10:32:37 22   Q.      Mr. Buker, if you could please turn to page 3.

10:32:40 23   A.      All right.

10:32:42 24   Q.      You provided an update on Project Seine 2.0 to other

10:32:47 25   members of the United executive committee, is that right?

Buker - cross

| | |
|---|---|
| 10:32:54 | 1 |
| 10:32:55 | 2 |
| 10:33:00 | 3 |
| 10:33:02 | 4 |
| 10:33:03 | 5 |
| 10:33:06 | 6 |
| 10:33:07 | 7 |
| 10:33:11 | 8 |
| 10:33:25 | 9 |
| 10:33:26 | 10 |
| 10:33:30 | 11 |
| 10:33:33 | 12 |
| 10:33:33 | 13 |
| 10:33:40 | 14 |
| 10:33:42 | 15 |
| 10:33:47 | 16 |
| 10:33:50 | 17 |
| 10:33:51 | 18 |
| 10:33:51 | 19 |
| 10:33:52 | 20 |
| 10:33:54 | 21 |
| 10:33:54 | 22 |
| 10:33:55 | 23 |
| 10:34:02 | 24 |
| 10:34:07 | 25 |

A.      Yes.

Q.      And Project Seine 2.0 refers to US Sugar's effort to acquire Imperial; right?

A.      Yes.

Q.      And you provided this update during a recess?

A.      Yes.

Q.      Set that aside, Mr. Buker.  Let's turn to a few documents you signed.  Can you turn to the tab PTX 304.

A.      All right.

Q.      Sir, is plaintiffs Exhibit 304 the Asset Purchase Agreement by which US Sugar would acquire Imperial?

A.      Yes.

Q.      Did you sign this document?  Refer to page 117 if you would like to confirm that?

A.      Thank you.  Yes.

        MR. NIERLICH:  Plaintiff request to admit PTX 304 into evidence, Your Honor.

        MR. BUTERMAN:  No objection.

        THE COURT:  It's admitted.

        (PTX Exhibit No. 304 was admitted into evidence.)

BY MR. NIERLICH:

Q.      Mr. Buker, please turn to the tab JTX 040.

A.      All right.

Q.      Mr. Buker, is JTX 040 the amended and restated

10:34:12 1    uniformed member sugar marketing agreement between United

10:34:16 2    Sugars and U.S. Sugar Corporation dated September 20, 2007?

10:34:21 3    A.     Yes.

10:34:21 4    Q.     Did you sign this document?  Refer to page 16 if you

10:34:26 5    would like to confirm.

10:34:27 6    A.     All right.  Yes.

10:34:33 7              MR. NIERLICH:  Your Honor, plaintiff request to

10:34:35 8    admit JTX 040 into evidence.

10:34:38 9              MR. BUTERMAN:  No objection.

10:34:39 10             THE COURT:  It's admitted.

10:34:40 11             (JTX Exhibit No. 040 was admitted into

10:34:41 12   evidence.)

10:34:41 13   BY MR. NIERLICH:

10:34:42 14   Q.     Mr. Buker, please turn to the next tab, 041.

10:34:46 15   A.     All right.

10:34:46 16   Q.     Is this document an April 20th, 2021, amendment to

10:34:50 17   the marketing agreement between US Sugar and United, the

10:34:54 18   document we were just looking at JTX 040?

10:34:57 19   A.     Yes.

10:34:58 20   Q.     Did you sign this document?  Page 9?

10:35:04 21   A.     Yes.

10:35:07 22             MR. NIERLICH:  Your Honor, plaintiff request to

10:35:10 23   admit JTX 041 into evidence.

10:35:12 24             MR. BUTERMAN:  No objection.

10:35:12 25             THE COURT:  Thank you.  It's admitted.

Buker - cross

10:35:14  1            (JTX Exhibit No. 041 was admitted into

10:35:16  2   evidence.)

10:35:16  3   BY MR. NIERLICH:

10:35:17  4   Q.     Mr. Buker, this amendment, JTX 041, was designed to

10:35:21  5   compensate US Sugar in connection the Imperial acquisition,

10:35:26  6   is that correct?

10:35:26  7   A.     Yes.

10:35:27  8   Q.     Mr. Buker, you testified a few minutes ago concerning

10:35:30  9   some of the reasons for US Sugar's acquisition of Imperial

10:35:34 10   and talked a little bit about excess sugarcane, is that

10:35:38 11   right?

10:35:38 12   A.     Yes.

10:35:39 13   Q.     And one thing you stated was that US Sugar currently

10:35:42 14   delivers 750,000 to 1.5 million tons of excess cane to other

10:35:47 15   mills; is that correct?

10:35:48 16   A.     Yes.

10:35:48 17   Q.     How does that compare to the total tons of cane

10:35:53 18   produced by US Sugar and the independent farmers delivering

10:35:58 19   cane to US Sugar?

10:35:59 20   A.     The cane that is delivered to US Sugar is

10:36:02 21   eight-and-a-half million tons.

10:36:02 22   Q.     So it's somewhere around 10, 15 percent of the excess

10:36:11 23   cane?

10:36:12 24   A.     Yeah, I would think that's reasonable.

10:36:12 25   Q.     Mr. Buker, if you could please turn to the tab PTX

Buker - cross

10:36:21 1   509.

10:36:29 2   A.     All right.

10:36:30 3   Q.     Mr. Buker, plaintiff's Exhibit 509 is a set of

10:36:34 4   materials provided by US Sugar to the US Sugar board of

10:36:37 5   directors in June of 2021?

10:36:39 6   A.     Yes.

10:36:41 7             MR. NIERLICH:  Your Honor, plaintiff request to

10:36:43 8   admit plaintiffs Exhibit 509 into evidence.

10:36:46 9             MR. BUTERMAN:  No objection.

10:36:46 10            THE COURT:  Thank you.  It's admitted.

10:36:48 11            (PTX Exhibit No. 509 was admitted into

10:36:48 12   evidence.)

10:36:48 13   BY MR. NIERLICH:

10:36:49 14   Q.     Mr. Buker, please turn to slide 9 of that

10:36:53 15   Exhibit 509.

10:36:56 16   A.     How do I know what page is slide 9?  Slide 9 on our

10:37:01 17   numbering.  Fine, I'm there.

10:37:03 18   Q.     Thank you, sir.

10:37:04 19            The chart in the upper left of slide 9 of PTX

10:37:07 20   509 shows tons of cane produced by US Sugar and the

10:37:12 21   independent farmers delivering cane to US Sugar for 2018,

10:37:16 22   2019, and 2020, is that correct?

10:37:18 23   A.     Yes.

10:37:18 24   Q.     And it shows the portion that is excess cane versus

10:37:22 25   that which was milled at US Sugar's facility in Clewiston?

10:37:26 1   A.      Yes.

10:37:26 2   Q.      And those figures are accurate?

10:37:28 3   A.      Yes.  Well, as accurate as an estimate can be.

10:37:33 4   Q.      Well, we are referring to historical figures?

10:37:36 5   A.      The historical figures are accurate.

10:37:37 6   Q.      Thank you, sir.

10:37:38 7           US Sugar does not have any specific plans to

10:37:41 8   increase the amount of sugarcane that US Sugar grows in the

10:37:45 9   next three years, correct?

10:37:50 10  A.      There will be small amounts of cane coming on to

10:37:55 11  production that we haven't yet harvesting, but there are no

10:37:59 12  major plans.

10:38:00 13  Q.      And US Sugar does not have any plans to increase the

10:38:03 14  amount of sugarcane acquired from independent growers in the

10:38:07 15  next three years; is that correct?

10:38:09 16  A.      That is correct.

10:38:11 17  Q.      Mr. Buker, you talked a little about what happens to

10:38:15 18  that excess cane a few minutes ago.  US Sugar currently

10:38:21 19  delivers sugarcane to three other mills in Florida, is that

10:38:24 20  correct?

10:38:24 21  A.      That's correct.

10:38:24 22  Q.      And those mills process the cane into raw sugar, is

10:38:27 23  that correct?

10:38:27 24  A.      That's correct.

10:38:28 25  Q.      And those mills sell the raw sugar to a refiner like

Buker - cross

10:38:31 1    **ASR?**

10:38:32 2    A.      **That is correct.**

10:38:33 3    Q.      **That will change if US Sugar completes the**

10:38:36 4    **acquisition of Imperial, right?**

10:38:37 5    A.      **Yes.**

10:38:38 6    Q.      **One of the mills US Sugar sells extra cane to is**

10:38:42 7    **operated by the Sugar Cane Growers Cooperative, correct?**

10:38:46 8    A.      **That's correct.**

10:38:46 9    Q.      **And US Sugar has an ownership interest in the Sugar**

10:38:51 10   **Cane Growers Cooperative through US Sugar's wholly owned**

10:38:54 11   **subsidiary South Bay Growers, right?**

10:38:57 12   A.      **That is correct.**

10:38:58 13   Q.      **Sir, if you could turn to tab DTX 514, please.**

10:39:16 14   A.      **All right.**

10:39:18 15   Q.      **Defendant Exhibit 514 is an agreement between U.S.**

10:39:22 16   **Sugars wholly owned subsidiary South Bay Growers and the**

10:39:25 17   **Sugarcane Growers Cooperative, right?**

10:39:28 18   A.      **Yes.**

10:39:28 19   Q.      **Is this the agreement with the Sugarcane Growers**

10:39:32 20   **Cooperative that you were describing a few minutes ago?**

10:39:34 21   A.      **Let me look a minute.**

10:39:40 22            **Yes.**

10:39:41 23   Q.      **This agreement provides certain rights to US Sugar to**

10:39:42 24   **acquire raw sugar from the mill operated by SCGC, right?**

10:39:42 25   A.      **Yes.**

Buker - cross

10:39:51  1              MR. NIERLICH:  Your Honor, plaintiff request to

10:39:53  2      admit exhibit DTX 514 into evidence.

10:39:56  3              MR. BUTERMAN:  No objection.

10:39:57  4              THE COURT:  Thank you.  It's admitted.

10:39:57  5              (DTX Exhibit No. 514 was admitted into

10:39:59  6      evidence.)

10:39:59  7      BY MR. NIERLICH:

10:39:59  8      Q.    Mr. Buker, the raw sugar from Sugar Cane Growers

10:39:59  9      Cooperative won't be sufficient to fully supply the Savannah

10:40:04 10      refinery in the event this transaction is completed,

10:40:06 11      correct?

10:40:07 12      A.    That is correct.

10:40:07 13      Q.    So even if US Sugar acquires the Savannah refinery,

10:40:13 14      that refinery would still need to import raw sugar, right?

10:40:13 15      A.    Correct.

10:40:14 16      Q.    US Sugar signed the Asset Purchase Agreement to

10:40:19 17      acquire Imperial's Savannah refinery in March 2021, right?

10:40:23 18      A.    Yes.

10:40:23 19      Q.    You wrote to the Secretary of Agriculture the next

10:40:26 20      month to state that US Sugar will support raw sugar imports,

10:40:30 21      right?

10:40:30 22      A.    Yes.

10:40:31 23      Q.    Sir, if you could turn to exhibit PTX 229.

10:40:40 24      A.    All right.

10:40:41 25      Q.    Mr. Buker, are the second and third pages of

Buker - cross

10:40:44 1    plaintiff's Exhibit 229 a letter that you sent to the

10:40:47 2    Secretary of Agriculture dated April 27th, 2021?

10:40:52 3    A.      Yes.

10:40:54 4              MR. NIERLICH:  Your Honor, plaintiff request to

10:40:56 5    admit Plaintiff Exhibit 229 into evidence.

10:40:58 6              MR. BUTERMAN:  No objection.

10:40:58 7              THE COURT:  Thank you.  It's admitted.

10:40:58 8              (PTX Exhibit No. 229 was admitted into

10:41:00 9    evidence.)

10:41:00 10   BY MR. NIERLICH:

10:41:01 11   Q.      Mr. Buker, if you could turn to the second page of

10:41:03 12   that document which is the first page of your letter, and

10:41:07 13   the second paragraph.  Is it correct that you wrote the

10:41:12 14   following sentence to the Secretary of Agriculture:  "In

10:41:16 15   addition, going forward, US Sugar will continue to support

10:41:21 16   robust raw sugar imports because it will need large amounts

10:41:25 17   of imported raw sugar to operate the Port Wentworth facility

10:41:29 18   like Imperial Sugar does today."

10:41:32 19   A.      Yes.

10:41:34 20   Q.      Mr. Buker, was that the first time that you had

10:41:36 21   advocated for more raw sugar imports?

10:41:39 22   A.      To the best of my recollection.

10:41:42 23   Q.      Mr. Buker, you testified briefly concerning increases

10:41:46 24   to Imperial's production or the production at the Port

10:41:50 25   Wentworth refinery.  Would you agree with me that you are

Buker - cross

10:41:53  1   not qualified to analyze the conditions of the equipment at

10:41:57  2   Imperial's Port Wentworth facility?

10:42:05  3   A.      Not entirely, no.

10:42:10  4   Q.      What do you mean by that, sir?

10:42:13  5   A.      Well, I am not qualified to make a precise

10:42:18  6   estimation, I'm experienced enough to know what general

10:42:22  7   condition of a sugar factory is.

10:42:25  8   Q.      Sir, do you recall having your deposition taken about

10:42:33  9   two months ago?

10:42:34 10   A.      Yes.

10:42:34 11   Q.      Can you turn to the last tab in your binder,

10:42:40 12   page 187, please?

10:42:40 13   A.      Yes.  What page do you want me at.

10:42:49 14   Q.      187, starting at the very bottom, line 25.

10:43:00 15   A.      All right.

10:43:01 16   Q.      Sir, do you see I asked you starting at 187:25, I

10:43:05 17   asked you the question, overall how would you compare the

10:43:08 18   condition of equipment at Imperial's Port Wentworth facility

10:43:11 19   with the condition of equipment at US Sugar's Clewiston

10:43:15 20   refinery.  You answered, I would not.  I then asked you, you

10:43:20 21   would not compare them.  And you responded, I'm not

10:43:22 22   qualified.  Do you see that, sir?

10:43:24 23   A.      That's true, I didn't compare them to US Sugar.  But

10:43:26 24   if you ask me like you just did, can you tell me what the

10:43:32 25   conditions are, I would say precisely no, but I can tell you

Buker - cross

10:43:38  1    from general conditions.

10:43:40  2    Q.      Sir, US Sugar hasn't committed to any specific plans

10:43:44  3    for the Port Wentworth facility if the transaction closes,

10:43:48  4    correct?

10:43:48  5    A.      That is correct.

10:43:49  6    Q.      Sir, is Elaine Wood, US Sugar's CFO, in charge of the

10:43:58  7    financial analysis of U.S. Sugar's acquisition of Imperial?

10:44:02  8    A.      Yes.

10:44:02  9    Q.      Including any synergy analysis performed by US Sugar?

10:44:06 10    A.      Yes.

10:44:10 11    Q.      Mr. Buker, you're generally familiar with the USDA

10:44:14 12    sugar program, right?

10:44:15 13    A.      Yes.

10:44:15 14    Q.      You also describe it as the Farm Bill earlier?

10:44:18 15    A.      Yes.

10:44:19 16    Q.      Does the USDA directly set any prices for domestic

10:44:25 17    raw sugar?

10:44:25 18    A.      No.

10:44:26 19    Q.      Does the USDA directly set any prices for imported

10:44:31 20    raw sugar?

10:44:31 21    A.      No.

10:44:33 22    Q.      Does the USDA control the port of entry for imported

10:44:37 23    raw sugar?

10:44:38 24    A.      No.

10:44:39 25    Q.      Does the USDA directly set the prices at which

Gorrell - direct

10:44:43  1    refined sugar is sold?

10:44:45  2    A.      No.

10:44:48  3                    MR. NIERLICH:  Thank you, Mr. Buker.  Nothing

10:44:51  4    further.

10:44:51  5                    MR. BUTERMAN:  No redirect, Your Honor.

10:44:53  6                    THE COURT:  Thank you, sir.  You are excused.

10:44:54  7    This is a good time for us to take our morning break.

10:44:58  8                    (A brief recess was taken.)

11:02:53  9                    THE COURT:  All right.  Everyone, please be

11:02:56 10    seated.

11:02:57 11                    What's next?

11:02:58 12                    MR. CAMERON:  Good morning, Your Honor.  With

11:03:00 13    Your Honor's permission, defendants call Michael Gorrell to

11:03:08 14    the stand.

11:03:09 15                    THE COURT:  His position?

11:03:11 16                    MR. CAMERON:  Mr. Gorrell is the president and

11:03:13 17    CEO of Imperial Sugar.

11:03:22 18                    COURT CLERK:  Please raise your right hand.

11:03:24 19    Please state and spell your full name for the record.

11:03:26 20                    THE WITNESS:  Michael Gorrell.  M-I-C-H-A-E-L,

11:03:33 21    G-O-R-R-E-L-L.

11:03:42 22                    MR. CAMERON:  Your Honor, may I proceed?

11:03:46 23                    THE COURT:  Please.

11:03:47 24                        DIRECT EXAMINATION

11:03:47 25    BY MR. CAMERON:

Gorrell - direct

11:03:47 1   Q.      Good morning, Mr. Gorrell.

11:03:49 2   A.      Good morning.

11:03:50 3   Q.      Where are you currently employed?

11:03:52 4   A.      I'm employed at Louis Dreyfus Company.

11:03:54 5   Q.      What is your current job title?

11:03:55 6   A.      I am president and CEO of Imperial Sugar Company.

11:03:59 7   Q.      What, if anything, is the relationship between

11:04:01 8   Imperial Sugar and the Louis Dreyfus Company?

11:04:03 9   A.      Imperial Sugar Company is a wholly owned subsidiary

11:04:07 10  of Louis Dreyfus.

11:04:08 11  Q.      How long have you been the president and CEO of

11:04:11 12  Imperial Sugar?

11:04:12 13  A.      Since about August 2012.

11:04:14 14  Q.      How long have you worked in the sugar industry?

11:04:16 15  A.      For about twenty-six years.

11:04:18 16  Q.      Mr. Gorrell, what does the Imperial Sugar Company do?

11:04:21 17  A.      So we refine cane raw sugar at our sugar refinery in

11:04:27 18  Port Wentworth, Georgia, and we market sugar and molasses

11:04:31 19  throughout the United States.

11:04:33 20  Q.      You mentioned the refinery in Port Wentworth.  Does

11:04:35 21  Imperial have any other facilities, sir?

11:04:37 22  A.      We have a bulk transfer liquid melt station in

11:04:41 23  Ludlow, Kentucky outside of Cincinnati.  We also have an

11:04:45 24  administrative office in Sugarland, Texas.

11:04:47 25  Q.      From where does Imperial gets it raw cane sugar that

Gorrell - direct

11:04:51 1     it refines at the Port Wentworth refinery?

11:04:53 2     A.     Well, Imperial, we don't grow any sugarcane ourselves

11:04:56 3     nor do we process sugarcane into raw sugar, so generally

11:05:00 4     over 90 percent of the sugar that we get we have to import.

11:05:04 5     Q.     Does the Port Wentworth refinery generally run at

11:05:09 6     full capacity each year?

11:05:11 7     A.     No.  On average we run about 75 percent capacity but

11:05:15 8     there are some years where we run only 60 to 65 percent.

11:05:18 9     Q.     Can you describe the types of refined sugar products

11:05:21 10    that Imperial sells?

11:05:21 11    A.     We have the standard refined EFG products everybody

11:05:26 12    has been talking about.  We also make brown sugar, powdered

11:05:29 13    sugar, liquid sugar, and some specialty products.

11:05:32 14    Q.     And just to remind everybody what does EFG stand for?

11:05:35 15    A.     Extra fine granulated.

11:05:38 16    Q.     How would you describe the state of the facilities at

11:05:41 17    the Port Wentworth refinery?

11:05:43 18    A.     It really depends on which part of the refinery you

11:05:46 19    look at.  We're still operating some equipment from the

11:05:42 20    1940's, there is some other very old equipment in the

11:05:52 21    refinery.  Unfortunately in 2008 there was a terrible

11:05:57 22    accident that occurred at the refinery, and after that

11:05:59 23    accident the company used the insurance money to rebuild

11:06:02 24    some parts of the refinery.

11:06:04 25    Q.     Aside from the parts of the refinery that were

Gorrell - direct

11:06:07 1    rebuilt after the accident that you referred to, why hasn't

11:06:11 2    Imperial upgraded the parts of the facility that you

11:06:15 3    described as very old?

11:06:16 4    A.      Look, if you go back, the company has been in

11:06:20 5    financial difficulty, it went bankrupt in 2001.  To be

11:06:24 6    honest, the job of multiple CEOs over that period was to

11:06:29 7    sell assets, close assets.  After the accident, the focus

11:06:34 8    was on rebuilding obviously, and then almost immediately it

11:06:37 9    went up for sale again.  And then not long after Louis

11:06:42 10   Dreyfus acquired Imperial we went through some regulatory

11:06:45 11   changes which made the outlook very uncertain for us.

11:06:51 12   Q.      So what is Louis Dreyfus' or Imperial's current

11:06:54 13   approach to capital expenditures at the Imperial Sugar

11:06:54 14   Company?

11:07:00 15   A.      We really just focus on maintenance and what I call

11:07:03 16   stay in business sort of cap ex, in addition to safety,

11:07:06 17   health, environmental, ones with a strong focus on making

11:07:10 18   sure the refinery is safe to operate.

11:07:12 19   Q.      Is safety, health and environmental sometimes called

11:07:17 20   SHE for short?

11:07:17 21   A.      Yes.

11:07:17 22   Q.      And why is it that LDC and Imperial has decided to

11:07:21 23   limit capital expenditures at the Port Wentworth refinery to

11:07:25 24   maintenance plus safety, health and environmental?

11:07:28 25   A.      As I mentioned, there were some regulatory changes

Gorrell - direct

11:07:31  1    that occurred in 2015, and we're in a situation where we are

11:07:35  2    a very high cost producer, our raw sugar costs are very

11:07:40  3    high, our raw sugar costs in any given year make up 70 to

11:07:45  4    80 percent of our total costs.  Due to this, we have such an

11:07:49  5    uncertain future, LDC has been trying to sell this business

11:07:55  6    for over five years now.  That's more than half the time

11:07:58  7    that we have owned it.

11:07:59  8    Q.     Does that situation have any relationship to whether

11:08:01  9    or not it makes sense to invest more money into the business

11:08:04 10    at the present?

11:08:04 11    A.     That's sort of the environment, and it's logical,

11:08:07 12    we're going to do what we can to keep the business open from

11:08:10 13    one year to the next and make sure it's safe for the

11:08:13 14    employees, but it doesn't make a lot of sense to do more

11:08:15 15    than that.

11:08:15 16    Q.     Mr. Gorrell, you mentioned regulatory changes.  Can

11:08:19 17    you describe any regulations that impact Imperial's

11:08:22 18    business?

11:08:22 19    A.     There are quite a lot of regulations around the US

11:08:26 20    Sugar market, but the big ones are the one that affect our

11:08:29 21    raw sugar supply.

11:08:31 22    Q.     And what are the regulations that affect your raw

11:08:34 23    sugar supply?

11:08:34 24    A.     So on one hand you have the US Sugar Program which is

11:08:38 25    managed by the USDA.  On the other hand, you have the U.S.

Gorrell - direct

11:08:43 1   Mexico sugar suspension agreements which are managed by the

11:08:47 2   Department of Commerce, but in very close consultation with

11:08:50 3   USDA.

11:08:52 4   Q.      What is the US Sugar Program that you just mentioned?

11:08:55 5   A.      US Sugar Program is a whole host of regulations.  I

11:08:59 6   think we saw before there is dual mandate, where the primary

11:09:05 7   mandate is that the U.S. government needs to provide price

11:09:08 8   support for the domestic processors of sugarcane and sugar

11:09:12 9   beets in the United States.  And they do that by granting

11:09:15 10  nonrecourse loans and managing the marketplace in such a way

11:09:21 11  that you don't get oversupplied and threaten default against

11:09:27 12  those loans.  The second mandate is very clear, it's to

11:09:30 13  ensure an adequate supply of raw and refined sugar in the

11:09:34 14  United States.

11:09:34 15  Q.      How does the USDA accomplish those two mandates you

11:09:38 16  just described?

11:09:39 17  A.      On the domestic processor front, what it does is

11:09:42 18  issue marketing allocation, the tradeoff is for those

11:09:46 19  non-recourse loans, which provides caps on how much the

11:09:49 20  domestic processors are allowed to sell, generally that can

11:09:52 21  be no lower than minimum 85 percent of the domestic market

11:09:56 22  price.

11:09:56 23          On the import side, the USDA very closely

11:10:02 24  manages the availability of low tier duty or zero duty sugar

11:10:06 25  that can come into the marketplace, anything that comes in

Gorrell - direct

11:10:09 1    above that is subject to the high-tier duty which is very

11:10:13 2    significant costs.

11:10:16 3    Q.      So what impact, if any, does the US Sugar Program

11:10:20 4    have on Imperial?

11:10:21 5    A.      It's two big things.  Number one, raw sugar is 70 to

11:10:26 6    80 percent of our cost base and it makes our cost of raw

11:10:30 7    sugar very, very high relative to the rest of the industry.

11:10:33 8    The other thing that it does is it puts constraints on the

11:10:38 9    amount of imports, generally our average is about 75 percent

11:10:42 10   of capacity, so we can't fully dilute our fixed costs.

11:10:49 11   Q.      How, if at all, does the situation that you just

11:10:52 12   described impact Imperial's ability to compete?

11:10:56 13   A.      The reality is that the domestic, you know, the

11:11:01 14   domestic producers have an enormous head start on us on

11:11:06 15   price.  It's super clear, we can't compete on price with

11:11:11 16   this group of entities.

11:11:12 17   Q.      Now, I would like to show you a document which is in

11:11:15 18   the binder in front of you for the defendants, and it's a

11:11:18 19   document marked Defendants Trial Exhibit 219.  Can you find

11:11:22 20   that in the binder, sir?

11:11:26 21   A.      Yes, I have it here.

11:11:27 22   Q.      Can you describe this document, please, for the

11:11:30 23   Court?

11:11:30 24   A.      So, this is an internal e-mail and it's got a

11:11:34 25   PowerPoint attached to it.

Gorrell - direct

11:11:35 1    Q.      What are the dates of the document?

11:11:37 2    A.      The e-mail is June 4th, 2019, and the PowerPoint is

11:11:41 3    May of 2019.

11:11:43 4    Q.      And did you participate in the creation of the

11:11:46 5    PowerPoint that's attached to this e-mail?

11:11:47 6    A.      Yes, I did.

11:11:49 7            MR. CAMERON:  Your Honor, I would like to move

11:11:51 8    Defendants Trial Exhibit 219 into evidence.  I understand

11:11:54 9    there are no objections.

11:11:55 10           MS. GARRETT:  No objection.

11:11:56 11           THE COURT:  Thank you.  It's admitted.

11:11:56 12           (DTX Exhibit No. 219 was admitted into

11:11:56 13   evidence.)

11:11:56 14   BY MR. CAMERON:

11:11:59 15   Q.      So Mr. Gorrell, I would like to direct your attention

11:12:01 16   to slide 9 of the PowerPoint that's attached to the e-mail.

11:12:04 17   And it should come up on your screen in front of you.

11:12:07 18           Do you see that?

11:12:08 19   A.      Can you still hear me?

11:12:10 20   Q.      Yes, I can hear you just fine.

11:12:12 21   A.      Sorry.

11:12:12 22   Q.      All right.  Are you there?

11:12:14 23   A.      Yes.

11:12:14 24   Q.      Okay.  Sir, so if you see this slide, at the top

11:12:12 25   there is a reference to an import-based, price uncompetitive

800

Gorrell - direct

11:12:25  1   sugar refinery, do you see that?

11:12:26  2   A.      Yes, I see that.

11:12:28  3   Q.      Is that a reference to Imperial?

11:12:30  4   A.      Yes.

11:12:30  5   Q.      When was that statement made?

11:12:32  6   A.      In May of 2019.

11:12:34  7   Q.      Would you still apply that description to Imperial

11:12:39  8   today?

11:12:39  9   A.      Yes.  If anything, I would call it -- it's an import

11:12:43 10   based even more price uncompetitive sugar refinery.

11:12:46 11   Q.      I would also like to ask you about some of the

11:12:49 12   numbers on this slide.  What do the numbers on this slide

11:12:52 13   represent?

11:12:52 14   A.      The point on this slide as I was trying to show the

11:12:56 15   cost base that we confront versus the domestic producers,

11:13:00 16   and in turn, the minimum prices at which we can afford to

11:13:05 17   sell our sugar versus where they can sell theirs.

11:13:07 18   Q.      Where are the minimums that are referenced in the

11:13:10 19   document come from, sir?

11:13:11 20   A.      So for the domestic producers, that comes off of the

11:13:15 21   US Sugar Program when the USDA publishes those loan rates

11:13:20 22   for those nonrecourse loans.  In our case it was the price

11:13:23 23   we were paying at the time for raw sugar and adding our

11:13:26 24   processing cost to that.

11:13:29 25   Q.      The information you used here for domestic cane and

11:13:32 1   beet growers you said was published by the USDA, is that

11:13:36 2   information public?

11:13:36 3   A.      Yes, it is.

11:13:37 4   Q.      Based on these numbers, how did Imperial's minimum

11:13:40 5   price compare to that of domestic cane and beet refiners in

11:13:45 6   2019?

11:13:46 7   A.      You can see at the time they were between 7 and $0.09

11:13:50 8   a pound more expensive than they were.

11:13:53 9   Q.      Have those numbers changed at all since 2019?

11:13:56 10  A.      Yes, they have changed significantly.  If you look at

11:13:58 11  the raw sugar costs in there, we have baked in there $0.26,

11:14:04 12  $0.27 per pound for raw sugar.  Today, the prices are

11:14:07 13  between 36 and $0.37 a pound.  We have lost $0.10 a pound of

11:14:13 14  additional competitiveness against these guys, so it's 17 to

11:14:17 15  $0.19 per pound.

11:14:18 16  Q.      Through this document you refer to a minimum FOB

11:14:22 17  selling price.  What do you mean by that?

11:14:24 18  A.      FOB is our trade term for free on board, sugar at

11:14:29 19  factory before transportation.

11:14:31 20  Q.      What happens to the price difference between Imperial

11:14:34 21  and the domestic cane and beet producers once you add in

11:14:36 22  freight?

11:14:36 23  A.      It depends on where you're shipping it from in the

11:14:39 24  end, but big picture across the U.S. is that the differences

11:14:42 25  that we may have on freight versus them to get to the

Gorrell - direct

11:14:47 1    customers are negligible compared to the price or the cost

11:14:52 2    difference that we have confronting our businesses to get it

11:14:54 3    to FOB stage.

11:14:56 4    Q.    Sir, you mentioned in your testimony that it's

11:14:59 5    difficult for Imperial to compete.  So who else sells

11:15:02 6    refined sugar in the United States?

11:15:04 7    A.    So I would like to bucket it into the different

11:15:09 8    groups.  You have got the vertically integrated cane sugar

11:15:13 9    refiners, you got the domestic beet processors, you got the

11:15:17 10   import based refiners like Imperial, you got liquid sugar

11:15:21 11   refiners, you have foreign, or U.S. affiliates of foreign

11:15:26 12   exporters, you got international trade houses, and you got

11:15:31 13   distributors of all sorts of shape and sizes around the

11:15:35 14   United States.

11:15:35 15   Q.    Would importers be included on that list?

11:15:37 16   A.    Yeah, quite a few of those people do import sugar.

11:15:41 17   Q.    Do all the types of companies that you just described

11:15:44 18   sell sugar into the southeast quadrant of the country?

11:15:48 19   A.    Yes, they do.

11:15:49 20   Q.    Then if you take into account all of the categories

11:15:51 21   you just mentioned, approximately in your view, sir, how

11:15:52 22   many entities sell refined sugar in the United States and

11:15:57 23   compete with Imperial?

11:15:59 24   A.    And compete with Imperial?  35 to 45.

11:16:02 25   Q.    So let me ask you just a little bit more about some

Gorrell - direct

11:16:05 1   of those categories.  You mentioned vertically integrated

11:16:08 2   cane refiners.  Could you provide some examples?

11:16:11 3   A.      Sure.  You got Florida Crystal.  You have US Sugar.

11:16:15 4   You have Louisiana Sugar Refining.  More recently you have

11:16:19 5   Zucramex.  Zucramex a Mexican milling group that processes

11:16:24 6   sugar cane into raw sugar and they decided to build a sugar

11:16:28 7   refinery in San Diego.

11:16:30 8   Q.      In your view and based on your experience, sir, is

11:16:34 9   Imperial cost competitive against vertically integrated cane

11:16:37 10  refiners?

11:16:37 11  A.      No, we are not even close.

11:16:39 12  Q.      Why is that?

11:16:39 13  A.      As I explained, our input costs are significantly

11:16:42 14  higher than theirs are, in addition to that they have the

11:16:46 15  luxury of being able to plan to run their refining capacity

11:16:49 16  at a hundred percent capacity whereas the constraints on our

11:16:52 17  business are such that we only average 75 percent.

11:16:55 18  Q.      You mentioned beet processors.  Again, in your view

11:16:58 19  and based on your experience, sir, is Imperial cost

11:17:02 20  competitive against beet processors?

11:17:02 21  A.      No.

11:17:02 22  Q.      You also mentioned liquid refiners.  Could you

11:17:08 23  explain, what is a liquid refiner?

11:17:10 24  A.      So a liquid refiner is somebody who brings in raw

11:17:12 25  sugar and instead of taking it all the way to the dry stage

Gorrell - direct

11:17:18 1  like we do, they stop at that the liquid stage.

11:17:21 2  Q.     Does Imperial also sell liquid sugar?

11:17:24 3  A.     Yes, we do.

11:17:25 4  Q.     Could you provide some examples of liquid refiners in

11:17:28 5  the US today?

11:17:29 6  A.     CSC Sugar, with a number of facilities around the US,

11:17:33 7  you have Sugar Services doing it now, D&I Sweeteners,

11:17:38 8  Manlake, L&S Sweeteners, Sucro Sourcing.

11:17:42 9  Q.     In your view and based on your experience, do liquid

11:17:45 10 refiners have any competitive advantage?

11:17:48 11 A.     Yes, it means generally smaller units that get set up

11:17:52 12 very close to the target customers so they have quite a

11:17:55 13 transportation advantage over us, but also because of the

11:17:58 14 profile of how they get set up, they run on lower fixed cost

11:18:03 15 than we do.

11:18:04 16 Q.     Has Imperial ever lost business to a liquid refiner?

11:18:07 17 A.     Yes.

11:18:07 18 Q.     Has it lost business to CSC?

11:18:10 19 A.     Yes.

11:18:10 20 Q.     Could you give an example?

11:18:12 21 A.     Yeah.  If you go back, we used to sell a lot of

11:18:12 22 liquid sugar in the Memphis area to customers like Unilever,

11:18:19 23 Kellogg's, et cetera, frankly we haven't sold to these guys

11:18:24 24 in years, CSC has -- with Sugar Services.

11:18:26 25 Q.     You mentioned importers, could you explain what you

11:18:30 1    mean by importers in this context?

11:18:33 2    A.    Well, look, across the valley there are a lot of

11:18:38 3    different people importing sugar in the U.S., you got the,

11:18:41 4    as I said, the US subsidiary of foreign exporters, people

11:18:45 5    like, Pantaleon Commodities or Zucramex USA, you got

11:18:51 6    international trade houses like Wilmar, Czarnikow, ED&F Man,

11:18:58 7    you have got distributors, whole host of distributors around

11:19:03 8    that do that, and then you also -- you go to the other end

11:19:06 9    of the spectrum, we have even seen Michigan Sugar importing

11:19:11 10   refined sugar in the last couple of years.

11:19:13 11   Q.    Sir, in your view and based on your experience do

11:19:16 12   importers have any competitive advantages over Imperial?

11:19:19 13   A.    Yeah.  Look, they're accessing low cost supply

11:19:23 14   directly from the origin.  The last couple of years we have

11:19:27 15   seen a million to a million-and-a-half tons of imported

11:19:30 16   refined sugar coming to this country. It's right there in

11:19:33 17   the USDA statistics.  It's low cost because it benefits

11:19:39 18   these zero or duty or low tier quotas, but also they can

11:19:43 19   bring it in all over the country.

11:19:46 20   Q.    You mentioned distributors.  Could you provide some

11:19:48 21   examples of distributors who in your view compete with

11:19:51 22   Imperial?

11:19:51 23   A.    Sure.  I mean, you have Indiana Sugar, you have

11:19:55 24   Batory Foods, you have Evergreen Sweeteners, St. Charles

11:20:01 25   Trading, ICI Foods, Atlantic Ingredients, ADM, Archer

11:20:10 1    Daniels Midland, Cedar Lake Products, Blackhive.

11:20:13 2    Q.      Is Evergreen a distributor, sir?

11:20:15 3    A.      Yeah, I think I mentioned Evergreen, too.

11:20:18 4    Q.      How is it possible that distributors are able to

11:20:21 5    compete with Imperial?

11:20:23 6    A.      Well, look, if you look at their toolbox they have

11:20:26 7    got quite a lot in their toolbox.  To start with, instead of

11:20:30 8    just marketing sugar out of your refinery with the higher

11:20:34 9    cost base, et cetera, they're able to access domestic beet

11:20:38 10   processors, domestic vertically integrated refiners, low

11:20:42 11   cost supply, the ability to bring over the imports as well.

11:20:45 12           Quite often, these guys have a base whether it's

11:20:50 13   a warehouse that they bring sugar in for storage when

11:20:53 14   they're able to buy it cheap.  And a number of them have

11:20:56 15   transfer stations, like what we have in Ludlow where they

11:21:00 16   bring in bulk railcars, they breakdown that bulk rail into

11:21:05 17   liquid sugar or bulk dry trucks.  They'll often convert it

11:21:09 18   to brown sugar, powdered sugar, and just put EFG in the bag.

11:21:14 19   The whole art of that model for them is they're taking sugar

11:21:17 20   from far away that trades at a very low cost, getting in the

11:21:22 21   area efficiently and make it local for the customer in the

11:21:27 22   way the customer wants it.

11:21:28 23           On top of that, some of these guys are running

11:21:31 24   their own domestic transportation fleets which allows them

11:21:34 25   to control cost in that element.  Quite a number of them are

Gorrell - direct

11:21:37 1    way more lateral than we are because they sell multiple

11:21:40 2    products to the customers whereas we just focus on sugar and

11:21:44 3    molasses.

11:21:45 4    Q.    Are distributors located all over the country?

11:21:47 5    A.    Yes, they are.

11:21:48 6    Q.    And if somebody said the distributors only sell small

11:21:51 7    volumes of refined sugar to customers, would you agree?

11:21:54 8    A.    They'd be dead wrong.  If you sit down and analyze

11:21:58 9    the numbers, I think they're about 25 percent of the

11:22:01 10   marketplace.

11:22:01 11   Q.    We talked a little bit about Imperial's competitors.

11:22:05 12   I would like to ask about Imperial's customers.  How many

11:22:08 13   customers does Imperial serve?

11:22:09 14   A.    In any particular year I think between two and 300.

11:22:12 15   Q.    And what types of customers does Imperial serve?

11:22:15 16   A.    So you have the industrial users, you got grocery

11:22:19 17   stores, we also look at club stores because they are a

11:22:23 18   little different than them.  You have got -- we also supply

11:22:26 19   the military commissaries as well.  You got food service

11:22:31 20   distributors, you know, as I said, distributors of various

11:22:35 21   shapes and sizes throughout the U.S.

11:22:37 22   Q.    So Mr. Gorrell, you have explained to us that it's

11:22:40 23   difficult for Imperial to compete.  But if that's the case,

11:22:44 24   why is it that Imperial has between 2 and 300 customers per

11:22:48 25   year?

Gorrell - direct

11:22:48 1    A.        Look, because of our cost base as well as, you know,

11:22:53 2    our position in the marketplace we try to set ourselves up

11:22:57 3    to be able to serve a wide array of customers.  If somebody

11:23:01 4    is willing and able to pay our higher sugar cost and our

11:23:08 5    processing costs we try to set ourselves up to be able to

11:23:11 6    serve them, quite often that means we're second or third or

11:23:15 7    fourth supplier, sometimes people use the word residual

11:23:19 8    supplier, but also what tends to happen is the domestic

11:23:22 9    processors may sell their sugar much earlier in the selling

11:23:26 10   season and when they're done selling and we -- and/or

11:23:30 11   getting to the end of their selling campaigns, that's when

11:23:32 12   people like us, who are based off the imports, it will be

11:23:36 13   our turn and we'll sell more of our sugar in later in the

11:23:41 14   season.

11:23:41 15   Q.        You mentioned Imperial is a residual supplier,

11:23:44 16   correct?

11:23:44 17   A.        Yes.

11:23:45 18   Q.        Does it also serve as a backup supplier?

11:23:48 19   A.        Yes.

11:23:48 20   Q.        Does Imperial no -- strike that.

11:23:50 21             How does Imperial know when its prices aren't

11:23:52 22   competitive?

11:23:54 23   A.        The customers tell us this all the time.

11:23:56 24   Q.        I would like to show you a document, sir, which is

11:23:59 25   marked as Defendants Trial Exhibit 145.

Gorrell - direct

11:24:02 1          Do you have that there, sir?

11:24:04 2     A.     Yes, I do.

11:24:05 3     Q.     Okay.  Could you tell me, what is this?

11:24:08 4     A.     This is an e-mail chain that I had received from your

11:24:12 5     team and I forwarded it to LDC management.

11:24:15 6     Q.     Did you write the e-mail at the top of this chain?

11:24:18 7     A.     Yes, I did.

11:24:19 8          MR. CAMERON:  Your Honor, I would like to move

11:24:21 9     Defendants' Trial Exhibit 145 into evidence.  I don't

11:24:23 10    believe there are objections.

11:24:24 11          THE COURT:  Any objections?

11:24:25 12          MS. GARRETT:  No objections.

11:24:26 13          THE COURT:  Thank you.

11:24:26 14          (DTX Exhibit No. 145 was admitted into

11:24:27 15    evidence.)

11:24:27 16    BY MR. CAMERON:

11:24:27 17    Q.     Mr. Gorrell, could you tell us what this is document?

11:24:30 18    A.     This is an e-mail that one of our salespeople, Kim

11:24:35 19    Youngblood, received from a customer, Post Foods, and I was

11:24:39 20    forwarding it to various LDC employees.

11:24:42 21    Q.     Which customer was it, did you say Post?

11:24:46 22    A.     Post Foods.

11:24:48 23    Q.     Now, in Ms. Youngblood's e-mail she refers to

11:24:51 24    Jonesboro and Asheboro, do you see that?

11:24:54 25    A.     Yes, I do.

Gorrell - direct

11:24:54  1    Q.      Sir, do you know where those cities are located?

11:24:58  2    A.      Jonesboro is in Arkansas, Asheboro is in central to

11:25:02  3    east North Carolina.

11:25:03  4    Q.      Ms. Youngblood writes in her e-mail "Post can take

11:25:08  5    beet or cane."

11:25:08  6            Do you see that?

11:25:09  7    A.      Yes, I do.

11:25:09  8    Q.      Sir, where are sugar beets grown?

11:25:13  9    A.      Some of them are grown up in Michigan but quite

11:25:16 10    frankly most of them are grown in the northwest province of

11:25:20 11    the country, the Red River Valley we have heard about,

11:25:25 12    Colorado, Montana, quite a lot in Idaho.

11:25:28 13    Q.      Sir, why is it a customer that is located in Arkansas

11:25:31 14    or North Carolina would buy beet sugar grown in the

11:25:35 15    northwest and Midwest part of the United States?

11:25:37 16    A.      Quite frankly out there they produce more sugar than

11:25:42 17    they use in that quadrant of the country, it's cheap and

11:25:46 18    frankly the U.S. government sets up the program that

11:25:50 19    guarantees them the ability to sell it.  A lot of that sugar

11:25:52 20    moves on railcars and it is really an efficient way to get

11:25:57 21    it across the country.  If you think about it, you think of

11:25:59 22    the cost advantage they have on us, you can bring bulk sugar

11:26:02 23    all the way from Idaho, you can get it to a Post facility at

11:26:11 24    Asheboro cheaper than we can buy raw sugar and deliver it,

11:26:14 25    so we would have to refine the sugar for free, convince the

Gorrell - direct

11:26:18 1    railroad to move it to Asheboro for free and they could

11:26:20 2    still beat us in price.

11:26:21 3    Q.      Would it be the same for beet farmers looking to ship

11:26:25 4    in Georgia, would they have the same advantage?

11:26:28 5    A.      Yes.

11:26:28 6    Q.      Look at this e-mail, what is the gist of the feedback

11:26:32 7    that Post is giving Imperial here?

11:26:34 8    A.      They're saying we're too high.

11:26:36 9    Q.      Was it common for Imperial to hear that feedback from

11:26:39 10   customers?

11:26:39 11   A.      We get this all the time.

11:26:40 12   Q.      And again that's what you're telling them in this

11:26:43 13   e-mail?

11:26:44 14   A.      Yes.

11:26:44 15   Q.      Why did you convey this feedback to your colleagues

11:26:49 16   at LDC?

11:26:51 17   A.      At that time the business, we were really in rough

11:26:54 18   shape and I was trying to show them look, this is what we're

11:26:57 19   dealing with every day.  It's not for lack of effort this

11:27:01 20   business is struggling.

11:27:02 21   Q.      Where in the country are Imperial's customers

11:27:02 22   located?

11:27:02 23   A.      We sell sugar all over the country but quite honestly

11:27:02 24   if you want to look at where we sell most of our sugar, you

11:27:12 25   draw a line from Texas up to Chicago.

812

Gorrell - direct

11:27:16  1   Q.      Would that include Pennsylvania, Indiana, Ohio and

11:27:21  2   the like?

11:27:21  3   A.      Yes.

11:27:21  4   Q.      Does Imperial organize itself into sales regions?

11:27:25  5   A.      No, that doesn't really make sense for our business.

11:27:28  6   We look at it by segment.

11:27:30  7   Q.      And what do you mean by segment?

11:27:32  8   A.      So what we have is two people on distributor and food

11:27:36  9   service, we got two people on consumer grocery and club

11:27:40 10   stories and we got two people on industrial.

11:27:42 11   Q.      How does Imperial get refined sugar to its customers?

11:27:45 12   A.      We'll ship it to our customers either by truck or

11:27:48 13   railcar or quite often our customers will come to our site

11:27:51 14   and pick it up there.

11:27:55 15           MR. CAMERON:  With Your Honor's permission I

11:27:57 16   would like to put up a demonstrative which is demonstrative

11:27:59 17   DDX 005.

11:28:03 18   Q.      Mr. Gorrell, what is this?

11:28:04 19   A.      This is a chart, we use this in customer

11:28:06 20   presentations sometimes and what you see is the stars are

11:28:12 21   our Savannah sugar refinery.  You got those orange diamonds

11:28:12 22   which are two warehouses that we use for package goods.

11:28:21 23   Those yellow diamonds are bulk transfer or melt stations

11:28:24 24   that we use throughout the country.

11:28:30 25   Q.      And, sir, how do those transfer stations impact

Gorrell - direct

11:28:34 1    Imperial's transportation cost?

11:28:36 2    A.      What we do is we put it on bulk railcars, get it up

11:28:40 3    there, break it down and into either a bulk truck or it gets

11:28:46 4    liquified there and made liquid sugar and transferred by

11:28:50 5    truck to neighboring customers.  It's a way of making our

11:28:53 6    sugar local to the customer and taking the transportation

11:28:56 7    cost out of the system.

11:28:57 8    Q.      Can other suppliers use those transfer stations?

11:29:01 9    A.      In the Ludlow, Kentucky one, that triangle up in

11:29:05 10   Cincinnati, we just put our own trucks through that.  All

11:29:08 11   the other ones, everybody else uses them.  Quite frankly I

11:29:13 12   think for our portion of those we're in the minority.  We

11:29:16 13   use those a lot less than competitors.

11:29:18 14   Q.      Sir, are you aware that the Department of Justice has

11:29:22 15   proposed two potential geographic markets in the case, a

11:29:25 16   broader market and a narrower market?

11:29:28 17   A.      Yes.

11:29:28 18   Q.      Does Imperial sell sugar outside of those two

11:29:31 19   proposed markets?

11:29:32 20   A.      Yes.

11:29:33 21   Q.      Do suppliers outside of those two proposed markets or

11:29:37 22   regions compete for customers inside both of those markets?

11:29:41 23   A.      Absolutely.

11:29:42 24   Q.      How is it possible then for suppliers located outside

11:29:45 25   those two regions to compete for customers inside those

Gorrell - direct

11:29:49 1    regions?

11:29:49 2    A.       Look, you just got to look at their profiles.  I

11:29:53 3    mean, the one is right next to us.  I mean, there are two

11:29:56 4    sugar refineries in Louisiana, I think maybe the two biggest

11:30:02 5    sugar refineries in the US based on throughput, they're

11:30:05 6    right there, they're closer to a number of customers than we

11:30:09 7    are even out of Savannah.  And more importantly, they are

11:30:12 8    way lower cost than we are because of the raw sugar costs.

11:30:19 9    As I talked about with the beet companies, you know, as I

11:30:24 10   mentioned before, you can take beet sugar all the way out in

11:30:27 11   Idaho and move it into the southeast, they can get it into

11:30:33 12   that quadrant of the country quite frankly cheaper than we

11:30:37 13   can get raw sugar to the front door.  If you look at the

11:30:40 14   importers, you got a whole range of importers starting with

11:30:43 15   Florida, Alabama, all the way up the east coast where the

11:30:46 16   importers can come in the country at low cost.

11:30:49 17   Q.       Mr. Gorrell, I would like to introduce another

11:30:52 18   document which is marked as defendants trial Exhibit 193.

11:30:55 19   It should be in your binder.  Do you have that, sir?

11:30:57 20   A.       Yes.

11:30:57 21   Q.       Can you describe what this is?

11:30:59 22   A.       Yes, this is an e-mail back and forth between me and

11:31:03 23   Jonathan Bamberger.

11:31:04 24            MR. CAMERON:  Your Honor, I would like to move

11:31:08 25   defendants trial Exhibit 193 into evidence.

11:31:11 1          MS. GARRETT:  No objection.

11:31:13 2          THE COURT:  Thank you.

11:31:13 3          (DTX Exhibit No. 193 was admitted into

11:31:14 4   evidence.)

11:31:14 5   BY MR. CAMERON:

11:31:15 6   Q.    Mr. Gorrell, if I can direct your attention to the

11:31:17 7   response to Mr. Bamberger in the middle of the page, about

11:31:20 8   halfway, it says sugar moves north into the northeast

11:31:24 9   through Savannah all the time, is that consistent with your

11:31:27 10  understanding today?

11:31:28 11  A.    Yes, it's happening today.

11:31:30 12  Q.    You also wrote the southeast is surplus and the

11:31:34 13  northeast is deficit.  What did you mean about that?

11:31:37 14  A.    Basically in the southeast we have more sugar

11:31:40 15  production than we have sugar use, and so more supply less

11:31:45 16  demand and we're surplus, northeast is the opposite, they

11:31:49 17  consume and use more sugar in the northeast than they

11:31:52 18  produce up there, so sugar moves up to the northeast both

11:31:55 19  from the southeast but also from the northwest.

11:31:58 20  Q.    When you said southeast in this document, what were

11:32:00 21  you referring to?

11:32:01 22  A.    I looked at the southeast quadrant of the country

11:32:04 23  where we got two Louisiana Sugar Refineries, we got the

11:32:06 24  Florida refinery, Savannah refinery, liquid refineries in

11:32:12 25  Memphis or near Memphis, and then CSC has one in Virginia as

11:32:18 1   well.

11:32:18 2   Q.      Now, I would like to shift topics and ask about the

11:32:21 3   actual transaction at issue in this case.  I think you said

11:32:24 4   that LDC has been trying to sell Imperial for five years, is

11:32:28 5   that correct?

11:32:28 6   A.      Yes, just over five years.

11:32:29 7   Q.      So, sir, as a nearly thirty-year veteran in the sugar

11:32:34 8   industry in the US, what do you think would happen if United

11:32:38 9   tried to raise prices in the alleged broader market proposed

11:32:41 10  by the DOJ following a merger?

11:32:44 11  A.      Quite frankly, I think it would be a dumb move

11:32:48 12  because there is a line of people looking to grow their

11:32:51 13  business and get to the customer.  Doing something like

11:32:55 14  that, I don't think it's going to work and frankly it would

11:32:58 15  be a gift to these guys to basically send our customers

11:33:01 16  their way.  The last thing you want to do is lose customers

11:33:05 17  especially when you want to get the refinery running up to

11:33:09 18  capacity.

11:33:09 19  Q.      If the merger does not proceed, do you have any views

11:33:12 20  regarding Imperial's future?

11:33:15 21  A.      Yeah.

11:33:17 22  Q.      Could you explain?

11:33:18 23  A.      I mean, to be honest, I'm quite worried.  The

11:33:22 24  situation that we're in, it's not going to change here,

11:33:25 25  we're going to continue to be the high cost producer, just

11:33:31 1  the way the sugar program is wired, raw sugar is

11:33:34 2  constrained, it's coming in at a very high cost, we can't

11:33:37 3  fully dilute our fixed cost.  As I said, we have been for

11:33:42 4  sale for more than half the time that LDC has owned us now

11:33:45 5  so it's not like we're going to change our approach to

11:33:49 6  capital in this case.  And there is good reasons for that.

11:33:51 7  Personally I'm not going to give up on this team.  They have

11:33:54 8  been through quite a bit in the last twenty-five years, but

11:33:58 9  I think all of us feel grateful each year that we can keep

11:34:02 10  the refinery going.  It's not an exciting prospect, but it

11:34:07 11  is what it is.

11:34:08 12          MR. CAMERON:  Thank you, Mr. Gorrell.

11:34:12 13          Thank you, Your Honor.

11:34:13 14          THE COURT:  Thank you.

11:34:14 15          Ms. Garrett.

11:34:28 16          MS. GARRETT:  Good morning.  Permission to

11:34:29 17  proceed, Your Honor?

11:34:30 18          THE COURT:  Absolutely.

11:34:31 19              CROSS-EXAMINATION

11:34:31 20  BY MS. GARRETT:

11:34:31 21  Q.    Good morning, Mr. Gorrell.  Nice to meet you in

11:34:34 22  person.

11:34:34 23  A.    Good morning.  Nice to see you.

11:34:36 24  Q.    Prices can go up or down in the sugar market, right?

11:34:42 25  A.    Yes, that's correct.

Gorrell - cross

11:34:44 1    Q.      And Imperial can have a good financial year or it can

11:34:48 2    have a more difficult financial year, right?

11:34:52 3    A.      Yes.

11:34:53 4    Q.      Trade patterns can also shift in the sugar market,

11:34:58 5    right?

11:34:58 6    A.      They do, yes.

11:34:59 7    Q.      And the regulatory framework can change, right?

11:35:03 8    A.      The regulatory framework can change, yes.

11:35:07 9    Q.      The sugar market is volatile, isn't it?

11:35:10 10   A.      It depend on your definition of volatile, but yes,

11:35:16 11   volatile.

11:35:16 12   Q.      Well, we had this conversation during your

11:35:19 13   deposition.  If you could get your binder there with the

11:35:23 14   blue tab on it, on the front.

11:35:27 15   A.      These are pink.  But I'll try.

11:35:32 16   Q.      The cover.

11:35:32 17   A.      Sorry.  Got it.

11:35:38 18   Q.      I would like to ask you to please turn to page 193,

11:35:44 19   14 of the litigation deposition, it's the second tab.

11:35:42 20   A.      Okay.

11:35:50 21   Q.      And you will go to page 193, line 14.

11:36:01 22   A.      Yes.

11:36:02 23   Q.      And I asked you this question the sugar market is

11:36:04 24   volatile, right, and your answer is, the sugar market is

11:36:10 25   volatile.  Did I read that correctly?

Gorrell - cross

11:36:12  1    A.      Yes, you did.

11:36:13  2    Q.      And then I asked you at 193:22, what does volatility

11:36:18  3    mean to you, and your answer at 193:23, volatility to me

11:36:24  4    means that not only do prices go up and down, but you also

11:36:27  5    see over time trade patterns shift.  Did I read that

11:36:31  6    correctly?

11:36:32  7    A.      Yes.

11:36:33  8    Q.      As a sugar refiner -- you can close that binder now.

11:36:38  9            As a sugar refiner, one of the ways you compete

11:36:43 10    is by being reliable; right?

11:36:46 11    A.      Yes.

11:36:47 12    Q.      And reliability can mean quality, right?

11:36:51 13    A.      One of them.

11:36:52 14    Q.      And reliability can mean timely delivery, right?

11:36:56 15    A.      Yes.

11:36:57 16    Q.      You are responsible for letting your senior managers

11:37:02 17    know how the Imperial business is doing; right?

11:37:05 18    A.      Yes.

11:37:06 19    Q.      And you prepare structured monthly management

11:37:10 20    presentations for senior managers at LDC, right?

11:37:14 21    A.      Yes, together with one other person.

11:37:16 22    Q.      Is that other person Maureen Orloski?

11:37:20 23    A.      Yes.

11:37:20 24    Q.      Maureen Orloski, she is the comptroller for North

11:37:25 25    American Sugar, right?

820

Gorrell - cross

11:37:26  1    A.      Yes.

11:37:26  2    Q.      And you work with Maureen to provide accurate monthly

11:37:30  3    presentations to the managers at LDC, right?

11:37:32  4    A.      We do, yes.

11:37:35  5    Q.      If you please turn to page PTX 117 in your binder

11:37:40  6    without the blue tab.

11:37:41  7    A.      I'm sorry, what number was that again?

11:37:44  8    Q.      117.

11:37:46  9    A.      Okay.  Got it.

11:37:51 10    Q.      PTX 117 is a December 20th, '21 e-mail from Maureen

11:37:58 11    Orloski with an attachment, right?

11:38:01 12    A.      Yes, it is.

11:38:03 13    Q.      And the attachment to the e-mail in PTX 117 is the

11:38:08 14    October 2021 North American Sugar Platform Overview.

11:38:12 15    Correct?

11:38:12 16    A.      Yes, it is.

11:38:14 17            MS. GARRETT:  Your Honor, plaintiff would like

11:38:15 18    to move PTX 117 into evidence, but we ask that we turn off

11:38:20 19    the public screen because a significant portion of the

11:38:22 20    information that we're going to discuss has been designated

11:38:27 21    as confidential, but we want to make it easier for you, too.

11:38:30 22            MR. CAMERON:  And no objection, Your Honor.

11:38:33 23            THE COURT:  All right.

11:38:34 24            (PTX Exhibit No. 117 was admitted into

11:38:37 25    evidence.)

821

Gorrell - cross

**BY MS. GARRETT:**

11:38:37  1

11:38:38  2  Q.      Could you please turn to the page ending in 487.  It

11:38:44  3  has the heading, NA Sugar Historical Cash Flow.  And we're

11:38:51  4  going to put that up on the screen for you, too, to make it

11:38:54  5  a little bit easier to see.

11:38:57  6          Now, NA sugar refers to the business being sold

11:39:02  7  to US Sugar, right?

11:39:03  8  A.      Yes, it is.  There is very, very small carve out, but

11:39:08  9  it's insignificant.

11:39:09 10  Q.      And we are going to discuss this document, but I ask

11:39:14 11  that you do not say the actual numbers because they have

11:39:18 12  been designated as confidential by your counsel.  Okay?

11:39:21 13  A.      Okay.

11:39:23 14  Q.      Now, do you see the column with the heading Total

11:39:26 15  Life to Date 2021?

11:39:30 16  A.      Yes, I do.

11:39:31 17  Q.      And do you see EBITDA row?

11:39:37 18  A.      Yes, I do.

11:39:38 19  Q.      The number in the EBITDA row of total life to date

11:39:42 20  2021 column is positive, right?

11:39:45 21  A.      Yes, it is.

11:39:46 22  Q.      Now, do you see the row entitled total incremental

11:39:52 23  cash to LDC less working capital.  It's highlighted there on

11:39:56 24  your screen?

11:40:01 25  A.      Yes, I see that.

Gorrell - cross

11:40:02  1    Q.      And in that same 2021 column, the total incremental

11:40:08  2    cash to LDC less working capital row is positive; right?

11:40:13  3    A.      Yes, it is.

11:40:14  4    Q.      Now this whole chart on this page in PTX 117 is

11:40:21  5    reported in thousands, right?

11:40:23  6    A.      Yes, it is.

11:40:24  7    Q.      So we will have to add three zeros to the numbers in

11:40:28  8    the table to get the actual figures, right?

11:40:30  9    A.      You are correct.

11:40:31 10    Q.      We can put PTX 117 to the side.

11:40:35 11            Mr. Gorrell, LDC's bonuses are discretionary,

11:40:41 12    right?

11:40:42 13    A.      Yes, they are.

11:40:43 14    Q.      You've received a bonus from LDC the last three years

11:40:48 15    of your employment, correct?

11:40:49 16    A.      Yes, I have.

11:40:50 17    Q.      Could you please turn to JTX 51.  It's the first tab

11:40:55 18    in your binder?

11:40:57 19            MS. GARRETT:  And Your Honor, with your

11:40:58 20    permission, counsel has requested that Mr. Gorrell's

11:41:02 21    compensation information not be shown in public, so

11:41:06 22    plaintiff is offering JTX 51 without saying the actual

11:41:14 23    figures that are in that particular document.

11:41:16 24            THE COURT:  Okay.  And you're offering that into

11:41:22 25    evidence?

Gorrell - cross

11:41:22 1              MS. GARRETT:  Yes, Your Honor.

11:41:24 2              MR. CAMERON:  No objection, Your Honor.

11:41:26 3              THE COURT:  It's admitted.

11:41:28 4              (JTX Exhibit No. 51 was admitted into evidence.)

11:41:29 5    BY MS. GARRETT:

11:41:29 6    Q.      Mr. Gorrell, JTX 51 is a document prepared at your

11:41:35 7    counsel's request.  Figure A in JTX 51 is the bonus you

11:41:39 8    received last year, right?

11:41:41 9    A.      That is correct.

11:41:41 10   Q.      And figure B in JTX 51 is the bonus you will receive

11:41:47 11   if US Sugar's acquisition of Imperial closes while you're an

11:41:51 12   LDC employee, right?

11:41:53 13   A.      That is correct.

11:41:55 14   Q.      I would like to turn to tab PTX 106 in your binder.

11:42:03 15   It's the third tab.

11:42:06 16   A.      Okay.

11:42:06 17   Q.      PTX 106 is a July 2021 e-mail from you to USDA

11:42:14 18   officials attaching a letter to Secretary Vilsack and

11:42:19 19   others, correct?

11:42:19 20   A.      That is correct.

11:42:21 21   Q.      And could you just turn to the last page you have in

11:42:24 22   that exhibit, your signature is there at the end of that

11:42:27 23   letter; is that correct?

11:42:28 24   A.      That is correct.

11:42:29 25              MS. GARRETT:  Your Honor, plaintiffs move to

Gorrell - cross

11:42:30 1   admit PTX 106 as evidence.

11:42:33 2              MR. CAMERON:  No objection, Your Honor.

11:42:35 3              THE COURT:  Thank you.  It's admitted.

11:42:37 4              (PTX Exhibit No. 106 was admitted into

11:42:38 5   evidence.)

11:42:38 6   BY MS. GARRETT:

11:42:39 7   Q.     So we'll put that on the screen and I want to draw

11:42:42 8   your attention to the first page of your letter which begins

11:42:45 9   on the page ending in 983.  And you can see that on the

11:42:50 10  screen for you there.  On 983 the first line starts, "Thank

11:42:54 11  you for your July 1st response to our April letter."

11:43:00 12             Do you see that?

11:43:00 13  A.     Yes, I do.

11:43:01 14  Q.     Now, you wrote the USDA at least twice in 2021 to

11:43:07 15  request more sugar imports, correct?

11:43:09 16  A.     I believe that's correct, yes.

11:43:11 17  Q.     Now, if you turn the page and turn your attention to

11:43:15 18  the second bullet in the second to last paragraph of PTX

11:43:20 19  106, I would like to draw your attention there.  And we're

11:43:24 20  going to put it on the screen for you as well.

11:43:27 21             In July 2021, you recommended that the USDA

11:43:31 22  increase TRQ imports by 200,000 tons; right?

11:43:35 23  A.     Yes, I did.

11:43:37 24  Q.     And we can -- let me just ask.  In response to your

11:43:41 25  2021 letter, the USDA at multiple points throughout the year

Gorrell - cross

11:43:49 1    increased the supply of sugar, right?

11:43:52 2    A.      Yes, they did.

11:43:54 3    Q.      But that same year, Imperial still had to increase

11:43:59 4    prices to its customers, right?

11:44:01 5    A.      Yes, we did, because we unfortunately still had to

11:44:07 6    import raw sugar paying the high-tier duty throughout the

11:44:11 7    later part of the year.

11:44:12 8    Q.      So Imperial increased its price in 2021, right?

11:44:16 9    A.      Yes, commensurate with our raw sugar price increases

11:44:20 10   that we were incurring.

11:44:21 11   Q.      I'm sorry, Mr. Gorrell, I'm just asking a yes or no

11:44:25 12   question.  Did you increase the prices in the 2021 despite

11:44:29 13   the letter writing to the USDA?

11:44:32 14   A.      Yes, we did.

11:44:33 15   Q.      Can you please turn to PTX 350 in your binder.

11:44:39 16   A.      Okay.

11:44:40 17   Q.      Now, you're familiar with how Imperial operates,

11:44:43 18   right?

11:44:43 19   A.      Yes, I am.

11:44:45 20   Q.      And you were also involved in soliciting potential

11:44:50 21   buyers for the business, right?

11:44:51 22   A.      Yes, I was.

11:44:52 23   Q.      PTX 350 is a version of the presentation Imperial

11:44:57 24   used when soliciting US Sugar to buy Imperial Sugar?

11:44:59 25   A.      Yes.

Gorrell - cross

11:45:01  1          MS. GARRETT:  Your Honor, plaintiffs would like
11:45:03  2    to move PTX 350 into evidence.
11:45:05  3          MR. CAMERON:  No objection, Your Honor.
11:45:06  4          THE COURT:  Thank you.  It's admitted.
11:45:06  5          (PTX Exhibit No. 350 was admitted into
11:45:08  6    evidence.)
11:45:08  7    BY MS. GARRETT:
11:45:09  8    Q.     Earlier you were talking about your capacity
11:45:11  9    utilization, moments ago.  Do you recall that testimony?
11:45:13 10    A.     Yes, I do.
11:45:14 11    Q.     Could you please turn to page 9 of PTX 350.  PTX 350
11:45:20 12    states that the capacity utilization at the refinery is
11:45:25 13    approximately 80 to 90 percent.  Right?  Do you see that
11:45:29 14    there?
11:45:29 15    A.     Yes, I see that.
11:45:30 16    Q.     If you please turn to page 24 of PTX 350.  And we'll
11:45:41 17    put that on the screen for you as well.  PTX 350 describes
11:45:46 18    Imperial's packaging facility as state of the art, right?
11:45:50 19    A.     Yes, it does.
11:45:51 20    Q.     We can put PTX 350 to the side.
11:45:55 21          I would like to direct your attention to an
11:46:01 22    exhibit that you looked at in the smaller black binder that
11:46:04 23    you used with Mr. Cameron, that was your defendants' binder
11:46:10 24    there.
11:46:14 25    A.     Sorry, struggling.

Gorrell - cross

11:46:17 1          THE COURT:  If you need more room, you can put

11:46:20 2  things up here on the side.

11:46:22 3          THE WITNESS:  Thank you.

11:46:22 4  Q.     And I want to draw your attention to -- that's the

11:46:25 5  one that you need to use, right there that you moved out of

11:46:28 6  your way, the black binder, and I want to draw your

11:46:31 7  attention to DTX 219.

11:46:34 8  A.     Okay.

11:46:34 9  Q.     And I would like for you to turn to page 16 of DTX

11:46:39 10 219.  And it doesn't have the page number on it, but it's

11:46:48 11 right after 15, so if you get to 15, you'll see the next

11:46:51 12 one.

11:46:51 13 A.     See that.

11:46:53 14         MS. GARRETT:  Your Honor, the heading -- I

11:46:55 15 apologize.

11:46:56 16 Q.     Mr. Gorrell, the heading of the page ending in DTX

11:47:02 17 219, the heading on the page 16 of DTX 219 which is not

11:47:09 18 numbered, says threats 4/4, the portfolio dimension, right?

11:47:15 19 A.     Yes, I see that.

11:47:17 20 Q.     And one of the threats identified in DTX 219 is on

11:47:25 21 paper, close competitors such as United in Florida should

11:47:30 22 invest in an efficient packaging line, reshape their sales

11:47:36 23 force and attack Imperial packaged margins, do you see that?

11:47:40 24 A.     I see that, yes.

11:47:41 25 Q.     We can put DTX 219 to the side.

Gorrell - cross

11:47:46 1          I would like to turn your attention to PTX and

11:47:50 2   we're going to go back to the white binder without the blue

11:47:54 3   tab on the front.  Okay?

11:47:56 4   A.     Yes, ma'am.

11:47:58 5   Q.     And I want to draw your attention to PTX 145.

11:48:08 6   A.     Okay.

11:48:10 7   Q.     Now, you receive e-mails sent to the SGL refined

11:48:17 8   trading?

11:48:17 9   A.     Yes I do.

11:48:18 10  Q.     And PTX 145 contains an e-mail to the SGL refined

11:48:24 11  trading group, right?

11:48:26 12  A.     Yes, it does.

11:48:27 13         MS. GARRETT:  Your Honor, plaintiffs move to

11:48:29 14  admit PTX 145.

11:48:30 15         MR. CAMERON:  No objection, Your Honor.

11:48:32 16         THE COURT:  It's admitted.

11:48:33 17         (PTX Exhibit No. 145 was admitted into

11:48:34 18  evidence.)

11:48:34 19  BY MS. GARRETT:

11:48:34 20  Q.     We'll put this up on the screen.  I would like to

11:48:37 21  draw your attention to the August 28th, 2019, e-mail and

11:48:42 22  we're going to bring that up larger for us.  We can see it a

11:48:42 23  little better.  This is an e-mail from, sent on Wednesday,

11:48:51 24  August 28, 2019.  If you look at the actual document, you

11:49:01 25  can see that's from the side of the -- Beth Smith is a

Gorrell - cross

11:49:07 1    salesperson at Imperial, correct?

11:49:09 2    A.    Yes, she is.

11:49:11 3    Q.    This is a discussion about Bud's Best Cookies as a

11:49:15 4    new customer, is that correct?

11:49:16 5    A.    Yes it is.

11:49:16 6    Q.    And Ms. Smith wrote in the second line of that

11:49:20 7    e-mail, "United came back and offered them better, but I'm

11:49:22 8    happy to say, they chose us."

11:49:24 9          Did I read that correctly?

11:49:26 10   A.    Yes, you did.

11:49:27 11   Q.    You can put PTX --

11:49:30 12         THE COURT:  More importantly, did you get the

11:49:32 13   samples of the cookies?

11:49:34 14         THE WITNESS:  No, I didn't, unfortunately.

11:49:37 15   Q.    Mr. Gorrell, I just would like to ask a couple of

11:49:40 16   questions about your direct or indirect communications with

11:49:43 17   your competitors.  Now, you do not share your pricing

11:49:47 18   strategy with your competitors, do you?

11:49:49 19   A.    No, we do not.

11:49:52 20   Q.    And you do not share your spot prices with your

11:49:52 21   competitors either, right?

11:49:55 22   A.    That is correct.

11:50:04 23   Q.    It is against Imperial's company policy to share spot

11:50:10 24   pricing information with Imperial's competitors, right?

11:50:13 25   A.    That is correct.

11:50:14  1          MS. GARRETT:  Thank you.  No further questions.

11:50:16  2          THE COURT:  All right.  Thank you.

11:50:17  3          Redirect.

11:50:18  4                    REDIRECT EXAMINATION

11:50:19  5  BY MR. CAMERON:

11:50:20  6  Q.    Mr. Gorrell, just a couple of quick questions.

11:50:24  7          Plaintiffs counsel asked you about the document

11:50:28  8  that increased prices in 2021 despite the fact that you had

11:50:32  9  wrote a letter to the USDA.  And I think you were in the

11:50:35 10  process of explaining that but weren't able to, so I wanted

11:50:39 11  to give you the opportunity to finish what you were trying

11:50:42 12  to say?

11:50:42 13  A.    So basically, what I was saying is that USDA did

11:50:46 14  increase supply but unfortunately they did not increase

11:50:50 15  supply to the point where we would be able to operate a

11:50:52 16  sugar refinery for the balance of year without having to

11:50:55 17  import raw sugar from the world market and pay the high-tier

11:51:00 18  duty which is 15.4 cents.

11:51:02 19          THE COURT:  What is the low tier duty?

11:51:04 20          THE WITNESS:  The low tier duty is $0.064 per

11:51:09 21  pound, but that low tier duty is waived for any countries

11:51:12 22  that have preferential agreements with US, so zero from

11:51:16 23  Mexico, Central America, basically forty something countries

11:51:20 24  that have access to U.S. under the preferential programs.

11:51:25 25  The only ones that actually pay the duty I think are

11:51:30 1    Argentina and Brazil.  Maybe I'm missing one or two, GSP and

11:51:36 2    its programs are waived.

11:51:37 3    Q.    Ms. Garrett also directed you to plaintiffs trial

11:51:40 4    Exhibit 350 and a reference in that document to the capacity

11:51:44 5    utilization of 80 to 90 percent.  Could you explain

11:51:48 6    utilization was at that level at that time and how it

11:51:53 7    relates to what we talked about previously?

11:51:55 8    A.    Yeah, March 4th, 2020, we were reacting to the beet

11:52:01 9    freeze, so in truth I think during the calendar year 2020,

11:52:04 10   we averaged 86 or 87 percent, so that was our expectation at

11:52:11 11   the time.  Unfortunately there were more opportunity for us,

11:52:14 12   but reliability issues got to us, we didn't refine as much

11:52:19 13   sugar as we hoped that year.

11:52:21 14   Q.    Was that level of utilization capacity unusual in

11:52:26 15   your experience?

11:52:26 16   A.    I think that was a twenty year record, maybe 2003,

11:52:30 17   they closed the sugar refinery in 2003 in Sugarland so there

11:52:35 18   was a temporary surge in Savannah.

11:52:39 19   Q.    And that was because of the beet freeze?

11:52:41 20   A.    2020 was because of the beet freeze.

11:52:44 21   Q.    And so would you change your testimony in any way

11:52:46 22   about the fact that the average capacity utilization at the

11:52:50 23   Port Wentworth refinery is 75 percent?

11:52:52 24   A.    That is correct, we have ranged from the low sixties

11:52:57 25   up to this record that we had in 2020.

832

Gorrell - redirect

11:53:01 1   Q.      Ms. Garrett also asked you about a reference in a

11:53:04 2   PowerPoint to the state of the art packaging facilities at

11:53:09 3   Port Wentworth.  Does that have any connection to the

11:53:12 4   accident that you describe during your direct testimony?

11:53:15 5   A.      Yes, the insurance rebuild, it was about

11:53:19 6   $225 million.  I wasn't there at the time, but they were

11:53:25 7   quite proud of it and one of the big things in that space.

11:53:28 8   We were moving sugar around the facility with a pipeline,

11:53:32 9   the accident occurred due to conveyers, so basically food

11:53:36 10  safe and people safe which is one of the big things, that

11:53:40 11  alone was a $30 million investment.

11:53:42 12  Q.      Is it correct that you still have those facilities

11:53:44 13  from the 1940's that you mentioned operating alongside that

11:53:48 14  packaging facility?

11:53:49 15  A.      Yeah, unfortunately yes.

11:53:52 16          MR. CAMERON:  Thank you very much.

11:53:53 17          Thank you, Your Honor.

11:53:54 18          THE COURT:  Thank you, sir.  You are excused.

11:53:56 19          What's next?

11:53:57 20          MR. BUTERMAN:  Your Honor, defendant calls Neil

11:53:59 21  Smith.  Neil Smith is the senior vice-president of sugar

11:54:02 22  manufacturing at US Sugar.  My colleague, Ms. Reeves, will

11:54:08 23  be handling that.

11:54:28 24          COURT CLERK:  Please raise your right hand.

11:54:34 25  Please state and spell your full name for the record.

Smith - direct

11:54:37 1                    THE WITNESS:  Neil Franklin Smith.  N-E-I-L,

11:54:44 2    F-R-A-N-K-L-I-N, S-M-I-T-H.

11:54:44 3                    NEIL FRANKLIN SMITH, having been duly sworn, was

11:54:52 4    examined and testified as follows:

11:54:52 5                         DIRECT EXAMINATION

11:54:58 6    BY MS. REEVES:

11:54:59 7    Q.      Good afternoon, Mr. Smith.  Can you please state your

11:55:02 8    name for the record.

11:55:03 9    A.      I'm Neil Franklin Smith.

11:55:04 10   Q.      What is your position at US Sugar?

11:55:06 11   A.      I'm the senior vice-president of sugar manufacturing.

11:55:09 12   Q.      And when you first joined US Sugar in 2002, what was

11:55:13 13   your role?

11:55:14 14   A.      I was a refinery manager.

11:55:16 15   Q.      When did you take on your current role?

11:55:19 16   A.      In 2006.

11:55:21 17   Q.      How long have you been in the sugar business?

11:55:22 18   A.      Forty-two years.

11:55:23 19   Q.      Can you give us a brief description of the positions

11:55:26 20   you have held in the sugar industry over the last

11:55:30 21   forty-two years?

11:55:31 22   A.      Had an international career in sugar holding

11:55:37 23   positions in production and research during the first ten

11:55:41 24   years.  And then largely in management and senior management

11:55:45 25   the last thirty-two years, fixing troubled plants.

Smith - direct

11:55:48 1   Q.      And what was your last job prior to coming to US

11:55:53 2   Sugar?

11:55:53 3   A.      I worked for a beet factory in North Dakota.

11:55:57 4   Q.      Why were you hired there?

11:55:58 5   A.      It's a troubled plant and they needed my expertise.

11:56:01 6   Q.      Do you know why you were hired by US Sugar?

11:56:03 7   A.      The same reason, there was a troubled plant needing

11:56:07 8   my expertise.

11:56:08 9   Q.      What are your responsibilities at US Sugar today?

11:56:11 10  A.      Basically I take the -- the cane is delivered to the

11:56:15 11  factory, I take it from a stalk of sugarcane, I turn it into

11:56:19 12  a granular refined sugar.  I have a multi discipline

11:56:23 13  workforce, approximately 440 people.  And I also control the

11:56:28 14  ancillary plants that help support making and refining

11:56:32 15  sugar.

11:56:32 16  Q.      I would like to pull up what has been marked exhibit

11:56:37 17  JTX 035.

11:56:39 18          Mr. Smith, do you have that in front of you?

11:56:41 19  A.      I do.

11:56:41 20  Q.      Do you recognize this document?

11:56:42 21  A.      Yes.

11:56:42 22  Q.      And what is it?

11:56:49 23  A.      It was internal report I prepared, the proposed

11:56:51 24  operation strategy that we would be following

11:56:54 25  post-acquisition of Port Wentworth refinery.

Smith - direct

11:56:56 1    Q.      And the Port Wentworth is the Imperial refinery?

11:56:58 2    A.      The Imperial refinery, yes.

11:57:00 3    Q.      How have you been involved in evaluating the proposed

11:57:04 4    acquisition of Imperial by US Sugar?

11:57:06 5    A.      My responsibility has been on the technical side so I

11:57:11 6    have made a technical evaluation of the Imperial refinery.

11:57:15 7    Q.      And as part of the technical analysis, what did you

11:57:18 8    do?

11:57:18 9    A.      We visited the plant on several occasions, we took a

11:57:21 10   look at the equipment, met with certain key staff, reviewed

11:57:25 11   documentation, brought in a team of my own experts to look

11:57:30 12   at different aspects of the plant as well as some outside

11:57:34 13   consultants to look at stuff which required specialty for.

11:57:38 14   Q.      Focusing not on the packaging facility which was

11:57:42 15   rebuilt after the fire, but focusing on the refinery, what

11:57:47 16   was your view of the facility after you visited it?

11:57:49 17   A.      It was a dump.

11:57:50 18   Q.      Why is that your opinion?

11:57:52 19   A.      Well, like many factories that had three owners in

11:58:00 20   the last thirty years, they haven't necessarily invested

11:58:04 21   properly in the plant, there is peeling paint, rusted steel,

11:58:08 22   leaking pipes, broken concrete, just generally it's not well

11:58:12 23   maintained.

11:58:14 24   Q.      Let's look at what you have done at Clewiston since

11:58:17 25   you have been there.  Can we turn to page 13, please.  And

Smith - direct

11:58:22 1    what does the graph show, Mr. Smith?

11:58:25 2    A.      That is the -- the graph represents the annual

11:58:30 3    production and the average daily production of the Clewiston

11:58:34 4    refinery from the years '06, '07, to the years '19, '20.

11:58:39 5    Q.      And the actual production are the green bars and the

11:58:42 6    average daily production is the black line?

11:58:44 7    A.      Yes.

11:58:44 8    Q.      And based on this chart, what was the annual

11:58:48 9    production at the Clewiston refinery in the 2006/2007 time

11:58:53 10   period?

11:58:53 11   A.      It was at about 11.1 million hundredweight.

11:58:56 12   Q.      What is the annual production of the Clewiston

11:59:01 13   refinery in the 2019/2020 refinery year?

11:59:02 14   A.      About 17 hundredweight.

11:59:05 15   Q.      17.9?

11:59:07 16   A.      17.9.

11:59:08 17   Q.      And that's an increase of about seven million

11:59:11 18   hundredweight?

11:59:12 19   A.      That's correct.

11:59:12 20   Q.      And increase of percentage of production at about 65

11:59:12 21   percent?

11:59:12 22   A.      Yes.

11:59:12 23   Q.      Were you involved in achieving this increase?

11:59:12 24   A.      Yes, I was.

11:59:12 25   Q.      And how was US Sugar able to achieve this increase?

Smith - direct

11:59:24 1    A.       In 2006 when I took over, I instituted a program of

11:59:29 2    operational excellence, which focused upon many aspects of

11:59:33 3    the plant, trying to take it from a reactive to a proactive

11:59:39 4    culture and identify where to apply the resources and

11:59:42 5    capital that we had available to make the biggest impact in

11:59:47 6    increases refined sugar.

11:59:49 7    Q.       What are metrics?

11:59:50 8    A.       Metrics are measurement devices used within that

11:59:53 9    particular program.  Aimed largely at identify -- it's

11:59:58 10   triage process, what we're doing is we're looking to measure

12:00:01 11   things that affect refined sugar output and with that, we're

12:00:05 12   able to work out which are the most important things to

12:00:08 13   spend our money on.

12:00:09 14   Q.       After you took over the plant in 2006, how many

12:00:14 15   metrics did your team develop at Clewiston?

12:00:16 16   A.       Hundreds.

12:00:17 17   Q.       Were these metrics in place prior to your arrival?

12:00:20 18   A.       Largely not.

12:00:21 19   Q.       And let's now talk about the implications of that for

12:00:25 20   the throughput rate.  Have the metrics and organization

12:00:28 21   although excellence program we just discussed allowed US

12:00:30 22   Sugar to run Clewiston at a higher average throughput rate?

12:00:35 23   A.       Yes, they have.

12:00:36 24   Q.       Have those changes allowed US Sugar to run Clewiston

12:00:39 25   for more days during the year?

Smith - direct

12:00:41 1    A.      Yes, they have.

12:00:41 2    Q.      Since 2006 how has US Sugar changed the number of

12:00:46 3    operational days at Clewiston?

12:00:47 4    A.      In 2006, I think they ran 310 days, by '19, 2019,

12:00:53 5    2020, we have been running about 355 days.

12:00:58 6    Q.      And now let's talk about Port Wentworth.  How would

12:01:01 7    you describe the current operating philosophy at the Port

12:01:07 8    Wentworth plant?

12:01:07 9    A.      I think the way I describe it, it's a flex-type

12:01:10 10   running option, it flexes based upon sales.

12:01:14 11   Q.      What do you mean it runs in like a flex state?

12:01:17 12   A.      Unlike other facilities like our own, which would run

12:01:21 13   on a steady state situation, this particular plant speeds up

12:01:24 14   and slows down its operations, will shut down for more days,

12:01:28 15   causing more stress upon the equipment to meet sales

12:01:33 16   demands.

12:01:33 17   Q.      And comparing flex state to the operational

12:01:36 18   philosophy at Clewiston, what is the philosophy at

12:01:41 19   Clewiston?

12:01:41 20   A.      The philosophy at Clewiston basically we're looking

12:01:44 21   for a steady state operation, it's more consistent, anything

12:01:48 22   that runs a steady state, it's more efficient.

12:01:52 23   Q.      Does US Sugar plan to increase the number of

12:01:56 24   operating days at Port Wentworth?

12:01:58 25   A.      It does.

839

Smith - direct

12:01:59 1    Q.      How many days do you plan to ultimately operate Port

12:02:03 2    Wentworth?

12:02:04 3    A.      355 days.

12:02:05 4    Q.      You plan to use metrics to do this?

12:02:07 5    A.      Yes, indeed.

12:02:08 6    Q.      Do you know what Port Wentworth's production amount

12:02:11 7    was in 2020?

12:02:13 8    A.      It was about 16.1 million, I believe.

12:02:18 9    Q.      And did you perform an analysis to estimate the

12:02:20 10   amount of output that US Sugar can achieve at the Port

12:02:25 11   Wentworth facility?

12:02:25 12   A.      I did.

12:02:25 13   Q.      And what was the result of that analysis?

12:02:27 14   A.      We could probably produce the 17 hundredweight.

12:02:33 15   Q.      And does US Sugar have a plan for how it will achieve

12:02:37 16   the 17.5 million hundredweight production amount?

12:02:40 17   A.      Yes, it does.

12:02:41 18   Q.      How does it plan to do that?

12:02:42 19   A.      It will be by duplicating what we did at Clewiston,

12:02:47 20   we will end up utilizing operational excellence initiative

12:02:52 21   and target capital application.

12:02:52 22   Q.      Based on your forty-two years of experience and your

12:02:55 23   history with restoring troubled plants, do you believe US

12:03:02 24   Sugar will be able to achieve its planned increase at Port

12:03:06 25   Wentworth?

840

Smith - direct

12:03:06  1    A.      Yes, indeed.

12:03:07  2    Q.      Why?

12:03:07  3    A.      We have done it before.  We have got a track record,

12:03:11  4    we have the right people, the right subject matter experts,

12:03:14  5    we know how to do this and we're able to take that knowledge

12:03:18  6    and be able to apply it to Imperial facility.

12:03:22  7    Q.      And do you believe that Imperial could achieve this

12:03:25  8    capacity increase without US Sugar?

12:03:27  9    A.      No.

12:03:27 10    Q.      Why not?

12:03:28 11    A.      They don't have the culture that is necessary to be

12:03:30 12    able to implement such a program.

12:03:34 13    Q.      And the expertise?

12:03:38 14    A.      Or the expertise.

12:03:39 15    Q.      And Mr. Smith, if US Sugar is able to close the

12:03:42 16    transaction of Imperial, who will be in charge of running

12:03:45 17    the Port Wentworth facility?

12:03:47 18    A.      I will.

12:03:50 19            MS. REEVES:  Thank you, Your Honor.  No further

12:03:52 20    questions.  Defendants would like to move JTX 035 into

12:03:52 21    evidence.

12:03:52 22            THE COURT:  Any objection?

12:03:52 23            MS. PEARL:  No objection.

12:04:04 24            THE COURT:  It's admitted.

12:04:04 25            (JTX Exhibit No. 035 was admitted into

Smith - cross

12:04:04 1    evidence.)

12:04:10 2                 MS. PEARL:  Good afternoon, Your Honor.  My name

12:04:13 3    is Stephanie Pearl on behalf of the United States.  May I

12:04:14 4    proceed?

12:04:15 5                 THE COURT:  Please.

12:04:16 6                     CROSS-EXAMINATION

12:04:16 7    BY MS. PEARL:

12:04:17 8    Q.    Good afternoon.

12:04:18 9                 During 2020, you and your team made several

12:04:22 10   visits to Imperial to assess the operations of the plant,

12:04:25 11   correct?

12:04:25 12   A.    Yes.

12:04:26 13   Q.    And you and your team put together a trip reports

12:04:28 14   based on these visits, correct?

12:04:30 15   A.    Correct.

12:04:30 16   Q.    And these reports were presented to the lenders of

12:04:33 17   the deal, correct?

12:04:34 18   A.    I believe so.

12:04:35 19   Q.    Based on your visits, you would agree that Imperial's

12:04:38 20   packaging facility is impressive, right?

12:04:41 21   A.    Yes.

12:04:41 22   Q.    And you also learned during your site visits that

12:04:45 23   Imperial had increased its average monthly raw sugar melt

12:04:48 24   over the last few years, correct?

12:04:50 25   A.    Correct.

Smith - cross

12:04:52 1    Q.      Now, Mr. Smith, your proposed post transaction plan

12:04:57 2    for Port Wentworth is based on a plan as you discussed that

12:05:03 3    you used at US Sugar, correct?

12:05:06 4    A.      Repeat the question.

12:05:07 5    Q.      Your proposed post-transaction plan for Port

12:05:13 6    Wentworth is based on a plan that you used at US Sugar,

12:05:15 7    correct?

12:05:16 8    A.      Correct.

12:05:16 9    Q.      You didn't put together this plan for US Sugar by

12:05:19 10   yourself, right?

12:05:20 11   A.      Correct.

12:05:21 12   Q.      You hired a third party, correct?

12:05:24 13   A.      We hired two third parties to give us input into it.

12:05:28 14   Q.      And one of these third parties that you mentioned

12:05:31 15   helped put in place the backbone of your plan, correct?

12:05:35 16   A.      Yes.   Okay.   Correct.

12:05:39 17   Q.      And this third party presented areas for US Sugar to

12:05:42 18   focus on, correct?

12:05:43 19   A.      Correct.

12:05:44 20   Q.      And US Sugar followed this third-party guidance,

12:05:46 21   right?

12:05:50 22   A.      We haven't taken possession, so I would say no, we

12:05:54 23   haven't taken possession, so we can't actually say we

12:05:58 24   followed that guidance until we actually do it.

12:06:00 25   Q.      I'm talking about at US Sugar you hired a third

Smith - cross

12:06:04 1    party?

12:06:04 2    A.      I'm sorry, my apologies, it was a joint effort.  What

12:06:08 3    they did was help facilitate the understanding but we

12:06:11 4    developed the metrics ourselves.

12:06:13 5    Q.      Mr. Smith, you were deposed, I took your deposition a

12:06:17 6    couple of months ago, correct?

12:06:18 7    A.      Correct.

12:06:19 8            Q.  You have a binder in front of you.  And the

12:06:24 9    last tab is a depo transcript, do you see that.

12:06:31 10   A.      Yes.

12:06:31 11   Q.      We're go to turn to page 215 of your deposition

12:06:35 12   transcript.  Are you there?

12:06:46 13   A.      I am.

12:06:47 14   Q.      All right.  So we were talking about your work at

12:06:50 15   Clewiston at this point.  And if you look at line 4, you

12:06:54 16   were asked, "Did you come up with this list or did Lifecycle

12:06:58 17   Engineering at Charleston?"

12:06:59 18           Did I read that correctly?

12:07:01 19   A.      Yes.

12:07:02 20   Q.      And line 6, "It was basically we brought in

12:07:07 21   Lifecycle.  We talked to them.  They presented the areas

12:07:10 22   that we needed to do, and we followed their guidance."

12:07:12 23           Did I read that correctly?

12:07:12 24   A.      Yes.

12:07:18 25   Q.      Mr. Smith, if you could turn in your binder to PTX

12:07:22  1   512.  It's in the same binder.

12:07:39  2   A.    I don't appear to have a tab that says 512.  I have

12:07:45  3   534, 535.

12:07:49  4   Q.    It could be one of the earlier tabs.  I can bring you

12:07:52  5   a copy if that's okay with Your Honor?

12:07:54  6   A.    That's okay.

12:07:58  7   Q.    No worries.  And Mr. Smith, do you see this is an

12:08:01  8   e-mail from Derek du Plooy to yourself, Neil Smith?

12:08:04  9   A.    Yes.

12:08:05 10   Q.    It's dated February 17, 2021?

12:08:07 11   A.    I do.

12:08:08 12   Q.    And it's attaching a report on Clewiston

12:08:11 13   transformation, do you see that?

12:08:12 14   A.    Yes.

12:08:12 15   Q.    Do you recognize this cover letter and the attached

12:08:16 16   document?

12:08:23 17   A.    Yes.

12:08:24 18   Q.    And this document was prepared at your request;

12:08:27 19   correct?

12:08:27 20   A.    Correct.

12:08:28 21   Q.    This document provides more detail about your work at

12:08:31 22   Clewiston, right?

12:08:33 23   A.    Yes.

12:08:34 24            MS. PEARL:  Your Honor, we offer into evidence

12:08:36 25   PTX 512.

Smith - cross

12:08:40  1                    MS. REEVES:  No objection.

12:08:41  2                    THE COURT:  Thank you, it's admitted.

12:08:41  3                    (PTX Exhibit No. 512 was admitted into

12:08:43  4     evidence.)

12:08:43  5     BY MS. PEARL:

12:08:43  6     Q.       Mr. Smith, let's talk about your proposed post

12:08:46  7     transaction Port Wentworth plan which I discussed during

12:08:49  8     your direct.

12:08:50  9                    Sir, just to start, you don't know why Imperial

12:08:53 10     has made a business judgment to use a different operating

12:08:57 11     philosophy than US Sugar, correct?

12:08:59 12     A.       Correct.

12:09:00 13     Q.       And Mr. Smith, your proposed plan doesn't contemplate

12:09:05 14     an increase in Imperial refinery's overall capacity,

12:09:08 15     correct?

12:09:08 16     A.       Correct.

12:09:09 17     Q.       Your plan is to increase capacity utilization, right?

12:09:13 18     A.       Correct.

12:09:14 19     Q.       And one way you plan to do this is by increasing the

12:09:17 20     number of operating days at Imperial?

12:09:20 21     A.       Correct.

12:09:20 22     Q.       I would like to bring back up on the screen what has

12:09:24 23     already been entered in evidence as JTX 035.  And this is

12:09:29 24     the proposed post transaction plan you were discussing,

12:09:32 25     correct?

Smith - cross

12:09:33 1    A.      Correct.

12:09:33 2    Q.      All right.  Let's move to page 11.  Can you see at

12:09:40 3    the top sir, it says operating days?

12:09:43 4    A.      I do.

12:09:44 5    Q.      Underneath that there is a box that says Port

12:09:47 6    Wentworth refinery over the last five years, do you see

12:09:49 7    that?

12:09:49 8    A.      I do.

12:09:50 9    Q.      From 2017 to at least 2020, Imperial itself has been

12:09:55 10   increasing the number of operating days at Port Wentworth,

12:09:59 11   correct?

12:09:59 12   A.      Yes.

12:10:01 13   Q.      In 2020, Imperial operated 345 days, right?

12:10:07 14   A.      Correct.

12:10:08 15   Q.      You mentioned on direct and it's stated in your

12:10:11 16   report that your stated goal is to increase the number of

12:10:14 17   operating days to 355.  Correct?

12:10:16 18   A.      Correct.

12:10:18 19   Q.      Mr. Smith, you do not expect to run Imperial 355 days

12:10:24 20   a year within the first year of post-transaction, right?

12:10:27 21   A.      No, we intend to increase it over three years.

12:10:30 22   Q.      And actually during your deposition you said it would

12:10:33 23   be a stretch goal to achieve 355 days a year within five

12:10:36 24   years post close, right?

12:10:42 25   A.      Yes.

Smith - cross

12:10:43  1    Q.      Mr. Smith, you did not discuss with anyone at
12:10:48  2    Imperial whether operating 355 days a year would be
12:10:52  3    feasible, right?
12:10:52  4    A.      Right.
12:10:53  5    Q.      You don't know whether Imperial is independently
12:10:56  6    planning to increase its operating days, correct?
12:10:59  7    A.      Correct.
12:11:00  8    Q.      All right.  Let's turn now to the exhibit, it's going
12:11:05  9    to page 15, appendix A.  We'll have to blow that up a bit.
12:11:20 10    This is a CapEx plan for Imperial that you put together,
12:11:25 11    right?
12:11:26 12    A.      Yes.
12:11:27 13    Q.      And most of the capital expenditures in the areas of
12:11:31 14    spend are described as sustaining capital right?
12:11:36 15    A.      Yes.
12:11:36 16    Q.      You understand sustaining capital to be capital used
12:11:40 17    to replace or repair existing capital, right?
12:11:43 18    A.      Existing equipment, yes.
12:11:45 19    Q.      Existing equipment, thank you.  And so sustaining
12:11:42 20    capital is something like maintenance, correct?
12:11:57 21    A.      Sustaining capital is replacing things that already
12:12:01 22    exist that are worn out or reached the end of their life,
12:12:04 23    that is usually how sustaining capital is defined.
12:12:07 24    Q.      Mr. Smith, Imperial's capital plan that Imperial put
12:12:11 25    together, that served as the basis for the plan that you put

Smith - redirect

12:12:14 1   together for Imperial, right?

12:12:15 2   A.      Correct.

12:12:16 3   Q.      Mr. Smith, you believe US Sugar can implement this

12:12:19 4   plan because Imperial has all the people in place, the

12:12:22 5   engineers, the knowledge, and the know-how to do the

12:12:26 6   projects that you've identified, correct?

12:12:31 7   A.      I believe -- yes, correct.

12:12:35 8            MS. PEARL:  Thank you, Your Honor.  No further

12:12:36 9   questions.

12:12:38 10           THE COURT:  Thank you.  Any redirect?

12:12:39 11           MS. REEVES:  Very briefly.

12:12:44 12                   REDIRECT EXAMINATION

12:12:45 13  BY MS. REEVES:

12:12:46 14  Q.      Mr. Smith, there was a beet freeze in 2019 to 2020,

12:12:50 15  correct?

12:12:51 16  A.      Correct.

12:12:51 17  Q.      And do you know Imperial's CEO just testified that

12:12:56 18  Imperial ran those years at an unusually high level?

12:12:59 19  A.      I am not aware of his testimony.

12:13:02 20           MS. REEVES:  No further questions.  Thank you

12:13:02 21  Your Honor.

12:13:02 22           THE COURT:  Thank you.  Thank you, sir.  You're

12:13:02 23  excused.

12:13:02 24           What's next?

12:13:11 25           MS. GIORDANO:  Your Honor, defendant call

Fesco - direct

12:13:20 1   Dr. Barbara Fesco from the United States Department of

12:13:25 2   Agriculture.

12:13:34 3               COURT CLERK:  Please raise your right hand.

12:13:44 4   Please state and spell your full name for the record.

12:13:55 5               THE WITNESS:  Barbara Fecso.  B-A-R-B-A-R-A.  F

12:14:03 6   as in frank, E, C as in cat, S as in Sam, O.

12:14:09 7               BARBARA FECSO, having been duly sworn, was

12:14:15 8   examined and testified as follows:

12:14:18 9               MS. GIORDANO:  May I proceed, Your Honor?

12:14:23 10              THE COURT:  Please.

12:14:24 11                   DIRECT EXAMINAITON

12:14:24 12  BY MS. GIORDANO:

12:14:25 13  Q.      Good morning, Dr. Fecso.

12:14:26 14  A.      Hi.

12:14:27 15  Q.      We have met once before virtually when I took your

12:14:30 16  deposition in the case, is that right?

12:14:31 17  A.      Yes.

12:14:32 18  Q.      Nice to see you in person.

12:14:33 19  A.      Yes.

12:14:34 20  Q.      Where do you currently work?

12:14:35 21  A.      I work at USDA.

12:14:37 22  Q.      That's the United States Department of Agriculture?

12:14:38 23  A.      Yes.

12:14:40 24  Q.      And what is your current title?

12:14:42 25  A.      I am the commodity analysis branch chief of the

Fesco - direct

12:14:47 1  economic and policy analysis division of farm production and

12:14:55 2  conservation business officer of USDA.

12:14:57 3  Q.    And you are a Ph.D. economist, is that right?

12:15:00 4  A.    Yes.

12:15:01 5  Q.    When did you get your Ph.D.?

12:15:02 6  A.    1994.

12:15:03 7  Q.    And what do you consider to be your area of

12:15:06 8  expertise?

12:15:07 9  A.    Policy and resource economics.

12:15:11 10  Q.    You focus on agricultural policy in particular?

12:15:15 11  A.    Yes.

12:15:15 12  Q.    How long have you worked at the USDA?

12:15:17 13  A.    Since 1994.

12:15:19 14  Q.    About thirty years?

12:15:22 15  A.    Almost, yes.

12:15:23 16  Q.    And how long have you worked on sugar in particular?

12:15:26 17  A.    Since 2002.

12:15:28 18  Q.    Twenty years?

12:15:29 19  A.    Yes.

12:15:30 20  Q.    And you're familiar of course with something you

12:15:32 21  heard a lot about in this case so far called the Federal

12:15:37 22  Sugar Program?

12:15:37 23  A.    Yes.

12:15:38 24  Q.    That's a program that's been in place since at least

12:15:41 25  as far back as the 1981 Farm Bill?

Fesco - direct

12:15:44 1    A.      Yes.

12:15:44 2    Q.      We'll get into the details of it in a little bit, I

12:15:47 3    promise, but at a high level, the Federal Sugar Program,

12:15:51 4    that's a series of tools that the USDA has that allows you

12:15:56 5    to control the amount of raw and refined sugar that's

12:15:59 6    available for sale in the U.S. markets?

12:16:01 7    A.      Yes.

12:16:02 8    Q.      And during your time at USDA, what responsibilities

12:16:05 9    have you had for the Federal Sugar Program?

12:16:08 10   A.      My responsibilities include collecting and publishing

12:16:14 11   data from beet and cane processors and cane refiners on a

12:16:18 12   monthly basis.  Using that data to forecast supply and

12:16:24 13   demand variables for the WASDE, the World Agriculture Supply

12:16:28 14   and Demand Estimate report which is put out monthly.  And

12:16:32 15   then using the results of that and other things to advise

12:16:35 16   the under secretaries on whether we need to take action to

12:16:39 17   rebalance the sugar market.

12:16:41 18   Q.      You mentioned the WASDE, the monthly WASDE report, is

12:16:46 19   it fair to say that's one of the most closely watched USDA

12:16:50 20   publications in the sugar industry?

12:16:52 21   A.      It is up there with some of the others, yes.

12:16:54 22   Q.      You said one of your responsibilities is to make

12:16:57 23   recommendations to the undersecretaries about whether to

12:17:00 24   increase the supply of sugar in the U.S.; is that right?

12:17:04 25   A.      Yes.

852

Fesco - direct

12:17:04 1    Q.      And in order to make informed recommendations about

12:17:08 2    that, do you feel you need to have sort of a very detailed

12:17:12 3    understanding of the domestic and foreign influences on the

12:17:17 4    sale of sugar in the U.S.?

12:17:18 5    A.      Yes, I do.

12:17:19 6    Q.      And as part of your job, do you regularly talk to all

12:17:23 7    different participants in the sugar industry, sellers,

12:17:27 8    buyers, analysts?

12:17:29 9    A.      I -- yes, I talk to all sides of industry

12:17:34 10   participants.

12:17:34 11   Q.      Regularly, right?

12:17:37 12   A.      Yes.

12:17:37 13   Q.      Is it fair to say that over your lengthy career at

12:17:41 14   USDA you acquired an extremely detailed understanding of how

12:17:46 15   the domestic sugar industry operates?

12:17:48 16   A.      Yes, definitely.

12:17:50 17   Q.      And fair to say that you have a very detailed

12:17:52 18   understanding of how USDA operates the sugar program?

12:17:56 19   A.      Yes.

12:17:57 20   Q.      Is there anyone today that works at USDA that has a

12:18:01 21   longer continuous tenure working on the sugar program than

12:18:05 22   you?

12:18:06 23   A.      In the capacity of making recommendations to the

12:18:10 24   undersecretaries, no.

12:18:12 25   Q.      Now, Dr. Fecso, you're aware that the Department of

Fesco - direct

12:18:17 1    Justice has sued to block US Sugar's acquisition of Imperial

12:18:21 2    based primarily on a concern that the merged company is

12:18:25 3    going to be able to raise prices in a particular geographic

12:18:29 4    area they call the southeast, right?

12:18:31 5    A.      Yes.

12:18:32 6    Q.      Now based on your lengthy tenure at USDA and your

12:18:36 7    experience in the industry, do you believe that US Sugar's

12:18:39 8    acquisition of Imperial will have a negative impact on the

12:18:43 9    domestic sugar industry?

12:18:45 10   A.      I believe there is potential for the merger to have a

12:18:49 11   positive impact on the industry.

12:18:51 12   Q.      Can you explain why that is?

12:18:54 13   A.      Explain why that is?  Yes.

12:19:01 14           THE COURT:  And do so in terms that we can

12:19:04 15   understand.

12:19:05 16           THE WITNESS:  Yes.  Talking to the owners, or

12:19:09 17   the potential parties that would be involved, they told me

12:19:15 18   about their plans.  I seen that there could be efficiency.

12:19:22 19   There is a potential for Florida to send supplies of raw

12:19:27 20   sugar to Imperial.  Right now Imperial doesn't have a

12:19:30 21   domestic source of sugar.  There is a potential for another

12:19:37 22   voice to be heard besides Imperial Sugar when they come to

12:19:41 23   USDA and ask for us to increase imports to relieve tightness

12:19:47 24   in the raw market.

12:19:50 25           And because of the efficiencies that I see are

Fesco - direct

12:19:54 1   possible with this merger, the engineers, for instance, from

12:19:59 2   US Sugar revitalizing the Imperial facility, things like

12:20:04 3   that, there could be cost savings and those cost savings

12:20:09 4   could result in lower refined prices.

12:20:15 5   Q.    So you mentioned that you understand that US Sugar

12:20:19 6   intends to send raw sugar grown by its farmers in Florida up

12:20:24 7   to the Imperial plant to be refined; right?

12:20:27 8   A.    Yes.

12:20:27 9   Q.    And one of the consequences you just mentioned about

12:20:32 10  that is that Imperial could have a domestic source of raw

12:20:37 11  supply for its plant, right?

12:20:39 12  A.    Yes.

12:20:39 13  Q.    Focusing on that in particular, what is the

12:20:41 14  consequence of that in your view?

12:20:44 15  A.    Well, it would be another source of supply for

12:20:48 16  Imperial, so if it had more sugar coming from the domestic

12:20:53 17  source, it my relieve their need to import as much.

12:20:59 18  Q.    And do you believe that would have any impact on the

12:21:02 19  prices at which Imperial -- United might be able to sell

12:21:07 20  sugar out of the Imperial plant?

12:21:07 21  A.    I think there is potential for this merger to result

12:21:11 22  in cost savings for the Imperial facility which would give

12:21:16 23  them the potential to lower their refined sugar price that

12:21:20 24  they're offering in the market.

12:21:25 25  Q.    Do you believe that if this transaction is allowed to

855

Fesco - direct

12:21:30 1   conclude, that it is likely to lead to higher sugar prices

12:21:34 2   anywhere in the U.S.?

12:21:36 3   A.      I think the likelihood is -- that prices could in

12:21:42 4   fact be lowered.

12:21:43 5   Q.      In the event that prices were to increase as a result

12:21:47 6   of this transaction, would you expect there to be a supply

12:21:53 7   response from other sugar suppliers to bring those prices

12:21:57 8   back down?

12:21:58 9   A.      If prices -- if Imperial and United decided to raise

12:22:05 10  prices, it would attract the attention of other producers in

12:22:09 11  the country and sugar would flow in and compete at lower

12:22:13 12  prices to get that business.

12:22:15 13  Q.      And that's even if USDA didn't do anything, is that

12:22:19 14  right?

12:22:19 15  A.      Right.  There is market forces that could cause sugar

12:22:23 16  to flow to areas of tightness and compete at high prices,

12:22:27 17  yes.

12:22:27 18  Q.      And if for some reason those supply responses for

12:22:32 19  those competitors were not sufficient by themselves to bring

12:22:36 20  the prices back down, do you agree that USDA has the

12:22:41 21  regulatory tools in place at its disposal to bring those

12:22:46 22  prices back down?

12:22:47 23  A.      Yes, USDA has a set of tools it can use to bring in

12:22:51 24  more sugar to get prices down.

12:22:55 25  Q.      Let's talk a little bit more about the factual basis

Fesco - direct

12:22:59 1    behind those opinions you just gave.  So from your many

12:23:05 2    years of experience in the industry, is it fair to say that

12:23:09 3    you're very familiar with the suppliers of sugar in the

12:23:13 4    industry?

12:23:13 5    A.      Yes.

12:23:13 6    Q.      Do you consider it part of your job to have a very

12:23:16 7    good understanding of who is competing with who and where?

12:23:19 8    A.      I like to know as much as possible about the

12:23:21 9    interactions between companies.  I'm not one to just look at

12:23:25 10   numbers on a page and make -- draw conclusions, I need more

12:23:30 11   information from that to inform my leaders' decisions.

12:23:33 12   Q.      And I take it it's also part of your job to

12:23:36 13   understand how sugar moves around the country, right?

12:23:39 14   A.      Yes.

12:23:40 15   Q.      And based on your experience, do you agree that sugar

12:23:44 16   flows from areas in the US that have excess sugar to areas

12:23:49 17   where they need more sugar?

12:23:52 18   A.      You would think so, yes.

12:23:54 19   Q.      You have seen that happen, right?

12:23:56 20   A.      Well, price, if there is a shortage of sugar the

12:24:00 21   price will go up and that will attract available sugar from

12:24:02 22   other sources to that area.

12:24:06 23   Q.      And in fact, what you have witnessed and what you

12:24:08 24   have seen happen is that because of those factors, it's true

12:24:12 25   that refined sugar can travel pretty long distances from

857

Fesco - direct

12:24:20 1    where it's produced to where it's actually used?

12:24:22 2    A.    Yes, I know that to exist.

12:24:24 3    Q.    I think the way you describe it to me in your

12:24:28 4    deposition was that refined sugar goes where the market

12:24:31 5    wants it to go.  Is that how you think about it?

12:24:33 6    A.    Yes.

12:24:34 7    Q.    Another way you describe it to me was that the cure

12:24:38 8    for high prices is basically high prices, right?

12:24:41 9    A.    Yes.

12:24:42 10   Q.    And what you meant by that is when somebody tries to

12:24:47 11   raise prices, competitors are going to react, they're going

12:24:50 12   to be attracted by those high prices, they're going to come

12:24:54 13   in and bring those prices right back down, right?

12:24:56 14   A.    Yes.

12:24:56 15   Q.    And that's something you witnessed time and time

12:24:59 16   again in all your years in the sugar industry?

12:25:05 17   A.    Yes.

12:25:05 18   Q.    And again, even if USDA itself takes no action at

12:25:09 19   all, that's just how the market operates?

12:25:11 20   A.    Yes, market forces work to redistribute sugar to

12:25:15 21   where it's needed, yes.

12:25:18 22   Q.    Now, when the USDA is thinking about taking certain

12:25:22 23   actions under the sugar program, you would typically think

12:25:24 24   about the market, sort of nationally in the aggregate,

12:25:26 25   right?

Fesco - direct

12:25:29 1    A.      Yes.

12:25:30 2    Q.      And, again, the reason why you think about it sort of

12:25:33 3    nationally in the aggregate is because of what we have been

12:25:36 4    talking about, sugar flows where it needs to go, right?

12:25:39 5    A.      Yes.

12:25:39 6    Q.      And you have become familiar with Imperial based on

12:25:44 7    your work at USDA?

12:25:46 8    A.      Very, yes.

12:25:47 9    Q.      Of course as you talked about earlier, you know that

12:25:49 10   Imperial doesn't have much of a domestic source of supplied

12:25:53 11   sugar so it has to depend on imports of foreign raws, right?

12:25:57 12   A.      Yes.

12:25:58 13   Q.      And in your experience, if USDA doesn't bring in

12:26:03 14   enough of the low cost foreign raws, what's the consequence

12:26:08 15   of that for the prices at which Imperial can sell sugar?

12:26:12 16   A.      If we do not bring in enough raw supplies, the price

12:26:18 17   will go up.  And if it goes up high enough to cause

12:26:22 18   high-tier imports to come in, Imperial might resort to

12:26:26 19   buying foreign sugar and paying the extra duty.  In order to

12:26:29 20   maintain their profit margins, they would have to raise the

12:26:32 21   price that they sell into the marketplace.

12:26:36 22   Q.      And based on all the various market participants that

12:26:40 23   you talk to regularly and all the monitoring that you do of

12:26:44 24   all the factors in the industry, is it correct to

12:26:47 25   characterize Imperial as a low price seller who is out there

859

Fesco - direct

12:26:52 1    today driving down the price of sugar?

12:26:55 2    A.      No, I don't consider -- they are a price setter, if

12:27:00 3    anything.

12:27:00 4    Q.      What the you mean by that, is they're the high price

12:27:04 5    supplier?

12:27:05 6    A.      Yes.

12:27:05 7    Q.      Let's talk a little bit more about the sugar program.

12:27:09 8    And again, at least since 1981, the Farm Bill, there has

12:27:13 9    been this policy in place in our country to support American

12:27:17 10   farmers, including American sugar farmers, right?

12:27:21 11   A.      Yes, that's the idea behind the loan program is to

12:27:25 12   support the price.

12:27:26 13   Q.      And that federal policy reflects a judgment that we

12:27:29 14   as a country, we want to try to protect the domestic food

12:27:34 15   supplies that the American farmers provide, right?

12:27:37 16   A.      Well, that's not exactly in our mandate, but the idea

12:27:41 17   is guaranteed floor prices to producers.

12:27:47 18   Q.      Well, the reason -- we'll talk about that floor for a

12:27:51 19   minute.  The reason that the sugar program use USDA tools to

12:27:55 20   control the supply, because it's a matter of economics,

12:27:57 21   that's one way to control price, right?

12:28:01 22   A.      Yes.

12:28:01 23   Q.      And if you restrict the amount of sugar that's

12:28:04 24   available for sale, you can keep those prices high enough

12:28:07 25   above that floor so that the farmers can get enough money

Fesco - direct

12:28:11 1    for their crops, right?

12:28:12 2    A.      Yes.

12:28:12 3    Q.      I'm sorry?

12:28:13 4    A.      Yes.

12:28:14 5    Q.      And, in fact, conversely, if you increase supply,

12:28:18 6    that can cause prices to come down?

12:28:20 7    A.      Yes.

12:28:21 8    Q.      The basic economics of supply and demand, right?

12:28:26 9    A.      Yes.

12:28:27 10   Q.      Now, while USDA is certainly focused on maintaining

12:28:33 11   that price floor, you're also mindful of not letting prices

12:28:37 12   get too high, too, right?

12:28:40 13   A.      In most cases, yes.

12:28:42 14   Q.      And that's because the other side of the equation

12:28:45 15   from the farmers, are the sugar buyers who need to acquire

12:28:50 16   sugar to make all the sweetened products that we have in

12:28:55 17   this country right?

12:28:56 18   A.      We do try to balance the demand of suppliers and

12:29:00 19   buyers.

12:29:00 20   Q.      The sugar buyers are sometimes called sugar users?

12:29:04 21   A.      Yes.

12:29:04 22   Q.      And sugar users, you based on people that you have

12:29:08 23   talked to, you know that they want to try to keep their

12:29:11 24   costs down so they generally want their sugar to be as low

12:29:15 25   of a price as they can get it, right?

Fesco - direct

12:29:17 1   A.      If I were a buyer, I would want to be able to get the

12:29:22 2   sugar that I need, at the quality that I need, at the time

12:29:26 3   that I need it, at the lowest price.

12:29:30 4   Q.      So on the one hand there is the federal policy to

12:29:33 5   keep a price floor for the farmers, make sure that they can

12:29:37 6   get enough money and on the other hand you got the sugar

12:29:40 7   users who want to keep prices lower and it's USDA's job to

12:29:45 8   try to strike that right balance, is that right?

12:29:47 9   A.      Our job is to maintain adequate supplies of raw and

12:29:51 10  refined sugar, that's our mandate.

12:29:53 11  Q.      And in order to do that, one of the things you do in

12:29:58 12  order to make adequate supplies is you try to balance the

12:30:02 13  supply and demand dynamics, is that right?

12:30:05 14  A.      Yes.

12:30:05 15  Q.      Based on your experience, it's true that sugar users

12:30:08 16  are often lobbying USDA to do things that are going to bring

12:30:11 17  in more supplies, increase supplies, right?

12:30:15 18  A.      We get letters from users and sellers.

12:30:18 19  Q.      And the reason they want you to bring in more supply

12:30:22 20  is because they think that's going to keep the price of

12:30:25 21  sugar lower, right?

12:30:26 22  A.      Yes.

12:30:28 23  Q.      And you mentioned just a minute ago, but part of the

12:30:31 24  USDA's sugar program mandate is to ensure there are adequate

12:30:35 25  supplies of raw and refined sugar in the US?

Fesco - direct

12:30:39 1    A.      Right.   Yes.

12:30:40 2    Q.      At least during your time at USDA, that mandate has

12:30:44 3    been interpreted at least implicitly to require the concept

12:30:49 4    that sugar prices should be reasonable; is that right?

12:30:56 5    A.      Reasonable prices is embedded in the idea of adequate

12:31:01 6    supplies, yes.

12:31:02 7    Q.      Because one way to determine whether supplies are

12:31:05 8    adequate is to look at what's happening with prices, right,

12:31:09 9    that's one way to look at it?

12:31:11 10   A.      That is one way to look at it.

12:31:12 11   Q.      And if USDA believes that prices are too high, that

12:31:16 12   can be an indication that supplies are not adequate and that

12:31:20 13   there may be more supply needed, is that right?

12:31:24 14   A.      Well, you said if USDA believes.  I am not the

12:31:33 15   decision maker, I don't know what they believe.  I make

12:31:37 16   recommendations based on data, and I have my own feelings

12:31:41 17   about supply and demand.

12:31:44 18   Q.      Let me ask you then as someone who has done this for

12:31:47 19   the last 20 years, if you in making your recommendation, you

12:31:51 20   believe that prices are too high, that's an indication to

12:31:54 21   you that maybe more supply is needed and that might inform a

12:31:57 22   recommendation to bring in more supply, is that right?

12:32:00 23   A.      Yes.

12:32:01 24   Q.      And it's true that during your tenure at USDA what

12:32:04 25   you have witnessed and what you have seen is that the

Fesco - direct

12:32:07 1   various administrations, they have managed the Federal Sugar

12:32:11 2   Program to ensure that there are adequate supplies available

12:32:14 3   at reasonable prices with each administration determining

12:32:17 4   what it believes are reasonable; is that right?

12:32:20 5   A.      Yes.  And adequate.

12:32:23 6   Q.      Okay.  You should have a binder in front of you, it's

12:32:27 7   the black binder with the defendants' name on top of it.

12:32:30 8   Yeah, that's the other one.  There you go.  Can you turn in

12:32:35 9   that binder to tab DTX 278.

12:32:45 10  A.      Okay.

12:32:45 11  Q.      Are you there?

12:32:46 12  A.      Yes.

12:32:46 13  Q.      Dr. Fecso, you have seen letters like this before,

12:32:50 14  right?

12:32:50 15  A.      Yes.

12:32:51 16  Q.      These are letters that the secretary, the highest

12:32:54 17  position at USDA sends in response to -- to somebody this

12:33:00 18  happens to be the National Confectioners Association, the

12:33:03 19  USDA sends it to response to people who are asking for

12:33:07 20  certain actions to be taken in response to the Federal Sugar

12:33:10 21  Program, right?

12:33:11 22  A.      Yes.

12:33:11 23  Q.      And you yourself have drafted some of these letters

12:33:14 24  over your career?

12:33:15 25  A.      Many.

Fesco - direct

12:33:16  1    Q.      This is just an example here we see the secretary of

12:33:18  2    the USDA stating please be assured the US Department of

12:33:24  3    Agriculture will work to diligently represent the interests

12:33:27  4    of all our stake holders and manage the program to provide

12:33:30  5    adequate supplies of both raw and refined sugar at

12:33:34  6    reasonable prices.  Is that right?

12:33:35  7    A.      Yes.

12:33:37  8    Q.

12:33:38  9            MS. GIORDANO:  Your Honor I move to admit DTX

12:33:40 10    278 as evidence.

12:33:41 11            THE COURT:  Any objection?  Any objection?

12:33:45 12            MR. THORNBURGH:  No objection.  Sorry.

12:33:47 13            THE COURT:  All right.  It's admitted.

12:33:49 14            (DTX Exhibit No. 278 was admitted into

12:33:50 15    evidence.)

12:33:50 16    BY MS. GIORDANO:

12:33:51 17    Q.      Dr. Fecso, one of the indicators that USDA uses to

12:33:55 18    determine whether supplies are adequate is something called

12:33:58 19    the stocks-to-use ratio?

12:33:59 20    A.      That's one of the most important things, yes.

12:34:01 21    Q.      Can you explain what that is?

12:34:02 22    A.      Okay.  So we -- USDA puts out a monthly report called

12:34:02 23    the world A G supply and demand estimates and they put it

12:34:12 24    out for sugar.  In that report it lists the sugar team

12:34:17 25    within USDA's realm, it list their forecast for the fiscal

12:34:24 1   year of certain supply variables, certain demand variables.

12:34:29 2   So supplies is equal to beginning stock which are the

12:34:33 3   aggregate, across beet and cane processors, cane refiners,

12:34:38 4   plus their total production forecast, plus any imports that

12:34:43 5   are forecast for that fiscal year, those three things add up

12:34:47 6   to total supply and then there is several use categories

12:34:54 7   that equal total use, so supply minus use equal ending stock

12:35:00 8   and you divide that by total used and that is your

12:35:03 9   stock-to-use ratio for the year, the forecast.

12:35:06 10   Q.     As a general matter, does the higher stock-to-use

12:35:09 11   ratio signal that there is more supply available in the

12:35:13 12   marketplace and thus prices are generally lower?

12:35:16 13   A.     Normally, yes.

12:35:17 14   Q.     And again, as a general matter, does a lower

12:35:20 15   stock-to-use ratio signal that supplies are tighter and

12:35:24 16   prices are a little bit higher?

12:35:26 17   A.     Yes.

12:35:26 18   Q.     And typically what range of stocks-to-use ratio does

12:35:30 19   USDA manage the sugar program to try to maintain?

12:35:34 20   A.     USDA tries to manage -- between a 13-and-a-half and

12:35:39 21   15-and-a-half percent stock to use ratio.

12:35:42 22   Q.     And although there certainly are sections to this, I

12:35:47 23   understand, but as a general matter it's true that when the

12:35:50 24   stocks-to-use ratio is between that 13-and-a-half and

12:35:55 25   15-and-a-half percent range, USDA typically considers the

Fesco - direct

12:35:57 1  prices that result from that range to be reasonable; is that

12:36:01 2  right?

12:36:01 3  A.      Well, there are aberrations, but usually historically

12:36:07 4  when -- the stocks to use were below 13-and-a-half percent,

12:36:12 5  we would get high-tier imports and if they were above

12:36:16 6  15-and-a-half percent, a greater likelihood of forfeiture,

12:36:20 7  so between that 13-and-a-half to 15-and-a-half we had a safe

12:36:26 8  range of prices.

12:36:27 9  Q.      Now, the range of stocks to use of 13-and-a-half to

12:36:31 10 15-and-a-half, that's not in a statute somewhere, right?

12:36:35 11 A.      No, it was adopted back in the late 1990s.

12:36:38 12 Q.      That's something USDA could change if it wants to?

12:36:41 13 A.      Yeah, I mean, they could change their approach.

12:36:45 14 There is nothing to change.  Not in stone or written

12:36:50 15 anywhere.

12:36:51 16 Q.      And it's true, isn't it, even over your career, even

12:36:55 17 when the stocks-to-use ratio has been between that range of

12:36:58 18 13-and-a-half and 15-and-a-half, there have been times when

12:37:01 19 USDA has still brought in more supply even when you are in

12:37:02 20 range right?

12:37:02 21 A.      Yes.

12:37:02 22 Q.      And USDA doesn't rigidly adhere to stocks to use

12:37:12 23 ratio as the only metrics to consider when it's thinking

12:37:12 24 about taking action under the sugar program, right?

12:37:12 25 A.      No, there are many other factors to consider.

867

Fesco - direct

12:37:22 1   Q.      And one of those is what is happening with prices,

12:37:24 2   right?

12:37:25 3   A.      Yes.

12:37:25 4   Q.      Now, when USDA believes that are additional supplies

12:37:30 5   that are needed in the marketplace, it has a variety of

12:37:32 6   tools at its disposal that it can use, correct?

12:37:35 7   A.      Correct.

12:37:36 8   Q.      And one set of those tools that you can use to

12:37:38 9   increase the volume of sugar -- let me start again.  One set

12:37:42 10  of tools allows USDA to increase the volume of sugar that

12:37:47 11  domestic processors are allowed to sell; is that right?

12:37:50 12  A.      Yes.

12:37:50 13  Q.      And those are a set of tools that are known as the

12:37:53 14  domestic marking allotments?

12:37:56 15  A.      Yes.

12:37:56 16  Q.      And marketing allotments, what those do is they place

12:37:59 17  a legal limit on the amount of sugar that domestic

12:38:03 18  processors are allowed to sell, is that right?

12:38:06 19  A.      Yes.

12:38:07 20  Q.      However, what USDA determines that additional

12:38:12 21  supplies are needed, you have the power to increase those

12:38:14 22  allotments, right?

12:38:17 23  A.      Yes, it only works if they have more sugar to sell.

12:38:21 24  Q.      Well, a recent example of that happened just this

12:38:24 25  past December, right?

Fesco - direct

12:38:24  1    A.       **Yes.**

12:38:25  2    Q.       **Can you turn in your binder to tab DTX 464.**

12:38:32  3    A.       **Okay.**

12:38:33  4    Q.       **And this is an announcement that USDA put out on**

12:38:39  5    **December 21, 2021.  Do you recall that?**

12:38:41  6    A.       **Yes.**

12:38:41  7    Q.       **And you were critically involved in this**

12:38:44  8    **announcement, right?**

12:38:46  9    A.       **Yes.**

12:38:46  10   Q.       **And this is an example of USDA increasing marketing**

12:38:50  11   **allotment in particular to allow beet processors to sell**

12:38:54  12   **more sugar; is that right?**

12:38:56  13   A.       **Yes, I had beet processors that were blocked from**

12:38:59  14   **selling all their expected supply.**

12:39:02  15   Q.       **And by that, you meant they had more they could sell**

12:39:05  16   **but the allotment prevented them from doing so?**

12:39:08  17   A.       **Yes.**

12:39:09  18   Q.       **Can you turn to page 2, at the top of page 2 in the**

12:39:13  19   **top paragraph there.  What we see here is that in that sort**

12:39:17  20   **of first sentence there, is the reason or one of the reasons**

12:39:20  21   **USDA took this action was specifically because there were**

12:39:22  22   **current high sugar prices.  Do you see that?**

12:39:28  23   A.       **That's what it says, yes.**

12:39:30  24   Q.       **And USDA intended that increasing supply here might**

12:39:35  25   **help with those current high sugar prices, right?**

Fesco - direct

12:39:40 1    A.      That's what it says, yes, speaks for itself.

12:39:44 2    Q.      And this exhibit shows that one of the beet

12:39:47 3    processors, if we can go down on to the chart that was

12:39:50 4    particularly benefitted by this action at the time was a

12:39:54 5    company called Michigan Sugar?

12:39:56 6    A.      Yes.

12:39:56 7    Q.      And Michigan Sugar is a beet processor?

12:40:00 8    A.      Yes.

12:40:00 9    Q.      Before USDA took this action, Michigan Sugar was not

12:40:04 10   able to sell as much sugar as it wanted to because it was

12:40:08 11   bumping up against its marketing allotment?

12:40:11 12   A.      Yes.

12:40:11 13   Q.      And this action by USDA, it allowed Michigan Sugar to

12:40:17 14   sell more?

12:40:17 15   A.      Yes.

12:40:19 16          MS. GIORDANO:  I move to admit, Your Honor, DTX

12:40:21 17   464 into evidence.

12:40:23 18          MR. THORNBURGH:  No objection.

12:40:24 19          THE COURT:  Thank you.  It's admitted.

12:40:25 20          (DTX Exhibit No. 464 was admitted into

12:40:26 21   evidence.)

12:40:26 22   BY MS. GIORDANO:

12:40:27 23   Q.      Dr. Fecso, let's talk about imports if we can.  The

12:40:30 24   other set of tools that USDA has to increase supplies if you

12:40:34 25   think it's necessary relate to USDA's control over sugar

Fesco - direct

12:40:38 1    imports, correct?

12:40:40 2    A.    Yes.

12:40:40 3    Q.    Is it true that there are about forty countries in

12:40:43 4    the world that produce sugar that can be imported into the

12:40:46 5    US?

12:40:47 6    A.    Under the WTO, yes.

12:40:49 7    Q.    You understand there are some special rules for some

12:40:53 8    other countries, like Mexico?

12:40:53 9    A.    And then there is TRQs, too.

12:40:55 10   Q.    Is it true in any given marketing year there is

12:40:58 11   typically lots of available sugar out there that can be

12:41:01 12   imported into the U.S.?

12:41:02 13   A.    Well, sometimes the world has -- is in deficit so

12:41:08 14   it's not always the case.

12:41:10 15   Q.    Is it generally the case that there is sugar always

12:41:13 16   available for import?

12:41:14 17   A.    US has the highest price market in the world.  These

12:41:18 18   other countries have surplus.  They would love to send it to

12:41:22 19   us instead of some lower price country.

12:41:24 20   Q.    As a general matter is it true that the price of

12:41:27 21   sugar that's available on the world market, is it typically

12:41:29 22   lower than U.S. prices like you just said?

12:41:32 23   A.    Yes.

12:41:32 24   Q.    Is it typically sometimes can be much lower?

12:41:35 25   A.    Yes.

12:41:37 1   Q.      And so if the U.S. were to allow all of that lower

12:41:40 2   priced foreign sugar into the country, that could cause U.S.

12:41:44 3   prices to plummet, right?

12:41:47 4   A.      It could drag down to US industry.

12:41:51 5   Q.      That could be a problem for your federal sugar policy

12:41:55 6   because that could cause the prices for domestic processors,

12:41:58 7   domestic farmers to fall below that floor that you have

12:42:03 8   created, right?

12:42:04 9   A.      Yes.

12:42:04 10   Q.      And to protect against that, what we have done is

12:42:08 11   we've created as a country a structure that limits the

12:42:11 12   amount of foreign imports that can come in, right?

12:42:14 13   A.      Yes.

12:42:14 14   Q.      And a system of tariff rate quotas, that's one of the

12:42:19 15   major strategy to limit the amount of imports that can come

12:42:23 16   in?

12:42:23 17   A.      Yes.

12:42:23 18   Q.      And tariff rate quotas sometimes know as TRQ?

12:42:27 19   A.      Yes.

12:42:27 20   Q.      What is a tariff rate quota is is a quantity of sugar

12:42:32 21   that can be imported into the country at a low duty or no

12:42:36 22   duty?

12:42:36 23   A.      Yes.

12:42:36 24   Q.      In fact, unlimited amounts of sugar can be imported

12:42:40 25   into the country, but anything that comes in above the TRQ

Fesco - direct

amount, that's much more expensive, right, subject to a
higher duty?

A.      Yes.

Q.      And that amount that comes in above the TRQ amount,
that's a Tier II sugar or high-tier sugar?

A.      Yes, but we also have the Mexican amounts, separate.

Q.      I'm going to get to Mexico in one second, but thank
you for that.

        Is it fair to say that because TRQ sugar,
because it enters at a low or no duty that it can be a
pretty effective price constraint in the US marketplace?

A.      Yes, I would say so.

Q.      Now, USDA has the ability to increase the amount of
TRQ sugar that come over into the country over the course of
a marketing year?

A.      Yes.  We have rules in the sugar program to bring in
more TRQ imports.

Q.      And you can increase TRQ imports for both raw and
refined sugar?

A.      Yes.

Q.      Now, one of the reasons that USDA might increase TRQs
during a particular year is because it perceives that
additional imports are needed to maintain adequate supply at
reasonable prices, right?

A.      Yes.

Fesco - direct

12:44:01 1    Q.     And, in fact, the harmonized tariff schedule which

12:44:06 2    governs the TRQ, that schedule expressly says USDA can bring

12:44:11 3    in more imports whenever it believes that additional

12:44:15 4    supplies may be needed at adequate prices, right?

12:44:19 5    A.     It is discretionary.

12:44:24 6    Q.     Now, if companies in the US are importing significant

12:44:28 7    quantities of TRQ sugar, that's typically because domestic

12:44:33 8    prices are higher, right?

12:44:34 9    A.     Typically, yes.

12:44:35 10    Q.     When domestic prices rise so that they're at or above

12:44:40 11    Tier II prices, companies are likely to import more Tier II

12:44:45 12    sugar instead of buying it domestically?

12:44:48 13    A.     There are exceptions, it depends on the need.

12:44:50 14    Q.     That does happen still, right?

12:44:52 15    A.     I got an e-mail yesterday from a trader down in

12:44:56 16    southern Illinois that was being offered $0.60 sugar.

12:44:59 17    That's much higher than the world prices with the high-duty

12:45:02 18    right now, but that's in the world and he needed it

12:45:05 19    yesterday at that location, so higher prices can -- domestic

12:45:12 20    can trade higher than the world price plus duty.

12:45:16 21    Q.     As a general matter do you agree that Tier II prices,

12:45:20 22    they can function effectively as a price ceiling right in

12:45:23 23    some circumstances?

12:45:24 24    A.     Most cases, yes.

12:45:27 25    Q.     Let's talk about Mexico a little bit.  There are

874

Fesco - direct

12:45:32 1    special rules that govern imports from Mexico, right?

12:45:35 2    A.      Yes.

12:45:35 3    Q.      There is a long history related to this, to Mexico

12:45:38 4    and the suspension agreements, but suffice it to say there

12:45:41 5    are agreements in place called the U.S./Mexico suspension

12:45:46 6    agreement that limit the amount of sugar that can be

12:45:48 7    imported from Mexico?

12:45:50 8    A.      It limits the quantity and the prices.

12:45:52 9    Q.      And USDA again, you can increase those imports from

12:45:57 10   Mexico when you feel it's appropriate, right?

12:45:59 11   A.      Yes, we're able to increase Mexico's export.

12:46:03 12   Q.      Can you turn to tab DTX 515 in your binder.  This is

12:46:17 13   USDA Sugar and Sweeteners Outlook Report from March 22, '22,

12:46:21 14   right?

12:46:21 15   A.      Yes.

12:46:21 16   Q.      And this is a report that USDA publishes every month

12:46:26 17   right after the WASDE comes out?

12:46:28 18   A.      Yes.

12:46:30 19   Q.      And you're involved in preparing these outlook

12:46:35 20   reports, right?

12:46:36 21   A.      This is prepared by the Economic Research Service, I

12:46:40 22   just clear it.

12:46:42 23   Q.      You review it before the report goes out?

12:46:45 24   A.      Yes.

12:46:46 25   Q.      And publishing things like these reports and the

875

Fesco - direct

12:46:48  1    monthly WASDE report, that's consistent with the USDA belief

12:46:54  2    and transparency about what's happening with supply and

12:46:58  3    demand, that's a good thing for participants in the sugar

12:47:02  4    industry, right?

12:47:02  5    A.      Again, it was a decision made that yes, the industry

12:47:05  6    would like to know as much as possible about the sugar data

12:47:10  7    that we collect.  So this is the result.

12:47:14  8    Q.      And is it true as a general matter that USDA believes

12:47:18  9    the things like the outlook form that you do and these

12:47:21 10    publications that you make, as a general matter do you

12:47:24 11    believe that facilitating information sharing through the

12:47:27 12    USDA, that's the type of transparency that leads to a

12:47:32 13    well-functioning open market?

12:47:34 14    A.      You know, some administrators are not as willing to

12:47:38 15    be transparent as others.  It depends.  I personally believe

12:47:43 16    that the best way to run the program is to be as transparent

12:47:46 17    as possible.

12:47:48 18    Q.      Can you turn to page 23 in DTX 515.  We see here, are

12:48:01 19    you there?

12:48:01 20    A.      Yes.

12:48:01 21    Q.      There is a special article called sugar actions at a

12:48:05 22    glance?

12:48:05 23    A.      Yes.

12:48:06 24    Q.      And this is describing actions that USDA has taken to

12:48:06 25    increase imports --

Fesco - direct

12:48:10 1    A.       Yes.

12:48:11 2    Q.       -- when it believes that more sugar is needed?

12:48:13 3    A.       Yes.

12:48:13 4    Q.       And it discusses a number of tools that you and I

12:48:16 5    already talked about today and some others in addition to

12:48:19 6    that?

12:48:19 7    A.       Yes.

12:48:19 8    Q.       If you look at the second full paragraph that we've

12:48:23 9    called out here, what we see is that USDA's management of

12:48:26 10   the sugar program is governed by several statutory

12:48:29 11   principles and that's citing the Harmonized Tariff schedule

12:48:35 12   you and I just talked about?

12:48:36 13   A.       Yes.

12:48:36 14   Q.       Can you turn to page 26 of this exhibit.

12:48:44 15   A.       Yes.

12:48:44 16   Q.       What we see here is a chart that identifies some of

12:48:47 17   the many times USDA has taken actions under the sugar

12:48:51 18   program to increase imports?

12:48:53 19   A.       Yes.

12:48:54 20   Q.       Now, this isn't all the actions you have taken, this

12:48:57 21   is just some of them, right?

12:48:58 22   A.       No, it's not all the actions.

12:49:01 23   Q.       And each of the numbers on here just so we're -- so

12:49:05 24   the Court is aware, each of those numbers reflect an amount

12:49:08 25   of additional volume that you brought in when you thought

Fesco - direct

12:49:11 1    additional supply was needed?

12:49:13 2    A.    Yes.

12:49:15 3    Q.    Now, what is the blue line we see on here?

12:49:19 4    A.    It looks like it's the refined beet sugar price would

12:49:23 5    be a Milling & Baking price.

12:49:25 6    Q.    And that's a publication by Sosland?

12:49:28 7    A.    Sosland, yes.

12:49:29 8    Q.    And Sosland.  And it's true that Sosland is the major

12:49:33 9    source that USDA uses to track refined sugar prices, right?

12:49:38 10   A.    Yes.

12:49:38 11   Q.    There are a number of industry publications out there

12:49:42 12   that are the similar to Sosland that track refined prices,

12:49:47 13   right?

12:49:48 14   A.    Yes.

12:49:48 15   Q.    There are industry reports like JSG, Milling &

12:49:53 16   Baking, Commodity Information, and those are all things

12:49:56 17   you're familiar with?

12:49:57 18   A.    There are several publications.

12:49:59 19   Q.    And you reviewed these third-party reports pretty

12:50:02 20   regularly each month as part of your duties?

12:50:05 21   A.    Weekly.

12:50:06 22   Q.    More frequently than that?

12:50:07 23   A.    Yes.

12:50:08 24   Q.    And you regularly talk to the analysts that prepare

12:50:11 25   these types of third-party reports?

878

Fesco - direct

12:50:14 1   A.      Yes.

12:50:14 2   Q.      You find these reports and these conversations with

12:50:17 3   these third parties also and that's helpful for you as

12:50:20 4   you're making decisions under the Sugar Program, right?

12:50:23 5   A.      It's helpful for me.

12:50:25 6   Q.      And it's also true that USDA's Economic Research

12:50:29 7   Service publishes some of the Sosland prices on its website,

12:50:36 8   right?

12:50:38 9   A.      The USDA puts out publications, yes, by the month,

12:50:41 10  prices, various price theories.

12:50:43 11  Q.      And those -- they use Sosland as the source, right?

12:50:46 12  A.      Well, for the refined beet price they also have the

12:50:51 13  raw price up, the world price, different prices.

12:50:56 14  Q.      And the prices that the refined prices we're talking

12:50:59 15  about that USDA publishes from Sosland, those are what are

12:51:04 16  commonly known as spot prices?

12:51:05 17  A.      Spot prices, yes.

12:51:07 18  Q.      And sometimes called list prices?

12:51:09 19  A.      Yes, same thing.

12:51:10 20  Q.      Let's see if we can sum up what we have talked about

12:51:14 21  today.  I take it that you would agree that USDA has lots of

12:51:17 22  different tools at its disposal to increase sugar supplies

12:51:21 23  if it feels that supplies are not adequate at reasonable

12:51:26 24  prices?

12:51:27 25  A.      USDA has been given a set of tools to manage

Fesco - direct

12:51:31 1    supplies, yes.

12:51:32 2    Q.    And these are all tools that USDA has used for just

12:51:36 3    that reason; right?

12:51:37 4    A.    To make sure that no factory closes and to address

12:51:44 5    high processes, yes.

12:51:46 6    Q.    And it's fair to say based on everything you know

12:51:49 7    about the people you talk to that the sugar suppliers in

12:51:52 8    this industry, they are well aware that USDA has all these

12:51:55 9    tools at its disposal to the increase supply, right?

12:51:58 10   A.    Most of them.  There might be a little bubble gum

12:52:02 11   company that doesn't know about us, but yes, most.

12:52:04 12   Q.    And USDA has done it before and you can do it again

12:52:08 13   whenever you think it's necessary, is that right?

12:52:10 14   A.    We have the set of tools that we can use at our

12:52:13 15   disposal to make decisions to increase supplies.

12:52:17 16        MS. GIORDANO:  Thank you, Dr. Fecso.  No further

12:52:19 17   questions.

12:52:20 18        THE COURT:  All right.  How long do you think

12:52:23 19   your cross is going to take?

12:52:27 20        MR. THORNBURGH:  Your Honor, it would probably

12:52:28 21   be more than ten minutes if that's the question you're

12:52:31 22   getting at.

12:52:32 23        THE COURT:  All right.  I know you're up here

12:52:35 24   from -- is it okay if we take a thirty-minute lunch break or

12:52:35 25   do you have to be back in DC?

12:52:41  1          THE WITNESS:  No, I don't have to be back.  I

12:52:43  2    might never go back.

12:52:44  3          THE COURT:  So let's take our thirty-minute

12:52:47  4    lunch break, or thirty-eight minutes.  Let's come back at

12:52:50  5    1:30.

12:52:52  6              (A brief recess was taken.)

13:27:30  7          THE COURT:  All right.  Please be seated.

13:34:30  8    Cross-exam.

13:34:32  9          MS. GIORDANO:  Your Honor, neglected to move the

13:34:34 10    admission of DTX 515 in evidence.

13:34:38 11          THE COURT:  Any objection?

13:34:40 12          MR. THORNBURGH:  No objection.

13:34:41 13          THE COURT:  It's admitted.

13:34:41 14              (DTX Exhibit No. 515 was admitted into

13:34:42 15    evidence.)

13:34:42 16          MR. THORNBURGH:  Good afternoon, Your Honor.

13:34:45 17    John Thornburgh for the United States.  May I proceed?

13:34:48 18          THE COURT:  Yes, please.

13:34:50 19                  CROSS-EXAMINATION

13:34:50 20    BY MR. THORNBURGH:

13:34:51 21    Q.    Good afternoon, Dr. Fecso, I hope you enjoyed your

13:34:53 22    lunch.

13:34:54 23          Dr. Fecso, did your job responsibilities at the

13:34:56 24    USDA include reviewing sugar-related transactions for

13:35:01 25    compliance with fed antitrust laws?

Fesco - cross

13:35:04 1    A.        No.

13:35:04 2    Q.        And more generally, Dr. Fecso, what is your

13:35:07 3    understanding of which fed agency has responsibility for

13:35:10 4    ensuring sugar related transactions comply with federal

13:35:15 5    antitrust laws?

13:35:16 6    A.        Department of Justice.

13:35:18 7    Q.        Have you ever previously worked with the Department

13:35:21 8    of Justice on a federal antitrust case, Dr. Fecso?

13:35:24 9    A.        No.

13:35:24 10   Q.        Dr. Fecso, did you undertake your own quantitative

13:35:27 11   analysis of the proposed transaction between US Sugar and

13:35:31 12   Imperial?

13:35:32 13   A.        The only quantitative analysis I did was early on

13:35:36 14   when I just took data from sales delivery from beet and cane

13:35:42 15   processors and cane refiners going back as long as I had it.

13:35:47 16   So I had sales by company, by year and I grouped it by how I

13:35:51 17   perceived the marketing agents to cover those properties.

13:35:58 18   Q.        Thank you.

13:35:58 19              And besides that analysis that you just

13:36:01 20   described, Dr. Fecso, did you do any other quantitative

13:36:04 21   analyses related to the proposed transaction?

13:36:07 22   A.        On paper with statistic or regression analysis,

13:36:10 23   things like that, no.

13:36:12 24   Q.        Okay.  Dr. Fecso, is your testimony today about the

13:36:16 25   proposed transaction, does that reflect your personal

Fesco - cross

13:36:20 1    opinion or the opinion of the USDA?

13:36:22 2    A.      That is my personal opinion based on educated and

13:36:27 3    informed observations.

13:36:29 4    Q.      And Dr. Fecso, do you have any personal knowledge as

13:36:32 5    to whether the USDA has an official agency position on the

13:36:36 6    proposed transaction?

13:36:37 7    A.      My understanding is the Department of Ag has a

13:36:41 8    position that it has no position.

13:36:44 9    Q.      Thank you.

13:36:44 10            Dr. Fecso, a few minutes ago before lunch, you

13:36:49 11   mentioned in response to a question from defendant's counsel

13:36:52 12   that you thought the transaction might result in some

13:36:55 13   efficiencies or potentially lower prices, do you recall

13:36:58 14   that?

13:36:58 15   A.      Yes.

13:36:59 16   Q.      How did you come to form your belief that the

13:37:01 17   transaction could result in efficiencies?

13:37:04 18   A.      It was based on the conversation I had with Matt

13:37:10 19   Wineinger and Mike Gorrell and Elaine Wood and Robert Buker

13:37:15 20   the day before they announced the transaction, they set up a

13:37:18 21   meeting with me and we thoroughly went over what the plan

13:37:22 22   was for this.  And knowing these people as long as I have,

13:37:27 23   it sounded -- I had high faith that it was good.

13:37:31 24   Q.      Did the individuals that you just mentioned,

13:37:34 25   Dr. Fecso, did they show you any data to support their

Fesco - cross

13:37:38 1   claims about the purported efficiency?

13:37:41 2   A.      No.

13:37:42 3   Q.      And so Dr. Fecso, is your belief about the potential

13:37:46 4   efficiencies based on your conversation with the parties or

13:37:49 5   did you perform any additional quantitative analysis?

13:37:53 6   A.      Well, it's mostly based on the conversation, but I

13:37:59 7   have been around long enough and I understand the

13:38:04 8   interrelationships and in my mind I can do a quantitative

13:38:07 9   analysis, yes.

13:38:08 10  Q.      But Dr. Fecso, did you do any quantitative analysis

13:38:11 11  on paper outside of your mind?

13:38:12 12  A.      No.

13:38:13 13  Q.      What is your level of confidence, Dr. Fecso, that the

13:38:18 14  transaction would result in efficiencies?

13:38:20 15  A.      I'm pretty confident, yes.

13:38:23 16  Q.      Dr. Fecso, do you recall that I took your deposition

13:38:25 17  earlier in this litigation?

13:38:27 18  A.      Yes.

13:38:28 19  Q.      Can I -- in the binder in front of you, there should

13:38:33 20  be, the last tab of the binder to your left there it do

13:38:41 21  United was the supplier should have your deposition

13:38:42 22  transcript in there, and if you could please turn to

13:38:46 23  page 238 of the last tab.  Dr. Fecso, I want to direct your

13:39:02 24  attention to the line 21 on page 238?

13:39:11 25  A.      Okay.

Fesco - cross

13:39:12  1   Q.      And so Dr. Fecso at your deposition I asked you?

13:39:15  2          QUESTION:   Question okay, so would it be fair,

13:39:18  3   Dr. Fecso to say that your view about the transaction and

13:39:21  4   the efficiency that would result from it is an educated

13:39:24  5   guess?  And your answer was yes, do you recall that.

13:39:27  6   A.      Yes.

13:39:28  7   Q.      Okay.  Dr. Fecso so, if US Sugar does acquire

13:39:33  8   Imperial, would the USDA be able to require United to offer

13:39:38  9   lower prices?

13:39:38 10   A.      No, that's not in our jurisdiction.

13:39:41 11   Q.      And Dr. Fecso, were you provided internal documents

13:39:46 12   and communications that were produced to the Department of

13:39:50 13   Justice in this litigation?

13:39:51 14   A.      No.

13:39:53 15   Q.      Defendant's counsel asked you before lots of

13:39:58 16   questions about how sugar flows in the United States, do you

13:40:01 17   recall that?

13:40:01 18   A.      Yes.

13:40:02 19   Q.      Are you familiar with something called the Jones Act,

13:40:05 20   Dr. Fecso?

13:40:05 21   A.      Yes.

13:40:06 22   Q.      What is the Jones Act?

13:40:07 23   A.      My understanding it's like a workman's compensation

13:40:11 24   program for sailors, and it's funded by the requirement that

13:40:11 25   any vessels that transports cargo between U.S. ports must

Fesco - cross

13:40:21 1   have a U.S. crew, a U.S. flag, must be built in the U.S., et

13:40:26 2   cetera, and that adds costs to transportation.

13:40:29 3   Q.      And what is your understanding, Dr. Fecso, of how the

13:40:33 4   Jones Act impacts the movement of sugar in the United

13:40:37 5   States?

13:40:37 6   A.      It has been an impediment to the movement.  Sugar.

13:40:41 7   Q.      Do you have a specific example that describes how

13:40:45 8   that occurs?

13:40:46 9   A.      In recent years there has been a glut of sugar in the

13:40:52 10  Louisiana and the Gulf area, and if the sugar could have

13:40:56 11  been used on the east coast, but the Jones Act has enough

13:41:02 12  cost to the transportation that it makes it cheaper for the

13:41:06 13  east coast to import sugar from the world or Mexico than

13:41:09 14  from the Gulf.

13:41:11 15  Q.      Thank you.

13:41:12 16          I want to switch gears a little built,

13:41:15 17  Dr. Fecso.  Who within the USDA sugar program makes the

13:41:19 18  ultimate decision about increasing the supply of sugar in

13:41:22 19  the United States?

13:41:24 20  A.      I don't know.  I just make recommendations and

13:41:27 21  somebody else above me makes the decision.

13:41:29 22  Q.      And Dr. Fecso, while you have been at the USDA in

13:41:34 23  your experience, does the decision maker at the USDA share

13:41:37 24  with you the sources of information they consider when

13:41:40 25  making those decisions for the USDA sugar program?

Fesco - cross

13:41:44  1    A.      Most likely not.

13:41:46  2    Q.      Dr. Fecso, do you know who the ultimate decision

13:41:49  3    maker at the USDA sugar program will be in the future or is

13:41:54  4    that unknowable at this point in time?

13:41:56  5    A.      It's unknowable at this time.

13:41:58  6    Q.      Dr. Fecso, based on your long tenure at the USDA as

13:42:04  7    defendant's counsel described, will the USDA always make the

13:42:09  8    same decision with regards to the sugar program when face

13:42:12  9    had with similar market conditions and circumstances?

13:42:14 10    A.      No, decisions are based on the administration at the

13:42:18 11    time.

13:42:18 12    Q.      Thank you.

13:42:19 13            Dr. Fecso, what is your understanding of where

13:42:23 14    the USDA sugar program gets its mandate?

13:42:26 15    A.      My understanding is that it's based off the 2008 Farm

13:42:31 16    Bill that established the sugar program.

13:42:33 17    Q.      Thank you.

13:42:33 18            And what is your understanding of the sugar

13:42:35 19    program's mandate based on the 2008 Farm Bill?

13:42:39 20    A.      Our mandate is to ensure there are adequate supplies

13:42:42 21    of raw and refined sugar and it supplies us with tools to

13:42:47 22    bring in imports if we need more sugar, but there is a

13:42:51 23    warning embedded in the language that says you can bring in

13:42:54 24    imports, but don't bring in so many that you cause

13:42:57 25    forfeitures.

Fesco - cross

13:42:59 1    Q.      Dr. Fecso, do you understand the 2008 Farm Bill to

13:43:04 2    require the USDA to ensure reasonable prices of refined

13:43:08 3    sugar in the United States?

13:43:11 4    A.      Could you repeat that?

13:43:12 5    Q.      Sure.

13:43:13 6            Do you understand the 2008 Farm Bill to require

13:43:17 7    the USDA to ensure reasonable prices of refined sugar in the

13:43:22 8    United States?

13:43:23 9    A.      The 2008 Farm Bill requires USDA to maintain adequate

13:43:28 10   supplies of raw and refined sugar, price is embedded,

13:43:32 11   implicit in that language.

13:43:34 12   Q.      Is there any requirement with regards to prices that

13:43:37 13   the prices be reasonable with regards to the 2008 Farm Bill?

13:43:42 14   A.      Reasonable prices is not mentioned in the language of

13:43:45 15   the 2008 Farm Bill.

13:43:49 16   Q.      Defendant's counsel asked you a few questions about

13:43:53 17   the Harmonized tariff schedule and the provision in there

13:43:57 18   that gives the secretary of agriculture authority to ensure,

13:44:01 19   quote reasonable supplies, adequate supplies at reasonable

13:44:05 20   prices, do you recall that?

13:44:06 21   A.      Yes.

13:44:06 22   Q.      Dr. Fecso, does the USDA have an official definition

13:44:10 23   of what is quote reasonable as relates to that statutory

13:44:14 24   provision?

13:44:15 25   A.      No.  It's discretionary.

Fesco - cross

13:44:18 1   Q.      Dr. Fecso, when the USDA takes action to increase

13:44:22 2   sugar imports into the United States, does the agency have

13:44:26 3   the ability to direct that sugar to specific ports of entry?

13:44:29 4   A.      No.

13:44:30 5   Q.      And when the USDA takes action to increase sugar

13:44:34 6   imports, does the agency know how this additional sugar will

13:44:39 7   impact prices in specific areas of the country?

13:44:42 8   A.      We don't know with certainty, but we're inclined to

13:44:45 9   think that more imports would have a negative impact on

13:44:49 10  prices.

13:44:50 11  Q.      Thank you.

13:44:50 12          Dr. Fecso, I now would like to ask open your

13:44:56 13  binder to PTX 300, please?

13:44:59 14  A.      Okay.

13:45:00 15  Q.      And Dr. Fecso, are you familiar with this document?

13:45:09 16  A.      Yes.

13:45:11 17          MR. THORNBURGH:  Your Honor, plaintiff moves to

13:45:13 18  admit plaintiffs Exhibit 300 into evidence.

13:45:16 19          MS. GIORDANO:  No objection.

13:45:17 20          THE COURT:  Thank you, it's admitted.

13:45:19 21          (PTX Exhibit No. 300 was admitted into

13:45:20 22  evidence.)

13:45:20 23  BY MR. THORNBURGH:

13:45:22 24  Q.      Dr. Fecso, can you please explain to the Court what

13:45:26 25  this document is?

Fesco - cross

13:45:27 1  A.      This is an announcement that USDA would reassign

13:45:32 2  surplus beet and cane sugar allotments among the processors

13:45:38 3  and then the surplus to imports, it was also an increase in

13:45:42 4  the TRQ and an extension of one of that year TRQ to enter.

13:45:48 5  Q.      Dr. Fecso, when the USDA takes action like this to

13:45:52 6  increase the supply of sugar that the United States, is this

13:45:54 7  the typical form of a press release that would accompany

13:45:57 8  that decision?

13:45:58 9  A.      Yes, it's a typical, we sometimes there is a federal

13:46:04 10 register notice along with a news release.

13:46:07 11 Q.      I would like to direct your attention, Dr. Fecso to

13:46:10 12 page 3 of this press release, please.  And there is an

13:46:17 13 excerpt up here on the screen in the courtroom and the

13:46:20 14 screen in front of you.  And it says USDA is taking these

13:46:23 15 actions after determining that additional supplies of raw

13:46:27 16 cane sugar are required in the U.S. market."  Do you see

13:46:30 17 that?

13:46:30 18 A.      Yes.

13:46:31 19 Q.      And Dr. Fecso, is that consistent or inconsistent

13:46:35 20 with your understanding of why USDA took these action in

13:46:40 21 September 2020 to increase the supply of domestic sugar?

13:46:44 22 A.      That is consistent.

13:46:45 23 Q.      Put that document aside, Dr. Fecso.

13:46:49 24          Dr. Fecso, again, when you were being questioned

13:46:55 25 by defendant's counsel you mentioned USDA monitors refined

Fesco - cross

13:46:59  1   spot prices, do you recall that?

13:47:01  2   A.      Yes.

13:47:03  3   Q.      To your knowledge, Dr. Fecso, are the spot prices

13:47:06  4   that the USDA monitors broken out by cane and beet

13:47:10  5   processors or are they aggregated together?

13:47:14  6   A.      The refined spot prices are aggregated at regional

13:47:19  7   levels in the U.S.

13:47:20  8   Q.      And Dr. Fecso so, what is your understanding of why

13:47:24  9   they were broken out by region of the country?

13:47:27  10  A.      They're broken out by region because there is no one

13:47:30  11  national price for sugar in the country, the price is

13:47:34  12  dependent on location, population centers, transportation to

13:47:39  13  get it to the buyer, things like that.

13:47:42  14  Q.      Dr. Fecso so, does the USDA monitor contract prices

13:47:46  15  between sugar producers and their customers?

13:47:49  16  A.      No.

13:47:50  17  Q.      Does the USDA have access to contractual prices

13:47:55  18  negotiated between a sugar producer and its customers?

13:47:58  19  A.      We don't require it sometimes though somebody will

13:48:02  20  offer it, but we don't require that.

13:48:04  21  Q.      Dr. Fecso, does the USDA dictate the prices offered

13:48:09  22  by a refined sugar producer or are those prices the result

13:48:14  23  of negotiations between sugar producers and their customers?

13:48:17  24  A.      USDA does not dictate prices.

13:48:20  25  Q.      Dr. Fecso, how if at all does the USDA dictate the

13:48:25 1   customer service that sugar producers offer their customers?

13:48:28 2   A.      USDA has no involvement in customer relationships.

13:48:33 3   Q.      A few minutes ago in response to my question, you

13:48:36 4   mentioned that sometimes you'll talk to sugar producers and

13:48:41 5   they'll give you some pricing information, do you recall

13:48:45 6   that?  I'll rephrase, I don't want to put words in your

13:48:51 7   mouth.  Dr. Fecso, do you sometimes have conversations with

13:48:54 8   sugar producers where pricing comes up?

13:48:58 9   A.      That's less likely, I usually ask about prices and

13:49:02 10  things that might be disrupting, you know, disruptions in

13:49:06 11  the supply chain.

13:49:07 12  Q.      And when prices do come up, Dr. Fecso, would you ever

13:49:11 13  take pricing information that one sugar processor has shared

13:49:16 14  with you and share it with another sugar processor?

13:49:19 15  A.      No.

13:49:19 16  Q.      Why not?

13:49:20 17  A.      Because that would -- that is not our job.  I stay

13:49:27 18  away from prices, discussions.

13:49:31 19  Q.      Dr. Fecso, does the USDA have responsibility for

13:49:36 20  policing -- excuse me, let me try that again.  Does the USDA

13:49:41 21  have responsibility for policing information sharing among

13:49:44 22  sugar industry participants for compliance with federal

13:49:50 23  antitrust laws?

13:49:50 24  A.      No.

13:49:51 25  Q.      Before lunch, Dr. Fecso, defendant's counsel asked

Fesco - cross

13:49:55 1    you a couple of questions about transparency.  Do you recall

13:49:58 2    that?

13:49:58 3    A.      Yes.

13:49:59 4    Q.      And when you mentioned -- when you were referring to

13:50:03 5    transparency, were you referring to the USDA being

13:50:07 6    transparent with the industry?

13:50:11 7    A.      Yes, I believe so.

13:50:18 8    Q.      I would ask now that we display DTX 515 up on the

13:50:24 9    screen, specifically page 26.  And Dr. Fecso, while that's

13:50:30 10   being put up on the screen, I would like to ask you about

13:50:33 11   historical sugar prices.  Do you recall a time when

13:50:37 12   Imperial's Port Wentworth refinery was closed for an

13:50:41 13   extended period of time?

13:50:42 14   A.      It closed February 8, 2008, after the explosion that

13:50:49 15   day.

13:50:49 16   Q.      And so what, if anything, happened to domestic sugar

13:50:53 17   prices after this explosion?

13:50:55 18   A.      As you can see, from that chart, prices skyrocketed.

13:51:02 19   Q.      And Dr. Fecso, did the USDA take any actions to

13:51:06 20   increase the supply of sugar available in the United States

13:51:09 21   as prices were going up as shown here on the chart?

13:51:13 22   A.      We took some actions, we didn't take any actions in

13:51:18 23   2009 and that escalated prices even further and we tried to

13:51:25 24   correct in 2010.

13:51:26 25   Q.      During this period of time, it appears that the

Fesco - cross

13:51:29 1   prices remained elevated.  Is that your recollection?

13:51:33 2   A.     Yes, they were two, three times the support price.

13:51:40 3   Q.     Eventually prices came back down as shown on this

13:51:45 4   chart; is that right?

13:51:46 5   A.     Yes, when prices are high for a sustained period, it

13:51:50 6   gets attention, and there is a supply response and that's

13:51:54 7   exactly what we see, people planted more acres in Mexico and

13:51:59 8   the domestic.

13:52:00 9   Q.     Dr. Fecso, you mentioned during this time when prices

13:52:03 10  were coming down, Mexico was importing large amounts of

13:52:07 11  sugar, is that right?

13:52:07 12  A.     Yes.

13:52:08 13  Q.     What Mexico was importing --

13:52:10 14          THE COURT:  Mexico is importing or exporting

13:52:13 15  into the U.S.

13:52:15 16          MR. THORNBURGH:  Importing Your Honor.

13:52:16 17          THE COURT:  Mexico is importing into Mexico.

13:52:20 18          MR. THORNBURGH:  United States is importing

13:52:22 19  sugar in from Mexico to the United States.

13:52:24 20  Q.     During the time period during the Port Wentworth

13:52:28 21  explosion there were any restrictions on the volume of sugar

13:52:31 22  that could be imported in from Mexico?

13:52:33 23  A.     No, it was operating under NAFTA which was fully

13:52:37 24  implemented on January 1st, 2008, so they had unrestricted

13:52:42 25  access to your market duty free.

Fesco - cross

13:52:44 1    Q.      Is the same framework in place today for sugar being

13:52:48 2    imported from Mexico?

13:52:50 3    A.      No, as a result of all the forfeitures that occurred

13:52:52 4    in 2013 there was the creation of the suspension agreement

13:52:57 5    that now managers trade between the U.S. and Mexico.

13:53:01 6    Q.      How if at all does that impact the volume of sugar

13:53:04 7    that can be imported into the United States from Mexico?

13:53:07 8    A.      It is restricted.

13:53:12 9    Q.      Dr. Fesco, now I want to talk a little bit about

13:53:16 10   current sugar prices if we could.  This chart here has

13:53:21 11   prices that go up into October 2021.  So let me ask you

13:53:27 12   this.  What is your understanding of the current refined

13:53:30 13   sugar prices in the United States?

13:53:32 14   A.      They're on the high side.

13:53:34 15   Q.      Are they in line with what's shown here on

13:53:39 16   October 2021?

13:53:41 17   A.      Yes.  They should be.  Yes.

13:53:45 18   Q.      And Dr. Fecso, it appears from the chart, but correct

13:53:49 19   me if I'm wrong, that prices have been elevated for some

13:53:52 20   period of time, is that right?

13:53:54 21   A.      Yeah, they started creeping up last summer, 2020,

13:53:59 22   April.

13:53:59 23   Q.      Has the USDA taken any actions, Dr. Fecso in the last

13:54:02 24   12 months to increase the supply of sugar in the United

13:54:07 25   States?

13:54:07 1   A.      Yes, we have.

13:54:09 2   Q.      More than one action?

13:54:11 3   A.      Yes.  We've reallocated TRQs, we have given Mexico

13:54:18 4   more, we have increased marketing allotments, things like

13:54:23 5   that.

13:54:24 6   Q.      Dr. Fecso, what is the current forfeiture price range

13:54:29 7   for refined sugar under the USDA sugar program?

13:54:32 8   A.      For refined sugar it's about $0.25 a pound.

13:54:36 9   Q.      So shown on the chart here, the current prices are

13:54:39 10  above that?

13:54:40 11  A.      They're a good 10, 12, $0.15 higher.

13:54:46 12  Q.      When was the last time that you can recall that

13:54:49 13  domestic refined sugar prices were at forfeiture levels?

13:54:54 14  A.      Well, there was a little period in 2016.  But 2013

13:54:59 15  certainly had forfeiture levels.

13:55:02 16  Q.      How often does that occur that prices come down to

13:55:05 17  forfeiture levels, Dr. Fesco?

13:55:08 18  A.      Well, not often but since we had the suspension

13:55:13 19  agreement I don't forecast that ever happening as long as

13:55:16 20  the agreement is in place.

13:55:16 21  Q.      Again, defendants counsel asked you a question about

13:55:21 22  Tier II sugar, do you recall that?

13:55:23 23  A.      Yes.

13:55:23 24  Q.      Just to be clear, Dr. Fecso, when you refer to the

13:55:27 25  price of Tier II sugar, is that a specific constant price?

13:55:32  1    A.      No, it's based on the world price relative to the

13:55:35  2    domestic price.

13:55:37  3    Q.      So what goes into determining the price of Tier II

13:55:41  4    sugar?

13:55:41  5    A.      It's the number 11 world price plus some

13:55:46  6    transportation and miscellaneous costs, 4, $0.05, plus

13:55:53  7    15-and-a-half, $0.16, high-duty.

13:56:05  8              MR. THORNBURGH:  Dr. Fecso, I have no further

13:56:07  9    questions for you.  Thank you very much.

13:56:11 10              THE WITNESS:  All right.

13:56:15 11              MS. GIORDANO:  May I proceed, Your Honor?

13:56:15 12                      REDIRECT EXAMINATION

13:56:19 13    BY MS. GIORDANO:

13:56:19 14    Q.      Dr. Fecso, Mr. Thornburgh just asked you about

13:56:23 15    actions that USDA had taken in the last 12 months to

13:56:26 16    increase the supply, do you recall those questions?

13:56:28 17    A.      Yes.

13:56:29 18    Q.      Based on your lengthy experience managing the Federal

13:56:33 19    Sugar Program, if USDA had not taken all those actions in

13:56:36 20    the last 12 months, would prices of sugar be higher than

13:56:40 21    they are today?

13:56:40 22    A.      Yes.

13:56:41 23              MS. GIORDANO:  Thank you.  No further questions.

13:56:42 24              THE COURT:  I have a couple of questions.  So I

13:56:45 25    think I understood you to say that in your view a regional

13:56:48 1   analysis, we have heard a lot about national versus

13:56:51 2   regional.  But in your view a regional analysis doesn't make

13:56:55 3   complete sense because sugar flows and transport isn't

13:56:59 4   limited to regions, is that right?

13:57:02 5         THE WITNESS:  Because sugar flows.

13:57:04 6         THE COURT:  Sugar flows so what I think what you

13:57:07 7   were saying is that if the price gets high in one region,

13:57:10 8   sugar will flow in from another region to control that

13:57:14 9   price, is that right.

13:57:14 10        THE WITNESS:  Yes, exactly.

13:57:15 11        THE COURT:  I think you testified that Imperial

13:57:17 12  is a higher priced competitor, is that right.

13:57:20 13        THE WITNESS:  Yes, they have no source of raw

13:57:22 14  sugar domestically.

13:57:24 15        THE COURT:  So in your view one of the positives

13:57:26 16  from the merger could be that they would then have access to

13:57:30 17  US Sugar's raw sugar excess and that could reduce its cost,

13:57:35 18  right?

13:57:35 19        THE WITNESS:  Yes, and also US Sugar would be

13:57:38 20  writing letters to USDA asking for more imports.

13:57:41 21        THE COURT:  So you would have -- why is it

13:57:42 22  better to have US Sugar asking for more imports rather than

13:57:42 23  Imperial?

13:57:50 24        THE WITNESS:  Imperial tends to stand-alone when

13:57:55 25  they're asking for increased access to the U.S.  The other

Fesco - cross

13:57:59 1  cane refiners have their own domestic sources, so either --

13:58:05 2  it's usually the users and Imperial that are writing letters

13:58:08 3  to us to increase import access.

13:58:11 4           THE COURT:  Now, do you have any understanding

13:58:14 5  of Imperial's market position over a period of time or not?

13:58:18 6           THE WITNESS:  I -- as I mention I collect data

13:58:23 7  from beet and cane processors and cane refiners on a monthly

13:58:27 8  basis, and I have history going back to 1996 by month of

13:58:32 9  their stocks, their melt rates, their production, their

13:58:36 10 deliveries, their ending stocks.  And I can look at this

13:58:41 11 year's forecast based in compare it to the past and get a

13:58:47 12 good feel for the position they're in.

13:58:50 13          THE COURT:  Do you have any understanding as to

13:58:52 14 whether Imperial's position has been market position has

13:58:54 15 been decreasing, increasing or staying the same over the

13:58:58 16 last number of years?

13:59:01 17          THE WITNESS:  I guess I can answer that.  You

13:59:03 18 asked me, right?  It's yes, it's been declining.

13:59:07 19          THE COURT:  Substantially?

13:59:09 20          THE WITNESS:  Well it depends on, you know, your

13:59:12 21 definition of substantial.  I can see every year it's

13:59:17 22 declining more.

13:59:20 23          THE COURT:  We have heard some testimony about

13:59:22 24 market concentration in the Herfindahl Hirschman index, do

13:59:28 25 you know what that is?

13:59:30  1          THE WITNESS:  I don't personally.  My cohort at

13:59:32  2    work has calculated it.

13:59:34  3          THE COURT:  Happens -- do you know whether it's

13:59:37  4    been calculated for the sugar industry over any period of

13:59:41  5    time?

13:59:42  6          THE WITNESS:  My cohort has calculated it.

13:59:44  7          THE COURT:  But that's not something you know?

13:59:46  8          THE WITNESS:  No.

13:59:46  9          THE COURT:  And as I understood, is it your

13:59:50 10    understanding and I understand this isn't necessarily the

13:59:54 11    position of the USDA, but is it your understanding that if

13:59:58 12    anticompetitive behavior resulted from the proposed merger

14:00:02 13    that the USDA would be aware of it and have the ability to

14:00:06 14    address it?

14:00:07 15          THE WITNESS:  We would be aware of it, but I

14:00:09 16    don't know what we can do to address it except use the tools

14:00:14 17    that we have.  And I don't know if that would address

14:00:18 18    anticompetitive behavior.

14:00:19 19          THE COURT:  And if the anticompetitive behavior

14:00:22 20    were to result in higher prices, would the USDA be able to

14:00:27 21    address that aspect?

14:00:28 22          THE WITNESS:  Yes.

14:00:29 23          THE COURT:  All right.  Any other questions?

14:00:31 24          MS. GIORDANO:  No, Your Honor.

14:00:35 25          MR. THORNBURGH:  No Your Honor.

Hill - direct

14:00:36  1                THE COURT:  All right.  Thank you very much.

14:00:38  2                THE WITNESS:  All right.

14:00:39  3                THE COURT:  All right.  What's next?

14:00:52  4                MR. BARBUR:  Good afternoon, Your Honor.  Peter

14:00:53  5    Barbur representing LDC and Imperial.  And defendants call

14:01:00  6    Dr. Nicholas Hill.

14:01:11  7                COURT CLERK:  Please raise your right hand.

14:01:15  8    Please state and spell your full name for the record.

14:01:32  9                THE WITNESS:  Nicholas Hill.  N-I-C-H-O-L-A-S,

14:01:36 10    H-I-L-L.

14:01:38 11                NICHOLAS HILL, having been duly sworn, was

14:01:42 12    examined and testified as follows:

14:01:47 13                MR. BARBUR:  Your Honor, may I proceed?

14:02:03 14                THE COURT:  Please.

14:02:03 15                     DIRECT EXAMINATION

14:02:03 16    BY MR. BARBUR:

14:02:04 17    Q.     Dr. Hill, how are you employed?

14:02:06 18    A.     I'm a partner at the Bates White Consulting.

14:02:10 19    Q.     What is your educational background?

14:02:12 20    A.     I have a Ph.D. in economics from Johns Hopkins

14:02:12 21    University.

14:02:17 22    Q.     And what is your field of expertise?

14:02:19 23    A.     Economics.

14:02:21 24    Q.     What did you do after you received your Ph.D.?

14:02:26 25    A.     So I worked for seven years at the U.S. Department of

14:02:30 1    Justice in their Antitrust Division, then I worked for two

14:02:34 2    years at the Federal Trade Commission which is the other

14:02:38 3    major U.S. antitrust agency, also as a staff economist.  And

14:02:42 4    then I rejoined the DOJ as a supervising economist for three

14:02:47 5    years.

14:02:47 6    Q.    Did you receive any awards while you were at the DOJ?

14:02:50 7    A.    I did.

14:02:50 8    Q.    Would you describe that?

14:02:51 9    A.    I received an Attorney Generals Distinguished Service

14:02:55 10   award for my work on the Aetna/Humana merger.

14:02:57 11   Q.    What sort of consulting work have you done since you

14:03:00 12   joined Bates White?

14:03:02 13   A.    So I have largely worked on merger cases in a variety

14:03:05 14   of industries.

14:03:05 15   Q.    Over the course of your government service and your

14:03:09 16   time at Bates White, approximately how many mergers have you

14:03:14 17   worked on?

14:03:14 18   A.    It's more than a hundred.

14:03:17 19   Q.    Have you been recognized by -- in court as an expert

14:03:21 20   on economic issues?

14:03:23 21   A.    I have.

14:03:24 22   Q.    Could you describe them?

14:03:25 23   A.    Sure.  So Your Honor, I have testified three times.

14:03:28 24   The first time was successfully on behalf of the FTC and its

14:03:32 25   attempt to block the merger of Tronox and Cristal.  Then I

14:03:36  1    testified successfully on behalf of the defense in the FTC

14:03:41  2    attempt to block the merger of Evonik-PeroxyChem and then I

14:03:43  3    testified on behalf of FTC successfully in its attempt to

14:03:48  4    block the merger, they changed their names, I think it was

14:03:52  5    Peabody Energy and Arch Resources.

14:03:54  6    Q.      Have you been following the trial?

14:03:56  7    A.      I have.

14:03:56  8    Q.      Did you see Dr. Rothman's testimony?

14:03:59  9    A.      I did.

14:04:01 10            MR. BARBUR:  Your Honor, we offer Dr. Hill as an

14:04:03 11    expert in the field of economics.

14:04:06 12            THE COURT:  Any objection?

14:04:09 13            MR. STRONG:  No objection.  Your Honor.

14:04:10 14            THE COURT:  He's accepted.

14:04:10 15    BY MR. BARBUR:

14:04:12 16    Q.      Dr. Hill, did you prepare demonstrative exhibits to

14:04:14 17    use with your testimony today?

14:04:16 18    A.      I have.

14:04:17 19    Q.      Can we display that, we marked it as DTX 008 for

14:04:22 20    identification.  What was your assignment in this case?

14:04:27 21    A.      My assignment was to evaluate the likely effect of

14:04:31 22    the transaction on competition and also to evaluate

14:04:35 23    Dr. Rothman's reports.

14:04:36 24    Q.      Let's turn to the next slide.  Does this provide an

14:04:42 25    overview of your testimony today?

903

Hill - direct

14:04:44 1    A.        Yes, it does.

14:04:46 2    Q.        So let's start with the approach to evaluating a

14:04:51 3    merger.  What kind of evidence do you look at in assessing

14:04:54 4    whether a merger is likely to result in anticompetitive

14:04:58 5    effects?

14:04:59 6    A.        So when evaluating the effect of the merger, I look

14:05:02 7    at the qualitative evidence the quantitative evidence and

14:05:06 8    I'll also do an economic analysis of the data.

14:05:09 9    Q.        Is this simply a matter of applying technical or

14:05:12 10   mechanical tests?

14:05:13 11   A.        No.  Your Honor, each industry has a very different,

14:05:18 12   attempt at different competitive rhythms, so a lot of the

14:05:22 13   process is learning about how the industry works and

14:05:24 14   figuring out which data you can use to successfully analyze

14:05:28 15   competition.

14:05:29 16   Q.        What tools do you use to assess whether a merger is

14:05:32 17   likely to result in anticompetitive effects?

14:05:34 18   A.        So again, I evaluate usually the quantitative and

14:05:38 19   qualitative evidence and then I use some sort of economic

14:05:42 20   models to try to understand how competition works, but I

14:05:46 21   will usually also look at simpler quantitative evidence as

14:05:50 22   well, to try to get a picture.

14:05:51 23   Q.        Are you familiar with the DOJ and FTC Horizontal

14:05:54 24   Merger Guidelines?

14:05:57 25   A.        The 2010 guidelines?

Hill - direct

14:05:58 1    Q.      Yes.  And have you used those before?

14:06:00 2    A.      I have.

14:06:01 3    Q.      Did you use them in this case?

14:06:03 4    A.      I have, yes.

14:06:03 5    Q.      In your view what is the -- a proper role of the

14:06:09 6    horizontal merger guidelines?

14:06:10 7    A.      The horizontal merger guidelines lay out a framework

14:06:13 8    for evaluating a merger and then the job of the person

14:06:16 9    evaluating the mergers is to take the evidence and fit into

14:06:20 10   that framework to analyze the likely effect of the

14:06:22 11   transaction.

14:06:24 12   Q.      Can you apply the horizontal merger guidelines

14:06:27 13   mechanically?

14:06:28 14   A.      As I said, each industry has its own rhythms, so

14:06:33 15   there is a process of fitting the analysis into the

14:06:36 16   guidelines, and the guidelines aren't specific about many

14:06:40 17   things, so it's more of a framework and then you're

14:06:43 18   performing the best analysis you can, given the limitations

14:06:45 19   of data and other things.

14:06:47 20   Q.      And how do you think about the role of market

14:06:49 21   definition in assessing the possible effects of a merger?

14:06:51 22   A.      The way I think about it is, Your Honor, the economy

14:06:56 23   has a lot of different products, so market definition is the

14:07:00 24   process of identifying the products of interest where

14:07:02 25   competition may be affected and also identifying where

1    customers might turn to purchase those products.

2    Q.    What are the dimensions of the market?

3    A.    Yeah, so the first dimension is usually about the

4    product market definition so that's what are the products of

5    interest and then there is a geographic dimension, so where

6    do customers look to purchase the product.

7    Q.    I think the Court has heard testimony about

8    unilateral effects.  What are unilateral effects?

9    A.    I think of unilateral effects of whether just

10   removing the head-to-head competition between the merging

11   firms would by itself, lead to a substantial lessening in

12   competition.

13   Q.    What are coordinated effects?

14   A.    I think of coordinated effects, if a transaction

15   makes it more likely that the firms will agree to compete

16   less aggressively as a result of the transaction, that would

17   be a coordinated effect.

18   Q.    You mentioned models.  In your view what role should

19   models play in assessing the effects of a merger?

20   A.    So for kind of an important role, we use models to

21   try to estimate the effects of the transaction.  Personally,

22   I tend to look holistically, again, at the quantitative

23   evidence, the qualitative evidence, modeling, and try to

24   bring it altogether and see what the actual picture.

25   Q.    Do competitive effect models for mergers typically

14:08:18 1    predict some price increases?

14:08:20 2    A.      Yes, many competitive effects models don't build in

14:08:20 3    mitigating factors like entry or expansion or efficiencies,

14:08:26 4    so many will just as a default matter predict price

14:08:32 5    increase, so if you're not controlling for the mitigating

14:08:35 6    factors of the model it predicts mechanically a price

14:08:38 7    effect.

14:08:40 8    Q.      With respect to this merger, what was your overall

14:08:43 9    conclusion?

14:08:44 10   A.      I think the merger is unlikely to substantially

14:08:47 11   reduce competition.

14:08:50 12   Q.      Is your overall conclusion regarding the effects of

14:08:53 13   the merger supported by other market participants?

14:08:56 14   A.      Yes, it is.   There has been testimony from, among

14:08:59 15   others, Dr. Fecso who was just here, Michigan Sugars,

14:09:05 16   representative of Michigan Sugar, representative of Domino,

14:09:08 17   possibly ASR, they have also testified that they don't think

14:09:12 18   the transaction is likely to reduce competition.

14:09:15 19   Q.      What is your evaluation of Dr. Rothman's analysis of

14:09:18 20   the merger?

14:09:19 21   A.      I think his analysis is flawed.

14:09:21 22   Q.      And notwithstanding those flaws, how do Dr. Rothman's

14:09:26 23   ultimate conclusions compare to yours?

14:09:28 24   A.      Yes.   So we disagree on what we think is the proper

14:09:32 25   modeling effects, but I think both of our modeling when put

Hill - direct

14:09:36 1   into proper context predicts no significant price effects.

14:09:39 2   Q.      How does Dr. Rothman define the relevant market, the

14:09:43 3   relevant product market, we'll start there?

14:09:45 4   A.      Dr. Rothman defines the relevant product market as

14:09:49 5   the production and sale of refined sugar.

14:09:51 6   Q.      Do you agree with that definition?

14:09:53 7   A.      I do not.

14:09:53 8   Q.      Why not?

14:09:54 9   A.      Market definition is about demand, what are customers

14:09:59 10  looking for.  And what I have seen of the evidence,

14:10:02 11  customers are not overly concerned about whether the sugar

14:10:05 12  they're purchasing has been produced by the entity itself,

14:10:09 13  they're purchasing from a number of different potential

14:10:11 14  suppliers.

14:10:13 15  Q.      How does Dr. Rothman treat US Sugar?

14:10:15 16  A.      Dr. Rothman treats US Sugar as a -- and United Sugar

14:10:20 17  and all the other incentives of United Sugar as a single

14:10:23 18  entity with perfectly aligned members.

14:10:26 19  Q.      Do you agree with that?

14:10:28 20  A.      I do not.

14:10:29 21  Q.      And does Dr. Rothman present any analysis to support

14:10:32 22  his conclusion with respect to the role of United?

14:10:37 23  A.      He does not.

14:10:38 24  Q.      Does Dr. Rothman include distributors in his market?

14:10:42 25  A.      No, he excludes distributors.

Hill - direct

14:10:46 1    Q.      And you agree with that?

14:10:47 2    A.      I do not.

14:10:49 3    Q.      Let's turn to geographic market.  What steps do you

14:10:52 4    take to define a geographic market?

14:10:54 5    A.      So, Your Honor, here I usually take two distinctive

14:10:59 6    steps.  The first step is try to identify what I will call a

14:11:03 7    candidate market, what are the products and geographic area

14:11:06 8    in which customers are looking to buy the product.  And then

14:11:08 9    I'll try to test that market using the available evidence to

14:11:12 10   see if it makes sense as a relevant market.

14:11:15 11   Q.      And what factors do you consider when evaluating

14:11:19 12   whether a candidate market is a proper geographic market?

14:11:22 13   A.      So typically I'll look at a range of things.  So I'll

14:11:26 14   look at whether the -- if you're defining the geographic

14:11:30 15   market look at is there differential pricing in this market,

14:11:33 16   is there past evidence that prices have differed in this

14:11:36 17   region or area compared to the rest of the country.  I'll

14:11:39 18   look to see if there has been any natural experiments where

14:11:43 19   supply has changed in one area and see how that affected

14:11:46 20   prices in the region of interest.  And, you know, then I'll

14:11:51 21   typically also perform a hypothetical monopolist test.

14:11:54 22   Q.      Do you look at real world evidence and industry

14:11:57 23   issues?

14:11:59 24   A.      Yeah.  If you -- so in some industries you will see

14:12:02 25   recognition inside the industry that a particular geographic

14:12:07  1   area is thought of as a distinct area that has its own

14:12:11  2   dynamics compared to other areas.

14:12:13  3   Q.      Overall, what is your conclusion with respect to how

14:12:16  4   Dr. Rothman defines his geographic market?

14:12:18  5   A.      I think his geographic markets are overly broad,

14:12:21  6   narrow, sorry.

14:12:23  7   Q.      Thank you.

14:12:24  8           And did Dr. Rothman begin with an analysis of

14:12:27  9   real world evidence to identify candidate markets?

14:12:30 10   A.      No, I believe he testified that he took the

14:12:33 11   geographic markets that were proposed by the United States.

14:12:36 12   Q.      And do you agree with the way that Dr. Rothman

14:12:39 13   applied his hypothetical monopolist test?

14:12:41 14   A.      I do not.  I think his hypothetical monopolist test

14:12:43 15   is flawed.

14:12:44 16   Q.      We'll come back to that later.

14:12:47 17           Did you identify any alternative markets that

14:12:50 18   you believe are more appropriate than Dr. Rothman's markets?

14:12:53 19   A.      I did.

14:12:54 20   Q.      What were those?

14:12:55 21   A.      So I identified two markets, Your Honor.  One is what

14:12:58 22   I call the competitive overlap market which is the area in

14:13:01 23   which today United and Imperial compete.  And then I looked

14:13:04 24   at the entire United States.

14:13:05 25   Q.      And do you find any concentration concerns in your

Hill - direct

14:13:13 1    proposed markets?

14:13:14 2    A.      No.

14:13:16 3    Q.      You talked about a national market.  In order to

14:13:20 4    define a market consisting of the entire United States, do

14:13:26 5    you need to assume, for example, that a supplier in

14:13:30 6    California is as competitive in Florida as a Florida

14:13:34 7    supplier would be?

14:13:35 8    A.      No.  And so a simple example I would give to that,

14:13:39 9    Your Honor, if you imagine there is a product and there is

14:13:41 10   three producers of it.  There is one in California, there is

14:13:44 11   one in Delaware, and there is one in the center of the

14:13:47 12   country.  The two producers on the coast may not directly

14:13:51 13   compete with each other frequently, but the producer in the

14:13:54 14   center, if they see a price change on the either coast can

14:13:59 15   redirect production in that direction, so prices may be

14:14:02 16   equalized nationally, even though there is not direct

14:14:05 17   head-to-head competition between the firms on the coast.

14:14:08 18   Q.      Turning to unilateral effects, do you agree with

14:14:12 19   Dr. Rothman's opinion concerning unilateral effects?

14:14:15 20   A.      I do not.

14:14:15 21   Q.      Did you identify any factors that Dr. Rothman left

14:14:18 22   out of his analysis of unilateral effects?

14:14:22 23   A.      I did.

14:14:22 24   Q.      What were those?

14:14:25 25   A.      So I think Dr. Rothman in his analysis didn't take

Hill - direct

14:14:27 1   account properly of entry and expansion, the possibility

14:14:31 2   that firms rivals would respond to higher prices to try to

14:14:35 3   increase their supply.  I believe he didn't take account of

14:14:38 4   efficiencies properly, the possibility that the merged firm

14:14:42 5   will compete more aggressively post merger.  He didn't take

14:14:46 6   into account the role of the USDA.  He didn't include

14:14:50 7   distributors in his analysis.  And he also assumed, Your

14:14:53 8   Honor, that United and U.S. Sugar are a single unified

14:14:57 9   entity.

14:14:58 10  Q.     What models did Dr. Rothman use?

14:15:00 11  A.     Dr. Rothman used two models.

14:15:02 12  Q.     And what conclusions did you reach about

14:15:06 13  Dr. Rothman's models?

14:15:07 14  A.     I think that his models are flawed, but as I said

14:15:10 15  earlier, I believe if you look past the flaws they still

14:15:14 16  predict small price increases.

14:15:18 17  Q.     Did you construct any models of your own?

14:15:21 18  A.     I did.

14:15:21 19  Q.     What are they?

14:15:22 20  A.     I constructed two models, one a bidding model and the

14:15:26 21  other was a relative cost model.

14:15:28 22  Q.     Overall, how are the result of your models compared

14:15:31 23  to the results from Dr. Rothman's models?

14:15:33 24  A.     My models predict very minimal price increases, but

14:15:35 25  compared to Dr. Rothman's, his models also predict very

14:15:43 1    small price increases.  Even though we differed

14:15:46 2    significantly on how best to model it, I think we ended up

14:15:50 3    in relatively the same place.

14:15:51 4    Q.    Do you agree with Dr. Rothman's conclusions with

14:15:54 5    respect to coordinated effects?

14:15:56 6    A.    I do not.

14:15:56 7    Q.    Did you examine whether factors about the sugar

14:15:59 8    industry made coordination likely or unlikely?

14:16:02 9    A.    I did.

14:16:02 10   Q.    And what did you conclude?

14:16:04 11   A.    So, I think the sugar industry has a number of -- or

14:16:09 12   sorry, the sugar industry has a number of characteristics

14:16:11 13   that make coordinated behavior unlikely.  First, there are

14:16:14 14   large sophisticated buyers.

14:16:18 15         Second, the large sugar buyers, producers,

14:16:19 16   allocate supply using procurement auctions which tends to

14:16:23 17   sharpen competition.  And there are a number of maverick

14:16:28 18   firms in the industry, firms that are looking to expand.

14:16:32 19   And here unlike in some industries there is no past history

14:16:35 20   of coordination.

14:16:37 21   Q.    Dr. Rothman points to a number of e-mails that he

14:16:40 22   says supports his conclusion with respect to coordinated

14:16:45 23   effects.  Did you review those e-mails?

14:16:47 24   A.    I did.

14:16:48 25   Q.    And do you agree with Dr. Rothman's assessment of

Hill - direct

14:16:51  1   those e-mails?

14:16:52  2   A.      I do not.

14:16:53  3   Q.      Do those e-mails suggest any actual coordination or

14:16:58  4   agreement?

14:16:58  5   A.      They do not.

14:17:00  6   Q.      Do the e-mails suggest any mechanism for reaching any

14:17:04  7   tacit or explicit agreement to raise prices?

14:17:08  8   A.      They do not.

14:17:09  9   Q.      Before we walk through your opinions in more detail,

14:17:14 10   can you describe for the Court some of the key facts you

14:17:17 11   think need to be considered in order to assess competitive

14:17:20 12   effects in the sugar industry?

14:17:22 13   A.      Yes.  I think it's a couple of facts that I don't

14:17:24 14   think will surprise Your Honor.  I think sugar travels long

14:17:28 15   distances.  I think that Imperial is a high cost firm.  I

14:17:32 16   think that there are a number of maverick firms in this

14:17:36 17   industry looking to expand.  And I think that there are low

14:17:39 18   barriers to entry and expansion.

14:17:42 19   Q.      Just so we are clear, what is a maverick firm?

14:17:42 20   A.      So, a maverick firm is a firm that has an incentive

14:17:50 21   to compete aggressively, even if that may lower the price in

14:17:52 22   the marketplace.

14:17:52 23   Q.      Why do you say Imperial is not a maverick?

14:17:52 24   A.      So, firms that have a very high cost are not in a

14:17:52 25   position to be a maverick.  It's very difficult for them to

Hill - direct

14:18:02 1   compete very aggressively.  In some ways these high cost

14:18:05 2   firms are anti-mavericks, a firm that goes along to get

14:18:10 3   along.

14:18:10 4   Q.    I would like to turn to some more detail about your

14:18:14 5   opinions beginning with product market definition.  You

14:18:18 6   mentioned that Dr. Rothman wrongly treats United as the

14:18:22 7   relevant entity.  Can you explain that further?

14:18:27 8   A.    Sure.  So in Dr. Rothman's analysis he treats US

14:18:32 9   Sugar as the purchaser, is attempting to purchase Imperial,

14:18:36 10  but in his analysis he treats United as the decision maker

14:18:40 11  and he argues that the members of United have such aligned

14:18:43 12  incentives that it is as though United is the one purchasing

14:18:48 13  Imperial.

14:18:49 14           And the purpose of this chart, Your Honor, and

14:18:51 15  I'll walk through it, is to try to show that the members of

14:18:54 16  United do not necessarily have aligned incentives.  There

14:18:59 17  may be times when they do, and there may be times when they

14:19:02 18  don't.  So the figure here is broken up into two blocks.  On

14:19:05 19  the left, we have an initial setting.  And here we have --

14:19:08 20  this is just a rough example, we see the one dollar per

14:19:12 21  hundredweight market price is illustrative.

14:19:17 22           But, in this initial period here, US Sugar,

14:19:20 23  American Crystal, Minn Dak and Wyoming, four members of

14:19:22 24  United are all producing 100 hundredweights.  And United

14:19:26 25  shares revenue on a pro rata basis, each of them because

14:19:31  1    they put in 25 percent of the production, gets 25 percent of

14:19:35  2    the revenues.  You can see the price is $1.  Each of them is

14:19:39  3    producing 100, so it's sold for $100, each of them is

14:19:44  4    getting $100 in revenue.

14:19:47  5            In the block that's marked final this is when US

14:19:52  6    Sugar has decided unilaterally to increase its output.  And

14:19:56  7    here it's gone from producing 100 to producing 200.  You

14:20:00  8    heard testimony from Dr. Fecso that when you see an increase

14:20:05  9    in quantity, the market price is going to go down.  Here we

14:20:09 10    have the market price falling from $1 to $0.75 per

14:20:14 11    hundredweight.  Now this increase by US Sugar increases its

14:20:18 12    share of the pool, and its member revenue increases from 100

14:20:22 13    to 150.  So, US Sugar in this example is increasing its

14:20:28 14    revenue through its unilateral decision to expand output.

14:20:32 15    But, American Crystal, Minn Dak and Wyoming, the other

14:20:36 16    members don't see any increase in output and they see the

14:20:39 17    market price fall.  So their revenue decreases.  So, the

14:20:43 18    example here is showing that there are situations, such as

14:20:46 19    this one, where US Sugar may have an incentive to expand,

14:20:51 20    but that may not be in the best interest of the other

14:20:54 21    members of United.

14:20:55 22    Q.    So do the four members of United have aligned

14:21:00 23    incentives with respect to pricing?

14:21:02 24    A.    No, not necessarily.  Each one is making -- so Your

14:21:05 25    Honor, the structure of United is that the individual

Hill - direct

14:21:09 1   members make their own decisions about production and then

14:21:12 2   United sells the sugar that they produce.  And so the

14:21:16 3   decisions that each individually makes may or may not be

14:21:20 4   beneficial to the other members.

14:21:21 5   Q.      Did you analyze any real world evidence concerning

14:21:25 6   this?

14:21:25 7   A.      Yes.  If you could please advance one more slide.

14:21:28 8           So this, Your Honor, is this chart with a

14:21:32 9   similar structure here, but we're using crop year 2019 on

14:21:36 10  the left and crop year 2020 on the right.  And as you heard

14:21:40 11  testimony that in the crop year 2020 there was a beet freeze

14:21:45 12  which severely damaged the harvest of beets in upper

14:21:50 13  midwest.  Indeed if you look at the chart and you compare

14:21:53 14  reduction, the quantity columns for American Crystal in 2019

14:21:57 15  and 2020, you'll see it fell from roughly 36 million

14:22:02 16  hundredweight to about 23 million hundredweight.  And Minn

14:22:06 17  Dak and Wyoming also see falls in their production.  US

14:22:11 18  Sugar on the other hand, which was not affected by the beet

14:22:14 19  freeze, saw a modest increase in its quantity produced.  The

14:22:18 20  effect of the beet freeze where there was an involuntary

14:22:22 21  reduction of output, by the beet members of United meant

14:22:25 22  that their share of the pool fell significantly.  The share

14:22:28 23  of the pool for US Sugar increased significantly and member

14:22:33 24  revenues rose for US Sugar and fell for the other members of

14:22:35 25  United.  This is just an example where a change in output in

14:22:40  1    this case involuntary, can have different impacts on the

14:22:44  2    different members of United.  It's just showing that their

14:22:47  3    members do not necessarily have perfectly aligned

14:22:50  4    incentives.

14:22:51  5    Q.      How does Dr. Rothman's treatment of United affect his

14:22:55  6    calculation of concentration and market share?

14:22:58  7    A.      So I think it overstates it because he's assuming

14:23:01  8    that United is a single United decision maker, but in fact

14:23:05  9    the members of US Sugar -- sorry, the members of United may

14:23:09 10    have different incentives.

14:23:10 11    Q.      Are you saying that United is not at all relevant in

14:23:13 12    this case?

14:23:14 13    A.      No.  So, United's role is to sell all the sugar

14:23:18 14    produced by the members.  And I think one way you can think

14:23:23 15    about it is the most conservative assumption would be to say

14:23:27 16    that each member of United is an independent entity making

14:23:31 17    its own decisions on everything, including pricing, and the

14:23:34 18    most aggressive would be to say, all the members of United

14:23:39 19    Sugar are perfectly aligned with each other in the same

14:23:42 20    instance.  Dr. Rothman takes that most aggressive position

14:23:46 21    in his analysis, I think somewhere in between is more

14:23:49 22    realistic.

14:23:50 23    Q.      Let's turn to distributors.  How does Dr. Rothman

14:23:52 24    treat distributors in his market?

14:23:56 25    A.      Dr. Rothman treats them as customers.

Hill - direct

14:23:57 1    Q.      Do you agree with that treatment?

14:24:01 2    A.      I do not.

14:24:02 3    Q.      Why not?

14:24:03 4    A.      Distributors make sales to customers.  And we have

14:24:08 5    heard testimony of them competing with other suppliers to

14:24:12 6    win customers and if you -- for example, if you look in the

14:24:15 7    upper right-hand corner here, Your Honor, that's the Indiana

14:24:19 8    Sugar logo.  They sold on the order of about ███████████

14:24:24 9    ████████████  in Dr. Rothman's southeast region where the

14:24:28 10   total sales are 50 million, so they were about ███████████

14:24:30 11   of all sales.  They compete, they sell to customers.

14:24:34 12   Q.      Dr. Rothman says that distributors should be excluded

14:24:37 13   from the market because they are dependent on refiners.  Do

14:24:41 14   you agree with that?

14:24:42 15   A.      I do not.

14:24:43 16   Q.      Let's turn to the next slide.  What does this show?

14:24:48 17   A.      So this chart, Your Honor, is looking at production

14:24:51 18   by distributors -- sorry, the sources of supply for

14:24:55 19   distributors for 2020 and 2021.  And we just presented both

14:25:00 20   years, just to show that it looks very similar across the

14:25:02 21   years.  And what it is showing if you look at the 2021 bar

14:25:02 22   is the gray area it's imports.  And then that green area is

14:25:11 23   United.  The red area is Imperial.  The blue area is Domino.

14:25:11 24   And what is showing is the distributors buy from a variety

14:25:22 25   of sources.  And this gives them independence and the

919

Hill - direct

14:25:28 1   ability to compete with other suppliers.

14:25:30 2   Q.      And how does Dr. Rothman's treatment of the

14:25:33 3   distributors affect his market share and market

14:25:36 4   concentration calculation?

14:25:37 5   A.      Again, it will tend to over share -- over -- it will

14:25:41 6   tend to overstate his market shares for the parties and it

14:25:44 7   will tend to overstate his concentration, because he's

14:25:48 8   assuming that the distributors are not independent.

14:25:50 9   Q.      Are you saying that the distributors compete to serve

14:25:55 10  every customer and sale?

14:25:55 11  A.      No.  So again, distributors compete to serve some

14:25:58 12  customers, they may not compete to serve others.  But

14:26:02 13  completely eliminating them from every market is aggressive.

14:26:05 14  It's similar to the position that US Sugar -- the members of

14:26:10 15  United are all perfectly aligned in their incentives.

14:26:14 16  Q.      Have you reached a conclusion about the proper

14:26:17 17  relevant product market in this case?

14:26:19 18  A.      I have.

14:26:19 19  Q.      What is your conclusion?

14:26:22 20  A.      I think the proper product market here is the sale of

14:26:25 21  refined sugar to wholesale customers.

14:26:29 22  Q.      If the Court were to conclude that Dr. Rothman's

14:26:34 23  product market definition is correct, how would that affect

14:26:37 24  your analysis?

14:26:37 25  A.      It wouldn't affect it.  To be conservative, I

Hill - direct

14:26:40 1    followed Dr. Rothman in my treatment of both distributors

14:26:43 2    and in my treatment of US Sugar and United, and even with

14:26:48 3    those aggressive assumptions, my analysis shows there is

14:26:52 4    unlikely to be substantial reduction in competition.

14:26:55 5    Q.    Let's turn to geographic market.  In your view what

14:26:59 6    is the proper methodology for defining a geographic market?

14:27:02 7    A.    So I think the first step for defining geographic

14:27:06 8    market is to take a holistic look across an array of

14:27:12 9    evidence of where the customers turn to for supply.

14:27:16 10   Q.    What is a price discrimination market?

14:27:18 11   A.    So, Your Honor, there are two types of markets that

14:27:21 12   are often defined, the first is defined around the location

14:27:23 13   of producers.  The second is defining the location around

14:27:26 14   the location of customers.  And that's also referred to as

14:27:30 15   price discrimination market.  So the idea is that prices may

14:27:36 16   differentially change for a group of customers in a

14:27:38 17   particular geographic market.

14:27:41 18   Q.    When is it appropriate to define a price

14:27:43 19   discrimination market?

14:27:45 20   A.    So, usually you want to be sure you can raise the

14:27:47 21   price differentially for this geographic area and not raise

14:27:51 22   it in other areas.  That typically requires at least two

14:27:52 23   things to be true.  So one is you have to be able to

14:27:59 24   identify the location for the customer.  If you don't know

14:28:02 25   where they are coming from it is hard to price discriminate

14:28:04 1    against them.  And then second, you want to be sure that
14:28:07 2    there won't be arbitrage or opportunistic buying particular
14:28:11 3    to the buyer.  So, if I raise prices in one part of the
14:28:14 4    country, the customers can buy outside of that region and
14:28:16 5    move it into the region to defeat the higher prices, it's
14:28:20 6    not going to be possible to price discriminate against them.
14:28:27 7    Q.      What is the impact of having too narrow of a market?
14:28:32 8    A.      If you have too narrow of a market, your market
14:28:35 9    shares and concentrations will not be reliable.
14:28:38 10   Q.      And did you analyze Dr. Rothman's geographic market
14:28:42 11   definitions in this case?
14:28:43 12   A.      I did.
14:28:44 13   Q.      And what did you conclude?
14:28:46 14   A.      So I think they're flawed.  I would start with, I
14:28:50 15   think the markets he defined are arbitrary, so rather than
14:28:54 16   starting with a holistic view and identifying the reasonable
14:28:58 17   geographic area, he accepted the markets that were proposed
14:29:01 18   by the United States.  I think he didn't test those markets
14:29:04 19   properly.  I think as I mentioned earlier, if you're
14:29:07 20   alleging the prices are going to rise differentially in a
14:29:11 21   particular area, typically you want to show some specific
14:29:15 22   evidence such as prices have risen in that area before
14:29:18 23   without rising elsewhere.  And one way you can do that is
14:29:22 24   some sort of natural experiment, if there is change in
14:29:26 25   supply, did I see prices that that region rise but not rise

922
Hill - direct

14:29:29 1    elsewhere.  And then finally, you perform a hypothetical

14:29:33 2    monopolist test, to test whether it's likely that this is a

14:29:35 3    properly defined market.

14:29:37 4    Q.    Do you think that Dr. Rothman properly applied the

14:29:41 5    hypothetical monopolist test?

14:29:41 6    A.    I do not.

14:29:43 7    Q.    What geographic markets does Dr. Rothman identify?

14:29:49 8    A.    I think if we advance one more slide you'll see a

14:29:53 9    picture of his markets.  I believe you have seen these

14:29:55 10   before, Your Honor, but the dark green here is

14:29:59 11   Dr. Rothman's, what I would call the Georgia plus market,

14:30:01 12   Georgia and states that border it, and then anything in

14:30:05 13   green, whether it's light green or dark green is what

14:30:09 14   Dr. Rothman calls the southeast or the United States calls

14:30:13 15   the southeast market.

14:30:15 16   Q.    Does Dr. Rothman define these as price discrimination

14:30:19 17   markets?

14:30:20 18   A.    He does.

14:30:20 19   Q.    And do Dr. Rothman's markets meet the requirements of

14:30:25 20   a price discrimination market?

14:30:28 21   A.    I don't believe that they do, no.  I believe that the

14:30:33 22   -- he has not properly accounted for the likelihood of

14:30:37 23   arbitrage by customers inside these regions.

14:30:40 24   Q.    You said that Dr. Rothman's geographic markets are

14:30:45 25   arbitrary.  Can you provide an example of how that is so?

14:30:49  1    A.      Sure.  If we advance one more slide.

14:30:53  2            So, Your Honor, this is a breakdown of

14:30:56  3    Imperial's 2021 sales by state.  And so let me give you a

14:31:00  4    guide first to the color coding.  If you see a state in dark

14:31:04  5    blue, that means it's in Dr. Rothman's Georgia plus market.

14:31:07  6    If you see it in dark blue or light blue, it's in the

14:31:11  7    southeast market.  And if you see it in red, it's in neither

14:31:15  8    of those markets.  And so what -- and I have sorted the

14:31:19  9    states here from left to right from largest to smallest, by

14:31:22 10    Imperial's sales in 2021.  And this picture, Your Honor,

14:31:26 11    will look the same if you use other recent years.  It won't

14:31:31 12    be identical but essentially the same.  You can see Texas

14:31:36 13    which is the third largest state for Imperial has been

14:31:39 14    excluded.  Indiana has been excluded.  Pennsylvania has been

14:31:43 15    excluded.  But much smaller states like Alabama have been

14:31:48 16    included.  So, the selection of which of these states is in

14:31:51 17    and out of the market seems arbitrary.

14:31:53 18    Q.      Overall, what portion of Imperial's sales does

14:31:56 19    Dr. Rothman exclude?

14:31:58 20    A.      So for the Georgia plus market about 47 percent of

14:32:02 21    sales for Imperial in 2021 were outside the Georgia plus

14:32:08 22    market.  For the southeast the number is closer to about

14:32:12 23    33 percent.

14:32:12 24    Q.      And let's go to the next slide.  You also prepared a

14:32:17 25    slide on the Mid-Atlantic region.  Do you want to describe

Hill - direct

14:32:20 1   this?

14:32:21 2   A.      Sure.    Here, Your Honor, we're zooming in on some

14:32:25 3   states in the Mid-Atlantic.    You can see here green means

14:32:28 4   that the state was included in Dr. Rothman's market and red

14:32:31 5   means that it was excluded.    And you can see that Virginia

14:32:35 6   was included, and then Pennsylvania and New Jersey were both

14:32:39 7   excluded.    And then Maryland which is significantly smaller

14:32:43 8   than either was included.    So again the selection of states

14:32:47 9   here seems arbitrary.

14:32:48 10  Q.      Why is the exclusion of Pennsylvania significant?

14:32:51 11  A.      So if you advance one more slide, please.    So here,

14:32:56 12  Your Honor, on the left you have -- we've tried to show

14:32:59 13  market shares at the state level, we call them state shares.

14:33:04 14  On the left we have Maryland and on the right we have

14:33:07 15  Pennsylvania.    Again, the parties here, United is -- United

14:33:11 16  here is in green and Imperial is in red.

14:33:13 17            You can see that in Pennsylvania, which remember

14:33:16 18  was a state in which there are significantly more sales for

14:33:19 19  Imperial than in Maryland.    United and Imperial also have

14:33:24 20  significantly more market share.    And yet this state,

14:33:27 21  Pennsylvania, was excluded.    And Maryland where United and

14:33:33 22  Imperial have a smaller share and Imperial makes

14:33:35 23  significantly less sales was excluded -- was included,

14:33:40 24  sorry.

14:33:40 25  Q.      Let's turn to the southwest, what portion of

Hill - direct

14:33:42 1    Imperial's sales in the southwest does Dr. Rothman exclude?

14:33:46 2    A.     He excludes the vast majority.  So this slide has

14:33:50 3    similar structure to the two slides.  If it's in red that

14:33:54 4    means the state was excluded and if it's in green, Your

14:33:57 5    Honor, it means it was included.  And we can see on the far

14:34:00 6    right, Mississippi is in green despite Imperial having

14:34:05 7    negligible sales there and on the left section Texas which

14:34:10 8    is the third largest state has been excluded.

14:34:14 9             THE COURT:  Tell me, where do these names come

14:34:17 10   from?  Do you define the southwest or did somebody else?

14:34:21 11            THE WITNESS:  This is from a document that

14:34:23 12   Dr. Rothman cited in his initial report.

14:34:25 13            THE COURT:  That one with the country with all

14:34:26 14   the different colors on it?

14:34:28 15            THE WITNESS:  It's a different one, but it's

14:34:30 16   very close to that in his report.  It's a document that

14:34:32 17   breaks Imperial in sales regions.  My understanding is

14:34:36 18   Imperial itself doesn't use these sales regions, but the

14:34:39 19   southwest was one of the defined regions in the document

14:34:42 20   Dr. Rothman cited.

14:34:44 21            THE COURT:  I don't think of Mississippi being

14:34:46 22   in the southwest.

14:34:47 23            THE WITNESS:  No, I agree with you.

14:34:50 24   MR. BARBUR:

14:34:50 25   Q.     Let's go to the next slide.  What does this show,

926

Hill - direct

14:34:52 1   **Dr. Hill?**

14:34:53 2   **A.      Sure.  So this is another slide from Dr. Rothman's**

14:34:56 3   **report which he presented as evidence supporting his market**

14:35:00 4   **definition.  This is by McKeany-Flavell.  You can see their**

14:35:05 5   **logo on the lower right-hand side there.  This is what they**

14:35:08 6   **report to be Imperial primary marketing region in pink and**

14:35:12 7   **red and secondary marketing region in blue.  Here,**

14:35:15 8   **Dr. Rothman's markets exclude some of the states that are in**

14:35:20 9   **these regions and include areas that are not in these**

14:35:24 10  **regions.**

14:35:27 11  **Q.      You also mentioned arbitrage.  What is arbitrage?**

14:35:31 12  **A.      So arbitrage is opportunistic buying, taking**

14:35:36 13  **advantage in the context of a geographic markets, purchasing**

14:35:39 14  **in an area where prices are low and moving it to an area**

14:35:44 15  **where prices are higher.**

14:35:45 16  **Q.      Why does arbitrage matter in a price discrimination**

14:35:49 17  **market?**

14:35:49 18  **A.      So when you're defining a price discrimination**

14:35:53 19  **market, Your Honor, you want to believe that the prices can**

14:35:55 20  **rise in that area for customers.  One way that might be**

14:35:59 21  **defeated is if customers would purchase at a low price**

14:36:02 22  **outside the market and arrange transportation for themselves**

14:36:05 23  **into the market.**

14:36:09 24  **Q.      How does Dr. Rothman account for arbitrage in his**

14:36:12 25  **analysis?**

14:36:11  1   A.      He does not fully account for arbitrage in his

14:36:15  2   analysis.

14:36:15  3   Q.      Have you seen evidence that sugar flows and that

14:36:19  4   arbitrage is possible?

14:36:20  5   A.      There is extensive evidence that sugar is able to

14:36:25  6   travel long distances.  I would give a couple of examples of

14:36:28  7   that, which you may already be familiar, Your Honor.  One, I

14:36:32  8   think the Court has heard Savannah, Georgia sells

14:36:35  9   significant volumes in Texas which is on the order of a

14:36:38 10   thousand miles away.

14:36:40 11           Similarly, from the perspective of United,

14:36:42 12   United make sales in what I call Dr. Rothman's southeast

14:36:47 13   region from the Red River Valley which is also a significant

14:36:51 14   distance away.  Finally, as Dr. Fecso testified, there are

14:36:55 15   significant imports into the United States every year from

14:36:58 16   countries outside of the United States.  Sugar can move

14:37:02 17   internally and sugar can also come in externally.

14:37:04 18   Q.      Let's turn to the next slide.  This is a United Sugar

14:37:09 19   document that I think has been displayed before.  What is it

14:37:12 20   showing?

14:37:12 21   A.      This is on the same theme, Your Honor.  This is

14:37:15 22   United documents, and it's showing the flows of industrial

14:37:18 23   bulk sugar around the United States.  And you can see the

14:37:21 24   arrows are moving in all directions and it's showing sugar

14:37:22 25   moving significant distances.

Hill - direct

14:37:29 1    Q.      And is sugar flowing both into and out of

14:37:34 2    Dr. Rothman's proposed markets?

14:37:36 3    A.      That's correct.  There is an arrow flowing in from

14:37:39 4    Louisiana where there is a Domino facility and also a

14:37:43 5    Cargill facility, and then you see sugar flowing out in the

14:37:47 6    red arrow that's pointing up into the northeast.

14:37:50 7    Q.      Is it relevant whether the proposed geographic market

14:37:53 8    has distinct prices?

14:37:55 9    A.      It is.

14:37:56 10   Q.      Why is that?

14:37:58 11   A.      So distinct prices, Your Honor, give an indication

14:38:01 12   that it is feasible to raise prices in a particular area.

14:38:06 13   So when you're applying a geographic price discrimination

14:38:09 14   market, the hypothesis is the price is going to rise there

14:38:14 15   to those customers and not elsewhere.  So, a past history of

14:38:18 16   prices being significantly different across regions or areas

14:38:21 17   tells you yes, that looks like it happens in the ordinary

14:38:25 18   course of the industry.

14:38:27 19   Q.      What evidence have you seen with respect to whether

14:38:30 20   Dr. Rothman's proposed market have distinct prices?

14:38:34 21   A.      So if we please advance one more slide.  Here, Your

14:38:39 22   Honor, we have prepared two charts and we're comparing the

14:38:42 23   first table here is comparing prices in Dr. Rothman's

14:38:46 24   regions in 2021 to pricing in the bordering states.  So any

14:38:50 25   state that borders that region.

Hill - direct

So if you look at the Georgia plus region, for example, the first column shows you the average price for hundredweight in that region in 2021, and then the next column shows the average price in boarding states and then the end shows the percentages.

What we see in the first table here is there is no meaningful differences in prices between the states in Dr. Rothman's regions and the states that border it.  And the second figure, the second table here is performing the same exercise but it's comparing the states in Dr. Rothman's regions to states outside of Dr. Rothman's regions.  So we look at a broader comparison group of states.  And again, we are not seeing significant indifferences.

THE COURT:  That is every other state in the country.

THE WITNESS:  That's right, Your Honor.  I tried to do it two ways.  You have the bordering states to try to look at the ones that are very close by and then say what about if you look at all the states.

Q.    Is it relevant whether prices equalize nationally?

A.    It is.

Q.    Why is that?

A.    So this was the similar to the example I was talking about earlier, Your Honor, if you have evidence of price seeming to adjust on a national basis, it suggests that it

Hill - direct

14:40:06 1    is not going to be feasible to raise the price in a specific

14:40:10 2    part of the country if prices are reorganizing themselves

14:40:15 3    nationally.

14:40:15 4    Q.     Are you aware of a natural experiment that can be

14:40:18 5    used to test this?

14:40:19 6    A.     Sure.  If you could please advance one more slide.

14:40:22 7           Here, Your Honor, we're looking at the beet

14:40:24 8    freeze which you heard a lot about at this point.  It's

14:40:28 9    represented by the thick black line, vertical line.  That's

14:40:32 10   the date of the onset of the beet freeze.  And these are

14:40:36 11   United's refined sugar prices broken out by something called

14:40:41 12   the USDA regions.

14:40:43 13          So what we're showing in the figure here, you

14:40:46 14   can see the onset of the beet freeze and prices don't seem

14:40:50 15   to change differentially in the blue line which is north

14:40:55 16   central which is the area in which there was a significant

14:40:57 17   reduction in output.  If prices were highly regionalized and

14:41:02 18   regions have very different pricing, you would expect to see

14:41:05 19   that when the supply fell substantially in the north central

14:41:10 20   prices there would rise, because they lost that supply but

14:41:12 21   they wouldn't rise elsewhere.  Instead what we see is prices

14:41:17 22   across the country adjusting.

14:41:19 23   Q.     And this chart refers to United.  Did you look at

14:41:22 24   other firms prices?

14:41:24 25   A.     I did.

14:41:25  1    Q.      What does that show?

14:41:26  2    A.      I also looked at prices for Cargill, for Imperial,

14:41:29  3    and for ASR.  And so for those firms, I saw a similar

14:41:35  4    pattern of prices.  I looked at a combination of those four.

14:41:38  5    I saw prices nationally seemed to adjust nationally rather

14:41:43  6    than regionally.

14:41:43  7    Q.      Dr. Rothman criticizes your analysis of the beet

14:41:48  8    freeze.  He says you did not show that the beet freeze had

14:41:51  9    any discernible affect on prices and you did not perform any

14:41:56 10    statistical analysis to show such an affect.  Do you agree?

14:41:59 11    A.      No.  So Your Honor, Dr. Rothman in his reply report

14:42:03 12    made those criticisms, and after I read his reply report, I

14:42:08 13    did a simple difference-in-difference regression which is a

14:42:11 14    statistical technique to test whether prices did adjust

14:42:15 15    nationally, and the results of the test were that they did.

14:42:22 16            MR. STRONG:  Your Honor, we have need to object

14:42:24 17    that testimony.  That's not in Dr. Hill's report and we

14:42:27 18    learned about that for first time in his deposition.

14:42:30 19            THE COURT:  You were able to ask him about it at

14:42:32 20    his deposition?

14:42:32 21            MR. STRONG:  Yes, but we didn't get his backup

14:42:36 22    data until later that afternoon.  It's basically impossible

14:42:38 23    to cross him on it.

14:42:40 24            MR. BARBUR:  Your Honor, we provided the backup

14:42:42 25    data as soon as we could.  We had just received

14:42:45 1    Dr. Rothman's reply report and then we had Dr. Hill's

14:42:50 2    deposition schedule.  He did testify about it and they do

14:42:52 3    have the backup.

14:42:55 4                    THE COURT:   Okay.   I going to overrule the

14:42:58 5    objection because things are moving so fast and you did have

14:43:00 6    an opportunity to discuss that at his deposition.

14:43:00 7    BY MR. BARBUR:

14:43:04 8    Q.      Dr. Rothman also says that your data show notable

14:43:08 9    differences in prices across regions.   Do you agree?

14:43:12 10   A.      I do not.

14:43:13 11   Q.      Why not?

14:43:14 12   A.      So the, Dr. Rothman presented in his reply reports a

14:43:18 13   graph of, I think he showed United's prices by region.   But

14:43:23 14   two points that I think are important there.   The first is

14:43:27 15   he does those by USDA region.   He doesn't anywhere in his

14:43:31 16   reply report argue that there is evidence that prices vary

14:43:34 17   in his regions to or proposed markets vis-a-vis the rest of

14:43:37 18   the country.

14:43:38 19                   And then second, in his reply report he simply

14:43:42 20   produces a graph of United's prices.   He doesn't look at

14:43:46 21   prices in a region as a whole.   I think it's important as I

14:43:50 22   did with his region to look at aggregate pricing in the

14:43:53 23   region as a whole.

14:43:54 24   Q.      Have you ever testified in a case where you did

14:43:56 25   observe distinct pricing across regions?

                                    Hill - direct

14:44:01 1   A.      I testified in the FTC versus Tronox and Cristal

14:44:06 2   matter, Your Honor, I defined a price discrimination market

14:44:10 3   of North America.  This was a case involving titanium

14:44:14 4   chloride dioxide, which is a kind of chemical.  So there I

14:44:19 5   defined North America as a relevant price discrimination

14:44:21 6   market.  There, we had a number of factors that are not

14:44:26 7   present here.

14:44:26 8             First, in the titanium dioxide industry there is

14:44:31 9   broad recognition above North America as a separate region

14:44:34 10  of interest.

14:44:35 11            Second, prices in North America vary

14:44:39 12  significantly compared to other regions and over time it was

14:44:43 13  as high as 20 percent above other regions.

14:44:46 14            Third, there we had a natural experiment,

14:44:49 15  unfortunately a plant in Europe caught fire and had to shut

14:44:51 16  down, so there was a significant reduction in production in

14:44:56 17  Europe.  And what happens was prices rose very sharply in

14:45:01 18  Europe, but they didn't rise as sharply at home, so the

14:45:05 19  prices didn't equalize across the region.  I should note,

14:45:07 20  Chloride Titanium dioxide, there are functionally no imports

14:45:12 21  of chloride titanium dioxide into North America.

14:45:12 22  Q.   Let's turn to Dr. Rothmans use of the hypothetical

14:45:19 23  monopolist test.  Can you describe that test for the Court?

14:45:21 24  A.      Sure.

14:45:22 25            So the hypothetical monopolist test, Your Honor,

14:45:25  1    asks, if there was just a single supplier, would that

14:45:30  2    supplier merge with all its current competitors into one and

14:45:34  3    then you ask the question, would that monopolist have an

14:45:39  4    incentive to raise price--the incentive and the ability to

14:45:43  5    raise prices, it's commonly used to try to define a market.

14:45:48  6    Q.      How does Dr. Rothman rely on the hypothetical

14:45:51  7    monopolist test?

14:45:51  8    A.      Dr. Rothman asserts that he performed a hypothetical

14:45:56  9    monopolist test for his markets and so they are valid

14:45:59 10    markets.

14:45:59 11    Q.      In your view, is it appropriate to rely only on the

14:46:03 12    hypothetical monopolist test in defining a markets?

14:46:05 13    A.      No, I think it's better to rely on all of the

14:46:08 14    evidence including the hypothetical monopolist test, so for

14:46:12 15    example, the Tronox case I was talking about, we had the

14:46:14 16    other evidence and then we had the hypothetical monopolist

14:46:16 17    test.  So sort of the facts of the industry were sort of a

14:46:20 18    check on hypothetical monopolist test.

14:46:22 19    Q.      Dr. Rothman says that the hypothetical monopolist

14:46:25 20    test shows that his market is not too narrow.  Do you agree?

14:46:30 21    A.      I do not.  I think his test is flawed.

14:46:33 22    Q.      What are the categories of flaws?

14:46:36 23    A.      So I think the key problem with his test, he didn't

14:46:39 24    adequately consider arbitrage across the regions.  I see the

14:46:45 25    slide are down which is unfortunate.  Great.

14:46:47 1          Here are three areas of arbitrage that I think

14:46:52 2   he didn't adequately account for.  So, the first is imports

14:46:55 3   that are currently going to other parts of the country, Your

14:46:58 4   Honor, could be redirected into Dr. Rothman's proposed

14:47:01 5   markets.

14:47:02 6          Second, there are many customers in

14:47:04 7   Dr. Rothman's proposed markets that have customer locations

14:47:07 8   outside of those regions.  So those customers could purchase

14:47:11 9   for those locations outside of the proposed markets and move

14:47:15 10  and then just arrange transportation to move it into the

14:47:18 11  proposed markets.

14:47:19 12          And then finally today, many customers inside

14:47:22 13  Dr. Rothman's proposed markets purchase at the location of

14:47:26 14  the supplier and then arrange transportation themselves.

14:47:30 15  Those customers who already today are purchasing at the

14:47:33 16  location of the supplier could purchase at suppliers outside

14:47:36 17  the regions at the lower price and then arrange

14:47:39 18  transportation to move it into the regions.

14:47:42 19  Q.     Let's focus on imports and look at the next slide.

14:47:46 20  What is this showing?

14:47:47 21  A.     Sure.  So here, Your Honor, we're looking at refined

14:47:50 22  sugar imports into other regions of the United States in

14:47:53 23  2020.  So on the left we have Dr. Rothman's Georgia plus

14:47:56 24  region, and so in green what I am showing here is total

14:48:02 25  sales in that region in 2020.  So they were about 34 million

Hill - direct

14:48:06  1    hundredweight.  And then the blue bar is showing total

14:48:09  2    imports into the U.S., into other parts -- sorry, total

14:48:14  3    imports into other parts of the United States.  So it's

14:48:19  4    around 18 million hundredweight.

14:48:20  5            And Dr. Rothman doesn't consider the possibility

14:48:25  6    that customers could purchase imports outside the market and

14:48:30  7    redirect them into the Georgia plus region.  So you know,

14:48:35  8    the hypothetical test here is prices going up by five to ten

14:48:41  9    percent, would customers try to get imports to redirect

14:48:44 10    other parts of the country into the Georgia plus region, you

14:48:48 11    have the same thing in the southeast region.

14:48:51 12    Q.    Can you explain why you think that Dr. Rothman does

14:48:55 13    not properly account for the ability of customers to pick up

14:48:59 14    refined sugar at locations outside of his regions?

14:49:04 15    A.    Sure.  So, Your Honor, today something on the order

14:49:06 16    in both Dr. Rothman's regions, 30 to 35 percent of customers

14:49:11 17    pick up at their supplier.  Indeed, today when prices are

14:49:14 18    equalized across all the regions, three percent of customers

14:49:18 19    purchase at a supplier location outside of Dr. Rothman's

14:49:21 20    regions and move it in.  So today we already observed this

14:49:25 21    behavior.  But Dr. Rothman rules it out as a significant

14:49:28 22    source of arbitrage.

14:49:31 23    Q.    Does Dr Rothman account for customers with locations

14:49:35 24    outside of his markets?

14:49:35 25    A.    Not fully, no, he does not.  Dr. Rothman argues that

14:49:40 1   few customers in his regions have locations outside of the

14:49:44 2   market.  So he argues most of them are contained within his

14:49:48 3   regions.  That's true if you count based on the number of

14:49:52 4   customers.  But if you weight customers by volume, by the

14:49:56 5   amount they're actually purchasing in the Georgia plus or

14:49:59 6   southeast region, more than 75 percent of purchases in

14:50:03 7   Dr. Rothman's regions are made by customers who have a

14:50:07 8   location outside of the market.

14:50:08 9          And I believe on the first day of this

14:50:11 10  proceeding, Your Honor, Mr. Riippa from General Mills

14:50:15 11  testified that General Mills has the ability under its

14:50:18 12  contracts to redirect purchases from one part of the country

14:50:22 13  to another if it wishes.  That's exactly the sort of

14:50:26 14  redirecting they can use to defeat.  If you told General

14:50:30 15  Mills it's going to be ten percent higher, if you want to

14:50:33 16  purchase this from Georgia plus or southeast but the old

14:50:38 17  price is less in Texas, you think they would be able to

14:50:42 18  purchase it in Texas and ask for it to be redirected.

14:50:46 19  Q.     Let's turn to HHI because you have explained for the

14:50:50 20  Court what an HHI is?

14:50:52 21  A.     HHI stands for the Herfindahl-Hirschman Index.  It's

14:51:01 22  something that economists use to evaluate concentration in a

14:51:04 23  market.

14:51:06 24  Q.     And are you familiar with the presumption concerning

14:51:11 25  HHI, the horizontal merger guidelines?

14:51:14 1    A.      Yes.  So, Your Honor, the 2010 Horizontal Merger

14:51:19 2    Guidelines say if a merger significantly increases

14:51:22 3    concentration and results in a highly concentrated market

14:51:26 4    then it presumed to create market power.  By significantly

14:51:29 5    increasing concentration, the guidelines mean there is

14:51:34 6    200 points or more increase in the HHI value and highly

14:51:37 7    concentrated means the HHI for the market as a whole is

14:51:41 8    above 2,500.

14:51:42 9    Q.      The HHI regional level where the structural

14:51:47 10   presumption applies, does that mean that the merger is

14:51:51 11   necessarily anticompetitive?

14:51:52 12   A.      It does not.  The HHI calculations are something that

14:51:56 13   one does early in a case to try to determine is it likely

14:52:00 14   that there will be an effect here, but one still has to do

14:52:03 15   the full competitive effects analysis.

14:52:05 16   Q.      Do you believe that this transaction leads to a

14:52:09 17   presumption of a properly defined market?

14:52:12 18   A.      I do not.

14:52:12 19   Q.      Why not?

14:52:13 20   A.      As I said, I think Dr. Rothman's market has been

14:52:16 21   defined too narrowly.  I think if you expand his market

14:52:20 22   definition, then it will result in markets, more plausible

14:52:24 23   markets, in which the presumption does not apply.

14:52:26 24   Q.      Let's turn to the next slide.

14:52:29 25           Did you examine alternative potential markets to

14:52:32 1    Dr. Rothman?

14:52:33 2    A.    I did.  I looked at two as I mentioned earlier, one

14:52:37 3    here is the United States and one is the competitive overlap

14:52:40 4    region.  The second, is one where I looked at the areas

14:52:43 5    today in which Imperial made substantial sales.  So overlaps

14:52:48 6    with, competes with United.

14:52:50 7    Q.    And in your view is it logical to, does it define a

14:52:54 8    market based on where the parties compete?

14:52:56 9    A.    If you're trying to assess whether transactions are

14:53:00 10   likely to affect competition, it can be a reasonable to

14:53:03 11   define the market in which they overlap.

14:53:06 12   Q.    Are you aware of any cases where the Department of

14:53:10 13   Justice has defined a market based on the competitive

14:53:14 14   overlap?

14:53:14 15   A.    I worked on a case in 2010 when I was at the Division

14:53:18 16   of Dean Foods case, where Dean Foods, Your Honor, purchased

14:53:21 17   some milk processing plants in the upper midwest.  And there

14:53:25 18   the geographic market was defined around the area in which

14:53:31 19   foremost which was where the smaller of the two firms had

14:53:33 20   substantial sales.

14:53:36 21   Q.    What is the significance of that case for this case?

14:53:39 22   A.    I mean, I think the definition that the United States

14:53:42 23   used there was reasonable in that case and I think it's

14:53:45 24   reasonable here as well.

14:53:48 25   Q.    Do either of your alternative markets lead to a

Hill - direct

14:53:52 1    presumption?

14:53:53 2    A.      No, they do not.  So here, Your Honor, this chart is

14:53:57 3    looking at the -- whether the presumption applies in these

14:54:00 4    plausible alternative markets.  So on the horizontal axis

14:54:06 5    here, you have the HHI with the merger, this is the post

14:54:09 6    merger HHI.  And then on the vertical axis, you have the

14:54:14 7    increase in HHI that would occur due to the transaction.

14:54:17 8            And then I plotted them, so the light green are

14:54:21 9    areas in which the presumption did not apply.  And the white

14:54:25 10   are the areas in which the presumption would apply.  And

14:54:28 11   then the dots, the circular dots are all United States and

14:54:33 12   the squares are competitive overlap.  And then green is

14:54:37 13   2020, and red is 2021.  And you can see for both plausible

14:54:42 14   alternative markets in both years, the structural

14:54:46 15   presumption would not apply.

14:54:48 16   Q.      Let's turn to unilateral effects.  What do economists

14:54:52 17   typically look at what they're examining unilateral effects?

14:54:56 18   A.      So economist typically look at evidence of

14:55:00 19   head-to-head competition between the parties.

14:55:02 20   Q.      Does it matter how close the competition is?

14:55:05 21   A.      It is usually unlikely that there will be a

14:55:10 22   significant unilateral effect if competition is not close.

14:55:14 23   Q.      And is it typical to analyze whether any factors may

14:55:19 24   mitigate any other anticompetitive effects?

14:55:22 25   A.      Yes, typically one looks at whether a competitive

Hill - direct

14:55:27 1    effect will be mitigated by entry or expansion, so existing

14:55:31 2    or new firms taking a more aggressive position in the

14:55:34 3    market.   It typically looks at efficiencies, where the

14:55:38 4    transaction would make the merged firm a more aggressive

14:55:42 5    competitor.

14:55:42 6              And also there may be other mitigating factors

14:55:45 7    such as here the fact that Dr. Rothman and I following him,

14:55:50 8    assume that US Sugar and United are single decision making

14:55:54 9    entity, and here also the role of the USDA can be a

14:55:58 10   potential mitigating factor.

14:56:01 11   Q.     You mentioned entry and expansion.   Why is that

14:56:04 12   important?

14:56:05 13   A.     So if the merged firm attempted to raise prices and

14:56:09 14   other competitors would expand their production or enter the

14:56:13 15   market in response, it could defeat any attempt to raise

14:56:18 16   price by making it unprofitable for the merged firm to try

14:56:22 17   to raise the price.

14:56:23 18   Q.     Is there any evidence in this case of entry and

14:56:26 19   expansion in the sugar industry?

14:56:28 20   A.     Yes, Your Honor, I'm aware of at least four important

14:56:32 21   examples of entry and expansion.   So the first is

14:56:35 22   Cargill/LSR a producer in Louisiana in Gramercy who has

14:56:41 23   expanded in the past and are again in the process of

14:56:44 24   expanding their production.   Second, Sucro Sourcing is

14:56:48 25   building a new facility.   Cargill expanding, Sucro Sourcing

Hill - direct

14:56:54 1   is building a new refinery in Upstate New York, just opening

14:56:56 2   a refinery.

14:56:56 3          Michigan Sugar is in the process of making

14:56:59 4   capital improvements to keep up with its current production.

14:57:03 5   There is firm known as CSC who you may have heard about in

14:57:07 6   testimony who have expanded in the recent past and shown a

14:57:11 7   willingness to building plants close to customers to try to

14:57:16 8   service them.

14:57:17 9   Q.    Turn to the next slide --

14:57:19 10          THE COURT:  Oh, that last slide, go back for one

14:57:26 11   second.  The dots that you have in there, is that using your

14:57:33 12   product market?

14:57:35 13          THE WITNESS:  This is -- Your Honor, this is

14:57:37 14   using Dr. Rothman's product market.

14:57:39 15          THE COURT:  You're using his product market, the

14:57:42 16   production and sale of refined sugar?

14:57:45 17          THE WITNESS:  That's correct, Your Honor.  Here

14:57:46 18   I'm following him and his treatment of US Sugar and United

14:57:49 19   as a single entity.  I'm following him in not giving

14:57:52 20   distributors any market share.

14:57:56 21          THE COURT:  So this is the only difference here

14:57:58 22   is that you expanded the geographic market?

14:58:01 23          THE WITNESS:  That's correct, Your Honor.

14:58:02 24   BY MR. BARBUR:

14:58:04 25   Q.    And on that HHI chart, you include distributors here?

Hill - direct

14:58:09 1    A.      I do not.

14:58:12 2    Q.      And do you use Dr. Rothman's product market or your

14:58:16 3    product market?

14:58:17 4    A.      I'm using Dr. Rothman's product market.

14:58:20 5    Q.      Thank you.

14:58:28 6            Did you consider other mitigating factors?

14:58:31 7    A.      See if I may briefly, we were on this slide.

14:58:36 8    Q.      I am sorry.

14:58:36 9    A.      So you asked me what does this chart show, I think.

14:58:40 10   So this is CSC's actual sales in the southeast.  And the

14:58:44 11   point I was making here, Your Honor, is just you can see in

14:58:48 12   2017, since 2017, CSC has significantly increased its sales.

14:58:51 13   Q.      Focusing on other mitigating factors, do you think

14:59:02 14   the role of the USDA is important?

14:59:03 15   A.      I do.

14:59:04 16   Q.      Why?

14:59:05 17   A.      I think we heard testimony from Dr. Fecso that the

14:59:09 18   USDA may take action to try to mitigate price increases.

14:59:14 19   And so firms in the market, think more broadly, we heard a

14:59:12 20   good deal of testimony from industry participants that they

14:59:22 21   spent a lot of time thinking about what USDA is doing.  I

14:59:22 22   interpret that as evidence that USDA actions are important

14:59:22 23   and do affect prices if in this industry.

14:59:31 24           And I think it's reasonable to take account of

14:59:32 25   the fact that the USDA, the prices, if the merged firm were

14:59:38 1    to attempt to raise prices, the USDA might take action and

14:59:44 2    the merged firm might take that possibility of action into

14:59:48 3    consideration.

14:59:49 4    Q.    What's your understanding of the tools that the USDA

14:59:52 5    has at its disposal?

14:59:55 6    A.    I think broadly speaking, USDA has a number of tools,

14:59:58 7    but the one I think of, Your Honor, as you heard Dr. Fecso

15:00:03 8    testify, is the ability to increase imports and it also has

15:00:06 9    the ability to adjust allotments, so move allotments from

15:00:11 10   one firm to another or imports to increase the supply of

15:00:15 11   sugar.

15:00:15 12   Q.    Have you seen examples of where the USDA has done

15:00:19 13   that in past?

15:00:19 14   A.    So certainly during the 2020 beet freeze as Dr. Fecso

15:00:24 15   testified, USDA increased the amount of imports, lower duty

15:00:29 16   imports.

15:00:30 17   Q.    Do you think it's important to account for

15:00:34 18   efficiencies when assessing unilateral effects?

15:00:38 19   A.    Yes.

15:00:38 20   Q.    Why is that?

15:00:39 21   A.    Efficiencies that result from a transaction, may give

15:00:42 22   the merged firm the incentive to compete more aggressively

15:00:46 23   than the stand-alone firms have.

15:00:50 24   Q.    What efficiency have you identified here?

15:00:52 25   A.    I think I see three broad efficiencies.  I think we

Hill - direct

15:00:58 1   have seen testimony about the fact that today US Sugar has

15:01:02 2   more raw sugar than it can refine and post transaction

15:01:05 3   intends to re-divert some of that raw sugar to Port

15:01:11 4   Wentworth where Imperial's production facility is located.

15:01:16 5           I think second, US Sugar has been able to expand

15:01:20 6   production at US Sugar's Clewiston refinery by a significant

15:01:25 7   amount.  And I think it will try to do the same at Port

15:01:29 8   Wentworth.

15:01:29 9           And finally, today United may be serving some

15:01:32 10  customers that are located closer to Imperial, Imperial may

15:01:35 11  be serving some customers that are closer to United.  Post

15:01:41 12  merger the merged firm could re-optimize and serve customers

15:01:45 13  more efficiently.

15:01:47 14  Q.    Let's turn to the next slide.  I think we saw a

15:01:50 15  similar one this morning.  What is this showing?

15:01:52 16  A.    This chart is looking at the increase in Clewiston's

15:01:56 17  annual output by fiscal year compared to 2015, Your Honor.

15:02:00 18  So each bar if you look at the 2016 bar, it's showing you

15:02:04 19  the percentage increase in output that year compared to 2015

15:02:08 20  for Clewiston.  And the point here is just -- and I believe

15:02:12 21  you heard testimony about it this morning that Clewiston

15:02:16 22  starting back in 2006 has been able to roughly double its

15:02:20 23  total production at Clewiston.

15:02:22 24  Q.    Does Dr. Rothman consider efficiencies at all in

15:02:28 25  analyzing unilateral effects?

Hill - direct

A.      I would say he thinks that there will not be
efficiencies, so he doesn't include efficiencies in his
analysis.

Q.      What is the effect of that approach?

A.      I think that over states -- I think that tends to
overstate the competitive effects, because I think it is
likely to have efficiencies.

Q.      What is the effect of the fact that Dr. Rothman
treats United as an relevant decision maker?

A.      I think that has a similar affect.  The members of
United do not have perfectly aligned incentives.  And
treating them all as a single unitary decision maker will
tend to have the effect of overstating the likelihood of
anticompetitive effects.

Q.      Does Dr. Rothman analyze whether customers switch
between United and Imperial?

A.      He does.

Q.      And do you agree with his analysis?

A.      No, I think that analysis is flawed.

Q.      Let's take a look at the next slide.  Could you walk
the Court through this one?

A.      Sure.

        So this is looking at a plant owned by Pepsi
Company in Kissimmee, Florida.  And on the left we have its
purchases from United in 2018 and 2020, and these are the

Hill - direct

15:03:39 1    years that Dr. Rothman compares in his report when he's

15:03:42 2    looking at switching.  So you can see that, Your Honor, that

15:03:45 3    in both years United is the lion share of supply at this

15:03:50 4    plant.  And Imperial supplies very, very little at this

15:03:55 5    plant.  There is de minimus amount in both years.  But

15:04:00 6    Dr. Rothman considers this a switch from United to Imperial

15:04:05 7    and includes it in his analysis because United's sales fell

15:04:07 8    by a small amount and Imperial went up by a very small

15:04:13 9    amount.  I don't think that's the right way to look at it.

15:04:15 10   Q.    Let's go to the next slide.

15:04:17 11         Is this another example?

15:04:18 12   A.    Yes.  Here, Your Honor, we're looking at Kraft Foods'

15:04:21 13   location in Dover, Delaware.  You can see here United

15:04:25 14   increased its sales from 2019 to 2020 at this location.  But

15:04:29 15   because Imperial also increased its sales, this goes into

15:04:33 16   Dr. Rothman's analysis as a switch from United to Imperial,

15:04:37 17   and again, I don't think that's the correct way to do this.

15:04:40 18   Q.    Aside from these examples, do you think that

15:04:42 19   Dr. Rothman's switching analysis is sound?

15:04:45 20   A.    I don't think it is.  Here is a table summarizing

15:04:48 21   that switching analysis.  So the first column here, Your

15:04:51 22   Honor, just a brief word here.  When we say diversion here,

15:04:55 23   what we're saying is if a hundred customers left Imperial,

15:04:59 24   how many of them would go to United.  That's a way to think

15:05:02 25   about what you're seeing.

Hill - direct

15:05:05 1          And if you look here, we're looking at the

15:05:07 2   diversion from 2018 to 2020.  2018 to 2019 and 2019 to 2020.

15:05:14 3   In his report Dr. Rothman presents 2018 to 2020 and says

15:05:19 4   this is evidence of significant diversion between parties.

15:05:22 5   If you break it down year by year, you can see that in 2018

15:05:26 6   to 2019 reading across the Georgia plus region, Dr.

15:05:32 7   Rothman's methodology predicts that if a hundred customers

15:05:35 8   left Imperial, 130 would join United.  That's not feasible.

15:05:39 9   There is only a hundred customers to allocate.

15:05:42 10          If you look at 2019 to 2020, again Dr. Rothman

15:05:45 11   looking at the competitive overlap said that if a hundred

15:05:48 12   customers left Imperial, minus 29 of them would join United,

15:05:51 13   which doesn't make sense.  I don't think the switching

15:05:54 14   methodology is right.

15:05:57 15   Q.    Let's turn to the model, what is a GUPPI?

15:06:00 16   A.    The GUPPI stands for Generalized Upper Pricing

15:06:06 17   Pressure Index.

15:06:06 18   Q.    Is a GUPPI value a predicted price increase?

15:06:11 19   A.    No, a GUPPI value, Your Honor, is a measure of upward

15:06:12 20   price pressure.

15:06:17 21   Q.    Does a GUPPI or does Dr. Rothman's GUPPI model take

15:06:22 22   account of entry, expansion, efficiencies or any other

15:06:23 23   mitigating factors?

15:06:27 24   A.    It does not.

15:06:29 25   Q.    And does a small GUPPI value indicate that prices are

Hill - direct

15:06:33 1    likely to increase?

15:06:34 2    A.    It does not.  So because the GUPPI framework doesn't

15:06:38 3    take account of mitigating factors, typically small values,

15:06:43 4    small GUPPI values are interpreted as not being significant

15:06:48 5    evidence.  So one of the creators of the model, Dr. Carl

15:06:53 6    Shapiro when he was at DOJ, had a rule if the GUPPI was

15:06:59 7    below five percent, he thought that was not likely to be

15:07:01 8    significant evidence of price issue.  Because the model did

15:07:04 9    not take into account other mitigating factors.

15:07:07 10            THE COURT:  Are there always mitigating factors?

15:07:09 11            THE WITNESS:  No, not always.

15:07:11 12   Q.    Let's take a look at the next slide.  What are we

15:07:14 13   showing?

15:07:14 14   A.    Looking at Dr. Rothman's reply report, we're looking

15:07:17 15   at the GUPPIs for the combined firm.  So the left we have

15:07:21 16   the Georgia plus market and on the right we have the

15:07:24 17   southeast market.  So in blue, we have Dr. Rothman's GUPPI

15:07:29 18   based on state shares and on the right we have GUPPI based

15:07:35 19   on switching analysis.  You can see the merged firm's GUPPI

15:07:39 20   in each case is below this five percent.

15:07:41 21   Q.    How do you go about translating a GUPPI value to a

15:07:46 22   price effect?

15:07:46 23   A.    So, Your Honor, you make another assumption about how

15:07:50 24   likely it is, or what percentage of a price increase would

15:07:55 25   be passed through by the firm to its customers.

Hill - direct

15:07:58 1  Q.      And what pass through rates does Dr. Rothman use?

15:08:02 2  A.      So he uses pass through rates associated with linear

15:08:09 3  demand.  Linear demand assumes that 50 percent of a price

15:08:12 4  increase will be passed through.  Logit is more complex, but

15:08:17 5  it's safe to say here that it assumes more than 50 percent

15:08:20 6  will be passed through.

15:08:21 7  Q.      Does Dr. Rothman do any analysis to support those

15:08:24 8  numbers?

15:08:24 9  A.      No.

15:08:25 10  Q.      He just assumes them?

15:08:27 11  A.      That's correct.

15:08:30 12  Q.      Would Dr. Rothman predicted price increases decrease

15:08:35 13  further if he used use a lower pass through rate?

15:08:37 14  A.      Yes.  So, Your Honor, there is a 1 to 1.  If you

15:08:40 15  decrease the pass through rate, the smaller the pass through

15:08:44 16  rate gets the smaller the price effect associated with

15:08:47 17  GUPPI.  So if your pass through rate is 0 percent, you can

15:08:50 18  have any GUPPI you want and there is no price effect.  If

15:08:53 19  you have a 100 percent pass through then a GUPPI is

15:08:57 20  equivalent to a price increase.

15:09:00 21  Q.      Let's turn to Dr. Rothman's other model.  What is

15:09:02 22  that model?

15:09:04 23  A.      Dr. Rothman other model is what he calls the

15:09:07 24  second-score bidding model.

15:09:07 25  Q.      And how does that work?

15:09:09 1    A.      In the second score bidding model, the idea is

15:09:14 2    customers purchase their sugar by auction, procurement

15:09:17 3    auction and they ask suppliers to submit bids, they rank the

15:09:23 4    suppliers according to various characteristics including

15:09:27 5    price and they choose the supplier with the highest score.

15:09:31 6    And then the price is set based on how close the second

15:09:36 7    closest supplier was to the supplier with the highest score.

15:09:42 8    Q.      And do you think that Dr. Rothman's second-score

15:09:45 9    bidding model is reliable?

15:09:46 10   A.      In this industry, I think that it is not.

15:09:49 11   Q.      Can you explain why?

15:09:50 12   A.      Sure.  So in the second score bidding model, Your

15:09:54 13   Honor, there are sort of two key inputs.  The first is

15:09:58 14   margins and the second is something to capture switching or

15:10:02 15   diversion.  So here what Dr. Rothman was testifying

15:10:05 16   yesterday, he relied upon state shares to calculate his

15:10:09 17   diversions, so you have margins and some measure of

15:10:13 18   diversion.

15:10:14 19          The model takes the margins that are fed to it

15:10:19 20   and then it predicts margins for the firms in this industry

15:10:22 21   and the author of the paper that introduced this methodology

15:10:25 22   said first check on the validity of the model is whether the

15:10:29 23   actual margins match the predicted margins.  For

15:10:34 24   Dr. Rothman's model the actual margins and predicted margins

15:10:37 25   don't match.

Hill - direct

15:10:38  1    Q.      Go to the next slide.   What is this showing?

15:10:41  2    A.      So, this is a slide looking at visually, on the left

15:10:44  3    we have Georgia plus and on the right we have the southeast.

15:10:47  4    This is looking at the difference between United and

15:10:50  5    Imperial's margins.  Dr. Rothman calculated margins for

15:10:53  6    United and Imperial and roughly speaking he found for United

15:10:57  7    about a 25 percent margin and Imperial about a five percent

15:11:01  8    margin.  So we're looking here at the observed margins,

15:11:06  9    that's the difference between United and Imperial's margins.

15:11:09 10    So it's on the order of 16 percentage points here.

15:11:13 11            In his model the predicted margin difference

15:11:17 12    between the firms is only one percent so it predicts they

15:11:21 13    have substantially the same margin.  But in fact his own

15:11:25 14    actual margins calculations show this is not the case.  And,

15:11:28 15    you know, given the structure of the model, the model is

15:11:32 16    saying it takes the actual margins and it produces predicted

15:11:37 17    margins based on how its modeling competition, and the two

15:11:40 18    just don't match so it just doesn't seem to be working in

15:11:43 19    the refined sugar industry.

15:11:46 20    Q.      What does it say about the reliability of his models?

15:11:48 21    A.      I don't think there was much in this model that was

15:11:51 22    reliable.

15:11:52 23    Q.      And in his reply expert report Dr. Rothman says you

15:11:57 24    reran this model and using United only margins and Imperial

15:12:01 25    only margins, does that resolve the problems?

15:12:04 1    A.      It did not resolve the problem.  So in his initial

15:12:08 2    report, you know, Dr. Rothman gave the model a blended

15:12:12 3    margin, so he gave it a margin that combined the margins of

15:12:16 4    United and Imperial.  In his reply report, he said I'm going

15:12:20 5    to do it two other ways, I'm going to give it just United

15:12:23 6    margin so see what it predicts and I'm going to give it just

15:12:27 7    Imperial margin to see what it predicts.

15:12:30 8            When he gives it just United margins, the model

15:12:33 9    matches United margins, but it gets Imperial's margins very

15:12:37 10   wrong, and when he gives it Imperials margins, it matches

15:12:39 11   Imperial margins, but it gets United margins very wrong.  So

15:12:40 12   the exact same problem is present when he uses it in his

15:12:44 13   reply report as in his initial report.

15:12:48 14   Q.      Setting aside all the errors that you describe, does

15:12:52 15   Dr. Rothman second-score bidding model predict significant

15:12:57 16   price increases?

15:12:58 17   A.      In my opinion it does not.  This slide here, Your

15:13:01 18   Honor, is taken from Dr. Rothman's initial report.  Looking

15:13:04 19   at the second-score bidding model, we have a column for each

15:13:02 20   one of Dr. Rothman's regions and we have a row for each

15:13:11 21   seller.  You can see that Dr. Rothman predicts three percent

15:13:18 22   for United, three to four for Imperial and then he presents

15:13:20 23   with a merged firm 3 to 4 percent.  But the model doesn't

15:13:24 24   predict that other customers will see any price effect.  So

15:13:28 25   if you look across all customers in his regions, the region

Hill - direct

15:13:32 1    wide price effects are one percent in the southeast and two

15:13:35 2    percent in the Georgia plus.  So these are not significant

15:13:39 3    price effects.

15:13:42 4    Q.    Did you conduct your own analysis of unilateral

15:13:46 5    effects here?

15:13:47 6    A.    I did.

15:13:47 7    Q.    What did you do?

15:13:47 8    A.    So I did two different models, one called the bidding

15:13:51 9    model and one called the relative cost model.

15:13:54 10   Q.    Did you also look at qualitative evidence?

15:13:58 11   A.    I did, I also evaluated qualitative evidence and

15:14:01 12   quantitative evidence.

15:14:04 13   Q.    Why is it important to do a qualitative analysis of

15:14:08 14   competition?

15:14:08 15   A.    It's useful to make sure the predictions you are

15:14:11 16   making are consistent with reasonable facts.

15:14:15 17   Q.    What is the qualitative evidence that you reviewed

15:14:18 18   show?

15:14:18 19   A.    So if you advance one more slide please.  So there

15:14:22 20   are some examples I listed in my reports, Your Honor, of

15:14:22 21   competition for customers where many other sugar refiners

15:14:22 22   were competing with United and Imperial so these are two

15:14:32 23   examples of them.  The first is McKee who, among other

15:14:37 24   brands, makes Little Debbie, Little Debbie products.  Here

15:14:42 25   you can see that McKee -- I will just avoid the specifics,

Hill - direct

15:14:45  1    just in an abundance of caution, had many other suppliers

15:14:49  2    competing to supply its business and Imperial has not been

15:14:53  3    successful in competing with this business and there is a

15:14:56  4    quote from an Imperial employee about this.

15:14:58  5            In the bottom we have Kraft Heinz, I think you

15:15:03  6    heard about the example, Your Honor, it has 37 plants in the

15:15:05  7    United States.  Imperial bid for one of those plants and

15:15:09  8    three other suppliers are also competing to serve -- I'm

15:15:12  9    sorry, are serving business at that plant today.

15:15:14 10    Q.    Did you analyze whether Imperial and United are close

15:15:19 11    competitors?

15:15:20 12    A.    I did.

15:15:20 13    Q.    What did you conclude?

15:15:22 14    A.    I don't believe they're close competitors.

15:15:23 15    Q.    Is there a difference between United and Imperial's

15:15:27 16    cost of raw sugar?

15:15:28 17    A.    Yes.  So this slide is looking at the difference in

15:15:34 18    raw -- estimated raw sugar costs for Imperial and for US

15:15:38 19    Sugar.  So US Sugar is in blue on the left and Imperial is

15:15:42 20    in red on the right.  And I think this is -- has been a

15:15:45 21    repeated theme.  Imperial has very high costs for acquiring

15:15:50 22    raw sugar because it purchases it often imported, whereas US

15:15:55 23    Sugar produces its own raw sugar.

15:15:57 24    Q.    And what is the implication of this for whether the

15:16:03 25    two firms are close competitors?

15:16:05 1   A.     I think you heard Mr. Gorrell testify that Imperial

15:16:10 2 is a high cost firm, and as such, it has difficulty

15:16:12 3 competing.  I think he referred to US Sugar and United as

15:16:16 4 the vertically integrated producers.

15:16:18 5   Q.     Go to the next slide.  What do you put here?

15:16:21 6   A.     Here again, I won't read these out of caution, but

15:16:25 7 these are quotes from industry participants confirming that

15:16:30 8 there is a view that Imperial is high cost firm due to its

15:16:39 9 high raw sugar cost.

15:16:39 10   Q.     Did you also review the testimony of Jeffrey Gholson

15:16:44 11 of Brill?

15:16:45 12   A.     I did.

15:16:46 13   Q.     Did that support the fact that Imperial is a high

15:16:48 14 cost supplier?

15:16:49 15   A.     It did.

15:16:50 16   Q.     Is there a difference in the size of a customers that

15:16:53 17 Imperial and United serve?

15:16:55 18   A.     There is.  So this chart here is looking at the

15:16:59 19 average bulk customer size for Imperial and United in 2021.

15:17:02 20 So United is on the left and Imperial is on the right.  And

15:17:02 21 you can see that United's average customer size is on the

15:17:11 22 order of twice the size of Imperial.  So I think this is

15:17:11 23 consistent with the testimony that you have heard, Your

15:17:12 24 Honor, that United tends to have large long-term contracts

15:17:21 25 with its customers serving them for high volumes and

15:17:27 1   Imperial is more likely to be competing for spot volume or I

15:17:32 2   believe the term people have used as a replacement supplier

15:17:35 3   or something along those lines.

15:17:36 4              THE COURT:  So customer size doesn't mean the

15:17:38 5   size of the customer itself, it's the amount that's sold?

15:17:41 6              THE WITNESS:  That's correct, Your Honor, the

15:17:43 7   amount that it's purchasing.

15:17:45 8   Q.     Yesterday, Dr. Rothman identified a handful of

15:17:48 9   examples of head-to-head competition.  Do you recall that?

15:17:51 10  A.     I do.

15:17:51 11  Q.     And to put that in perspective, how many United and

15:17:56 12  Imperial customers are there in the markets that Dr. Rothman

15:18:01 13  has defined?

15:18:03 14  A.     Those numbers are in my report.  I can check quickly.

15:18:09 15  I think it's about 550 for the southeast and about 430 or so

15:18:13 16  for the Georgia plus.  Let me check.  So for the southeast

15:18:26 17  it's 543 and for Georgia plus it's 428.

15:18:31 18  Q.     Thank you.

15:18:31 19              Did you construct any models to test whether

15:18:37 20  unilateral effects were present?

15:18:39 21  A.     I did.

15:18:39 22  Q.     What did you do?

15:18:39 23  A.     So I calculated -- I constructed two model, one was

15:18:45 24  the bidding model and the other one the relative cost model.

15:18:45 25  Q.     And in your model, do you consider Imperial's raw

Hill - direct

15:18:53 1  sugar cost disadvantage?

15:18:55 2  A.      I do not.  I followed Dr. Rothman in ignoring that.

15:18:59 3  Q.      And you considering distributors in your models?

15:19:01 4  A.      I do not, again, following Dr. Rothman.

15:19:04 5  Q.      Do you consider other mitigating factors such as USDA

15:19:08 6  and entry and expansion?

15:19:10 7  A.      I do not consider those.  I do, Your Honor, my models

15:19:15 8  include efficiencies, but I present my results with and

15:19:18 9  without efficiencies.

15:19:19 10 Q.      Can you describe your bidding model?

15:19:23 11 A.      Sure.

15:19:23 12         So, Your Honor, the bidding model at its heart

15:19:26 13 has a very simple view.  It looks for a set of customers for

15:19:30 14 whom United and Imperial today are the two best options, so

15:19:33 15 they are competing head to head.  And then it ask how close

15:19:37 16 is the next best alternative.  If the transaction would

15:19:40 17 eliminate the competition between them, would another firm

15:19:44 18 be well placed to replace that.  To do that I use

15:19:48 19 transportation costs, so I look for, for example, all the

15:19:51 20 customers United is serving and for Imperial is the best

15:19:55 21 alternative or the lowest cost transportation alternative.

15:19:55 22 I look at the transportation cost of the next best

15:20:02 23 alternative and I take that difference as a measure of the

15:20:05 24 additional price increase that would occur if Imperial no

15:20:05 25 longer competed with United and I do the same for Imperial

1  customers.

2  Q.      What are the results of your bidding model?

3  A.      Right.  So this slide here across the bottom here,

4  Your Honor, we have four geographic regions, the US,

5  competitive overlap, southeast and Georgia plus.  And then

6  the height of the bar that's here communicates predicted

7  price increases.  Blue is without efficiencies, and green is

8  with efficiencies.  And so you can see that the Predicted

9  Price Effects here are minimal.

10 Q.      Dr.  Rothman claims that the margins in your bidding

11 model are unrealistically low, do you agree?

12 A.      I do not.

13 Q.      Why not?

14 A.      So the bidding model does not take as an input

15 margins and it does not output margins, the model is really

16 focused on this question are customers for who United and

17 Imperial are the two best alternatives, how close is the

18 next best alternative.  You can't use it to calculate

19 margins.

20 Q.      Can you next describe your other model, the relative

21 cost model?

22 A.      The relative cost model has a similar idea.  Again,

23 it's this question how much competition is going to be lost

24 here if we remove Imperial competing with United and United

25 competing with Imperial.  And so in that model, I start with

Hill - direct

15:21:30 1   micro level data on all of the customers and I ask the

15:21:35 2   question, what price is the customer paying today and how

15:21:38 3   does that vary depending upon how far away its current

15:21:43 4   supplier is from it -- I'm sorry, what its current supplier

15:21:47 5   cost to serve it is, what are the costs to serve it of the

15:21:52 6   other three best alternatives.  And I also include other

15:21:55 7   factors such as the size of the customer, do large customers

15:21:59 8   get some sort of volume discount.  So I'm trying to use

15:22:03 9   actual data on prices to see how that varies with

15:22:06 10  competition.

15:22:06 11  Q.      And what are the results of your relative cost model?

15:22:11 12  A.      The relative cost model, once I estimate the model, I

15:22:15 13  then ask the question, if I remove Imperial as a constraint

15:22:19 14  on United and I remove United as a constraint on Imperial,

15:22:23 15  by how much would prices increase.  This chart has the same

15:22:26 16  structure as the previous one.  We have the four geographic

15:22:29 17  regions across the bottom and then blue we have the

15:22:32 18  predicted prices with no efficiencies and in green we have

15:22:36 19  the predicted prices increases with efficiencies.  You can

15:22:40 20  see whatever region we use whether we use efficiencies or

15:22:44 21  not the predicted price's increase is de minimis.

15:22:47 22  Q.      So overall, how do results of your models compare

15:22:51 23  with the results of Dr. Rothman models?

15:22:52 24  A.      So, Your Honor, I would say my predicted results are

15:22:57 25  lower than his.  The lower end of his results and my results

are not very distant.  This chart is sort of trying to bring

that together.  You look at the first two - so each of the

columns here, one, the first column is the Georgia plus

region and the second column is the Southeast region and

then I have the Hill bidding model and the Hill relative

cost model.  In lines three and four from Dr. Rothman's

initial report I took his GUPPI model predictions, using

50 percent pass through and then I used his second score

bidding model.  You can see that in his initial report his

results were actually not terribly dissimilar to mine.  They

were a little bit higher, but we're in a similar ballpark.

        In Row 5 and 6 I present some results from his

reply report.  So between his initial report and his reply

report, Dr. Rothman fixed an issue with his GUPPI formula

and he moved from 2020 data to 2021 data.  You can see the

effect of those changes in Row 5, his GUPPI model fell from

about one percent line 3 to 0.8 percent in the Georgia plus

market.  And in the Southeast 1 percent to 0.7 percent.

        And then finally, I present on the last line,

Dr. Rothman in his reply report estimated his second-score

bidding model using Imperial only margins, United only

margins and also combined margins.  Here just to be

transparent, this is one of his lowest estimates.  I took

his estimates for second-score bidding model using Imperial

only margins and the Predicted Price Effects are actually

962

Hill - direct

15:24:37 1    below the numbers you listed here.  This is not adjusting

15:24:41 2    for region wide, but you can see they're 0.9 and

15:24:46 3    0.8 percent.  So his estimates are higher than mine, but I

15:24:49 4    would say that all of our estimates are realistically

15:24:53 5    predicting very low price events.

15:24:56 6    Q.     Let's turn on to next slide.  What is this showing?

15:24:59 7    A.     This is a slide from Dr. Rothman's presentation

15:25:01 8    yesterday, and I think it's helpful for understanding in

15:25:04 9    some of the differences in our results and also seeing that

15:25:08 10   maybe they aren't so different after all.

15:25:10 11            So in the left-hand pane here Dr. Rothman

15:25:13 12   presented yesterday that what he calls his narrower market,

15:25:16 13   what I call the Georgia plus market he predicts 30.5 million

15:25:21 14   in harm.  In the broader or southeast market he's predicting

15:25:25 15   36.2 million in harm.  He says this is from the elimination

15:25:29 16   of head-to-head competition.

15:25:30 17            Below that I just translated that into a

15:25:33 18   percentage price increase for his entire region and I did

15:25:36 19   that by calculating what is the total volume of commerce for

15:25:40 20   refined sugar in that region and I just divided his 30.5 by

15:25:42 21   that volume of commerce.  And you can see it's 1.9 and 1.5

15:25:50 22   percent.  So again, our numbers are in a similar ballpark

15:25:52 23   here.

15:25:52 24            Then on the right-hand side, Dr. Rothman said

15:25:55 25   well, the first pane on the left is head-to-head

competition, but you also need to consider the impact of
increased coordination.  And here he adds his projected
price effect from the increased coordinated interaction and
he gets to this by saying he assumes that today, ASR and
United are refraining from competing with one another on ten
percent opportunities.  I see no evidence to support this.
And he doesn't present any evidence to support this.  Then
he says what if it increased to 30 percent as a result of
the transaction, how much additional harm would there be.
Then he adds that calculation onto the head-to-head
competition harm from the left, that's how he gets to these
numbers.  I don't believe that the transaction is likely to
significantly increase coordinated interaction and I don't
think there is any evidence that today ASR and United don't
compete on ten percent.  So I don't believe the estimates on
the right-hand side are reasonable.  The ones on the
left-hand side as I said, they're different from mine
because he's using slightly different models, but I think
we're in a similar ballpark.

Q.    Just so we're clear, these 10 percent and 20 percent
numbers, did Dr. Rothman present any analysis to support
them?

A.    No, he did not.  He just examined what would happen
if ASR and United didn't compete on 10 percent, 20 percent
and 30 percent of opportunities.  But he doesn't explain why

Hill - direct

15:27:30 1    they might -- why they might not do that, how they would

15:27:35 2    identify which opportunities not to compete with one another

15:27:38 3    and he doesn't present any evidence that they're doing this

15:27:41 4    today.

15:27:41 5    Q.    Dr. Rothman has said that your model overemphasizes

15:27:45 6    transportation costs.  Do you agree with that?

15:27:47 7    A.    So I would say that my reading of both the United

15:27:52 8    States complaint and Dr. Rothman's initial report is that

15:27:55 9    transportation is an important factor in competition in

15:27:58 10   refined sugar.  I took that seriously and built models to

15:28:02 11   look at that.  And I don't think that my models are overly

15:28:06 12   reliant on it.  What it's saying is, controlling for other

15:28:10 13   factors, is it likely that someone else could step into the

15:28:13 14   shoes of United and Imperial and continue to compete.

15:28:19 15   Q.    Have you review evidence from third parties in this

15:28:22 16   case?

15:28:22 17   A.    I have.

15:28:23 18   Q.    What is this showing?

15:28:24 19   A.    So again, as I said at the beginning, we have here

15:28:26 20   some testimony from Dr. Fecso but there is also testimony

15:28:30 21   from representatives of Michigan Sugar and Domino ASR saying

15:28:33 22   that they don't think the transaction is likely to

15:28:38 23   significantly reduce competition.

15:28:42 24   Q.    Let's talk about coordinated effects.  What are

15:28:45 25   coordinated effects in the context of a merger?

15:28:48 1    A.      So, a transaction is said to have a coordinated

15:28:51 2    effect if it will increase the likelihood that the firms in

15:28:55 3    the industry will agree not to compete aggressively in the

15:28:59 4    market.

15:28:59 5    Q.      And what conditions typically need to be met for

15:29:03 6    coordination to be possible?

15:29:05 7    A.      So coordination involves foregoing short run profits

15:29:10 8    in the hopes of getting longer run profits through

15:29:12 9    coordinating with one another.  So to get to that point,

15:29:16 10   firms usually have to reach some sort of agreement be it

15:29:19 11   tacit or explicit about how they're going to coordinate.

15:29:24 12   That's one requirement.

15:29:24 13           A second is they typically need to be able to

15:29:27 14   monitor one another's behavior.  And then third they need to

15:29:32 15   have some mechanism for punishing one another if someone no

15:29:36 16   longer coordinates.  There is this short run incentive if

15:29:40 17   your competitors are competing softly and you compete

15:29:43 18   aggressively unexpectedly, you can steal a lot of business

15:29:47 19   from them.  So typically you have to have some way of punish

15:29:51 20   them if they do that to try to stay on the straight and

15:29:54 21   narrow road.

15:29:54 22   Q.      Do firms always have an incentive to coordinate?

15:30:01 23   A.      No.  So again, it's a trade off between the short run

15:30:02 24   incentive to cheat and to try to steal business from your

15:30:07 25   rivals and the potential long period run payoff if you all

Hill - direct

15:30:14 1    agree not to compete.

15:30:14 2    Q.      Have you analyzed whether the characteristics of the

15:30:17 3    sugar industry make coordination likely?

15:30:20 4    A.      I have.  I think that the sugar industry has a number

15:30:23 5    of characteristics.  I think the sugar industry has a number

15:30:27 6    of maverick firms, firms that will compete aggressively even

15:30:31 7    if it means the margin prices fall.  I think that those

15:30:37 8    sharpen competition and make coordination less likely.  I

15:30:41 9    think there are sophisticated customers here and I think

15:30:45 10   there is no history of past coordination.

15:30:48 11   Q.      Did Dr. Rothman analyze where the transaction was

15:30:52 12   likely to increase incentives?

15:30:57 13   A.      He purported to do so.

15:30:59 14   Q.      What was his purported analysis?

15:31:02 15   A.      Dr. Rothman used his second score bidding model and

15:31:05 16   as I said, Your Honor, he calculated what would the price

15:31:08 17   increase be if ASR and United agreed not to compete on 10,

15:31:12 18   20 or 30 percent of opportunities.  And so, he then

15:31:16 19   calculated how much more money they could make if they did

15:31:19 20   that.  But he doesn't explain how they would agree on which

15:31:23 21   10, 20, 30 percent not to compete on, how they would agree

15:31:27 22   on 10, 20, 30 percent, it's very short on the mechanisms.

15:31:31 23   And he also doesn't consider, he calculates the payoff, what

15:31:35 24   would be the benefit if we coordinate, but he doesn't

15:31:39 25   calculate what would be the incentive to cheat.  If your

15:31:42 1   rival thinks that you're not competing, you can steal

15:31:45 2   customers.  He looks at one side of the ledger and assumes

15:31:49 3   the benefits but not the costs.

15:31:51 4   Q.    Dr. Rothman says the sugar industry is conducive to

15:31:55 5   coordination because there are a small number of firms.  Do

15:31:59 6   you agree with that?

15:32:00 7   A.    I don't agree with that.

15:32:01 8   Q.    Why not?

15:32:02 9   A.    I think Dr. Rothman's conclusion there was based on

15:32:05 10  his narrow markets.  In his narrow markets there is only a

15:32:10 11  small number of relevant firms.  When you broaden the market

15:32:14 12  to the competitive overlap market or the national market, I

15:32:17 13  would say the sugar industry has a large number of

15:32:20 14  competitors.

15:32:20 15  Q.    Dr. Rothman also claims the demand for sugar is

15:32:23 16  inelastic and this makes coordination more likely.  Do you

15:32:27 17  agree with that?

15:32:28 18  A.    I don't.  In his initial report Dr. Rothman cited to

15:32:31 19  an academic paper that estimated the price elasticity demand

15:32:36 20  of sugar.  Your Honor, the price of elasticity is, if the

15:32:40 21  price went up by ten percent, how much would customers buy

15:32:44 22  less.  If something goes up in price, typically you buy less

15:32:49 23  of it.  The more essential the product is, the more unlikely

15:32:51 24  it is you will substitute away from it.  Oil, for example,

15:32:56 25  is inelastic.  People tend to buy oil even with the price

Hill - direct

15:33:00  1    rises.  Many other products will be elastic.  Dr. Rothman

15:33:04  2    took an estimate from this academic paper and said it showed

15:33:08  3    the demand is inelastic.  I don't know what happened, but he

15:33:12  4    misread the paper and, in fact, the paper shows that the

15:33:15  5    demand is elastic.  So the argument that refined sugar is

15:33:20  6    inelastic is incorrect.

15:33:21  7    Q.      You mentioned earlier Dr. Rothman also points to

15:33:25  8    several e-mails in support of his conclusion on coordinated

15:33:32  9    effects.  Did you review those mails?

15:33:35 10    A.      I did.

15:33:35 11    Q.      Do those documents show actual coordination?

15:33:38 12    A.      They don't.

15:33:39 13    Q.      Do those documents show that the industry is likely

15:33:41 14    or vulnerable to coordination?

15:33:45 15    A.      I don't believe so.

15:33:45 16    Q.      Dr. Rothman points to some documents that he says

15:33:52 17    indicate interdependence on sugar suppliers.  In your view,

15:33:56 18    what is the significance of those documents?

15:33:58 19    A.      So here Dr. Rothman points to a small number of

15:34:02 20    documents, I believe it's five.  I would say that the best

15:34:02 21    way the documents show is that competitors in the sugar

15:34:02 22    industry realize if they make strategic decisions about

15:34:12 23    price, their competitors will react to those prices.  That's

15:34:12 24    not unusual in many industries.

15:34:12 25    Q.      Dr. Rothman also points that he claimed to show price

15:34:22 1    transparency as between ASR and United.   Did you review

15:34:26 2    those documents?

15:34:26 3    A.      Yes.

15:34:27 4    Q.      And do those documents provide any support for his

15:34:30 5    theory that ASR and United will coordinate on 10 or 20 or

15:34:37 6    30 percent of transactions?

15:34:38 7    A.      I don't believe so.

15:34:43 8    Q.      And do those documents support the idea that the

15:34:47 9    refined sugar industry is vulnerable to coordination?

15:34:51 10   A.      I don't believe so.

15:34:52 11   Q.      In your deposition in this case, the DOJ asked you a

15:34:56 12   number of questions about your testimony in the Tronox case

15:35:00 13   on coordination.   Do you recall that?

15:35:02 14   A.      I do.

15:35:03 15   Q.      Is that case like this?

15:35:04 16   A.      It is not.   So in that case I testified on

15:35:07 17   coordinated effects, I thought both were likely in the case,

15:35:13 18   the courts said titanium dioxide, that transaction had a

15:35:18 19   number of different features so first the transaction was

15:35:20 20   eliminating a maverick firm, a firm that was trying to

15:35:22 21   expand, this transaction does not do that.   That industry

15:35:28 22   had a recent history of alleged coordination.   And this

15:35:32 23   transaction, this industry does not have that.   In that

15:35:36 24   industry, the parties, the firms in the industry would make

15:35:40 25   public statements when prices, when demand was falling, they

Hill - cross

15:35:44 1   would make public statements that we all need to

15:35:47 2   collectively work together to keep the price high.  It's

15:35:50 3   important that we don't share and undercut market price.

15:35:54 4   Those were both -- I will just say they made public

15:35:58 5   statements along those lines.  Again, we don't have those

15:36:01 6   kinds of documents.

15:36:04 7            MR. BARBUR:  Thank you, Dr. Hill.  I have no

15:36:09 8   further questions.

15:36:09 9            THE COURT:  Thank you.  How about before

15:36:12 10  cross-examination we take our afternoon break.

15:50:34 11            (A brief recess was taken.)

15:50:34 12            THE COURT:  All right.  Good afternoon.  Please

15:50:36 13  be seated.

15:50:37 14            Cross-exam.

15:50:41 15            MR. STRONG:  Yes, Your Honor.  We thank you for

15:50:43 16  the Court's patience through here.  Good afternoon.  Curtis

15:50:48 17  Strong for the United States.  May I proceed?

15:50:50 18            THE COURT:  Absolutely.

15:50:50 19                 CROSS-EXAMINATION

15:50:50 20  BY MR. STRONG:

15:50:52 21  Q.    Dr. Hill, good to see you again.

15:50:52 22  A.    Good to see you again, Mr. Strong.

15:50:52 23  Q.    You agree that a merger, that if a merger is likely

15:50:52 24  to result in significant coordinated effects, that alone is

15:51:02 25  reason enough to block a merger, correct?

15:51:09  1    A.       Setting aside mitigating factors, yes, if you have a
15:51:15  2    strong coordinated effect.
15:51:16  3    Q.       You agree with the general sentiment that coordinated
15:51:19  4    effects are possibly even if there hasn't been history of
15:51:23  5    past pricing in the industry?
15:51:25  6    A.       That's true.
15:51:25  7    Q.       Dr. Hill, the defendants wrote in their pretrial
15:51:29  8    brief that it is, "it is virtually unprecedented for a court
15:51:32  9    to block a merger solely on coordinated effects evidence."
15:51:35 10             Do you agree with that sentence?
15:51:36 11    A.       That is a legal conclusion.  I don't know if that's
15:51:39 12    true or not.
15:51:40 13    Q.       As an economic theory, Dr. Hill, coordinated effects
15:51:44 14    predates unilateral effects by decades, isn't that right?
15:51:49 15    A.       I would say not.  Of course the Cournot model, which
15:51:54 16    I think is a unilateral effect model is from 1700 something.
15:51:59 17    Q.       Unilateral effects wasn't a theory that was include
15:52:02 18    in the horizontal theory guidelines until 1982, correct?
15:52:07 19    A.       I don't know that.
15:52:07 20    Q.       You coauthored an article in October of 2019 entitled
15:52:12 21    Four Key Aspects of the Tronox-Cristal Litigation, correct?
15:52:17 22    A.       That's correct.
15:52:18 23    Q.       We looked at that article in your deposition,
15:52:20 24    correct?
15:52:20 25    A.       Correct.

                    MR. STRONG:  Your Honor, we're not going to

enter it into evidence, but just to make it easier for the

Court and everyone to follow along, maybe we publish this to

the screen.

BY MR. STRONG:

Q.      You have this in your binder at tab 5, but it may be

easier, we'll highlight it, either way.  That is your name

there above paragraph 1?

A.      That's correct.

Q.      Let's take a look at page 8 under the section that's

titled Coordinated Effect Theories Are Alive and Well.

A.      Okay.

Q.      Please take a look at the third sentence in that

paragraph.  Let me know when you're there.

A.      Yes.  Scholarly literature.

Q.      It says "Scholarly literature has recognized that

coordinated effects theories have been and remain integral

to antitrust enforcement."

                    Is it accurate that scholarly literature has

recognized the importance of coordinated effect theories?

A.      Yes, I would say so.

Q.      The second clause of the sentence says that "The

relative absence of litigation of cases involving coordinate

effects theories may have led some observers to conclude

that it was no longer likely that a coordinated case might

Hill - cross

15:53:31 1   be brought, let alone one in all but the most extreme of

15:53:35 2   circumstances."

15:53:35 3            Did I read that correctly?

15:53:36 4   A.    That is what the sentence says, yes.

15:53:38 5   Q.    And Dr. Hill, you don't agree, do you, with the

15:53:41 6   conclusion of the observers in that sentence, correct?

15:53:44 7   A.    No, Tronox was a coordinated effects, decided

15:53:49 8   coordinated effects.

15:53:50 9   Q.    Let take a quick look at the final sentence of that

15:53:54 10  paragraph.

15:53:54 11  A.    Sure.  I'm there.

15:53:55 12  Q.    The first independent clause of that sentence states,

15:54:00 13  "The Tronox case as well as a closer reading of the agency's

15:54:03 14  recent activity shows that any belief that coordinated

15:54:06 15  effects has 'died' would be misplaced."

15:54:10 16           Did I read that correctly?

15:54:12 17  A.    You did, sir.

15:54:13 18  Q.    You still believe that's an accurate statement,

15:54:15 19  correct?

15:54:15 20  A.    Yes.

15:54:17 21  Q.    One more thing from that article.  If we can take a

15:54:22 22  look at page 9.  There a paragraph there that begins "this

15:54:26 23  analysis."  Are you there?

15:54:27 24  A.    Yes.

15:54:28 25  Q.    It says "This analysis reinforces the agencies need

Hill - cross

not to demonstrate a high likelihood of future or past price fixing, i.e., explicit collusion to prevail on blocking the merger, instead the agencies can prevail solely by showing an increased risk of tacit coordination."

Did I read that correctly?

A.    Yes.

Q.    And you still agree with that statement, correct?

A.    Yes, I think that's correct.

Q.    Now, it's your testimony that the exchanges with Mr. Wistisen in this case do not give ASR and United an increased ability to take their competitors' actions into account when setting prices.  Have I understood your testimony correctly, sir?

A.    I don't know that I testified specifically on that point.

Q.    Okay.  What would be your opinion on that point, sir?

A.    So, I would say that if you look at the e-mails that Dr. Rothman cites in his report, I guess I would make a number of points.  First, that information is available, similar information is available from other sources.  And second, it's high level list price type information.  And third, having read all of these e-mails, the overriding impression I got from those e-mails is that United being a relatively aggressive competitor, there is a lot of discussion of United taking action that Mr. Wistisen thinks

Hill - cross

15:55:51 1    are unusual aggressive.

15:55:53 2    Q.      And that view that you just expressed just now forms

15:55:56 3    the bases, one of bases of your conclusion that there is not

15:55:59 4    likely to be coordinated effects in this case, correct?

15:56:02 5    A.      I would say the bases are --

15:56:04 6    Q.      Yes or no?

15:56:06 7    A.      I guess I would say no.

15:56:09 8    Q.      Dr. Hill, we are on a timer.

15:56:11 9    A.      I would say no.  The things I testified to I think

15:56:13 10   are the real basis for my conclusion.

15:56:16 11   Q.      And if the Court were to conclude that United and ASR

15:56:20 12   sales teams were likely considering the information received

15:56:23 13   from Mr. Wistisen in making bids, would that show evidence

15:56:29 14   in your view of coordinated effects?

15:56:31 15   A.      I would have to see the evidence.

15:56:33 16   Q.      You have been here for the trial, you have watched

15:56:35 17   the evidence, correct?  And you have seen the evidence?

15:56:39 18   A.      I have seen some of it.  I also have been reviewing

15:56:42 19   my reports so I haven't seen all of it.

15:56:45 20   Q.      You may have missed some of the evidence in this

15:56:47 21   case, correct?

15:56:47 22   A.      I did not see Mr. Sproull's testimony.

15:56:49 23   Q.      The horizontal merger guidelines provided that

15:56:50 24   parallel accomodating conduct count for coordinated effects,

15:56:52 25   correct.

Hill - cross

15:56:57 1    A.      The guideline certainly mentions parallel

15:57:00 2    accommodating conduct.

15:57:00 3    Q.      You mentioned that there is not a history of past

15:57:03 4    price fixing in this industry, right?

15:57:05 5    A.      I think I said there hadn't been a history of past

15:57:10 6    coordination.

15:57:11 7    Q.      You are aware, though, that the United States sued a

15:57:14 8    number of sugar refineries in 1974 in the Northern District

15:57:17 9    of California for price fixing, right?

15:57:20 10   A.      Right.  But the guidelines say even if there is a

15:57:25 11   recent history of price fixing, conditions in the industry

15:57:28 12   have not significantly changed.

15:57:29 13   Q.      You think that the conditions in the industry have

15:57:33 14   significantly changed since 1974, is that your testimony?

15:57:35 15   A.      I would say conditions have significantly changed

15:57:39 16   since the suspension agreements came into effect.

15:57:40 17   Q.      But sugar is still sucrose, right?

15:57:44 18   A.      Correct.

15:57:45 19   Q.      Sugar is still heavy in large quantities, right?

15:57:49 20   A.      If you take a large amount of it, then it's heavy.

15:57:52 21   Q.      Sugar is still transported by truck and rail, yes?

15:57:55 22   A.      That's correct.

15:57:57 23   Q.      Sugar is still made from beets and cane, right?

15:58:00 24   A.      Right.

15:58:01 25   Q.      And sugar refiners are still exchanging forward

Hill - cross

15:58:04 1    looking pricing information and sensitive information

15:58:07 2    through an intermediary; right?

15:58:10 3    A.     I'm not sure that I would say the information is

15:58:12 4    sensitive.  If you looked at Milling and Baking, the USDA,

15:58:16 5    there is lots of sources of information of this type.

15:58:20 6    Q.     Your conclusion today is based on your opinion that

15:58:22 7    the information exchanged through Mr. Wistisen was not

15:58:26 8    sensitive information, correct?

15:58:28 9    A.     My conclusion is based on the testimony I gave on the

15:58:31 10   factors that I think makes this industry unlikely to be

15:58:35 11   vulnerable to coordination.

15:58:35 12   Q.     But you believe the information exchanged by ASR and

15:58:38 13   United through Mr. Wistisen is not sensitive information,

15:58:42 14   that's your testimony?

15:58:43 15   A.     Yeah, I mean, look --

15:58:44 16   Q.     Yes or no?

15:58:45 17   A.     Yes.

15:58:46 18   Q.     Okay.

15:58:46 19   A.     Wait, I'm not even sure what I'm answering.

15:58:49 20   Q.     Your testimony today is that the information that --

15:58:51 21   your view is that the information exchanged between ASR and

15:58:52 22   United through Mr. Wistisen is not sensitive information,

15:59:00 23   that's your testimony, yes or no?

15:59:01 24   A.     I would say it's largely not competitively sensitive.

15:59:05 25   Q.     You agree that the -- switching topics here for a

978

Hill - cross

15:59:08 1    second.  We're going to talk about geographic market here.

15:59:12 2              You agree that geographic markets can be drawn

15:59:15 3    around customers as a general matter, right?

15:59:17 4    A.     That's correct.

15:59:17 5    Q.     You analyzed geographic markets based on customer

15:59:21 6    locations?

15:59:21 7    A.     Correct.

15:59:22 8    Q.     You remember looked at geographic markets that may

15:59:25 9    have been drawn around customers quite a bit while you were

15:59:29 10   at the Department of Justice?

15:59:30 11   A.     Certainly on both Humana and the Foremost case I

15:59:35 12   looked at those markets, yes.

15:59:36 13   Q.     And in this case, you agree it's acceptable to think

15:59:39 14   about defining a market around customers, right?

15:59:42 15   A.     Yes.

15:59:43 16   Q.     In fact, your regions are based around the location

15:59:47 17   of customers, right?

15:59:48 18   A.     Correct.

15:59:50 19   Q.     Relying on ordinary course documents can be a part of

15:59:52 20   a principle basis for choosing a geographic region, correct?

15:59:55 21   A.     It can be part of it.

16:00:02 22   Q.     And you have seen references to the southeast

16:00:03 23   generally in ordinary course documents in this case, right?

16:00:04 24   A.     Correct.  They do not necessarily comport with the

16:00:08 25   southeast definition of Dr. Rothman.

Hill - cross

16:00:12 1    Q.      You put up a slide just today that showed the states

16:00:17 2    in the narrow market highlighted in red, correct?

16:00:19 3    A.      That's correct.

16:00:20 4    Q.      And you relied yourself on this slide to make a point

16:00:24 5    about arbitrage, right?

16:00:25 6    A.      This was about sugar flowing, for sugar moving long

16:00:30 7    distances, but --

16:00:32 8    Q.      That word up there at the top says arbitrage, right?

16:00:35 9    A.      It does.

16:00:36 10   Q.      Dr. Hill, your own report says that only three

16:00:39 11   percent of customers within the government's alleged market

16:00:42 12   pick up sugar outside of those markets; is that right?

16:00:46 13   A.      Yes, I testified to that.

16:00:48 14   Q.      You testified in the Tronox case in Federal Court

16:00:51 15   about geographic market, correct?

16:00:54 16   A.      Correct.

16:00:55 17   Q.      Let's take a quick look at that testimony and

16:00:59 18   similarly, Your Honor, may we publish it just for ease of

16:01:03 19   everyone following along.

16:01:07 20         MR. STRONG:  Your Honor, may we publish to the

16:01:09 21   screen the testimony?

16:01:10 22         THE COURT:  Yes.

16:01:12 23   Q.      Let's go to your testimony on page 381.

16:01:17 24   A.      I'm there.

16:01:18 25   Q.      On line 4, you were asked if you analyzed whether

Hill - cross

16:01:22 1   there could be a global market in that case and then you

16:01:26 2   explain why not.  Is that a fair characterization?

16:01:30 3   A.      That's fair.

16:01:30 4   Q.      You then discussed Section 4 of the horizontal

16:01:35 5   written guidelines, do you see that?

16:01:37 6   A.      Yes.

16:01:38 7   Q.      You testified in third sentence of that paragraph,

16:01:40 8   "what it says if you define a relevant market you should not

16:01:44 9   go further because when you define an overly broad market,

16:01:47 10  you introduce substitutes that are not actually close

16:01:51 11  substitutes and give them too much weight."

16:01:53 12          Did I read that correctly?

16:01:54 13  A.      You did.  But I would just interpret typically.  If

16:01:57 14  you look a little further down in my testimony I said you

16:02:00 15  typically want to focus on the narrowest market.

16:02:04 16  Q.      You still agree with what you said there in the

16:02:07 17  Tronox case?

16:02:07 18  A.      I do.

16:02:08 19  Q.      You also agree that it is not necessarily sound

16:02:10 20  economics to assume that everywhere two companies compete

16:02:12 21  must comprise a single market.  That's what you told me in

16:02:12 22  your deposition correct?

16:02:18 23  A.      That's correct.

16:02:19 24  Q.      Companies can sell into different geographic markets,

16:02:22 25  can't they?

Hill - cross

16:02:23  1   A.       They can.

16:02:24  2   Q.       If a large geographic market passes the hypothetical

16:02:28  3   monopolist test, it's still possible that a smaller

16:02:31  4   geographic area might also pass the hypothetical monopolist

16:02:33  5   test, correct?

16:02:34  6   A.       That's correct.

16:02:35  7   Q.       Let's take --

16:02:37  8           THE COURT:  Can I ask a question.  You keep

16:02:39  9   saying -- I meant to ask it yesterday, pass the hypothetical

16:02:42 10   monopolist test, which way does that go?

16:02:45 11           MR. STRONG:  So if the government's regions pass

16:02:47 12   the hypothetical monopolist test, in the view of the Court

16:02:50 13   we have a disagreement, but in the view of the Court then

16:02:53 14   that would mean that is an area that it would be appropriate

16:02:56 15   to calculate market shares and do the HHI calculation to

16:03:00 16   determine whether the government had a presumption of harm

16:03:02 17   in that case.

16:03:03 18           THE COURT:  So passing it is -- passing is more

16:03:09 19   on the side of being a market that a monopolist would want

16:03:14 20   to monopolize?

16:03:16 21           MR. STRONG:  You got it.

16:03:18 22           THE COURT:  Passing it seems like, like failing

16:03:20 23   it means you're anticompetitive.

16:03:23 24           MR. STRONG:  We'll take into account for the

16:03:25 25   horizontal merger guidelines.

16:03:27 1          THE WITNESS:  Let me just make a minor addendum.

16:03:29 2  You may have multiple markets and you may need to identify

16:03:31 3  the most relevant market, so multiple markets may pass the

16:03:34 4  test and you may have a market that's the most relevant for

16:03:37 5  analyzing competitiveness.

16:03:40 6          THE COURT:  Got it.

16:03:43 7  Q.      Lets take a look at Figure 11 in your report.  This

16:03:45 8  is an Imperial document, right?

16:03:47 9  A.      Yes.

16:03:47 10 Q.      And ordinary course an Imperial document, right?

16:03:51 11 A.      I believe that's right, yes.

16:03:53 12 Q.      The chart references shipments by region, correct?

16:03:57 13 A.      Correct.

16:03:58 14 Q.      And the first region listed is the southeast region,

16:04:02 15 right?

16:04:02 16 A.      That's correct.

16:04:02 17 Q.      It list Alabama, Florida, Georgia, North Carolina and

16:04:07 18 South Carolina, correct?

16:04:08 19 A.      That's right.

16:04:09 20 Q.      And all of those are in the government's narrower

16:04:12 21 market, except that the narrower market also includes

16:04:12 22 Tennessee, correct?

16:04:16 23 A.      Correct.

16:04:16 24 Q.      Fifty-three percent of Imperial's sales -- we're done

16:04:20 25 with that one.

16:04:20 1                    Fifty-three percent of Imperial's sales are to

16:04:23 2    states in the narrower market, correct?

16:04:26 3    A.       I would say to customers in the narrower market.

16:04:28 4    Q.       Fair enough.  Approximately two-thirds of Imperial's

16:04:31 5    sales are also to customers within the broader market;

16:04:34 6    right?

16:04:36 7    A.       Yes.

16:04:38 8    Q.       You're aware, aren't you, Dr. Hill, that section 4.2

16:04:42 9    of the horizontal merger guidelines says the scope of

16:04:47 10   geographic markets often depends on transportation costs,

16:04:50 11   you're aware of that?

16:04:51 12   A.       I will agree with that.  I am not aware of the

16:04:55 13   specific language.

16:04:55 14   Q.       And we didn't look at it when we opened your Tronox

16:04:59 15   testimony, but you testified in Tronox that "the guidelines

16:05:03 16   are the best and clearest thing on how to evaluate the

16:05:07 17   likely effect of a horizontal merger.  Did I get that more

16:05:10 18   or less correct in your recollection?

16:05:12 19   A.       Yes.

16:05:12 20   Q.       And in this case, you agree that transportation costs

16:05:16 21   and proximity to customers affect which producers supply a

16:05:21 22   particular customer location, correct?

16:05:23 23   A.       I agree.

16:05:25 24   Q.       Let's take a look at your Table 2 from your report.

16:05:30 25   I'm sorry, we're going to look at Dr. Rothman's Table 2.

Hill - cross

16:05:35 1   You read that Table 2 from Dr. Rothman's report, correct?

16:05:38 2   A.      I did.

16:05:39 3   Q.      You didn't dispute any of the figures from that table

16:05:43 4   in your report, correct?

16:05:43 5   A.      Yeah, I wasn't entirely sure what to make of this

16:05:47 6   table, so I did not dispute any of it.

16:05:49 7   Q.      You never even cited Dr. Rothman's Table 2 in your

16:05:53 8   entire report, correct?

16:05:54 9   A.      Correct.

16:05:55 10  Q.      The word backyard doesn't appear in your entire

16:05:58 11  report, correct?

16:05:59 12  A.      I'll take your word for it.  I don't know.

16:06:01 13  Q.      You testified earlier regarding some criticisms that

16:06:04 14  you have of Dr. Rothman's hypothetical monopolist test,

16:06:07 15  correct?

16:06:07 16  A.      Correct.

16:06:08 17  Q.      But for all those criticisms, you didn't present a

16:06:11 18  single hypothetical monopolist test in your report in this

16:06:14 19  case, did you?

16:06:14 20  A.      That's correct.

16:06:14 21  Q.      You know how to run a hypothetical monopolist test,

16:06:17 22  right, Dr. Hill?

16:06:17 23  A.      Yeah.  But none of my competitive effects models rely

16:06:24 24  on defining a relevant market, they're all market

16:06:28 25  independent.

Hill - cross

16:06:28 1    Q.      What I'm asking you is whether you know how to run a

16:06:32 2    hypothetical monopolist test?

16:06:32 3    A.      I do.

16:06:33 4    Q.      You have performed that in other cases, correct?

16:06:35 5    A.      I have.

16:06:35 6    Q.      But here you chose not to run a hypothetical

16:06:38 7    monopolist test on the narrower market, correct?

16:06:40 8    A.      Correct.

16:06:40 9    Q.      You didn't run a hypothetical monopolist test on the

16:06:43 10   broader markets either, right?

16:06:44 11   A.      Correct.

16:06:45 12   Q.      So there is no hypothetical monopolist test that you

16:06:48 13   run in your report in which either of the geographic markets

16:06:52 14   defined in the complaint actually fail the test, correct?

16:06:56 15   A.      That's correct.

16:06:58 16   Q.      Let's talk about your -- I think we have gone back

16:07:02 17   and forth on the language whether you call them plausible

16:07:06 18   markets or regions, which of those would you like to use

16:07:09 19   today?

16:07:09 20   A.      I call them both, but I think regions is safe for

16:07:12 21   anything that's not being defined as a market, we call them

16:07:16 22   candidate markets if you prefer.

16:07:18 23   Q.      You asked me to talk about them as regions in your

16:07:21 24   depositions, right, or in your deposition, correct?

16:07:23 25   A.      Possibly.  I don't remember.

16:07:25 1    Q.      The two regions that you talk about in your report

16:07:30 2    are the overlap, competitive overlap region and the national

16:07:35 3    region, right?

16:07:36 4    A.      I also talk about Dr. Rothman's region, but yes, I

16:07:39 5    mention both.

16:07:39 6    Q.      Those are the two alternative plausible markets that

16:07:42 7    you talk about in your report, correct?

16:07:44 8    A.      Correct.

16:07:45 9    Q.      And you didn't run a hypothetical monopolist test on

16:07:47 10   either of those, either, correct?

16:07:49 11   A.      Correct.

16:07:50 12   Q.      You're not aware of any reference in the horizontal

16:07:54 13   merger guidelines referring to a competitive overlap test,

16:07:57 14   correct?

16:07:57 15   A.      Correct.

16:07:58 16   Q.      Your competitive overlap region includes Michigan and

16:08:02 17   Ohio among other states, right?

16:08:05 18   A.      That's correct.

16:08:05 19   Q.      Your own backup data, Dr. Hill, shows that Michigan

16:08:09 20   Sugar has a 57 percent share within the State of Michigan;

16:08:11 21   is that right?

16:08:14 22   A.      It could be.  I don't know.

16:08:16 23   Q.      Would it surprise you to learn that Michigan Sugar's

16:08:19 24   share is 57 percent within the State of Michigan?

16:08:22 25   A.      No.

16:08:22 1   Q.      Your own backup data shows that Michigan Sugar has a

16:08:27 2   44 percent market share in Ohio, right?

16:08:30 3   A.      It could well be.

16:08:31 4   Q.      Would it surprise you to learn that Michigan Sugar

16:08:34 5   has a 44 percent share within the State of Ohio?

16:08:37 6   A.      No.

16:08:38 7   Q.      Would it surprise you to learn that your own backup

16:08:41 8   data, Michigan Sugar's share of sales was within Georgia at

16:08:46 9   one percent?

16:08:47 10  A.      No.

16:08:48 11  Q.      And at 0.1 percent in Florida?

16:08:52 12  A.      No.

16:08:52 13  Q.      And 0.1 percent in South Carolina?

16:08:56 14  A.      No, I don't know those numbers, but I wouldn't be

16:08:59 15  surprised.

16:08:59 16  Q.      But it won't surprise you?

16:09:01 17  A.      Correct.

16:09:01 18  Q.      You also discussed Texas during your direct

16:09:04 19  testimony, correct?

16:09:05 20  A.      Correct.

16:09:06 21  Q.      You told me at your deposition that you haven't

16:09:09 22  specifically analyzed whether Texas customers buying refined

16:09:11 23  sugar have the same competitive options as customers in

16:09:17 24  Georgia, right?

16:09:18 25  A.      Correct.

Hill - cross

16:09:18 1    Q.      And it's not necessarily true that customer in Texas

16:09:22 2    have the same competitive options as customers in Georgia,

16:09:25 3    correct?

16:09:26 4    A.      Correct.

16:09:27 5    Q.      Again, your own backup data shows that CSC has a

16:09:33 6    17 percent market share in Texas for 2021, would that

16:09:37 7    surprise you?

16:09:37 8    A.      No, they have a facility in Texas.

16:09:40 9    Q.      Would it surprise you if CSC has a 0.3 percent market

16:09:45 10   share in Georgia?

16:09:47 11   A.      No.

16:09:50 12   Q.      Your own backup data also shows that Western has an

16:09:53 13   eight percent market share in Texas for 2021 and a

16:09:57 14   0.9 percent share in Georgia, would that surprise you?

16:10:00 15   A.      No, the shares by market, if you look at shares at a

16:10:04 16   state level they vary greatly, so I think we looked at

16:10:07 17   Dr. Rothman's Maryland, the parties have a combined share of

16:10:11 18   less than ten percent, and it's going to vary significantly

16:10:14 19   from state to state.

16:10:16 20   Q.      LSR has approximately twice the market share in Texas

16:10:20 21   that it does in the narrower and broader markets, right?

16:10:25 22   A.      I don't know that, but it wouldn't surprise me.

16:10:26 23   Q.      Did you hear Mr. Cameron tell the Court in opening

16:10:31 24   statement that the defendants' position is that the market

16:10:35 25   is a national market?

Hill - cross

16:10:34 1    A.      I did.

16:10:35 2    Q.      But again, you're not actually taking the position on

16:10:37 3    whether there is a national market, right?

16:10:40 4    A.      Correct.

16:10:40 5    Q.      And you heard Mr. Swart and Mr. Hanson testify that

16:10:45 6    same day that United thinks about USDA regions when

16:10:48 7    typically analyzing demand flows, did you hear that?

16:10:52 8    A.      I did.

16:10:54 9    Q.      You're aware, are you not, that the USDA south is

16:10:59 10   based on the USDA census regions?

16:11:03 11   A.      I thought it was based on census bureau regions.

16:11:06 12   Q.      Census bureau regions.

16:11:08 13           You're also aware that the broader market that

16:11:10 14   the United States has alleged in this case is based off of

16:11:14 15   -- based on two out of three census regions in the USDA

16:11:18 16   south, right?

16:11:18 17   A.      Correct.

16:11:20 18   Q.      And the west south central area that is not included

16:11:24 19   in the government's alleged markets includes Texas that we

16:11:28 20   just discussed, right?

16:11:28 21   A.      Correct.

16:11:30 22   Q.      Okay.  And it also includes Louisiana, Arkansas and

16:11:35 23   Oklahoma, correct?

16:11:36 24   A.      Yes, there may be another state in there.

16:11:40 25   Q.      Texas, Louisiana, Arkansas and Oklahoma?

16:11:44  1   A.       Okay.

16:11:45  2   Q.       Mr. Snow, if we could pull up DDX, this is Dr. Hill's

16:11:51  3   slide that he just put up on slide 12, please.

16:12:00  4            There is only a very small portion of those

16:12:03  5   states that's covered by Imperial's secondary marketing

16:12:08  6   reasonable; correct?

16:12:09  7   A.       So this is McKeany-Flavell's purported market.

16:12:14  8   Q.       But you relied on this during your testimony just

16:12:18  9   now?

16:12:18 10   A.       No.  I presented this as a document that Dr. Rothman

16:12:21 11   relied upon.

16:12:22 12   Q.       This was a document that was used in the ordinary

16:12:26 13   course, correct?

16:12:27 14   A.       I don't know what was done with this document but I

16:12:30 15   would assume so.

16:12:31 16   Q.       But in any event, whoever put it together the

16:12:34 17   secondary marketing region does not include those states

16:12:36 18   that we just talked about, right, Louisiana, Arkansas,

16:12:41 19   Oklahoma and Texas except for a very small part, correct?

16:12:47 20   A.       That is correct.

16:12:50 21   Q.       You did not cite any ordinary course documents in

16:12:52 22   your report showing that refiners set a single price

16:12:52 23   nationally, correct?

16:12:57 24   A.       Correct.

16:12:57 25   Q.       In fact, customers generally get locations specific

Hill - cross

16:13:01 1   prices, don't they?

16:13:03 2   A.      My understanding of the General Mills testimony was

16:13:06 3   that it got one price, one FOB price for all its locations

16:13:11 4   and then it pays a transportation surcharge.  I haven't --

16:13:16 5   Q.      Let's take a look at your deposition.  That might be

16:13:18 6   easier if you could open it up to page 159.

16:13:22 7   A.      Sure.

16:13:39 8   Q.      We're looking at lines 14 to 16.  Just let me know

16:13:44 9   when you're there.

16:13:44 10  A.      I'm there.

16:13:45 11  Q.      "Question:  In fact customers generally get location

16:13:48 12  specific price, don't they?

16:13:50 13          "Answer:  That's correct."

16:13:51 14          That's what I asked you and that's what you

16:13:53 15  said?

16:13:53 16  A.      That's correct.

16:13:54 17  Q.      You haven't analyzed choices, Mr. Barbur talked about

16:13:57 18  this during your direct, you haven't analyzed choices made

16:14:01 19  by customers in southern California to determine whether

16:14:04 20  they routinely consider the same refiner options as

16:14:08 21  customers in and around Georgia, have you?

16:14:10 22  A.      That's correct.

16:14:10 23  Q.      In fact, you haven't reviewed any evidence relating

16:14:12 24  to which companies make bids to serve customers in southern

16:14:15 25  California, is that correct?

Hill - cross

16:14:20 1    A.      That's correct.

16:14:20 2    Q.      We briefly discussed Idaho during your deposition as

16:14:23 3    well, right?

16:14:25 4    A.      We may well have.   I'll take your word for it.

16:14:28 5    Q.      You say you didn't know a lot about the competitive

16:14:29 6    situation in Idaho, correct?

16:14:32 7    A.      Correct.

16:14:33 8    Q.      Let's take a look at Figure 21 from your report,

16:14:37 9    Dr. Hill.   Now, your chart in Figure 21 shows that Imperial

16:14:46 10   makes one to two percent of its sales in the Northeast,

16:14:52 11   Mountain, West Coast, Alaska and Hawaii regions combined,

16:14:58 12   correct?

16:14:59 13   A.      Correct.

16:15:00 14   Q.      But those would be included in your national region,

16:15:02 15   correct?

16:15:03 16   A.      That's correct.

16:15:04 17   Q.      Let's take a look at your Figure 23 of your report.

16:15:12 18           Now, you have your all U.S. region and your

16:15:16 19   competitive overlap region there, right?

16:15:17 20   A.      That's correct.

16:15:18 21   Q.      If you add United's and Imperial's market share in an

16:15:22 22   all U.S. market, you get 31 percent; correct?

16:15:26 23   A.      Correct.

16:15:28 24   Q.      31 percent is higher than 30 percent, isn't it

16:15:32 25   Dr. Hill?

Hill - cross

16:15:33 1    A.       Correct.

16:15:34 2    Q.       And the combined share would be the largest in the

16:15:37 3    country, isn't that right?

16:15:39 4    A.       Correct.

16:15:40 5    Q.       Domino would have 25 percent in an all U.S. region?

16:15:45 6    A.       That's correct.

16:15:45 7    Q.       And the only other company with more than a ten

16:15:48 8    percent share would be NSM, correct?

16:15:50 9    A.       Correct.

16:15:51 10   Q.       And you haven't calculated NSM's share by region to

16:15:55 11   determine where most of NSM agency's sales occur, right?

16:15:58 12   A.       Correct.

16:15:59 13   Q.       And if you look at the competitive overlap region

16:16:02 14   there.

16:16:02 15   A.       Yeah.

16:16:03 16   Q.       And you add United and Imperial together, you get

16:16:06 17   37 percent; is that right?

16:16:08 18   A.       Yes.

16:16:09 19   Q.       Domino would have about 27 percent?

16:16:11 20   A.       Correct.

16:16:11 21   Q.       And no other refiner would have more than a nine

16:16:12 22   percent share; is that right?

16:16:16 23   A.       Right, in both regions there are a number of other

16:16:19 24   refiners with significant shares.

16:16:22 25   Q.       But none more than nine percent, right?

Hill - cross

16:16:25 1   A.        Correct.

16:16:25 2   Q.        Let's take a look at Figure 24.   Your Figure 24 shows

16:16:33 3   market concentration based on the regions you proposed in

16:16:36 4   your report; correct?

16:16:38 5   A.        That's correct.

16:16:39 6   Q.        You used Dr. Rothman's share methodology when

16:16:43 7   calculating HHI in that one, correct?

16:16:46 8   A.        Correct.

16:16:47 9   Q.        For the all U.S. region, the increase in HHI would be

16:16:50 10   around 300 points both for 2020 and 2021, is that fair?

16:16:55 11   A.        That's fair.

16:16:56 12   Q.        For the competitive overlap region, the increase in

16:16:59 13   HHI would be somewhere between 400 and 600 points for both

16:17:04 14   2020 and 2021, right?

16:17:06 15   A.        That's correct.

16:17:06 16   Q.        And all those numbers are higher than 200, correct?

16:17:10 17   A.        That's correct.

16:17:11 18   Q.        We're going to switch gears here for a second.   I'll

16:17:15 19   talk about United and US Sugar.   Okay.   United is the

16:17:18 20   exclusive marketing arm of its four member owners, correct?

16:17:21 21   A.        That is correct.

16:17:24 22   Q.        If a customer wants to purchase refined sugar that

16:17:27 23   has been refined by any of the United member owners, they

16:17:30 24   have to purchase through United, correct?

16:17:35 25   A.        That's correct.

Hill - cross

16:17:36 1   Q.       United doesn't provide multiple bids separately for

16:17:40 2   each member owner, does it?

16:17:41 3   A.       Not to my knowledge.

16:17:42 4   Q.       United sets a single bid on behalf of its member

16:17:46 5   owners for a particular RFP at a given point in time, right?

16:17:51 6   A.       Correct.

16:17:51 7   Q.       At the time of a bid, all member owners have the same

16:17:55 8   incentives on the price of that bid, don't they?

16:18:01 9   A.       I think -- I'm a little confused by the question.

16:18:06 10  Q.       Just to speed it up, let's take a look at your

16:18:09 11  deposition on page 23.

16:18:11 12  A.       Okay.  I'm there.

16:18:26 13  Q.       We're going to look at lines 22 to 25.  I asked you,

16:18:30 14  but at the time of a bid, all the member owners have the

16:18:33 15  same incentive on the price of that bid, right?  Answer, I

16:18:38 16  think so.  That was the question I asked you and that was

16:18:40 17  the answer you gave me, right?

16:18:41 18  A.       Yeah.  And again -- yeah.

16:18:44 19  Q.       You used United sales and your market share

16:18:47 20  calculations, correct?

16:18:48 21  A.       That's correct.

16:18:49 22  Q.       You used United sales and transportation costs in

16:18:52 23  your economic models, right?

16:18:55 24  A.       Correct.

16:18:56 25  Q.       Let's take a look, Mr. Snow, if we could put up

Hill - cross

16:19:05 1    slides from Dr. Hill on, slide 3.  You talked about this in

16:19:21 2    your direct examination, right?

16:19:22 3    A.      Correct.

16:19:23 4    Q.      Those numbers are made up, right?

16:19:25 5    A.      These numbers are illustrative, yes.

16:19:28 6    Q.      Let's take a look at the next slide, slide 4.  Slide

16:19:36 7    4, the numbers for this slide here are based on the beet

16:19:43 8    freeze; correct?

16:19:44 9    A.      Yeah, this is crop year 2019 which is not affected,

16:19:49 10   and the beet freeze of crop year 2020.

16:19:53 11   Q.      So this was not the result of a strategic choice by

16:19:57 12   member owners, correct?

16:19:58 13   A.      That's correct.

16:19:59 14   Q.      Now, you haven't analyzed how divergent the United

16:20:09 15   member owner interests are in terms on how it would effect

16:20:13 16   the transaction, correct?

16:20:14 17   A.      Correct.

16:20:16 18   Q.      United chooses the price level on which it bids on

16:20:18 19   RFP, correct?

16:20:19 20   A.      That's correct.

16:20:19 21   Q.      And you analyzed the merger based on price effects,

16:20:23 22   correct?

16:20:23 23   A.      Correct.

16:20:24 24   Q.      You haven't analyzed the --

16:20:26 25   A.      Sorry.  I mean, my analysis is not just price

Hill - cross

16:20:32 1    effects, but I do for my model based on price.

16:20:34 2    Q.    You haven't analyzed the creation or existence of

16:20:37 3    United or how it came to be, right?

16:20:39 4    A.    That's correct.

16:20:40 5    Q.    You're not an expert on firm composition, are you?

16:20:43 6    A.    I am not.

16:20:45 7    Q.    You understand that the USDA gives allocation to

16:20:49 8    refiners, correct?

16:20:52 9    A.    I am not -- it gives allocation to -- the way I

16:20:59 10   understand it, to people to produce raw sugar, if they are

16:21:03 11   cane and if they are beet producers to produce refined

16:21:06 12   sugar.

16:21:07 13   Q.    Okay.  So there is a limit on how much the refiners

16:21:09 14   can increase output, is that fair?

16:21:13 15   A.    Yes.  Although I should just note that the USDA

16:21:19 16   sometimes raises those allocations.  I believe Michigan

16:21:22 17   Sugar had a very good harvest this year or last year and

16:21:24 18   USDA raised its allocation.

16:21:28 19   Q.    Sometimes they do that, correct?

16:21:30 20   A.    Correct.

16:21:30 21   Q.    Sometimes you just have your allocation?

16:21:33 22   A.    I don't know if it's typical or not.  There is an

16:21:37 23   allocation for both beet producers and raw cane.

16:21:39 24   Q.    You're not aware, Dr. Hill, of any disagreement or

16:21:42 25   conflict between member owners related to output decisions,

Hill - cross

16:21:46 1 correct?

16:21:46 2 A.     I believe Mr. Buker testified today that his plan to

16:21:49 3 increase output at Imperial was not popular with the other

16:21:53 4 members of the co-op.

16:21:55 5 Q.     If there was a large difference in incentive, they

16:21:57 6 might not have an incentive to stay in the cooperative at

16:22:01 7 all, right?

16:22:02 8 A.     Conceivably.

16:22:04 9 Q.     Let's switch gears here and let's talk about

16:22:07 10 competition between United and Imperial.  Okay?

16:22:09 11 A.     Okay.

16:22:10 12 Q.     You don't dispute that United and Imperial compete,

16:22:13 13 do you?

16:22:13 14 A.     No.

16:22:14 15 Q.     Let's take a look at your Figure 26.  And Figure 26,

16:22:22 16 the columns there include four competitors, right?  Do you

16:22:26 17 see that?

16:22:27 18 A.     Correct.

16:22:28 19 Q.     And this chart was meant to respond to a chart that

16:22:30 20 Dr. Rothman had which only included Imperial and United,

16:22:36 21 right?

16:22:36 22 A.     Well, this chart I think is showing that I don't

16:22:41 23 think the methodology used here is reliable.

16:22:42 24 Q.     Now, the competitors you chose there were Cargill,

16:22:45 25 Domino, Imperial and United, right?

Hill - cross

16:22:51 1    A.      Correct.

16:22:52 2    Q.      And your report doesn't specify why you chose those

16:22:55 3    four competitors, does it?

16:22:56 4    A.      No.

16:22:57 5    Q.      You told me in deposition that you didn't remember

16:22:59 6    why you picked those four, do you recall that?

16:23:02 7    A.      I do.

16:23:02 8    Q.      You chose those four because they illustrate your

16:23:05 9    point the best, isn't that right, Dr. Hill?

16:23:07 10   A.      I did not.

16:23:08 11   Q.      These are the four companies that have the most

16:23:11 12   overlap with each other in the narrower and broader markets,

16:23:14 13   don't they?

16:23:15 14   A.      I don't know that.  I don't know that.

16:23:17 15   Q.      You didn't include NSM or Michigan or Western in this

16:23:21 16   chart, did you?

16:23:21 17   A.      No.

16:23:22 18   Q.      There are no distributors on this chart, right?

16:23:25 19   A.      Correct.

16:23:26 20   Q.      The chart shows that Imperial's large market, the

16:23:30 21   chart shows that Imperial large customers in the broader

16:23:33 22   market, United overlaps on 56 percent of those customers,

16:23:38 23   correct?

16:23:38 24   A.      Strictly speaking I think this is the top 50

16:23:42 25   customers to be specific, but yes.

Hill - cross

16:23:44 1    Q.     They overlap on 56 percent of those customers,

16:23:46 2    correct?

16:23:47 3    A.     Again, here overlap just means that they also have

16:23:50 4    sales in that location or that -- I think --

16:23:53 5    Q.     For that customer, correct?

16:23:54 6    A.     Correct.  But it could be one sale.  This is part of

16:23:59 7    the reason I don't think this is a reliable methodology,

16:24:01 8    it's just not clear what this is producing.

16:24:04 9    Q.     In any event, 56 percent is more than half, right?

16:24:07 10   A.     That's true.

16:24:08 11   Q.     And it also shows that Imperial overlaps on

16:24:11 12   77 percent of United's customers in the broader market,

16:24:14 13   right?

16:24:15 14   A.     Correct.

16:24:16 15   Q.     And in the narrower market Imperial overlaps with

16:24:20 16   38 percent of United's large customers, right?

16:24:23 17   A.     That's correct.  And the smallest of the listed

16:24:24 18   producers.

16:24:27 19   Q.     And of the customers served by Imperial United

16:24:30 20   overlaps 54 percent, right?

16:24:33 21   A.     Again, the lowest of all, yes.

16:24:33 22   Q.     And it's not your view, is it, Dr. Hill, that

16:24:37 23   competitors in a market must always be each other's closest

16:24:41 24   competitor for there to be harm from that merger, right?

16:24:44 25   A.     Yes, I agree.

Hill - cross

16:24:45  1    Q.      Let's talk about distributors.  Distributors buy

16:24:49  2    sugar from refiners, correct?

16:24:51  3    A.      Some distributors buy sugar from refiners.  Some

16:24:55  4    distributors refine their own sugar.  Some distributors melt

16:24:59  5    sugar.

16:24:59  6    Q.      Refiners collectively control the critical input of

16:25:04  7    refined sugar for distributors, correct?

16:25:06  8    A.      For all refiners, including importers, correct.

16:25:10  9    Well, again, the distributors who independently refine their

16:25:13 10    own sugar, no.

16:25:14 11    Q.      Okay.  You believe it's important for distributors to

16:25:18 12    have independent sources of supply, don't you?

16:25:20 13    A.      I do.

16:25:21 14    Q.      Let's take a quick look at a slide you presented

16:25:24 15    earlier today about distributors.  Those big gray boxes up

16:25:29 16    there, those are imports, right?

16:25:31 17    A.      That is correct.

16:25:32 18    Q.      You are aware that Dr. Rothman includes imports in

16:25:36 19    his market share; right?

16:25:37 20    A.      Correct.

16:25:38 21    Q.      And in both charts the red and green volumes combined

16:25:42 22    would be the volume of a merged United and Imperial firm,

16:25:42 23    correct?

16:25:42 24    A.      Correct.

16:25:42 25    Q.      So that leaves somewhere in the ballpark in terms of

Hill - cross

16:25:52 1  percentages about 10, 15, 20 percent, something like that,

16:25:57 2  you can do the math based on the remaining bars, is that

16:26:00 3  fair?

16:26:00 4  A.    But I don't think -- you're thinking about how this

16:26:03 5  is going to affect market share calculations, it's misguided

16:26:07 6  because you have to deduct sales to distributors from the

16:26:09 7  share of the competitors in the market and then you have to

16:26:11 8  independently assign them to distributors.

16:26:14 9  Q.    You can explain all that on redirect.  I'm just

16:26:17 10 asking about the numbers.

16:26:18 11 A.    I don't -- let me see, do a quick calculation.  I

16:26:24 12 would estimate it's on the order -- in the left-hand graph

16:26:28 13 it's probably on the order of about 20 percent, or maybe 15

16:26:32 14 to 20.

16:26:33 15 Q.    That's what I asked you, right?  That was a yes?

16:26:38 16 A.    Yes.

16:26:39 17 Q.    Distributors typically add a markup when they sell

16:26:42 18 refined sugar, right?

16:26:43 19 A.    Correct.

16:26:44 20 Q.    A refiner may choose not to sell to a distributors

16:26:47 21 unless they have some kind of contract that requires them

16:26:51 22 to, correct?

16:26:52 23 A.    Correct.

16:26:52 24 Q.    Refiners could try to distribute their own sugar

16:26:56 25 directly and not sell to distributors, correct?

Hill - cross

16:26:58 1   A.       That's correct.

16:26:58 2   Q.       United has done that for certain customers in

16:27:02 3   Chicago, correct?

16:27:05 4   A.       That was my understanding, yes.

16:27:05 5   Q.       You told me at your deposition that distributors are

16:27:09 6   good for reaching certain customers, correct?

16:27:10 7   A.       Yes.

16:27:11 8   Q.       Sometimes distributors are selling to customers that

16:27:14 9   refiners can't sell to or decide not to sell to, right?

16:27:18 10  A.       They may be.  I don't have direct evidence of that.

16:27:21 11  Q.       Refiners refer customers to distributors at times for

16:27:25 12  smaller orders of sugar; is that right?

16:27:27 13  A.       They may.

16:27:29 14  Q.       Refiners sometimes refer to distributors as partners,

16:27:33 15  is that right?

16:27:34 16  A.       Yes, so the distributors do play, many distributors

16:27:38 17  play a dual role.

16:27:40 18  Q.       Just asking whether they refer to them as partners

16:27:42 19  sometimes.  Is that a yes or no?

16:27:45 20           THE COURT:  Just so we're clear, I usually let

16:27:47 21  witnesses answer yes, you must answer yes or no if you can

16:27:50 22  first, but they get a brief explanation.

16:27:52 23           MR. STRONG:  That's fine, Your Honor.

16:27:54 24           THE COURT:  Because I don't like having a record

16:27:56 25  where he doesn't believe it but he's not allowed to explain.

Hill - cross

16:28:00 1    That goes for all witnesses.

16:28:02 2                    MR. STRONG:  That's fair.  Thank you, Your

16:28:03 3    Honor.

16:28:04 4    BY MR. STRONG:

16:28:05 5    Q.      Refiners at times may benefit from sales by

16:28:08 6    distributors, right?

16:28:09 7    A.      Correct.

16:28:10 8    Q.      In your view where a distributor is a distribution

16:28:15 9    arm, those sales should count towards a refiners market

16:28:19 10   share, right?

16:28:20 11   A.      Agreed.

16:28:21 12   Q.      You don't calculate market shares for distributors in

16:28:24 13   your report; is that right?

16:28:25 14   A.      That's correct.

16:28:26 15   Q.      You don't include distributors in your market share

16:28:28 16   calculations at all, right?

16:28:30 17   A.      That's correct.

16:28:31 18   Q.      You also don't include distributors' sales in your

16:28:35 19   economic model, correct?

16:28:36 20   A.      That's also correct.

16:28:38 21   Q.      You talked about the Dean Foods case?

16:28:40 22   A.      Correct.

16:28:41 23   Q.      Now, that was a case about milk?

16:28:42 24   A.      Fluid and school milk, yes.

16:28:42 25   Q.      Some of that milk was sold by producers to

Hill - cross

16:28:53  1   distributors, correct?

16:28:53  2   A.      Correct.

16:28:54  3   Q.      And the distributors in that case did not get market

16:28:57  4   share, correct?

16:28:57  5   A.      That's correct.

16:28:59  6   Q.      Let's talk about your economic models.  You discussed

16:29:06  7   two economic models that you used to estimate harm of the

16:29:10  8   merger during your direct testimony; right?

16:29:12  9   A.      That's correct.

16:29:13  10  Q.      One is a bidding model?

16:29:16  11  A.      Correct.

16:29:16  12  Q.      And the other is a second price auction, correct?

16:29:19  13  A.      That's correct.  So I'm sorry, the second, relative

16:29:23  14  cost model.

16:29:24  15  Q.      The relative cost model?

16:29:28  16  A.      I mean a second score auction type format.

16:29:32  17  Q.      Thank you, Dr. Hill.

16:29:34  18          In a second price auction, the model assumes

16:29:39  19  that a customer chooses the suppliers that submits the

16:29:39  20  lowest bid but pays a price equal to the second lowest bid

16:29:41  21  submitted, correct?

16:29:47  22  A.      You're asking me in my models?

16:29:47  23  Q.      In your models, yes?

16:29:49  24  A.      No, in the bidding model it starts with United

16:29:52  25  customers and then looks at -- United customers for whom

Hill - cross

16:29:56 1    Imperial is the lowest cost alternative and the same for

16:30:00 2    Imperial.   And then in the relative cost model, again, it

16:30:03 3    starts with who is the supplier and then estimates the

16:30:06 4    relationship between the price paid by that customer, the

16:30:12 5    distance to their current supplier and their distance to

16:30:16 6    alternatives.

16:30:17 7    Q.       Now, you assume for purposes of the model that the

16:30:21 8    production and manufacturing costs of the refiners is the

16:30:25 9    same across all refiners, correct?

16:30:28 10   A.       Correct.   Well -- yeah, correct enough.

16:30:33 11   Q.       And the only cost difference between refiners in your

16:30:37 12   bidding model is their transportation cost to customers,

16:30:40 13   right?

16:30:41 14   A.       To put it slightly differently, I'm just assuming

16:30:44 15   that on average those differences are not significant and

16:30:47 16   I'm focusing on transportation costs.

16:30:50 17   Q.       Let's take a look at what you said in your

16:30:53 18   deposition.   Open it up to page 196.   Let me know when

16:31:05 19   you're there.

16:31:05 20   A.       I'm there.

16:31:06 21   Q.       We're taking a look at lines 21 to 25.

16:31:11 22          "QUESTION:   So the only cost difference between

16:31:11 23   the refiners in your model is their transportation cost to

16:31:14 24   the customers?

16:31:17 25          "ANSWER:   Correct."

Hill - cross

16:31:18  1          Is that the question that I asked you and the

16:31:20  2     answer that you gave me?

16:31:21  3     A.     It is.

16:31:22  4     Q.     You used Dr. Rothman's methodology for calculating

16:31:26  5     freight, right?

16:31:27  6     A.     Correct, we -- I think we actually made some minor

16:31:31  7     differences but we basically mirrored each other.

16:31:34  8     Q.     And the bidding model, you present each supplier's

16:31:37  9     bid, its total cost of supply, right?

16:31:43 10     A.     The bidding model, do you mean the relative cost

16:31:51 11     model or the bidding model?

16:31:53 12     Q.     We can move on.  Why don't we talk about the relevant

16:31:56 13     cost model for a minute.  In the relevant cost model, you

16:32:01 14     ran a regression, right?

16:32:02 15     A.     Yes.

16:32:03 16     Q.     You determined that transportation cost do in fact

16:32:06 17     influence the price paid by customers, right?

16:32:08 18     A.     That's right.

16:32:09 19     Q.     In both of your models, transportation cost play

16:32:12 20     crucial role in competition, correct?

16:32:14 21     A.     Yes.

16:32:17 22     Q.     In your view, though, there are factors beyond

16:32:20 23     transportation costs that could affect whether a supplier

16:32:25 24     wins the business?

16:32:26 25     A.     That's correct.

Hill - cross

16:32:26 1    Q.      Reliability is something that a customer could

16:32:29 2    consider?

16:32:29 3    A.      Correct.

16:32:30 4    Q.      Quality of the product is something that a customer

16:32:32 5    could consider?

16:32:33 6    A.      Correct.

16:32:34 7    Q.      Customer service is something a customer could

16:32:39 8    consider?

16:32:39 9    A.      Correct.

16:32:39 10   Q.      Customers could have particular specifications for

16:32:42 11   their sugar, right?

16:32:43 12   A.      That's correct.

16:32:44 13   Q.      Just a few more.  Delivery time is something a

16:32:50 14   customer could consider?

16:32:51 15   A.      Correct.

16:32:52 16   Q.      A refiner's sold position could play a role in what

16:32:58 17   price the refiner submits, right?

16:33:01 18   A.      Correct.  A refiner with a very -- an oversold

16:33:07 19   position, my estimate a different bid than a refiner with a

16:33:10 20   lot of sugar to move, yes.

16:33:12 21   Q.      Competing sales opportunities can influence what

16:33:15 22   price the refiner submits, right?

16:33:18 23   A.      They could.

16:33:20 24   Q.      Credit terms and payment options are something that a

16:33:24 25   customer might think about when choosing a supplier, right?

Hill - cross

16:33:27  1    A.        Agreed.

16:33:27  2    Q.        Last one, packaging options also may affect a

16:33:31  3    customer's willingness to purchase from a supplier?

16:33:34  4    A.        Correct.

16:33:35  5    Q.        If we could take a look at your report at

16:33:38  6    paragraph 377.  That paragraph says that "to simulate the

16:33:44  7    change in price post merger, I recalculate each of the

16:33:51  8    relative freight costs as if United and Imperial are one

16:33:55  9    firm."

16:33:56 10             That's accurate, right?

16:33:57 11    A.        That's correct.

16:33:58 12    Q.        The next sentence says that the coefficient estimates

16:34:04 13    on each of these variables.  By these variables you mean the

16:34:08 14    relative freight cost, right?  That's what it says in the

16:34:12 15    previous sentence?

16:34:12 16             A. Right.

16:34:13 17             Q. So the sentence says that the coefficient

16:34:17 18    estimates on each of these variables dictate how these

16:34:21 19    changes in cost correspond to a change in price?  That's

16:34:26 20    what you wrote, correct?

16:34:26 21    A.        Right.

16:34:27 22    Q.        And your bidding model assumes different suppliers

16:34:30 23    differentiate from each other solely based on transportation

16:34:34 24    costs, right?

16:34:34 25    A.        I wouldn't say that's quite right because in the

Hill - cross

16:34:37 1  model I start with United's suppliers and I look -- but the

16:34:41 2  distance between the current Imperial and United when

16:34:44 3  they're the closest alternative today and the next closest

16:34:47 4  alternative is solely based on transportation cost.

16:34:50 5  Q.    And the effects that you calculate in the bidding

16:34:53 6  model is driven by the distance from Imperial or United and

16:34:56 7  the next lowest cost supplier, right?

16:34:59 8  A.    It's the distance between -- the transportation cost

16:35:04 9  difference between the current closest constraint which is

16:35:08 10  either Imperial or United and the second.

16:35:09 11  Q.    US Sugar's Clewiston facility is about thirty miles

16:35:14 12  from ASR's South Bay facility, is that correct?

16:35:17 13  A.    That's right.

16:35:19 14  Q.    You have seen evidence in this case that the

16:35:21 15  difference in bid submission between ASR and United are

16:35:25 16  orders of magnitude greater than what would be implied by

16:35:28 17  the difference in transportation cost between those two

16:35:31 18  suppliers, right?

16:35:31 19  A.    I'm not aware of that evidence.  I'm not saying it

16:35:34 20  doesn't exist.

16:35:36 21  Q.    You heard the testimony of Mr. Riippa in this case?

16:35:37 22  A.    I did.

16:35:37 23  Q.    In the numbers from that testimony are confidential,

16:35:40 24  but you have been made aware of them, right?

16:35:42 25  A.    I didn't -- I was watching remotely so I didn't

Hill - cross

16:35:46 1   actually see the numbers.

16:35:47 2   Q.      You heard the testimony of Mr. Cagle in this case?

16:35:49 3   A.      I did not.

16:35:51 4   Q.      Let's talk about efficiency real quick.  You

16:35:54 5   mentioned that on your direct.  Okay?

16:36:10 6            You haven't done any evaluation of how much more

16:36:13 7   secure the supply of sugar would be at Port Wentworth with

16:36:16 8   the merger compared with what Port Wentworth is doing today,

16:36:22 9   correct?

16:36:23 10  A.      Aside from US Sugar's estimate of how much raw sugar

16:36:29 11  it -- that's correct.

16:36:30 12  Q.      If SCGC were to send additional sugar to Port

16:36:36 13  Wentworth, that particular sugar would not be available for

16:36:38 14  other purchasers, correct?

16:36:41 15  A.      Correct.

16:36:41 16  Q.      And you haven't done any analysis to determine

16:36:44 17  whether whoever loses access to that sugar supply would be

16:36:48 18  less able to constrain a merger of United and Imperial,

16:36:52 19  correct?

16:36:52 20  A.      Correct.

16:36:54 21  Q.      You also have not done an independent evaluation of

16:36:57 22  the opportunity costs for US Sugar or SCGC of selling sugar

16:37:02 23  to Port Wentworth as compared to selling it to whoever is

16:37:05 24  purchasing it today, correct?

16:37:06 25  A.      Can you repeat that question, please?

Hill - cross

16:37:11 1  Q.      You also have not done an independent evaluation of

16:37:15 2  the opportunity costs for US Sugar of SCGC of selling sugar

16:37:21 3  to Port Wentworth as compared to selling to whoever is

16:37:25 4  purchasing that sugar today, right?

16:37:27 5  A.      Correct.

16:37:28 6  Q.      You have not in your report or today concluded that

16:37:32 7  the overall amount of sugar will increase in any market as a

16:37:36 8  result of this merger, correct?

16:37:39 9  A.      I would say -- I think my report says that I expect

16:37:44 10 production to increase at Port Wentworth.

16:37:47 11 Q.      At Port Wentworth.  Okay.  But overall --

16:37:51 12 A.      But I didn't do an overall, yeah.

16:37:55 13 Q.      Okay.  Let me just -- you discuss in your report that

16:37:59 14 US Sugar estimates that it will increase output at Port

16:38:03 15 Wentworth from 15 million hundredweight in 2021 to 17

16:38:10 16 million hundredweight in 2025, correct?

16:38:12 17 A.      Correct.

16:38:13 18 Q.      You cite a financial model 4D 12 in your report for

16:38:18 19 support for that, correct?

16:38:19 20 A.      Correct.  And Mr. Buker actually testified on it

16:38:22 21 today.

16:38:24 22 Q.      In that spreadsheet, the production is assumed to be

16:38:29 23 equal to sales quantity, isn't that right?

16:38:31 24 A.      I believe so.

16:38:35 25 Q.      There is a conservative scenario in that spreadsheet,

Hill - cross

16:38:37 1    isn't there?

16:38:37 2    A.       There is.

16:38:38 3    Q.       And the conservative scenario in the spreadsheet

16:38:43 4    cited there are actually no increases from 2021 to 2025,

16:38:47 5    correct?

16:38:48 6    A.       That's correct.

16:38:48 7    Q.       You haven't done any independent evaluation to

16:38:52 8    determine whether the sales from Port Wentworth will be

16:38:56 9    equivalent to the numbers in that spreadsheet, fair?

16:38:59 10   A.       Fair.

16:38:59 11   Q.       You also haven't done an independent evaluation of

16:39:03 12   how much Imperial could increase its output on its own

16:39:07 13   compared to the projections in the spreadsheet, correct?

16:39:09 14   A.       I disagree with that a little.  I think I said in my

16:39:13 15   deposition and also my report, Imperial to date has not

16:39:17 16   undertaken these increases, so United has been able to

16:39:21 17   increase its output at Clewiston, Imperial has not increased

16:39:24 18   output at Port Wentworth commensurate.

16:39:29 19   Q.       Let's take a look at what you said in your

16:39:32 20   deposition.  Okay?

16:39:33 21   A.       Sure.

16:39:33 22   Q.       Open it up to page 320 there.

16:39:38 23   A.       I'm there.

16:39:42 24   Q.       "QUESTION:  Have you done any independent evaluation

16:39:45 25   of how much Imperial could increase its output on its own

Hill - cross

16:39:50 1   compared to the projections in this spreadsheet?

16:39:53 2           "ANSWER:  No, I have not.  Other than, you know,

16:39:55 3   the statements from Louis Dreyfus that it doesn't intend to

16:39:59 4   invest in this facility, I should say invest material

16:40:03 5   improvements."

16:40:03 6           That was the question I asked and that was the

16:40:05 7   answer you gave, correct?

16:40:06 8   A.    I think this is a little misleading because we had a

16:40:08 9   discussion about this and I made the point I made earlier

16:40:11 10  and here I'm referencing back to that same Louis Dreyfus

16:40:14 11  statement, it doesn't intend to invest in material

16:40:17 12  improvements.

16:40:17 13  Q.    You also haven't done an independent evaluation of

16:40:22 14  Louis Dreyfus' incentives to invest in Port Wentworth,

16:40:27 15  correct?

16:40:27 16  A.    Well, again, I think I said in my -- yes, I haven't

16:40:32 17  done an independent evaluation, but I do discuss in my

16:40:36 18  report they have stated that they are not intending to

16:40:38 19  invest in material improvements.

16:40:39 20  Q.    They are trying to sell the asset, right?

16:40:42 21  A.    That's correct.

16:40:42 22  Q.    You didn't incorporate any efficiencies in projected

16:40:49 23  increases and in outputs in your model?

16:40:51 24  A.    Yes.

16:40:52 25  Q.    Let's talk about transportation costs.

Hill - cross

16:40:55 1                    MR. STRONG:  I have a couple more topics, Your

16:40:58 2    Honor.

16:40:58 3                    THE COURT:  Couple more topics?

16:40:59 4                    MR. STRONG:  Yeah, it will be quick.

16:40:59 5                    THE COURT:  You're over twelve hours already.

16:41:03 6                    MR. STRONG:  I got ten minutes before Mr. Hanna

16:41:07 7    pulls me down.

16:41:08 8                    THE COURT:  You have got to save some time for

16:41:09 9    closing.

16:41:09 10   BY MR. STRONG:

16:41:10 11   Q.      You accepted $12 million of transportation cost in

16:41:13 12   your model?

16:41:14 13   A.      That's correct.

16:41:14 14   Q.      You also cited that same spreadsheet we were just

16:41:17 15   talking about for those figures?

16:41:19 16   A.      That's correct.

16:41:19 17   Q.      That spreadsheet actually tops out at 10 million?

16:41:23 18   A.      That's correct.

16:41:23 19   Q.      And you understand that that amount was modeled to be

16:41:27 20   returned to United member owners, correct?

16:41:29 21   A.      I don't think that's quite right.  I think they say

16:41:32 22   that that's the change in the net selling price and then

16:41:35 23   they're silent on what exactly is going to happen to it and

16:41:39 24   whether there will be any other decrease in price.

16:41:42 25   Q.      Do you remember a note from that spreadsheet that

Hill - cross

16:41:45 1    says amount to be returned to members?

16:41:46 2    A.    I don't.

16:41:47 3    Q.    If we can just quickly take a look at your

16:41:50 4    deposition, maybe that will help refresh your recollection.

16:41:54 5    A.    Okay.  Where would you like me to go?

16:41:56 6    Q.    I'm sorry, page 327.  You're going to be at lines 2

16:42:03 7    through 6:

16:42:04 8          "QUESTION:  The language also says amount to be

16:42:06 9    returned to members, not included in NSP above.  Do you see

16:42:11 10   that?

16:42:11 11         "ANSWER:  I do.

16:42:12 12         "QUESTION:  Is it your understanding that the

16:42:14 13   word 'members' means the member owners of United?

16:42:18 14         "ANSWER:  Yes, I would think so."

16:42:21 15         Those are the questions I asked you and that was

16:42:23 16   the answer you gave, correct?

16:42:24 17   A.    Right.  And then below it I say exactly what I just

16:42:27 18   said, I think the net selling price is the price minus cost.

16:42:32 19   Q.    In any event, you incorporated those synergies into

16:42:37 20   your model?

16:42:38 21   A.    Correct.

16:42:38 22   Q.    And the transportation costs were calculated --

16:42:41 23   A.    I'm sorry, they are in the bidding model, but they

16:42:45 24   are not in relative cost model.

16:42:45 25   Q.    The transportation cost synergies were calculated at

1017

Hill - cross

16:42:52 1    the United level, not the US Sugar level, correct?

16:42:55 2    A.     Correct.

16:42:56 3    Q.     It's not your understanding that the merging parties

16:43:00 4    contemplated that the cost of shipping from the same

16:43:03 5    location to the same customer would go down post merger,

16:43:07 6    correct?

16:43:08 7    A.     That I think is correct.

16:43:10 8    Q.     But the cost of shipping from the same location is

16:43:14 9    lower in the model right?

16:43:16 10   A.     Yeah, that's correct.

16:43:19 11   Q.     In any event, efficiencies even in your model make a

16:43:24 12   very small difference, correct?

16:43:27 13   A.     Yes, they make a negligible price increase, very

16:43:32 14   slightly more negligible.

16:43:33 15          MR. STRONG:   Two more topics, Your Honor.

16:43:35 16   Q.     You discussed entry and expansion with Mr. Barbur

16:43:39 17   earlier.   Do you recall that?

16:43:40 18   A.     I do.

16:43:40 19   Q.     You discussed -- hold on one second.

16:43:42 20          I'll just skip to the end on this one.

16:43:42 21          You haven't done any analysis in your report to

16:43:52 22   determine how much prices would need to rise to incentivize

16:43:55 23   entry, correct?

16:43:56 24   A.     That's correct.

16:44:00 25   Q.     Let's talk about the USDA real quick and then we'll

Hill - cross

16:44:04 1   be done.

16:44:05 2           Dr. Hill, you don't disagree that it has been

16:44:08 3   the USDA's goal since 1981 to adjust imports so that the

16:44:13 4   domestic prices remain above minimum support level, right?

16:44:19 5   A.      Certainly it's a goal of the USDA to keep prices

16:44:23 6   above the minimum support levels.

16:44:24 7   Q.      The USDA strives to maintain a stock-to-use ratio

16:44:29 8   between 13.5 and 15.5 percent?

16:44:33 9   A.      That's correct.

16:44:33 10  Q.      And although the USDA maintains a stock-to-use ratio,

16:44:37 11  there is still competition that occurs between refiners

16:44:40 12  today, correct?

16:44:41 13  A.      That's correct.

16:44:42 14  Q.      The market price for refined sugar changes, right?

16:44:44 15  A.      Correct.

16:44:45 16  Q.      It's not your view that the USDA allows additional

16:44:51 17  imports every time prices rise to a particular customer,

16:44:54 18  right?

16:44:54 19  A.      Correct.

16:44:55 20  Q.      Or in a particular region, correct?

16:44:57 21  A.      Correct.

16:45:02 22  Q.      It's your understanding that the Harmonized Tariff

16:45:07 23  schedule that was discussed with Dr. Fecso earlier was

16:45:10 24  discretionary, correct?

16:45:11 25  A.      That's what she testified to, yes.

Hill - cross

16:45:16  1   Q.      You can't make any prediction that the USDA would

16:45:20  2   take action or would not take action if prices increased in

16:45:23  3   a given region, correct?

16:45:26  4   A.      Correct.  My prediction was about the possibility

16:45:28  5   that it might happen.

16:45:31  6   Q.      And you don't purport to be an expert on the USDA,

16:45:35  7   correct?

16:45:35  8   A.      That is correct.

16:45:38  9   Q.      You have no reason to believe that the USDA will

16:45:41 10   change its view on the appropriate stock-to-use ratio if the

16:45:45 11   merger is not approved, right?

16:45:47 12   A.      If the merger is approved or not approved?

16:45:51 13   Q.      If the merger is not approved.

16:45:53 14   A.      No, I think no.

16:45:54 15   Q.      And you have no reason to believe that the USDA will

16:45:57 16   change its view on the appropriate stock-to-use ratio if the

16:46:01 17   merger is approved?

16:46:03 18   A.      Correct.

16:46:04 19   Q.      And you haven't analyzed whether the USDA has

16:46:12 20   increased imports based on the price of refined sugar in the

16:46:12 21   United States while the stocks-to-use ratio remained between

16:46:18 22   13.5 to 15.5 percent, correct?

16:46:21 23   A.      Correct.

16:46:22 24   Q.      Last question.

16:46:23 25           Nowhere in your report do you express the

16:46:25 1    opinion that the USDA will in fact allow additional imports

16:46:30 2    if prices to customers rise as a result of this merger,

16:46:33 3    correct?

16:46:34 4    A.      Correct.

16:46:35 5              MR. STRONG:  That's all.  Thank you, Your Honor.

16:46:38 6              THE COURT:  Thank you.  Redirect.

16:46:42 7              MR. BARBUR:  No redirect, Your Honor.

16:46:43 8              THE COURT:  Thank you.  You are excused.

16:46:47 9              What's next?

16:46:49 10             THE WITNESS:  Thank you, Your Honor.

16:46:54 11             MS. DWYER:  Your Honor, at this time the

16:46:57 12   defendants would like to play three video depositions of

16:47:00 13   third parties all of whom have requested to seal the

16:47:03 14   courtroom, so Post Foods, CSC and Indiana Sugars.

16:47:10 15             THE COURT:  How much time is this going to take.

16:47:13 16             MS. DWYER:  The three videos altogether are an

16:47:15 17   hour and eighteen minutes.  Individually they're

16:47:18 18   twenty-six minutes, thirty-one minutes and nineteen minutes

16:47:20 19   respectively.

16:47:22 20             THE COURT:  That's going to take us past

16:47:25 21   6 o'clock, so pick two.

16:47:27 22             MS. DWYER:  We'll do the first two, Thomas Crown

16:47:30 23   and Paul Farmer.

16:47:37 24             THE COURT:  What's coming after this?

16:47:40 25             MR. BUTERMAN:  So Your Honor, we have I believe

16:47:44 1    four or five videos total that we have to play.  And I

16:47:48 2    apologize for that.  We're trying to work out that issue for

16:47:53 3    tomorrow morning with the witness, otherwise unfortunately

16:47:58 4    that's a video.  And I think the one live witness and then

16:48:01 5    we close.

16:48:03 6                    THE COURT:  All right.  You guys are running out

16:48:05 7    of time, too.

16:48:06 8                    MR. BUTERMAN:  We have calculated our time, Your

16:48:07 9    Honor, and we will be leaving an hour for closings as well.

16:48:13 10                    THE COURT:  All right.  I assume most of this

16:48:16 11   hour-and-a-half is yours.  Because the government doesn't

16:48:21 12   have an hour-and-a-half.

16:48:23 13                    MR. BUTERMAN:  I just looked at some of the

16:48:24 14   videos.  I think that -- the government doesn't go over

16:48:28 15   their allotment on these, so they are more of ours.  I have

16:48:36 16   the run times here.  So for the first gentleman, Mr. Crown,

16:48:47 17   it is we're going to do for Mr. Crown 21 minutes and

16:48:59 18   57 seconds to defendants, the government is 4 minutes and

16:49:04 19   13 seconds.

16:49:05 20                    For the second one, Mr. Farmer, defendants are

16:49:11 21   20 minutes and the government is 11 minutes.

16:49:14 22                    THE COURT:  Okay.

16:49:19 23                    (Videotape deposition of Thomas Crown:)

16:49:24 24   Q.      Mr. Crown, who do you currently work for?

16:49:28 25   A.      Post Holdings, Inc.

16:49:30 1   Q.     And what's your job title?

16:49:32 2   A.     I am director, ingredient procurement.

16:49:40 3   Q.     And how long have you worked at Post Holdings?

16:49:42 4   A.     Ten years.

16:49:44 5   Q.     And you mentioned that Post consumer brands makes

16:49:49 6   cereal.  What are Post's most popular lines?

16:49:52 7   A.     Honey Bunches of Oats; Post Raisin Bran; Grapenuts;

16:50:01 8   Pebbles, Cocoa Pebbles, Fruity Pebbles; Honeycombs; Great

16:50:10 9   Grains.  I'm sure there's others.

16:50:22 10   Q.     Who do you consider to be Post's main competitors?

16:50:25 11   A.     General Mills and Kellogg's.

16:50:27 12   Q.     And how many manufacturing plants does Post have that

16:50:31 13   make cereal?

16:50:40 14   A.     Post has five U.S.-based manufacturing plants.

16:50:44 15   Q.     And is one of those manufacturing plants in Asheboro,

16:50:48 16   North Carolina?

16:50:51 17   A.     Yes, it is.

16:50:57 18   Q.     And how many of Post's plants use sugar?

16:51:01 19   A.     All of them.

16:51:04 20   Q.     And do you oversee the sugar procurement for all of

16:51:08 21   them?

16:51:10 22   A.     Yes, I do.

16:51:12 23   Q.     And in terms of volume, do you know how much Post --

16:51:18 24   do you know how much sugar Post uses each year across all of

16:51:24 25   its plants?

16:51:26 1   A.      Yes, I do.

16:51:28 2   Q.      And how much is that?

16:51:29 3   A.      ███████████████

16:51:34 4   Q.      And how much refined sugar is Asheboro buying in a

16:51:41 5   given year?

16:51:42 6   A.      I will buy ████████████████ of sugar into that

16:51:47 7   facility.

16:51:49 8   Q.      And refined sugar can be made from both sugarcane and

16:51:55 9   sugar beet; is that right?

16:52:02 10  A.      Yeah, sugar comes from two sources, cane sugar and

16:52:07 11  sugar beets.

16:52:08 12  Q.      And which of these sources will Asheboro take?

16:52:12 13  A.      They have the flexibility of using either one.  And

16:52:17 14  we are indifferent to which one would be shipped in there.

16:52:24 15  Q.      And how many different suppliers of sugar does Post

16:52:28 16  buy from -- you know, across all of its plants?

16:52:32 17  A.      I'm going to say probably half a dozen.

16:52:38 18  Q.      Can you name them?

16:52:42 19  A.      There's going to be -- we buy from United Sugar,

16:52:48 20  which is the marketing arm for US Sugar, and several other

16:52:52 21  beet co-ops.  We buy from National Sugar Marketing, which is

16:53:02 22  the marketing entity for a couple of beet co-ops.  We buy

16:53:10 23  from Michigan Sugar.  We also buy from Cargill, who does the

16:53:17 24  marketing for Louisiana Sugar Refining.  We do some business

16:53:22 25  with Imperial.  And we do some business with Domino.  And we

16:53:33 1    also do business with a company called CSC.

16:53:39 2    Q.      Any others that come to mind?

16:53:43 3    A.      And we're also doing business with a company called

16:53:47 4    Sucro Can.

16:53:50 5    Q.      Anybody else?

16:53:53 6    A.      As far as sugar, Sweetener Supply Company.

16:54:02 7    Q.      Anyone else?

16:54:30 8    A.      The last one I can think of, Indiana Sugars.

16:54:35 9    Q.      When Post is buying from these suppliers, does it

16:54:38 10   typically buy pursuant to a contract?

16:54:41 11   A.      Yes.  We will make contracts with companies for a

16:54:45 12   specific volume at a specific price.

16:54:55 13   Q.      And when suppliers are making quotes to you, can they

16:54:59 14   bid on business for, you know, multiple plants in different

16:55:04 15   parts of the country?

16:55:05 16   A.      Yes, they can.

16:55:06 17   Q.      And how often does that happen?

16:55:09 18   A.      I'd say all the time.

16:55:12 19   Q.      And is that something you encourage on your end as

16:55:17 20   well?

16:55:18 21   A.      Yes, it is.

16:55:21 22   Q.      Why?

16:55:24 23   A.      I'm always trying to obtain the best price for my

16:55:28 24   company regardless of what entity it is I'm going to be

16:55:32 25   buying from.

16:55:35 1  Q.      How many suppliers do you typically give business to

16:55:43 2  at a given plant?

16:55:46 3  A.      I've had as many as four different vendors into a

16:55:51 4  plant.  I've had two vendors to a plant.  I've also had, in

16:55:58 5  some cases, one vendor into a plant.  So it can vary.

16:56:05 6  Q.      And what do you see as some potential benefits, if

16:56:11 7  there are any, of being single-sourced at a given plant?

16:56:20 8  A.      An advantage of being single-sourced might be I might

16:56:27 9  be able to generate a lower price by having -- by having a

16:56:33 10  vendor be the sole supplier in there.  They might have a

16:56:39 11  motive to give me a lower price if they have all of the

16:56:44 12  volume.

16:56:51 13  Q.      Do you consider criteria other than price in awarding

16:56:56 14  any of the businesses at Post plants?

16:56:58 15  A.      Yes.  The price, while obviously very important, I

16:57:02 16  also have to have service and quality.  And what I mean by

16:57:10 17  that is:  When we place orders, I have to be able to, you

16:57:14 18  know, have that sugar delivered on time and in the right

16:57:18 19  amount.

16:57:18 20  Q.      And so, you know, when we were talking about service,

16:57:21 21  is that kind of going to kind of a continuity of supply

16:57:28 22  issue for you?

16:57:28 23  A.      It's continuity of supply and it's on-time deliveries

16:57:34 24  based upon our needs for that material to arrive so the

16:57:39 25  plant can, you know, maintain its production schedule.

16:57:43 1    Q.      Does the number of refinery plants or processing

16:57:46 2    plants that a supplier has affect their ability to minimize

16:57:51 3    some kind of run of the mill disruptions that, kind of, can

16:57:55 4    otherwise happen in delivering sugar?

16:57:58 5    A.      My opinion would be yes.

16:58:03 6    Q.      And why is that?

16:58:04 7    A.      The example that I would provide is that when I buy

16:58:10 8    from United Sugars, they are the marketing arm for multiple

16:58:18 9    manufacturing sites of beet cooperatives and the US Sugar

16:58:29 10   corporation in Florida.  And when I buy sugar from them,

16:58:34 11   they have the ability to source that sugar from multiple

16:58:40 12   locations in order to fill my shipments and keep me running.

16:58:46 13   Q.      So have you found it to be the case that if, you

16:58:51 14   know, one plant goes down, you can still get your deliveries

16:58:57 15   when you're supposed to because it's just going to come from

16:59:02 16   a different plant in the system?

16:59:04 17   A.      That has been my experience.

16:59:05 18   Q.      And for you at Post, does that make suppliers that

16:59:09 19   have multiple plants within their system more attractive to

16:59:12 20   you when you're deciding where to award business?

16:59:22 21   A.      It will certainly be something that I think about and

16:59:26 22   consider.

16:59:34 23   Q.      Who are the suppliers that have shipped to Asheboro

16:59:39 24   in the last five years?

16:59:40 25   A.      United Sugars, Louisiana Sugar Refining under the

16:59:45  1    name of Cargill, National Sugar Marketing, and Imperial

17:00:04  2    Sugar.

17:00:04  3    Q.      Has Asheboro ever received any sugar from Indiana

17:00:10  4    Sugars as well?

17:00:15  5    A.      No, they have not.

17:00:16  6    Q.      So we talked a little bit about United Sugars.  How

17:00:21  7    long have you or has Post been a customer of United?

17:00:24  8    A.      Post has been buying sugar from United Sugars as long

17:00:28  9    as I've been the buyer of sugar, which has been for ten

17:00:33 10    years now.

17:00:36 11    Q.      And does United Sugars send both beet and cane sugar

17:00:43 12    into Asheboro?

17:00:46 13    A.      Yes, they do.

17:00:52 14    Q.      At a high level, is United typically Asheboro largest

17:00:59 15    supplier?

17:01:00 16    A.      There have been years where United has been the sole

17:01:04 17    supplier into Asheboro.

17:01:14 18    Q.      That was actually my next question, so you answered

17:01:19 19    that one.

17:01:20 20    A.      But there are also years where they have not supplied

17:01:25 21    sugar into Asheboro.

17:01:28 22    Q.      What are some of the reasons why Post has given

17:01:32 23    business to United at Asheboro in the past?

17:01:36 24    A.      Price.

17:01:40 25    Q.      So does that mean that frequently United is the

17:01:43  1    lowest price being quoted for Asheboro?

17:01:47  2    A.      When United is awarded the business into Asheboro,

17:01:51  3    they will have the lowest price offered to me.

17:01:57  4    Q.      Does United sell to other Post plants other than

17:02:07  5    Asheboro?

17:02:07  6    A.      Yes, they do.

17:02:09  7    Q.      And which ones are those?

17:02:10  8    A.      They have actually sold sugar into all of the other

17:02:15  9    Post facilities.

17:02:18 10    Q.      And then when United sends beet sugar into Asheboro,

17:02:23 11    where is that coming from?

17:02:24 12    A.      I don't know the exact facilities, but I would expect

17:02:29 13    it would come from one of their beet cooperative facilities

17:02:34 14    in the upper Midwest out of North Dakota and Minnesota.

17:02:40 15    Q.      And so after United, you -- you also mentioned that

17:02:46 16    Asheboro buys from the supplier Cargill; is that right?

17:02:51 17    A.      Yes.

17:02:54 18    Q.      Are they a large supplier to Asheboro?

17:02:59 19    A.      In the last five years there have been years where

17:03:00 20    they have been the sole supplier into Asheboro.

17:03:08 21    Q.      And have there also been years in the last five years

17:03:13 22    where Cargill was the largest of multiple suppliers into

17:03:20 23    Asheboro?

17:03:25 24    A.      Yes.

17:03:25 25    Q.      And where -- and where is LSR's refinery located?

17:03:31 1    A.        New Orleans.

17:03:32 2    Q.        And so when Cargill is shipping sugar to Asheboro

17:03:38 3    from New Orleans, is that coming by rail?

17:03:49 4    A.        Yes, it is.

17:03:52 5    Q.        And I should have said this:  When LSR ships to

17:03:58 6    Asheboro, it's entirely cane sugar; is that right?

17:04:04 7    A.        Yes, it is.

17:04:06 8    Q.        So have there been times in the last five-year

17:04:11 9    stretch where Cargill has beaten United on price to supply

17:04:15 10   Asheboro?

17:04:16 11   A.        Yes.

17:04:16 12   Q.        So does this also mean that there have been times in

17:04:20 13   the last five years where Cargill has beaten everyone on

17:04:27 14   price to supply into Asheboro?

17:04:30 15   A.        Yes.

17:04:37 16   Q.        Are you aware that LSR has announced plans to expand

17:04:43 17   capacity at its refinery in Louisiana?

17:04:48 18   A.        I have heard that.

17:04:51 19   Q.        Do you expect that -- in your experience, do you

17:04:55 20   expect that the LSR expansion will make Cargill more

17:05:00 21   competitive for Asheboro's business?

17:05:02 22   A.        I would be speculating, but I think it could be a

17:05:02 23   positive for us.

17:05:10 24   Q.        And why is that?

17:05:12 25   A.        Because they would have more domestic sugar or access

17:05:22  1    to domestic sugar to market.

17:05:27  2    Q.      And why is that a positive for you?

17:05:31  3    A.      Because as a domestically sourced producer, they have

17:05:44  4    more flexibility in their pricing versus having to buy their

17:05:49  5    sugar on the -- what's called the futures market, the 16

17:05:57  6    market, where it's an imported price.  So as having access

17:06:02  7    to domestically produced sugar, my expectation is they'd

17:06:09  8    have more price flexibility.

17:06:12  9    Q.      Earlier today you mentioned that NSM has supplied to

17:06:18 10    Asheboro within the last five years; is that right?

17:06:22 11    A.      Yes.

17:06:24 12    Q.      And have those shipments been bulk?

17:06:28 13    A.      Bulk -- bulk railcars and -- okay.  And I'm sorry, I

17:06:35 14    just remembered this.  They also do supply some of the

17:06:42 15    50-pound bags of EFG sugar into Asheboro.

17:06:49 16    Q.      And do you know, when NSM is shipping into Asheboro,

17:06:54 17    is it shipping from Renville or Idaho or some combination?

17:07:12 18    A.      My understanding is it's all coming from Renville.

17:07:15 19    Q.      Is Imperial's refinery near Savannah the closest

17:07:19 20    refinery to Asheboro?

17:07:22 21    A.      I don't know the exact mileage of Savannah to

17:07:27 22    Asheboro versus Clewiston, Florida, or Baltimore, Maryland.

17:07:36 23    Q.      Is it one of the closest refineries to Asheboro?

17:07:41 24    A.      Yes.

17:07:42 25    Q.      And in your experience, does that mean that Imperial

17:07:46 1    is also the most -- the cheapest refinery for Post to buy

17:07:53 2    for Asheboro?

17:08:05 3    A.      No, it does not.

17:08:06 4    Q.      How would you describe the prices that Imperial has

17:08:09 5    quoted you for Asheboro in the past?

17:08:12 6    A.      In the past, they have been competitive and had the

17:08:15 7    best price where I have been able to buy material from them,

17:08:20 8    and then there are the occasions where they are not

17:08:24 9    competitive and do not have the best price into Asheboro.

17:08:36 10   Q.      And have there been more instances where they have

17:08:41 11   not had the best price into Asheboro than instances where

17:08:52 12   they have?

17:08:52 13   A.      I would say that my recollection is that in that last

17:08:57 14   two or three years, they have not been competitive on their

17:09:01 15   pricing into Asheboro.

17:09:03 16   Q.      And does that mean that in the last few years that

17:09:08 17   suppliers such as Cargill have been more price competitive

17:09:12 18   into Asheboro?

17:09:17 19   A.      The other vendors have had better pricing than what

17:09:25 20   Imperial has offered to me.

17:09:31 21   Q.      So would it be fair to say that Domino's sales into

17:09:36 22   Asheboro have been comparatively small in the last five

17:09:40 23   years?

17:09:41 24   A.      Extremely small.

17:09:42 25   Q.      And why is that?

17:09:44 1    A.       They did not have the best price.

17:09:47 2    Q.       How do you think that their prices compare?  You said

17:09:52 3    they didn't have the best price.  Was it close or was it not

17:09:56 4    even close?

17:09:56 5    A.       It would depend on how you define close.  You know,

17:10:01 6    in the sugar business, a penny a pound or two pennies a

17:10:13 7    pound makes a big difference.  And I can't -- I can't

17:10:17 8    recollect just how far out or how much higher they would be

17:10:23 9    versus what the lowest price was that I ended up paying.

17:10:30 10   Q.       If US Sugar had two cane refining plants in its

17:10:39 11   system, do you see that as a potential benefit from --

17:10:43 12   purely from a continuity-of-supply perspective?

17:10:50 13   A.       Yes, I would.

17:10:53 14   Q.       And I think, and part of the reasons that you

17:10:56 15   described, you said that the price will vary depending on

17:10:58 16   the designation.  What did you mean by that?

17:11:00 17   A.       It is that I buy the sugar on a delivered price to

17:11:05 18   the individual cereal plants.  So each facility -- each of

17:11:10 19   our cereal plants is going to have a different delivered

17:11:12 20   price for their sugar.

17:11:12 21   Q.       So would it be fair to say that the freight cost --

17:11:22 22   all else being equal, the freight cost from a supplier that

17:11:27 23   is closer to the facility will be lower than the freight

17:11:30 24   cost from a supplier that is farther from the facility?

17:11:36 25   A.       Yes.

1033

Q.      What are some of the benefits of having multiple suppliers to a facility?

A.      The benefits would include continuity of supply, price competition in that if I were to continue to solicit prices from companies and never buy anything from them, they might decide to not want to supply me with, say, competitive prices.  So I like to keep vendors interested in doing business with us, and that is one mechanism by which we can do that.

Q.      Sitting here today, do you have an understanding of how much -- in terms of percentage, how much of the sugar at Asheboro was provided by Imperial?

A.      I can't put a number on it.  All I can say is that it's -- you said outside of the force majeure year, it has been very small.

Q.      Why do you -- I think you said that Imperial is one of the suppliers for Asheboro.  Why are they one of the suppliers?

A.      Well, at certain times in the force majeure year, for example, they might have been the only vendor that would sell me sugar into there, and they had it available.  In other cases, it might be because I have needed to buy some spot sugar because of continuity of supply issues.  But perhaps going back further, they might have had the most attractive price.

17:13:40 1               So I would say for any or some of those reasons,

17:13:44 2     they have supplied Asheboro.

17:13:50 3     Q.      So let's talk about take the force majeure year.   In

17:13:54 4     that year it seems like -- sounds like you reached out to

17:13:58 5     Imperial and purchased from Imperial; is that right?

17:14:00 6     A.      Yes.

17:14:00 7     Q.      And in that year -- when we say the force majeure

17:14:05 8     year, we mean the year in which United invoked a force

17:14:09 9     majeure because of disruptions in supply.   Are we talking

17:14:15 10    about the same thing?

17:14:16 11    A.      Yes.

17:14:19 12    Q.      In that year were you glad that Imperial was able to

17:14:23 13    provide -- to satisfy Post's sugar needs on a quick

17:14:29 14    short-term basis?

17:14:33 15    A.      I would say I was happy that I was able to buy sugar

17:14:39 16    to keep my facility operating.

17:14:42 17    Q.      Do you view Imperial as an important supplier of

17:14:47 18    sugar to Post?

17:14:50 19    A.      Imperial Sugar supplies very little sugar to the Post

17:14:52 20    Company.

17:14:52 21    Q.      Right.   But that's not really my question.   My

17:15:02 22    question is do you view them as an important supplier in the

17:15:05 23    market for Post?

17:15:06 24    A.      I would have to say is that Imperial Sugar, their

17:15:10 25    facility is important, but as far as being a supplier to

17:15:14 1    Post, based on our volume, I think the answer would have to

17:15:20 2    be no.

17:15:24 3    Q.      And why have you chosen not to purchase from Michigan

17:15:28 4    Sugar for the Asheboro facility?

17:15:32 5    A.      Their prices were not competitive.

17:15:37 6              (End of videotape deposition.)

17:15:43 7              MS. DWYER:  Your Honor, we don't have any

17:15:45 8    exhibits for Thomas Crown.

17:15:47 9              We would like to call Paul Farmer from CSC by

17:15:52 10   deposition.

17:15:53 11             THE COURT:  Mr. Hanna, you didn't have any

17:15:57 12   exhibits?

17:15:57 13             MR. HANNA:  No, Your Honor.

17:15:57 14             (Videotape deposition of Paul Farmer:)

17:16:01 15   Q.      Mr. Farmer, can you state your position and the

17:16:03 16   company you work for?

17:16:04 17   A.      President and CEO of CSC Sugar.

17:16:07 18   Q.      How long have you been president and CEO of CSC

17:16:11 19   Sugar?

17:16:12 20   A.      Since I started in 2004.

17:16:12 21   Q.      And what is CSC Sugar's business?

17:16:18 22   A.      Our core business is supplying raw sugar to refining

17:16:23 23   companies in the United States.  And our more recent but

17:16:25 24   minority business is refining of raw sugar into liquid sugar

17:16:31 25   products.

17:16:32  1    Q.      So what did you say the core business was?

17:16:40  2    A.      Supplying raw sugar to the refineries -- cane sugar

17:16:44  3    refineries in the United States.

17:16:45  4    Q.      And then the other business you said was what?

17:16:56  5    A.      We are a refiner of raw sugar, but we -- our only

17:17:00  6    product is liquid sugar.

17:17:07  7    Q.      And what is the way that CSC makes liquid sugar?

17:17:12  8    A.      Predominantly we start with a raw sugar product and

17:17:17  9    go through a -- many refining steps to end up with a

17:17:21 10    finished liquid sugar refined product, but not granulated.

17:17:26 11    Q.      So is there a name for CSC's process for making

17:17:31 12    liquid sugar?

17:17:34 13    A.      There is no name for the process.  However we call

17:17:37 14    our liquid sugar division Sugaright.

17:17:42 15    Q.      What is Sugaright's business?

17:17:45 16    A.      Refining raw sugar into a refined liquid product.

17:17:50 17    Q.      Do you ever ship liquid sugar from El Paso to

17:17:54 18    California?

17:17:55 19    A.      We have in the past.  I don't believe we currently

17:17:58 20    do.

17:17:59 21    Q.      Where do you normally -- what's the distance you

17:18:02 22    normally ship liquid sugar from El Paso?

17:18:06 23    A.      We ship as close as two miles away to as far as Cedar

17:18:11 24    City, Utah, which I would guess is five or 600 miles away.

17:18:16 25    I don't know offhand.  And I believe we also ship to Denver,

17:18:20 1    which is 900 miles away.

17:18:22 2    Q.      Do you ever -- do you ever ship liquid sugar by rail?

17:18:27 3    A.      Yes.  Not currently.

17:18:30 4    Q.      When did you -- when was the period in which you

17:18:33 5    shipped liquid sugar by rail?

17:18:36 6    A.      I don't recall the exact years, but it was

17:18:41 7    approximately three to four years.  Somewhere probably 2012,

17:18:46 8    more or less, to 2015, or '16.  And that shipment was

17:18:51 9    generally from El Paso, Texas to Los Angeles.  It's

17:18:58 10   generally --

17:19:03 11   Q.      And --

17:19:04 12   A.      It's generally not done in the industry.

17:19:07 13   Q.      Why is it generally not done in the industry?

17:19:10 14   A.      Because the transit times on the railcars are

17:19:14 15   unreliable and, therefore, you know, you don't know how long

17:19:18 16   your finished product's going to be sitting in your railcar

17:19:23 17   potentially, you know, overheating or cooling off too much

17:19:26 18   or just degrading over time.  Railroads are not that

17:19:31 19   reliable when it comes to just in time.

17:19:34 20   Q.      Are there advantages to shipping liquid sugar by

17:19:38 21   tanker?

17:19:39 22   A.      Yeah, delivery by truck.  You can deliver it to very

17:19:46 23   precise times, time slots.  Rail -- in railcars, the -- for

17:19:55 24   longer, you know, yeah.  For longer distances, railcars

17:20:02 25   theoretically make sense, but the issue around the

17:20:04 1  reliability of the time -- of the schedule of the arrival is

17:20:09 2  the issue, which makes it more difficult.

17:20:11 3  Q.      Is it a -- is it a problem if liquid sugar sits too

17:20:17 4  long in a railcar?

17:20:18 5  A.      Yes.

17:20:18 6  Q.      And why is that a problem?

17:20:22 7  A.      Regular liquid sucrose generally has a shelf life of

17:20:27 8  less than thirty days under perfect conditions.  And a rail

17:20:32 9  -- a railcar in the desert is not a perfect condition, so...

17:20:37 10  Q.      And the liquid tanker trucks, how far do they

17:20:41 11  normally travel from your plants to deliver liquid sugar?

17:20:48 12  A.      I don't know the average miles that our company

17:20:52 13  ships.  I can say that we have plants that are a thousand

17:20:55 14  feet away from certain customers and other ones we deliver

17:21:00 15  900 miles.  On average, we say liquid sugar is uneconomical

17:21:07 16  to ship more than probably 250 miles.

17:21:10 17  Q.      Are there some companies that prefer to purchase dry

17:21:13 18  sugar rather than liquid sugar?

17:21:15 19  A.      Yes.

17:21:15 20  Q.      And what sort of companies are those that prefer to

17:21:18 21  purchase dry sugar?

17:21:19 22  A.      I don't think there is any specific type of company.

17:21:22 23  You know, it just comes down to the management's choice of

17:21:27 24  whichever company it is.

17:21:31 25  Q.      Does CSC sell liquid sugar to any company that uses

17:21:37 1    it for a nonliquid product?

17:21:40 2    A.      Yes.

17:21:41 3    Q.      And what company is that?

17:21:42 4    A.      There are many companies.  We sell to █████

17:21:50 5    ████████████████████████████  We sell to ████████████

17:21:54 6    █████████████

17:21:55 7    Q.      And they use the liquid sugar in the nonliquid

17:22:00 8    product?

17:22:01 9    A.      That's correct.

17:22:03 10   Q.      And who are some of the ██████ companies that

17:22:08 11   purchase liquid sugar from CSC?

17:22:11 12   A.      We deliver to ████████████████.  I don't

17:22:14 13   believe our sales to ██████████, though, go in ███████.

17:22:29 14   It probably goes in ███████████████████████████████

17:22:33 15   ██████████████

17:22:34 16   Q.      Do you know where your sales to █████ go?  What

17:22:39 17   products the liquid sugar goes into?

17:22:44 18   A.      ███████

17:22:45 19   Q.      Why do you think the suspension agreement was

17:22:46 20   adopted?

17:22:48 21   A.      Specifically to harm my company.

17:22:51 22   Q.      And who do you think wanted to harm your company?

17:22:52 23   A.      Everybody involved with the American Sugar Coalition,

17:22:57 24   which is virtually all sugar producers and refiners in the

17:23:02 25   United States other than CSC.

17:23:05  1    Q.      And what is CSC's financial condition now?

17:23:09  2    A.      Much better.

17:23:11  3    Q.      What do you mean by "much better"?

17:23:15  4    A.      Our company is stable, healthy.

17:23:16  5    Q.      How was CSC able to improve its financial condition

17:23:20  6    from 2019 to 2022?

17:23:23  7    A.      Business conditions have generally improved, both in

17:23:26  8    volume and refining margins.

17:23:33  9    Q.      And have prices of liquid sugar generally gone up?

17:23:37 10    A.      The price of sugar in the United States is up about

17:23:40 11    40 percent due to a poorly managed program by the U.S.

17:23:44 12    government, who is tightening up the supply and screwing the

17:23:47 13    consumers.  So yes, the prices are up.

17:23:50 14    Q.      Do you have concerns that the price of sugar might

17:23:53 15    even go higher?

17:23:53 16    A.      The price is currently at the virtual maximum price

17:23:58 17    where anybody in the United States could bring sugar from

17:24:01 18    anywhere in the world and pay a tax of about 15 to $0.16 a

17:24:06 19    pound and bring it in, and the total price delivered would

17:24:09 20    be more or less the same -- the price that U.S. growers --

17:24:12 21    grower/refiners are getting for their sugar today.  So no,

17:24:17 22    it's not likely to go much higher unless the world market

17:24:21 23    price goes higher.  It's already at the theoretical maximum

17:24:27 24    price.

17:24:27 25    Q.      Do you have a view as to what the potential impact of

17:24:29 1   this transaction could be on sugar prices?

17:24:32 2   A.      My view is that transaction is irrelevant in the

17:24:35 3   industry because the Imperial Sugar refinery was virtually

17:24:40 4   obsolete in 1998 when US Sugar built its refinery in

17:24:45 5   Florida.  There is a surplus refining capacity in the

17:24:48 6   southeast.  The transaction will have no effect on the

17:24:51 7   industry.

17:24:51 8   Q.      Do you think it will impact prices at all?  I'm

17:24:54 9   sorry, what was your answer?

17:24:55 10  A.      No, I don't.

17:24:56 11  Q.      And why do you think that?

17:24:58 12  A.      Because in the -- in the southeast area, there is

17:25:01 13  already stiff competition from three large US players, US

17:25:07 14  Sugar coming from Florida, Domino or American Sugar Refining

17:25:11 15  Company coming south from Baltimore and east from New

17:25:15 16  Orleans; as well as LSR which is targeting Louisiana growers

17:25:21 17  coming east from New Orleans, so there is already

17:25:24 18  significant competition in that area.  And the price is

17:25:26 19  already at the maximum.  Can't get any higher.  The

17:25:28 20  government's already screwed the consumer.

17:25:33 21  Q.      Okay.  So the total cost of building a micro-refinery

17:25:39 22  would be five to 20 million plus whatever the land and

17:25:42 23  building cost?

17:25:42 24  A.      That's correct.

17:25:44 25  Q.      This is on CSC Sugar's letterhead and the date is

17:25:56 1     August 1, 2018.  And it's letter to the Honorable Wilbur L.

17:26:01 2     Ross, Jr., Secretary of Commerce.  Do you see this,

17:26:04 3     Mr. Farmer?

17:26:05 4     A.     I do.

17:26:05 5     Q.     And do you recognize this document?

17:26:07 6     A.     I do.  I wrote it.

17:26:10 7     Q.     And on the fifth page, do you seen a company

17:26:15 8     certification?

17:26:15 9     A.     I do.

17:26:17 10     Q.     And is that your signature on page 5?

17:26:21 11     A.     Yes.

17:26:23 12     Q.     And in the company certification, do you see that you

17:26:27 13     certify that the public information and any business

17:26:30 14     proprietary information of CSC Sugar LLC contained in this

17:26:35 15     submission are accurate and complete to the best of my

17:26:38 16     knowledge?

17:26:38 17     A.     Yes.

17:26:40 18     Q.     And if you can turn to the next page, the paragraph

17:26:44 19     beginning, "The U.S. cane refining industry is already very

17:26:48 20     concentrated with only a few players."

17:26:50 21     A.     Yes.

17:26:51 22     Q.     And what did you mean by that sentence, "The U.S.

17:26:54 23     cane refining industry is already very concentrated with

17:26:58 24     only a few players."

17:26:59 25     A.     Exactly what it says which is that there are -- there

17:27:07 1    are -- there are a few refining companies, and one of them

17:27:11 2    is more than 50 -- I think at the time was about 56 percent

17:27:14 3    of the entire cane refining capacity belonged to ASR.  The

17:27:18 4    only stand-alone cane refiners that weren't vertically

17:27:23 5    integrated with growers in the United States were Imperial

17:27:27 6    Sugar and CSC Sugar at the time.

17:27:30 7    Q.    And the last sentence in that paragraph says "the

17:27:33 8    industry needs diversified capacity, not monopoly."

17:27:37 9          What did you mean by that statement?

17:27:38 10   A.    Exactly what it says, word for word.

17:27:40 11   Q.    What does diversified capacity mean in that sentence?

17:27:44 12   A.    Capacity not owned by one of the current large

17:27:48 13   players.

17:27:50 14   Q.    And what were you asking Secretary Ross to do?

17:28:02 15   A.    I was asking him to kill the amendment to the

17:28:07 16   suspension agreement that was specifically targeted to

17:28:10 17   disrupt the supply chain of good quality sugar to my

17:28:16 18   company.

17:28:22 19   Q.    And what did Secretary Ross do?

17:28:24 20   A.    Nothing.  He basically bowed down to the sugar

17:28:28 21   interest in the United States, the American Sugar Coalition,

17:28:32 22   or cartel, whatever you want to call it.  And basically put

17:28:37 23   through the change in the suspension agreement and virtually

17:28:41 24   destroyed my company.

17:28:44 25   Q.    And would you say that CSC Sugar is a minor

17:28:49 1    participant in the market for refined sugar?

17:28:53 2    A.      CSC is a minor player in the overall refined sugar

17:28:58 3    market in the United States.   We are probably less than five

17:29:01 4    percent.   However, for liquid sugar in the market segments

17:29:06 5    that we're in, we are probably considered a larger player

17:29:10 6    but in a very specific narrow market.

17:29:13 7    Q.      So whatever the definition of southeast is, we could

17:29:16 8    get the percentage of CSC's business by looking at that

17:29:20 9    data?

17:29:20 10   A.      Yes.

17:29:20 11   Q.      Okay.   And --

17:29:23 12   A.      I would like to say that, to my knowledge, we have

17:29:25 13   not and currently do not ever see or compete with US Sugar

17:29:32 14   or Imperial with any of our customers that I'm aware of.   So

17:29:36 15   you know, although we may -- you may look at us in the same

17:29:40 16   territory, to my knowledge I've never heard that we are

17:29:44 17   competing against them for anything, either one.

17:29:47 18   Q.      And are CSC's sales in the south generally limited to

17:29:54 19   the sale of liquid sugar?

17:29:56 20   A.      Yes.

17:30:01 21   Q.      And is the sales generally limited to liquid sugar

17:30:06 22   manufactured -- plants located in close proximity to

17:30:11 23   customers?

17:30:12 24   A.      Yes.   Yes.

17:30:12 25   Q.      And you said that when making those sales you don't

17:30:16 1   see United or Imperial as competitors?

17:30:19 2   A.      We -- well, so most of those sales are to customers

17:30:24 3   that take only cane sugar and not beet.   And therefore,

17:30:29 4   United or -- well, we generally don't see sugar from US

17:30:35 5   Sugar in Florida or from Imperial competing.   Once again, we

17:30:41 6   may -- yeah.   When we offer sugar, we are not told by the

17:30:48 7   buyer who the -- who the competitors are, but to my

17:30:54 8   knowledge, we have not lost a business or competed against

17:30:58 9   Imperial or US Sugar, but I may not have all of the

17:31:00 10  information on that.   But to my knowledge, we haven't run

17:31:11 11  across anybody at US Sugar.   I don't even know anybody at US

17:31:22 12  Sugar.

17:31:22 13  Q.      Mr. Farmer, would you pull up what's been marked as

17:31:26 14  Exhibit 6 to your deposition.   It's the confidential

17:31:28 15  information memorandum.

17:31:29 16  A.      Yep.

17:31:30 17  Q.      Okay.   If you go to the second page of Exhibit 6,

17:31:34 18  sir.   Do you see there is a notice and the first sentence

17:31:37 19  says, "This confidential information memorandum (this

17:31:40 20  memorandum) has been approved by CSC Sugar LLC."

17:31:45 21          Do you see that?

17:31:45 22  A.      Yes.

17:31:47 23  Q.      Was that a true statement?

17:31:47 24  A.      Yes.

17:31:48 25  Q.      Mr. Farmer, when did CSC build its first liquid sugar

17:31:53 1    refinery?

17:31:54 2    A.    2006.

17:31:56 3    Q.    And where was that one located, sir?

17:31:58 4    A.    El Paso, Texas.

17:32:01 5    Q.    And --

17:32:02 6    A.    But at the same time we built another one in Joplin,

17:32:07 7    Missouri.

17:32:07 8    Q.    And since then, you have built additional refineries

17:32:11 9    in Tennessee, correct?

17:32:13 10   A.    Correct.

17:32:13 11   Q.    And you've built an additional refinery in Virginia,

17:32:18 12   correct?

17:32:18 13   A.    Correct.

17:32:18 14   Q.    You've built an additional refinery in Illinois,

17:32:22 15   correct?

17:32:22 16   A.    Correct.  It was later shut down, but that's correct.

17:32:25 17   Q.    And you built a refinery in Pennsylvania in Fairless

17:32:31 18   Hills, correct?

17:32:31 19   A.    Correct.

17:32:33 20   Q.    And Fairless Hills, that's about fifty miles from

17:32:35 21   Wilmington, Delaware?

17:32:36 22   A.    That's correct.

17:32:36 23   Q.    And then you moved your facility from Fort Worth to

17:32:41 24   Dallas, Texas, is that correct?

17:32:42 25   A.    Correct.

17:32:44  1   Q.      The Dallas facility, sir, when did you start

17:32:48  2   construction on that?

17:32:49  3   A.      I would say -- June or -- I think June or July of

17:33:01  4   2021.

17:33:02  5   Q.      Okay.  So you started construction in June or July of

17:33:05  6   2021, and when was it done?

17:33:07  7   A.      I believe the first load was shipped in the last few

17:33:11  8   days of 2021.

17:33:13  9   Q.      Okay.

17:33:14 10   A.      Probably the last week of 2021.

17:33:16 11   Q.      So the construction period there was about six

17:33:19 12   months.  Is that -- is that about right?

17:33:20 13   A.      That's correct.

17:33:21 14   Q.      Okay.  And what was the -- what was the cost of

17:33:24 15   building the Dallas, Texas, facility?

17:33:28 16   A.      I don't recall the exact number, but it's probably

17:33:33 17   four to $5 million.

17:33:37 18   Q.      Is it fair to say that CSC has been able to refine

17:33:41 19   its model and has a model that it can replicate now?

17:33:46 20   A.      Yes.

17:33:47 21   Q.      And so the Dallas facility that was recently built,

17:33:51 22   it follows the model that you employed in Virginia and

17:33:55 23   Tennessee; is that right?

17:33:56 24   A.      Correct.

17:33:57 25   Q.      Okay.  And that facility, again, took six months to

17:34:00 1    build, correct?

17:34:01 2    A.      Correct.

17:34:02 3    Q.      Okay.  All right.  Does CSC consider itself to be an

17:34:07 4    innovator in the field of sugar refining and production?

17:34:10 5    A.      Yes.

17:34:10 6    Q.      In what ways do you believe CSC is innovative?

17:34:15 7    A.      Initially, it was determining that the product that

17:34:19 8    my competitors sold was the wrong finished product for the

17:34:24 9    -- for the needs of the customers.  And it was designing an

17:34:30 10   alternative finished product, specifically a higher color

17:34:33 11   liquid sugar.  And then on top of that, basically, you know,

17:34:37 12   proprietary design of the -- of the flow within the

17:34:42 13   refinery, and the -- and the concept of the micro-refineries

17:34:46 14   close to the customer, which significantly reduces

17:34:50 15   transportation issues and increases reliability.

17:34:55 16   Q.      And, you know, Sugaright 350  in other words, 350

17:35:04 17   RBUs has become the industry standard for almost all dairy

17:35:07 18   products, correct?

17:35:08 19   A.      Correct.

17:35:08 20   Q.      Examples of CSC customers, I think you talked about a

17:35:11 21   company called ▉▉▉▉ earlier today, correct?

17:35:12 22   A.      Correct.

17:35:12 23   Q.      And what is the business of ▉▉▉▉ as you understand

17:35:17 24   it?

17:35:18 25   A.      It's one of ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

17:35:21  1  █████████████████████████████████████████

17:35:25  2  ██████████████████████████████████

17:35:29  3  █████████████████████████████████████

17:35:34  4  █████████████████████████████████████

17:35:38  5  █████████████████████████████████████

17:35:41  6  ████████████████████████████████████████████

17:35:44  7  ███████████

17:35:44  8  Q.      And they're a large CSC customer, is that right?

17:35:47  9  A.      Yes, I believe our largest.

17:35:49 10  Q.      In fact, you displaced ASR there in ██████,

17:35:53 11  correct?

17:35:53 12  A.      Correct.

17:35:53 13  Q.      You took the AS -- ASR had been selling to ██████ in

17:35:59 14  ██████, correct?

17:35:59 15  A.      Yes.

17:36:00 16  Q.      And then you began shipping products to ██████ in

17:36:04 17  ██████, correct?

17:36:05 18  A.      Correct.

17:36:06 19  Q.      And that came from the CSC plants in ██████ and

17:36:11 20  ██████ and ████████, correct?

17:36:11 21  A.      That's correct.  That was when ASR had their metal

17:36:17 22  issue in 2017.

17:36:18 23  Q.      And so ASR had an issue and couldn't supply ██████ in

17:36:20 24  ██████ and CSC stepped up and did, right?

17:36:28 25  A.      Correct.

17:36:28  1  Q.      And CSC shipped them project -- shipped them refined

17:36:32  2  -- liquid refined sugar from ███████, from ███████, and

17:36:36  3  from ███████, all the way to ███████, correct?

17:36:39  4  A.      That is correct.

17:36:40  5  Q.      And then what happened was ███████ became such a big

17:36:44  6  customer that CSC opened up what Mr. Sandrock called a

17:36:47  7  micro-refinery in ███████, correct?

17:36:50  8  A.      Correct.

17:36:51  9  Q.      ███████ is another large customer of CSC, isn't it?

17:36:55 10  A.      They have been on and off. ███████ used to own

17:37:01 11  ███████. ███████████████████████████

17:37:03 12  ███████████████████████████████████

17:37:07 13  ███████████████████ Today they're a smaller

17:37:11 14  but for us one of our most important customers.

17:37:14 15  Q.      And what's the business of ███████?

17:37:16 16  A.      ███████████████████████████

17:37:21 17  ███████████████████████████

17:37:26 18  ███████

17:37:27 19  █ ███████████████████████

17:37:31 20  █ ███████████████████████

17:37:35 21  █ ███████ that's another CSC customer; correct?

17:37:38 22  A.      A recent customer, yes.

17:37:39 23  Q.      And when you say recent, what do you mean by that?

17:37:42 24  A.      I think only in the last few years have we started

17:37:46 25  supplying ███████

17:37:47 1     Q.          ████████████, is that another CSC customer?

17:37:51 2     A.     It is.

17:37:51 3     Q.     What is the business of ██████?

17:37:54 4     A.     ████████████████████████████

17:37:59 5     ████████████████████████████

17:38:01 6     Q.     ████████████ is another customer of CSC, correct?

17:38:04 7     A.     Correct.

17:38:04 8     Q.     Which part of ██████████ is CSC sugar used in?

17:38:11 9     A.     ████████████████████████████████

17:38:15 10    ████████████████████████████████

17:38:25 11    ████████████████████████████

17:38:29 12    ████████████████████████████

17:38:34 13    ████████████████████████████████

17:38:37 14    ████████████████████████████

17:38:41 15    ████████████████████████████████

17:38:45 16    ████████████████████████████████

17:38:48 17    ██  ████████  that's another customer of CSC?

17:38:51 18    A.     It is.

17:38:51 19    Q.     And what ██████ products is CSC sugar going in?

17:38:57 20    A.     I believe we deliver them only low colored sugar and

17:39:00 21    I believe it goes into all of their products.

17:39:02 22    Q.     If we could take a look at Exhibit 1, sir.   Let me

17:39:03 23    just make sure that I understand.   Let's go to the pounds by

17:39:10 24    state by customer.

17:39:12 25    A.     Yep.

17:39:14 1    Q.      And do you see that column B, Row 7, there's a

17:39:22 2    heading "AL."  I assume that's Alabama?

17:39:26 3    A.      I believe that's correct.

17:39:28 4    Q.      Okay.  And then it appears to have the total sales by

17:39:32 5    dry pound by CSC into the state of Alabama by year; is that

17:39:36 6    correct?

17:39:36 7    A.      That is correct.

17:39:43 8    Q.      And so, for example, in 2020, CSC sold nearly ███

17:39:48 9    ████████  dry pounds of refined sugar into the state of

17:39:52 10   Alabama; correct?

17:39:54 11   A.      That's correct.

17:40:03 12   Q.      And if you go down to Row 188, does that show the

17:40:08 13   sales by CSC of liquid refined sugar to customers in the

17:40:13 14   state of Tennessee for the years 2016 to 2021?

17:40:18 15   A.      Correct.

17:40:19 16   Q.      And the sales by CSC to customers in the state of

17:40:22 17   Tennessee have ████████  from 2016 to 2021; correct?

17:40:28 18   A.      That's correct.

17:40:28 19   Q.      Going from ████████████████████████████████████████

17:40:30 20   pounds?

17:40:36 21   A.      That is correct.

17:40:39 22   Q.      And Mr. Farmer, by 2020 -- by 2020, CSC was selling

17:40:46 23   nearly ████████████  dry pounds to customers throughout the

17:40:51 24   United States; correct?

17:40:52 25   A.      Correct.

17:40:52 1    Q.      And by 2021, that increased again to ███████████

17:40:59 2    ███████    dry pounds; correct?

17:41:01 3    A.      Correct.

17:41:02 4    Q.      Okay.  So by 2021, it's ██████████  dry pounds up

17:41:08 5    from, I believe it's ██████████  dry pounds in 2011,

17:41:14 6    correct?

17:41:15 7    A.      Correct.

17:41:15 8    Q.      So a growth of well over ███████████████  pounds from

17:41:20 9    2011 to 2021, correct?

17:41:22 10   A.      Correct.

17:41:27 11   Q.      And as reflected in slide 32 on Exhibit 6, in 2019, a

17:41:33 12   new CSC refinery came onboard in Harrisonburg, Virginia,

17:41:41 13   correct?

17:41:42 14   A.      Correct.

17:41:42 15   Q.      And that led to increased sales volume; correct?

17:41:47 16   A.      That's correct.

17:41:51 17   Q.      And slide 11 of Exhibit 6 talks about Sugaright's

17:41:55 18   competitive advantages, and it includes "facilities

17:42:00 19   strategically located on key logistic corridors and in

17:42:02 20   regions with concentrations of large customers."  What's

17:42:02 21   meant by that, sir?

17:42:02 22   A.      What's meant is that we strategically located our

17:42:17 23   plants along a logistics chain of multiple customers.  And,

17:42:20 24   you know, the food industry in the United States over the

17:42:22 25   last one hundred years, based -- 100 years ago, all the food

17:42:28 1     factories were in the cities.  And today, virtually all the

17:42:32 2     food factories are nowhere near the city.  They're a few

17:42:36 3     hundred miles away inland where labor is better, the roads

17:42:40 4     are better and there is no congestion, we look for target

17:42:45 5     areas where there are multiple industrial users along with

17:42:50 6     economical logistics chain for both input and output of our

17:42:54 7     refinery.

17:42:55 8     Q.     If I can get you to turn to slide 13 of Exhibit 6,

17:42:59 9     sir.

17:43:00 10    A.     Yep, I have it up.  I have it open.

17:43:04 11    Q.     And then it lays out what CSC and Sugaright believe

17:43:10 12    the advantages of the Sugaright's refining process are,

17:43:14 13    correct?

17:43:14 14    A.     That's correct.

17:43:15 15    Q.     And we talked about those today, "reduced product

17:43:18 16    costs", "fewer processing steps", "less energy consumption

17:43:22 17    by 75 to 85 percent", "lower water consumption", and you say

17:43:27 18    "greater reliability from modern refineries and equipment",

17:43:32 19    is that correct?  WITNESS: Yes. And are those the benefits

17:43:36 20    that CSC touts to potential customers of its Sugaright

17:43:41 21    refining process?

17:43:42 22    A.     Yes.

17:43:42 23    Q.     And are those the benefits that CSC touts to

17:43:46 24    potential customers of its Sugaright refining process?

17:43:51 25    A.     Yes.

17:43:52 1  Q.      And Sugaright has been successful in convincing

17:43:59 2  customers to adopt its Sugaright refining process over the

17:44:03 3  last ten years; correct?

17:44:04 4  A.      Correct.

17:44:08 5  Q.      So, for example, there no plans to expand into

17:44:12 6  Georgia?

17:44:12 7  A.      That's correct, there is are no plans to expand in

17:44:15 8  the southeast.

17:44:16 9  Q.      How long has it taken to plan and build CSC's other

17:44:21 10  facilities?

17:44:21 11  A.      It generally takes about a year.

17:44:23 12  Q.      And the cost of that, you said, was between five and

17:44:27 13  $20 million, plus land and building costs?

17:44:35 14  A.      Yeah, the base refinery is generally speaking more or

17:44:39 15  less 5 to $7 million.

17:44:45 16          (End of videotape.)

17:44:47 17          MS. DWYER:  Your Honor, defendants would like to

17:44:49 18  move into evidence DTX 314 which was Farmer Exhibit 6,

17:44:54 19  exhibit JTX 002, which was Farmer Exhibit 1.

17:44:58 20          MR. HANNA:  No objection.

17:44:58 21          THE COURT:  Thank you.  They're admitted.

17:44:58 22          (JTX Exhibit No. 002 and DTX Exhibit No. 314

17:44:58 23  were admitted into evidence.)

17:45:02 24          THE COURT:  All right.  So the next one is

17:45:02 25  nineteen minutes?

17:45:07  1        MS. GREENWALD:  Yes, Your Honor.

17:45:08  2        THE COURT:  Yeah, I don't think I have the

17:45:10  3  stamina for that right now.  Not that they're not

17:45:14  4  fascinating.  Okay.  So tell me what I can expect tomorrow.

17:45:20  5        MR. BUTERMAN:  Yes, Your Honor.  I just did the

17:45:23  6  calculations, it looks like we have a few more videos, and

17:45:28  7  then there is one live witness.  We anticipate that we will

17:45:33  8  be resting I'm going to say sometime around 10:30 in the

17:45:38  9  morning give or take.

17:45:40  10       THE COURT:  Who is the live witness?

17:45:41  11       MR. BUTERMAN:  The live witness is Mr. Carter

17:45:44  12  from Cargill.

17:45:47  13       THE COURT:  Okay.  And are you still trying to

17:45:51  14  figure out your rebuttal?

17:45:53  15       MR. HANNA:  Yes, Your Honor.  I'm going to look

17:45:55  16  at the time.  We were planning to reserve an hour for

17:45:58  17  closing, so I want to take -- I will let you know in the

17:46:01  18  morning.

17:46:01  19       THE COURT:  All right.  Anything else?

17:46:02  20       MR. BUTERMAN:  Nothing.

17:46:02  21       MR. HANNA:  No, Your Honor.

17:46:02  22       THE COURT:  Have a good night.

         23            (Court adjourned at 5:46 p.m.)

         24        I hereby certify the foregoing is a true and
accurate transcript from my stenographic notes in the proceeding.

         25
                                /s/ Dale C. Hawkins