# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>UNITED STATES SUGAR CORPORATION, UNITED SUGARS CORPORATION, IMPERIAL SUGAR COMPANY, and LOUIS DREYFUS COMPANY LLC,<br><br>    *Defendants*. | Civil Action<br>No. 21-cv-01644-MN |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The United States of America hereby gives notice that the undersigned, Thomas DeMatteo, hereby withdraws as counsel in the above-captioned matter.

            Respectfully submitted,

            /s/ *Thomas DeMatteo*
            Thomas DeMatteo
            U.S. Department of Justice
            Antitrust Division
            450 Fifth St. NW
            Washington, DC 20530
            Tel: (202) 705-8392
            Fax: (202) 305-4766
            thomas.dematteo@usdoj.gov

            *Counsel for the United States of America*

Dated: August 10, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2022, I electronically filed the foregoing Notice of Withdrawal of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such to all counsel of record.

/s/ *Thomas DeMatteo*
Thomas DeMatteo
U.S. Department of Justice
Antitrust Division
450 Fifth St. NW
Washington, DC 20530
Tel: (202) 705-8392
Fax: (202) 305-4766
thomas.dematteo@usdoj.gov

*Counsel for the United States of America*