IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1644 (MN) |
| | ) |
| UNITED STATES SUGAR CORPORATION, UNITED SUGARS CORPORATION, IMPERIAL SUGAR COMPANY and LOUIS DREYFUS COMPANY LLC, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington, this 23rd day of September 2022:

For the reasons set forth in the SEALED Memorandum Opinion issued this date, IT IS HEREBY ORDERED that judgment will be entered in favor of Defendants and against Plaintiff.

IT IS FURTHER ORDERED that, because the Opinion was issued under seal to protect third-party confidential information, the parties shall have until September 29, 2022 to provide the Court with a proposed redacted version. The parties shall coordinate with all affected third parties, and any proposed redactions shall be the absolute bare minimum necessary to protect competitively sensitive information.

The Honorable Maryellen Noreika
United States District Judge