IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1644 (MN) |
| | ) |
| UNITED STATES SUGAR CORPORATION, UNITED SUGARS CORPORATION, IMPERIAL SUGAR COMPANY and LOUIS DREYFUS COMPANY LLC, | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**JUDGMENT**

This 23rd day of September 2022, for the reasons set forth in the Court's SEALED Memorandum Opinion from today (D.I. 242), IT IS HEREBY ORDERED, ADJUDGED and DECREED that judgment is entered in favor of Defendants and against Plaintiff that United States Sugar Corporation's acquisition of Imperial Sugar Company will not violate Section 7 of the Clayton Act, 15 U.S.C § 18.

_____
The Honorable Maryellen Noreika
United States District Judge