# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         *Plaintiff*,<br><br>   v.<br><br>UNITED STATES SUGAR CORPORATION,<br>UNITED SUGARS CORPORATION,<br>IMPERIAL SUGAR COMPANY, and<br>LOUIS DREYFUS COMPANY, LLC,<br><br>         *Defendants*. | C.A. No. 21-cv-1644-MN |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from this Court's Order dated September 23, 2022, entering judgement for Defendants and against Plaintiff, and the Court's Opinion in this case, also dated September 23, 2022.

September 26, 2022

Respectfully submitted,

/s/ Shamoor Anis
SHAMOOR ANIS
LAURA D. HATCHER (#5098)
   Chief, Civil Division
United States Attorney's Office
District of Delaware
1313 N. Market Street, Suite 400
Wilmington, DE 19801
Tel.: (302) 573-6205
shamoor.anis@usdoj.gov
laura.hatcher@usdoj.gov


/s/ Brian Hanna
BRIAN HANNA

Attorneys for the United States
U.S. Department of Justice
Antitrust Division
450 5th Street, NW, Suite 8000
Washington, DC 20530
Tel.: (202) 460-4294
brian.hanna2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2022, a true and correct copy of the foregoing was served on all counsel of record via electronic notification.

/s/ Brian Hanna
BRIAN HANNA

U.S. Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
Phone: (202) 460-4294
Email: brian.hanna2@usdoj.gov

*Attorney for Plaintiff United States of America*