## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES SUGAR CORPORATION,<br>UNITED SUGARS CORPORATION,<br>IMPERIAL SUGAR COMPANY, and<br>LOUIS DREYFUS COMPANY, LLC,<br><br>*Defendants.* | C.A. No. 21-cv-1644-MN<br>**EMEREGENCY MOTION**<br><br>**CONFIDENTIAL – FILED UNDER SEAL** |

### PLAINTIFF'S EMERGENCY MOTION FOR AN INJUNCTION PENDING APPEAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 62(d) OR, IN THE ALTERNATIVE, A 14-DAY INJUNCTION TO PURSUE AN EXPEDITED MOTION PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 8

Pursuant to Federal Rule of Civil Procedure 62(d), the United States respectfully requests that this Court (a) enjoin the proposed acquisition of Imperial Sugar Company ("Imperial") by United States Sugar Corporation ("U.S. Sugar") for thirty days to give the Antitrust Division and the Solicitor General an opportunity to review the Court's September 23, 2022 Opinion (D.I. 242) and determine whether to pursue an appeal and (b) if the United States pursues an appeal, enjoin the proposed acquisition pending appeal.[1]

---

[1] Pursuant to Local Rule 7.1.1, counsel for Plaintiff avers that a reasonable effort has been made to reach agreement with Defendants on the matters set forth in this motion. No such agreement could be reached.

In the alternative, the United States respectfully moves for a fourteen-day injunction to pursue an expedited motion pursuant to Federal Rule of Appellate Procedure 8 in the United States Court of Appeals for the Third Circuit.[2]

The grounds for this motion are fully set forth in the accompanying brief.

Given the extraordinary nature of this request, Plaintiff respectfully requests expedited briefing and consideration of this motion.

---

[2] The alternative request for a fourteen-day injunction is based on the United States' current best estimate of the minimum time needed for the Third Circuit to resolve an emergency motion under Federal Rule of Appellate Procedure 8. The United States anticipates receiving further guidance from the Third Circuit as to such timing if and when a Federal Rule of Appellate Procedure 8 motion is filed, and it may need to revisit the length of this injunction with the Court.

September 26, 2022


Respectfully submitted,

/s/ Shamoor Anis
SHAMOOR ANIS
LAURA D. HATCHER (#5098)
   Chief, Civil Division
United States Attorney's Office
District of Delaware
1313 N. Market Street, Suite 400
Wilmington, DE 19801
Tel.: (302) 573-6205
shamoor.anis@usdoj.gov
laura.hatcher@usdoj.gov



/s/ Brian Hanna
BRIAN HANNA
JONATHAN MINCER

Attorneys for the United States
U.S. Department of Justice
Antitrust Division
450 5th Street, NW, Suite 8000
Washington, DC 20530
Tel.: (202) 460-4294
brian.hanna2@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 26, 2022, a true and correct copy of the foregoing was served on all counsel of record via electronic notification.

<u>/s/ Brian Hanna</u>
BRIAN HANNA

U.S. Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
Phone: (202) 460-4294
Email: brian.hanna2@usdoj.gov

*Attorney for Plaintiff United States of America*