IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| | § Civil Action No. 21-cv-01644-MN |
| *Plaintiff,* | § |
| | § |
| v. | § |
| | § |
| UNITED STATES SUGAR | § |
| CORPORATION, UNITED SUGARS | § |
| CORPORATION, IMPERIAL SUGAR | § |
| COMPANY, and LOUIS DREYFUS | § |
| COMPANY LLC, | § |
| | § |
| | § |
| *Defendants.* | § |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby respectfully withdraws the appearance of Lauren Fleming as counsel for United Sugars Corporation in the above captioned action.

PLEASE TAKE FURTHER NOTICE that the undersigned further requests that Lauren Fleming be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

PLEASE TAKE FURTHER NOTICE that the undersigned counsel from Hogan McDaniel and Stinson LLP will continue as counsel for United Sugars Corporation.

Dated: October 13, 2022

**HOGAN McDANIEL**

*/s/ Daniel K. Hogan*
Daniel K. Hogan (DE Bar# 2814)
Daniel C. Kerrick (DE Bar# 5027)
1311 Delaware Avenue, Suite 1
Wilmington, DE 19806
(302) 656-7540
dkhogan@dkhogan.com
dckerrick@dkhogan.com


**STINSON LLP**
Peter J. Schwingler *(admitted pro hac vice)*
MN State Bar No. 388909
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1564
peter.schwingler@stinson.com
*Attorneys for United Sugars Corporation*